**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

UNITED STATES OF AMERICA )
)
     Plaintiff, )
)
v. )     CIVIL ACTION:___3:18-cv-19-CRS___
)
LYNN MOVING AND STORAGE INC., )
SHADOWENS MOVING AND STORAGE, )
INC., E-TOWN MOVING AND STORAGE )
INC., BONNIE MONTGOMERY, )
WILLIAM MONTGOMERY, DANA CURL, )
& LONNIE CURL )
)
     Defendants.

## COMPLAINT

     Plaintiff, United States of America (the "United States" or the "Government"), by
and through the undersigned attorneys, hereby states as follows:

## INTRODUCTION

1. This is a civil action brought by the United States of America ("United States")
   against Lynn Moving and Storage, Inc., Shadowens Moving and Storage, Inc., E-
   Town Moving and Storage, Inc., Bonnie Montgomery, Dana Curl, Lonnie Curl, and
   William Montgomery ("Defendants") under provisions of the False Claims Act, 31
   U.S.C. §§ 3729-3733 to recover damages, civil penalties, and other relief owed to
   the United States.

## JURISDICTION AND VENUE

2. This Court has jurisdiction over the claims brought under the False Claims Act
   pursuant to 31 U.S.C. §§ 3730(a) and 3732(a), and under 28 U.S.C §§ 1331 and

1345, over the remaining claims pursuant to 28 U.S.C. § 1345 and over all claims pursuant to the Court's general equitable jurisdiction.

3. Venue lies in this District pursuant to 31 U.S.C. § 3732(a) and 28 U.S.C. §§ 1391(b) and 1391(c), as the defendants reside and/or have conducted business in this District.

## THE PARTIES

4. Plaintiff is the United States of America.

5. Defendant, Lynn Moving and Storage, Inc., (herein "LMS") is a Kentucky corporation incorporated in September 1950 with its principal office located in Brooks, Kentucky.

6. Defendant, Shadowens Moving and Storage Company, Inc., (herein "SMS") is a Kentucky corporation incorporated in August 1971 with its principal office located in Brooks, Kentucky.

7. Defendant, E-Town Moving and Storage, Inc., (herein "EMS") is a Kentucky corporation incorporated in November 1994 with its principal office located in Elizabethtown, Kentucky.

8. LMS, SMS, and EMS (collectively herein "the Company") are managed as if they were divisions of a single entity.

9. Defendant Dana Curl, is a resident of Brooks, Kentucky.  At all times relevant to this Complaint, Dana Curl has been the President of LMS as well as EMS.  Dana Curl is also co-owner of LMS, SMS, and EMS. She is responsible for billing and accounts receivable for the three companies, LMS, SMS, and EMS.

10. Defendant, Lonnie Curl is a resident of Brooks, Kentucky. At all times relevant to

this Complaint, Mr. Curl has been the direct supervisor over the employees of LMS. Mr. Curl is also co-owner of LMS, SMS, and EMS.

11. Defendant William Ken (herein Kenny) Montgomery is a resident of Brooks, Kentucky.  At all times relevant to this Complaint, Mr. Montgomery has been the President of SMS. Mr. Montgomery is also co-owner of LMS, SMS, and EMS.

12. Defendant Bonnie Montgomery, is a resident of Brooks, Kentucky. At all times relevant to this Complaint, Bonnie Montgomery has been a co-owner of LMS, SMS, and EMS. She is responsible for bookkeeping at LMS, SMS, and EMS, to include accounts receivable and accounts payable, but also handles human resources issues.

13. This action arises from Defendants' wrongful conduct in a false claims scheme that has defrauded the United States out of monies by systematically overbilling the United States Army for the shipping costs associated with deploying and/or relocating United States service personnel.

## FALSE CLAIMS ACT

14. The FCA provides, in pertinent part, that any person who:

    (A)    knowingly presents, or causes to be presented, a false or fraudulent claim for payment or approval; [or]

    (B)    knowingly makes, uses, or causes to be made or used, a false record or statement material to a false or fraudulent claim…

                     * * *

    is liable to the United States Government [for statutory damages and such penalties as are allowed by law].

31 U.S.C. § 3729(a)(1)-(2) (2006), as amended by 31 U.S.C. § 3729(a)(1)(A)-(B) (West 2010).

15. The FCA further provides that "knowing" and "knowingly"

    (A)    mean that a person, with respect to information-

        (i)     has actual knowledge of the information;
        (ii)    acts in deliberate ignorance of the truth or falsity of the information; or
        (iii)   acts in reckless disregard of the truth or falsity of the information; and

    (B)    require no proof of specific intend to defraud [.]

31 U.S.C. § 3729(b) (2006), as amended by 31 U.S.C. § 3729 (b)(1) (West 2010).

16. The FCA, at 31 U.S.C. § 3729(a)(1), provides that a person is liable to the United States Government for three times the amount of damages which the Government sustains because of the act of that person, plus a civil penalty of $5,500 to $11,000 per violation.

## DEFENDANTS' VIOLATIONS

### *Personal Property Program*

17. Since 2001, the United States has deployed its armed forces in significant numbers across the globe, including to conflicts in Iraq and Afghanistan. This has resulted in multiple deployments and redeployments for the nation's men and women in uniform and required them to move themselves, their families, and their personal belongings from the United States to their assignments overseas.

18. United States service personnel are also frequently relocated among the nation's many service installations pursuant to new assignments, training, or future deployment. This constant relocation of United States' service personnel comes at great cost to the United States and its taxpayers who pay these relocation costs.

19. In order to facilitate these frequent relocations, the United States Department of

Defense (DOD) Transportation Command (USTRANSCOM) and the Military
Surface Deployment and Distribution Command (SDDC) jointly developed the
Defense Personal Property Program (DP3) to facilitate the shipment of service
members' household goods (HHG), unaccompanied baggage, privately owned
vehicles, and other personal belongings.

20. From DP3, an internet-based system to manage moves was created: the Defense
Personal Property System (herein "DPS").

21. Move.mil became the official portal for DP3 and connects users to DPS, where
moving jobs are posted for service members and accepted by transportation service
providers to move and store HHGs.

22. For providers to be approved by DOD, they must sign an Electronic Terms of
Service Signature Sheet (herein "ETOSSS"). This certifies that they have read and
understand the terms and conditions and agree to provide services set forth within
the tender of service (herein "TOS"), international tender, and domestic tariff.

23. DOD Transportation Regulations, promulgated by the USTRANSCOM, govern the
DP3 program. See 48 C.F.R. § 47.301–3 (requiring compliance with DOD, Def.
Transp. Reg. 4500.9–R.). Generally, these regulations require billing for
transportation services based upon the net weight of a shipment as determined by a
certified scale and weighmaster. See id. § 52.247-11; see also 49 C.F.R. § 375.507.
A copy of a certified weight certificate must accompany the invoice seeking
payment. 48 C.F.R. § 52.247-11.

24. The DP3 program allows transportation service providers (TSP) to bill for services
based on a previously-submitted schedule that ties the freight rate of payment to the

pounds moved and distance traveled. See generally, DOD, Def. Transp. Reg. 4500.9–R.

25. DP3 shipments are transported pursuant to government bills of lading (GBL). See generally, GSA, Fed. Mgmt. Reg., Part 102-118 (regulating the use of transportation GBLs). GBLs evidence a contract between the United States and the moving company, such as the Defendants, whereby the moving company offers shipping services for a set cost and the United States accepts.

26. Tariff 400NG serves as the principal DOD domestic tariff that governs the transportation of HHG, personal effects, property and other similarly defined articles in all points of the United States and District of Columbia with the exception of Hawaii. This tariff was developed by SDDC as part of Defense Personal Property Program, in partnership with all the military services and commercial industry associations.

27. Tariff 400NG contains two components: (1) a printed tariff document that contains the governing rules and regulations and (2) an electronic rating engine used to compute the cost of individual shipments.

28. Tariff 400NG specifically applies stringent weight regulations which one must agree to abide by in order to enter into an agreement with DP3.

29. DP3 details how and when transportation vehicles should be fueled as well as whether it is appropriate for crew members to be included when calculating Tariff shipment weights.

30. Tariff 400 NG requires that the weight of each shipment be obtained by determining the difference between the tare weight of the vehicle on which the shipment is to be

loaded prior to the loading, and the gross weight of this same vehicle after the shipment is loaded; or, the gross weight of the vehicle with the shipment loaded and the tare weight of the same vehicle after the shipment is unloaded.

31. Tariff 400 NG prohibits the driver or any other persons from being inside or on the vehicle at the time of either weighing.

32. Tariff 400 NG requires that the fuel tanks on the vehicle be full at the time of each weighing or, in the alternative, prohibits fuel being added between the two weighings when the tare weighing is the first weighing performed.

33. The rules governing the interstate and intrastate movement of personal property for military personnel are set forth in the Personal Property Publication for Tariff 400NG, as amended. (Exhibit A).

*Defendants' Participation in the DOD Personal Property Program*

34. On January 7, 2009, EMS and its President, defendant Dana Curl, agreed to abide by the terms of the Tender of Service and other items and conditions applicable to the DPS by executing an ETOSSS (Exhibit B).

35. On January 14, 2009, SMS and its President, defendant Kenny Montgomery, agreed to abide by the terms of the Tender of Service and other items and conditions applicable to the DPS by executing an ETOSSS (Exhibit C).

36. On January 7, 2009, LMS and its President, defendant Dana Curl, agreed to abide by the terms of the Tender of Service and other items and conditions applicable to the DPS by executing an ETOSSS (Exhibit D).

37. From January 2009 through December 2014, LMS, SMS, and EMS agreed to be bound by all rules and regulations applicable to the DPS and Tariff 400NG.

Page 7 of 23

38. LMS, SMS, and EMS were either contracted directly by the United States or acted as a subcontractor to another transportation company to move HHG shipments by truck from Fort Knox to other military posts throughout the United States.

39. Most of the work performed by LMS, EMS, and SMS pursuant to the DPS is comprised of HHG shipments out of Fort Knox, Kentucky.

40. Prior to the move date, Company employees travel to the customer's address to conduct a pre-move survey.  The composition of the customer's HHG are observed, and the weight estimated during this survey, in order for the Company to plan what will be needed for the move.

41. On the day of a move, the unloaded weight, or "tare weight", of the truck is measured by a certified truck scale (often operated by CAT Scale Company) and recorded on a weight ticket.  The crew is then sent to the customer site, where the HHG are loaded, and an inventory of the HHG is completed.

42. The crew packs the HHG's into cardboard boxes. If the goods are going into storage, the cardboard boxes are packed into large wooden crates that are stored at a warehouse owned and operated by one of the defendants.

43. Once the truck is fully loaded, the crew returns to a scale location where the loaded weight, or "gross weight" is measured and recorded on a weight ticket. The shipment is now ready for transport to its destination.

44. The weight tickets are given to either defendant Kenny Montgomery or defendant Lonnie Curl who deliver them to the Company business office.  Weight information is then entered on a bill of lading, and the form is signed.

45. Payments for many components of the moving service is based on the net weight of

the shipment, which is the difference between the tare weight and gross weight, documented on the bill of lading.

46. In the case of transports originating from Fort Knox, Kentucky, the Company business office submits documents including the bill of lading, weight tickets, and HHG inventory, to the Transportation Office within the Fort Knox Logistics Readiness Center, as a claim for payment.

47. The United States relies on the bill of lading and weight tickets in order to pay LMS, SMS, and EMS.

48. The United States remits payment to LMS, SMS, or EMS.

## THE FALSE CLAIMS SCHEME

49. Defendants violated the federal False Claims Act, 31 U.S.C. § 3729 *et seq.*, by causing false, inflated weight tickets to be created through violations of Tariff 400NG, entering false, inflated weight information on bills of lading, submitting these false records and bills for payment, causing these false records and bills to be submitted for payment, and conspiring to perpetuate the scheme described herein.

50. From January 2009 through December 2014, LMS, SMS, and EMS engaged in a company-wide conspiracy to defraud the United States government by causing false, inflated weight tickets to be created, and entering false, inflated weight information on bills of lading to increase the weight of shipments in order to receive more money than they were entitled to for the services provided.

51. Company employees were directed by management, supervisors, and the owners, to cause false, inflated weight tickets to be created in order to increase the weight of the shipments and the amount of payment to the Company.

52. Generally, this scheme was perpetuated by the Company though various methods. One method was to add fuel between obtaining the tare weight and gross weight. Gross weight inflation, referred to as "bumping weight", occurred by adding items to the truck. This occurred when Company employees obtained a legitimate gross weight, turned the weight ticket in to defendant Kenny Montgomery or defendant Lonnie Curl, but were quickly directed to add weight to the truck, drive back to the scale, and obtain an inflated gross weight ticket. Often, this was accomplished by loading a pallet of packing paper, people, or unrelated HHG from another ship into the truck. In these instances, the Company's copy of the legitimate gross weight ticket was routinely destroyed; however, a record of it was maintained by the scale operator. The Company only submitted the inflated gross weight ticket with the bill of lading to the United States for payment.

53. At times, prior to obtaining a legitimate gross weight, the Company would inflate the gross weight by adding items other than fuel to the truck, such as a pallet of packing paper, people, or unrelated HHG from another shipment, where these items were added to the truck before the gross weight was obtained, resulting in the creating of only one gross weight ticket.

54. Another method used to overstate the net weight, was positioning the truck so that it was not completely on the scale when taking the tare weight, but completely on the scale when taking the gross weight. This had the effect of understating the tare weight, and causing the HHG to appear to weigh more.

55. Company employees were instructed to increase the weight of military HHG shipments by defendants Lonnie Curl and Kenny Montgomery.

56. Drivers were expected and routinely reminded by supervisors to add fuel after obtaining the tare weight, and before obtaining the gross weight. Crews were expected and routinely reminded to exit the truck when obtaining the tare weight, and remain on the truck when obtaining the gross weight.

57. Defendants Lonnie Curl and Kenny Montgomery routinely told the drivers "we need to get a little more weight on the truck" threatening that "you did it or you lost your job."

58. Defendants Dana Curl and Bonnie Montgomery were often present during safety meetings when defendants Lonnie Curl and Kenny Montgomery, instructed drivers to add extra weight to the shipments.

*Bumping Weight Using Fuel*

59. Adding fuel between obtaining the tare weight and gross weight makes the HHG appear to weigh more, thereby increasing payment. Each gallon of diesel fuel added increases the weight of the truck by approximately seven (7) pounds.

*Example 1*

60. For example, during a shipment in May 2009 (bill of lading ZX-676924, attached as Exhibit E), the Company's driver (K.B.) added fuel to the truck after the tare weight had been recorded, and before the gross weight was recorded.

61. The tare weight for truck # 605 was recorded at 8:07 a.m. on May 1, 2009, at CAT scale # 411 (Exhibit F), which is adjacent to Pilot station # 356, located at 2050 E. Blue Lick RD in Shepherdsville, KY, near exit # 121 of Interstate 65.

62. Fuel purchasing card records indicate that the Company driver (K.B.) purchased 49.65 gallons of fuel for truck # 605 at 8:25 a.m. on May 1, 2009, at Pilot station #

356 (Exhibit G).

63. The HHG were picked up in Elizabethtown, KY on May 1, 2009, per the HHG inventory (Exhibit H).

64. The gross weight for truck # 605 was recorded at 3:27 p.m. on May 1, 2009, at CAT scale # 411 (Exhibit F).

65. The Company driver (K.B.) acknowledged that bumping weight for shipments, including those he was involved with, through adding fuel as well as adding the paper pallet and other methods, routinely happened at the Company at the direction of defendant Lonnie Curl and with the knowledge of defendant Kenny Montgomery.

66. The Domestic 400NG Tariff details that fuel may not be added between the two weighings when the tare weight is obtained first.

67. The additional fuel increased the weight of truck # 605 by approximately 347 pounds, in violation of Tariff 400NG.

68. Based on the representations associated with Bill of lading ZX-676924, which was submitted to the United States, a total of $5,923.87 was paid to EMS by the United States.

69. Had the 49.65 gallons of fuel not been added to the vehicle in-between weighings, the United States would have paid $5,382.09 for Bill of lading ZX-676924.

70. The United States paid $541.78 more than it should have for Bill of lading ZX-676924 due to the submission of this false claim.

*Example 2*

71. During a shipment in July 2013, (bill of lading FAAM0007989, attached as Exhibit

I) a Company driver (B.S.)  added fuel to the truck after the tare weight had been recorded and before the gross weight was recorded.

72. The tare weight for truck # 545 was recorded at 7:33 a.m. on July 24, 2013, at CAT scale # 411 (Exhibit J).

73. Fuel purchasing card records indicate that the Company driver (B.S.) purchased 165.36 gallons of fuel for truck # 545 at 2:14 p.m. on July 24, 2013, at Pilot station # 356 (Exhibit K).

74. The HHG were picked up in Louisville, KY on July 24, 2013, per the HHG inventory (Exhibit L).

75. The gross weight for truck # 545 was recorded at 2:22 p.m. on July 24, 2013, at CAT scale # 411 (Exhibit J).

76. The Company driver (B.S.) acknowledged that bumping weight for shipments, including those he was involved with, through adding fuel as well as adding the paper pallet and other methods, routinely happened at the Company at the direction of the Company's owners.

77. The additional fuel increased the weight of truckt # 545 by approximately 1,157 pounds, in violation of Tariff 400NG.

78. Based on the representations associated with bill of lading FAAM0007989, which was submitted to the United States, a total of $10,335.32 was paid to LMS by the United States.

79. Had the 165.36 gallons not been added to the vehicle in-between weighings, the United States would have paid $9,385.19 for bill of lading FAAM0007989.

80. The United States paid $950.13 more than it should have for bill of lading

FAAM0007989 due to the submission of this false claim.

81. There were over 200 shipments between 2009 and 2014 occurring both locally and outside Kentucky involving dozens of the Company's drivers where bills of lading were submitted to the United States with misleading and false information concerning the net weight of the HHG, and overpayments were made by the United States to EMS, LMS, and SMS as a result of the defendants' scheme to manipulate weight by adding fuel in violation of the DPS and Tariff 400NG. These shipments are summarized in Exhibit M attached to this Complaint.

82. In all, shipment net weights were overstated in the aggregate by approximately 58 tons as a result of improperly fueling vehicles in between recording the tare weight and gross weight.

*Weight Inflation through Other Means*

83. Besides adding fuel in between recording the tare weight and gross weight, the Company improperly added weight to their vehicles through other means in order to increase payments to them.  Sometimes a gross weight was recorded, and a legitimate gross weight ticket was generated, before the Company directed its employees to engage in this conduct on a shipment.  In these instances, the legitimate gross weight ticket enables the United States to quantify the weight inflation.

84. The Company routinely destroyed the legitimate gross weight tickets, and never submitted them to the United States.  However, record of the weight ticket was maintained by the scale operator.

*Use of a Pallet*

85. Often, a pallet containing rolls of packing paper was added to a truck to inflate the gross weight, making the HHG appear to weigh more, and causing the United States to pay more for transportation services than it should have paid. The amount of weight added when using this pallet varied depending on how many rolls of paper were loaded on it.

*Use of Additional People*

86. Company employees were routinely told to have crew members exit the truck when recording the tare weight, but to have crew members stay on the truck when recording the gross weight.

87. By engaging in this conduct, the defendants overstated the true weight of the transported HHG and misrepresented the weight of the HHG to the United States. This caused the United States to pay more for the transportation services than it should have paid.

*Manipulating Scale Weights*

88. Sometimes Company drivers were directed to pull their truck onto the weight scale behind a truck driven by another driver. The driver of the second truck would place the front tires of his truck on the scale while the first truck was recording the gross weight.

89. By engaging in this conduct, the defendants inflated the true weight of the transported HHG and misrepresented the weight of the HHG to the United States. This caused the United States to pay more for the transportation services than it should have paid.

*Example 3*

90. During a shipment in March 2011, (bill of lading FAAQ0000548, attached as Exhibit N) weight was added though other means.

91. The tare weight for truck # 061 was recorded on March 21, 2011, at CAT scale # 411.  The time stamp is not readable on the copy of the weight ticket retained by the Company (Exhibit O).  The time stamp on CAT scale weight tickets is only readable on the top copy of the multi-part form.  It is common among HHG shipments for one shipping entity to contract with the United States to perform the moving services, but subsequently subcontract the shipment to another entity.  In the case of this shipment, Apex Transportation Systems (ATS) contracted to perform the moving services for the United States, but subcontracted the work to SMS.  When this occurs, documentation that the shipment was completed is provided by the subcontracting entity to the primary entity, which in turn submits it to the United States for payment.  The Company provided the top copy of this weight ticket, upon which the timestamp is readable, to ATS, and retained the underneath copy in its file.

92. The United States obtained weight ticket data from CAT Scale Company (CAT) for scale # 411.  This data shows that the tare weight for truck # 061 was recorded at 7:07 a.m. on March 21, 2011 (Exhibit P).

93. Fuel purchasing card records indicate that a member of the crew for this shipment purchased 32.48 gallons of fuel for truck # 061 at 7:18 a.m. on July 24, 2013, at Pilot station # 356 (Exhibit Q).

94. The Company Driver (S.K.) and the rest of the packing crew then proceeded to the

pickup location in Taylor Mill, KY, a drive of approximately 109 miles from CAT

scale # 411.  The HHG inventory shows that loading of HHG began on March 21,

2011, and was completed on March 22, 2011 (Exhibit R), at which point truck #

061 returned to Shepherdsville, KY.  The bill of lading indicates there were no

other pickups performed.

95. The legitimate gross weight for truck # 061 was recorded at CAT scale # 411 on

March 22, 2011.  A hardcopy of this weight ticket was not retained by the

Company, or provided to ATS for submission to the United States, instead the

Company destroyed it.  Weight ticket data from CAT indicates that this legitimate

gross weight was recorded at 2:44 p.m. on March 22, 2011, with a gross weight of

22,640 pounds (Exhibit P).

96. A second, inflated gross weight for truck # 061 was recorded at CAT scale # 411 on

March 22, 2011, with a weight of 24,100 pounds (Exhibit O).  An underneath

hardcopy of this weight ticket was retained by the company, with the top copy

being provided to ATS.  Weight ticket data from CAT indicates that this inflated

gross weight was recorded at 3:21 p.m. (Exhibit P).

97. 1,460 pounds of additional weight was  added to the shipment weight as a result of,

Company driver S.K. being directed to add weight to the shipment and return to the

scale to record an inflated gross weight.

98. Company driver S.K. acknowledged that bumping weight for shipments, including

those he was involved with, through adding fuel as well as adding the paper pallet

and other methods, routinely happened at the Company at the direction of defendant

Lonnie Curl and defendant Kenny Montgomery.

99. Company employee D.B. acknowledged witnessing Company employees bumping weight for shipments through adding fuel as well as adding the paper pallet and other methods.

100.     The Company, by providing a false, inflated gross weight ticket and a bill of lading with false, inflated weight information to ATS, caused ATS to submit a false claim for payment to the United States.

101.     The additional fuel increased the weight of truck # 061 by approximately 227 pounds, in violation of Tariff 400NG.

102.     Based on the representations associated with bill of lading FAAQ0000548, which was submitted to ATS and which the Company caused to be submitted to the United States, a total of $3,817.45 was paid to ATS by the United States, who in turn paid SMS and LMS $3,027.52 in total (Exhibit S).

103.     Had the 32.48 gallons not been added to the vehicle in-between weighings, and the 1,460 pounds of non-HHG not been added to the vehicle prior to the gross weight submitted to ATS being recorded, the United States would have paid $2,903.95 for bill of lading FAAQ0000548.

104.     The United States paid $913.50 more than it should have for bill of lading FAAQ0000548 due to the submission of this false claim.

*Tare Weight Deflation*

105.     Company employees were directed to remove all packing materials and equipment such as pads, boxes, paper, dollies, and etc. from the truck prior to obtaining a tare weight. This would result in a tare weight that was less than the actual weight of the vehicle being claimed on bills of lading to the United States,

inflating the net weight of the HHG when this equipment and materials were in the truck when the gross weight was recorded.

106.     Company drivers were also encouraged to purposely position the truck on the scales so one of the steer tires was partially off the scale when they were obtaining the tare weight of the truck. This would result in a tare weight that was less than the actual weight of the vehicle being claimed on bills of lading to the United States, inflating the net weight of the HHG when the truck was placed fully on the scale when the gross weight was recorded.

### Count I: False Claims
**(31 U.S.C. § 3729(a)(1)(A))**

107.     The United States repeats and re-alleges paragraphs 1-106, as if fully set forth herein.

108.     Based on the aforementioned conduct, Defendants knowingly presented, or caused to be presented, to an officer or employee of the United States Government, false or fraudulent claims for payment or approval, in violation of the False Claims Act, 31 U.S.C 3729(a)(1)(A), specifically claims for fraudulently billed shipping costs associated with members of the United States Armed Forces. These false claims are detailed in Exhibit M.

109.     Defendants knew the bills of lading would be presented to an officer or employee of the United States Government as a claim for payment and that it was material to payment by the United States.

110.     Defendants presented, or caused to be presented, the bills of lading and the weight tickets to an officer or employee of the United States Government for those claims identified in Exhibit M.

111.     The bills of lading submitted for those services identified in Exhibit M contained false and otherwise misleading information, and were presented to and paid by the United States for moving service members and their families.

112.     Defendants' conduct is a violation of 31 U.S.C. § 3729(a)(1)(A), as amended.

113.     Because of the Defendants' acts, the United States sustained damages in an amount to be determined in trial, and therefore is entitled to treble damages under the False Claims Act, plus civil penalties of not less than $5,500 and up to $11,000 for each violation.

## Count II: False Statements
### (31 U.S.C § 3729 (a)(1)(B))

114.     The United States repeats and re-alleges paragraphs 1 through 113, as if fully set forth herein.

115.     Based on the aforementioned conduct, Defendants knowingly made, used, or caused to be made or used, a false record or statement material to a false or fraudulent claim (identified in Exhibit M), in violation of the False Claims Act, 31 U.S.C. 3729(a)(1)(B).

116.     Defendants caused false weight tickets to be created, and created false bills of lading, that contained weights that did not reflect the true tare weight and/or gross weight of the vehicles, resulting in false reporting of the weight of shipments being sent on behalf of United States service members.

117.     The Defendants knew that the bills of lading and supporting documents submitted for those services identified in Exhibit M contained false statements, and were presented to and paid by the United States for moving service members and

their families.

118.     Because of the Defendants' acts, the United States sustained damages in an

amount to be determined in trial, and therefore is entitled to treble damages under

the False Claims Act, plus civil penalties of not less than $5,500 and up to $11,000

for each violation.

### Count III: Conspiracy
### (31 U.S.C.§ 3729(a)(1)(C))

119.     The United States repeats and re-alleges paragraphs 1-118, as if fully set

forth herein.

120.     Defendants conspired to submit false claims for services provided in

violation of 31 U.S.C. § 3729(a)(1)(C).

121.     Defendants inflated the net weight of numerous shipments by inflating the

gross weight and/or deflating the tare weight.

122.     Defendants accomplished this by adding fuel between the recording of the

tare and gross weights, adding personnel and pallets of paper when recording the

gross weight and/or deliberately positioning the truck so that it was not fully on the

scale, and removing equipment and packing materials when recording the tare

weight.

123.     Defendants routinely reminded crew members to engage in these practices

threatening termination, should they refuse to do so.

124.     Because of the defendant's acts, the United States sustained damages in an

amount to be determined in trial, and therefore is entitled to treble damages under

the False Claims Act, plus civil penalties of not less than $5,500 and up to $11,000

for each violation.

## Count IV: Unjust Enrichment

125.      The United States repeats and re-alleges paragraphs 1-125, as if fully set forth herein.

126.      By virtue of submitting, or causing to be submitted, claims for payment for improperly weighed shipments of service members HHGs, the Defendants obtained inflated payments from the United States.

127.      The Defendants were unjustly enriched at the expense of the United States, in such amounts, as determined at trial.

## Count V: Payment by Mistake

128.      The United States repeats and re-alleges paragraphs 1-128, as if fully set forth herein.

129.      Defendants submitted, or caused to be submitted, claims for shipping costs associated with service member relocation to the United States Armed Forces when the weights were not accurately recorded. The United States paid more money to LMS, SMS, and EMS than it would have had the defendants not submitted, or caused to be submitted, claims for inaccurately weighed shipments.

130.      The Defendants were mistakenly paid more than they were entitled to receive in such amounts as determined at trial.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff United States demands and prays that judgment be entered in its favor and against Defendants as follows:

1.  Under Counts I, II, and III for treble damages and civil penalties between $5,500 and $11,000 for each claim violating the False Claims Act, plus costs;

2.  Under Counts IV and V, for damages to be determined;

3.  For a jury trial; and

4.  For all other relief to which the United States may be entitled.

Respectfully submitted,

RUSSELL M. COLEMAN
United States Attorney, WDKY

/s/ Benjamin S. Schecter
Assistant United States Attorney
717 W. Broadway
Louisville, KY 40202
(502) 582-6061
Ben.Schecter@usdoj.gov

# EXHIBIT

# A

# Defense Personal Property Program
# Domestic 400NG-1 Tariff



# Personal Property Publication

## Rules Governing the Interstate and Intrastate Movement of Personal Property for Department of Defense and the Coast Guard

**Military Surface Deployment and Distribution Command**

**709 Ward Drive, Building 1990**

**Scott Air Force Base, Illinois 62225**

**Updated: Jul 9, 2009**          **Effective: Nov 19, 2008**

Posted: July 14, 2009

400NG

# List of Changes

| Version No. | Description | Revision Date | Page Numbers |
|---|---|---|---|
| 1.0 | Introduction page revised | October 21, 2004 | 0 & 8 |
| 1.0 | Domestic volume move section added, GPA section revised and minor typographical errors fixed | April 22, 2005 | 1 -4, 8, 22, 30, 34, 35, 38, 42 - 47 |
| 1.0 | Minor editorial changes | November 24, 2008 | 7, 8, 23, 24, 27, 28, 29, 31, 34, 39, 42, 43, 47, 48, 50 , |
| 1.0 | Minor editorial changes | August 1, 2007 | 8, 23, 24, 28, 29, 31, 33, 35, 41 - 51, 54 |
| 2.0 | Clarification | October 22, 2007 | Item 2, Item 4, Item 17, Item 105, Item 125, Item 135, Item 225, |
| 2.0 | Clarification, editorial changes, adding items number, deletion | June 26, 2008 | 0, 4, 18, 19, 35, 38, 40, 42, 44, add item 226 and 1001 |
| 2.0 | Editorial changes to salvage items and packing/unpacking of crates.  Adding debris removal verbiage.  Deleted verbiage Part 1, forth paragraph.  Added the OT Calculation.  Minor editorial changes, downward movement of (120F) pg 37  to pg 38.  Added Note 2: to Item 1001-Surcharge | October 30, 2008 | 15, 24, 35, 36, 37, 38, 41, 44, and 46 |
| 2.0 | Editorial changes | November 17, 2008 | 23 and 44 |
| 2.0 | Editorial changes, took out the "t" in weightings.  Pg 21 restructured para. Pg 36 deleted specialty motor vehicles | November 24, 2008 | 10, 17. 18, 21, and 36 |
| 2.0 | Removed Families First from doc. and old address replaced with Scott AFB | December 09, 2008 | all |
| 2.0 | Removed Rand McNally Mileage Guide 18, replaced with 19. Item 31 – Deleted "All Motor Service To or From Alaska Cancelled – No Further Application" Added  "Reserved For Future Use"; Item 130 - Clarified to read "Three or four-wheeled All Terrain Vehicles.; | Mar 17, 2009 | 26, 41 |
| 400NG-1 | Editorial changes and clarification.  Editorial change added -1 to 400NG to cover page. Editorial change added a more detailed table of content page.  Item 17 Storage-In-Transit (SIT), para 1 – Verbiage changed for clarification.  Added new SIT language.  Item 16, Fuel Surcharge Verbiage added for clarification.  Item 105, Part 3: Debris Removal Service a – Verbiage changed for clarification changed customer/employee to PPSO.  Note: Because of adding a detailed table of content, fuel surcharge, and SIT verbiage, item numbers may have shifted and will appear on following pages, the table of content will reflect these changes. Editorial change to Items 105, 120, 130, 225 | July 9, 2009 | Cover, 2, 21, 23 and 36 |

Posted: July 14, 2009

400NG

# Table of Contents

**Section**             **Page**

**Introduction** ................................................................................................................ 7
**Transportation Charges** ............................................................................................ 7
**Section 1 Rules and Regulations** ............................................................................ 8
    Item 1 Application of Tariff – Electronic Format ...................................... 9
    Item 2 Liability ........................................................................................... 9
    Item 3 Claims ............................................................................................. 13
    Item 4 Weighing and Weights ................................................................... 19
    Item 5 Control and Exclusive Use of Vehicle .......................................... 21
    Item 6 Consolidation of Shipments ........................................................... 22
    Item 7 DoD Approved Transportation Service Providers (TSPs) ............. 22
    Item 8 Available for Future Use ................................................................ 22
    Item 9 Routing and Joint Rates ................................................................. 22
    Item 10 Available for Future use ................................................................ 22
    Item 11 Available for Future use ................................................................ 22
    Item 12 Cancellation of Tariff Pages, Items or Portions Thereof ............. 22
    Item 13 Available for Future use ................................................................ 22
    Item 14 Inspection of Articles ................................................................... 22
    Item 15 Available for Future use ................................................................ 23
    Item 16 Fuel Policy .................................................................................... 23
    Item 17 Storage-in-Transit (SIT) .............................................................. 23
    Item 17-1 Attempted Delivery to Residence from Storage-in-Transit (SIT).......... 26
    Item 17-2 Termination of Liability for Goods in SIT ............................... 26
    Item 18 Governing Publications ................................................................ 26
    Item 19 Available for future use ................................................................ 27
    Item 20 Available for future use ................................................................ 27
    Item 21 Available for future use ................................................................ 27
    Item 22 Hourly Rates ................................................................................ 27
    Item 23 Available for future use ................................................................ 28
    Item 24 Available for future use ................................................................ 28
    Item 25 Minimum Charge .......................................................................... 28
    Item 26 Available for future use ................................................................ 28
    Item 27 Warehouse Pickup and Delivery Service .................................... 28
    Item 28 Stopoffs and Diversions ............................................................... 28
    Item 29 Available for future use ................................................................ 29
    Item 30 Available for future use ................................................................ 29

Posted: July 14, 2009

400NG

Page 3

Item 31 Available For Future Use ................................................................................................ 29
Item 32 Prohibited and Restricted Articles ................................................................................ 29
Item 33 Impractical Operations and Application of Shuttle Service ...................................... 30
Item 34 Available for future use .................................................................................................. 31
Item 35 3rd Party Charges ............................................................................................................ 31
Item 36 Available for future use .................................................................................................. 31
Item 37 Available for future use .................................................................................................. 31
Item 38 Available for future use .................................................................................................. 31
Item 39 Available for future use .................................................................................................. 31
Item 40 General Price Adjustment .............................................................................................. 31
Item 41 Economic Price Adjustment .......................................................................................... 32
Item 42 Available for future use .................................................................................................. 33
Item 43 Available for future use .................................................................................................. 33
Item 44 Definition of Holidays .................................................................................................... 33
Item 45 Available for future use .................................................................................................. 33
Item 46 Collection of Freight Charges on HHGs Shipments Involving Loss or Destruction In- Transit .... 33
Item 47 Available for future use .................................................................................................. 34
Item 48 Available for future use .................................................................................................. 34
Item 49 Available for future use .................................................................................................. 34
Item 50 Effective Date Governing Application of Rules, Rates and Charges of This Tariff ..................... 34
Item 51 Available for future use .................................................................................................. 34
Item 52 Available for future use .................................................................................................. 34
Item 53 Available for future use .................................................................................................. 34
Item 54 Available for future use .................................................................................................. 34
Item 55 Available for future use .................................................................................................. 34
Item 56 Rates Based On Minimum Weight or Minimum Volume ......................................... 34
Item 57 Available for future use .................................................................................................. 35
Item 58 Removal or Placement of Property from or to Inaccessible Locations .................... 35
Item 59 - 99 Available for future use .......................................................................................... 35
Item 100 Classification of Articles (Commodity Description) ................................................. 35
Section 2 Additional Services ....................................................................................................... 36
Application of Transportation Charges ...................................................................................... 37
Application of Additional Services .............................................................................................. 37
Application of Transportation Charges and Additional Services ........................................... 37
Item 101 - 104 Available for future use ....................................................................................... 37
Item 105 Container Service ........................................................................................................... 37
Item 106 - 119 Available for future use ....................................................................................... 39
Item 120 Extra Labor, Special Services and Waiting Time ..................................................... 39
Item 121 - 124 Available for future use ....................................................................................... 42

Posted: July 14, 2009

400NG

Item 125 Shuttle Service ............................................................................................ 42

Item 126 - 129 Available for future use....................................................................... 43

Item 130 Light and Bulky Article Classifications......................................................... 43

Item 131 - 134 Available for future use....................................................................... 44

Item 135 Origin and Destination Service Charge ........................................................ 44

Item 136 - 174 Available for future use....................................................................... 45

Item 175 Overtime Loading and Unloading Service..................................................... 45

Item 176 - 184 Available for future use....................................................................... 45

Item 185 Storage-in-Transit (SIT) .............................................................................. 45

Item 186 – 209 Available for future use....................................................................... 46

Item 210 Pickup and Delivery Transportation Charges On SIT Shipments ................... 46

Item 211 – 224 Available for future use....................................................................... 47

Item 225 Pickup and Delivery Service Applicable At Third Party and Self-Storage Warehouses ............. 47

Item 226 – Miscellaneous............................................................................................ 47

Item 227 – 999 Available for future use....................................................................... 47

Item 1000 Explanation of Abbreviations and Reference Marks (For Standard Use Throughout This Tariff)47

Item 1001-Surcharges ................................................................................................ 48

**Section 3 Volume Moves** ............................................................................................ 49

Item 2000 Purpose ..................................................................................................... 50

Item 2001 Criteria for Use of Volume Move Rates ...................................................... 50

Item 2002 Procedures................................................................................................. 50

Item 2003 Submission of Rates and Charges .............................................................. 50

Military Surface Deployment and Distribution Command
709 Ward Drive, Bldg 1990, Scott Air Force Base, IL 62225

## Reference Marks

| | | | |
|---|---|---|---|
| **D** | Denotes DELETION. | **N** | Denotes NO CHANGE in rates |
| **A** | Denotes INCREASES | **C** | Denotes CHANGE which resulted in neither increases nor reductions in charges |
| **R** | Denotes REDUCTIONS | | |

## List of Acronyms

| | | | |
|---|---|---|---|
| CD | Compact Disk | HGB | Household Goods Carrier Bureau |
| CPI | Consumer Price Index | MCO | Military Claims Office |
| CPI-U | Consumer Price Index, for All Urban Consumers | N.A.D.A. | National Automobile Dealer's Association |
| CEU | Current Employment/Unemployment Index | MPCECA | Military Personnel and Civilian Employees Claims Act |
| CFR | Code of Federal Regulations | NTS | Non-Temporary Storage |
| BPC | Base Point City | PoA | Power of Attorney |
| DTOD | Defense Table of Official Distances | POV | Privately Owned Vehicles |
| DoD | Department of Defense | PBP&E | Professional Books Paper and Equipment |
| DOHA | Defense Office of Hearing and Appeals | PPSO | Personal Property Shipping Office |
| DPS | Defense Personal Property System | SDDC | Military Surface Deployment and Distribution Command |
| DVD | Digital Video Disk | SIT | Storage-in-Transit |
| DTR | Defense Transportation Regulation | TO | Transportation Officer |
| EPA | Economic Price Adjustment | TSP | Transportation Service Provider |
| FRV | Full Replacement Value | USPS | U.S. Postal Service |
| GPA | General Price Adjustment | | |
| HHG | Household Goods | | |

## Abbreviations

| ADD or ADD'L | Additional | Load/ Unload | Loading or Unloading | SIT | Storage-in-Transit |
|---|---|---|---|---|---|
| A.M. or a.m. | Ante Meridian | NO. | Number | STB | Surface Transportation Board |
| CU. FT or cu ft | Cubic Foot | O/T | Overtime | UN/PK | Unpacking |
| CWT | Hundredweight | PACK/ UNPACK | Packing or Unpacking | U.S. | United States |
| EA | Each | P/D | Pickup or Delivery | USPS | United States Postal Service |
| EX. P/D | Extra Pickup or Delivery | PK | Packing | | |
| LB(S) | Pound(s) | P.M. or p.m. | Post Meridian | | |

# Definitions

**Claimant:** The term "claimant" may mean either the owner, or the government, as either of these parties may be the one that files a claim against the Transportation Service Provider (TSP).

**Consignee:** The recipient to whom the personal property is addressed or consigned for final delivery.

**Consignor:** The person or activity that is the supplier or shipper of the product.

**Designated Agent:** The term designated agent shall mean a person that has legal Power of Attorney to make arrangements with the PPSO to ship, monitor SIT or receive the owner's property.

**DoD-Approved Transportation Service Provider:** A TSP, which has met the requirements, established by SDDC, and has received a notice of acceptance into the Department of Defense (DoD) Personal Property Program. A TSP must have DoD approval before filing rates. Information regarding DoD approval can be obtained from the Commander, Surface Deployment and Distribution Command, Deputy Chief of Staff for Passenger & Personal Property, SDPP-PO, 709 Ward Drive, Building 1990, Scott Air Force Base, Illinois 62225, and Email sddc.safb.ppqual@us.army.mil.

**Military Claims Office (MCO):** Any office designated by a military service to take in, process or adjudicate claims

**Notices or Communications:** Required notices or communications shall be in the DoD's Defense Personal Property System (DPS) whenever possible. Otherwise, when such communications are required to be "in writing," they may be transmitted by mail, by telephonic facsimile, or by electronic mail.

**Owner:** The term "owner" pertains to the person (**customer/employee**) whose property is being shipped and whose name the property is stored under and shall mean the person who is entitled to a shipment at DOD expense, even if that person does not have formal legal title to all of the goods that are shipped, and shall include the owner's agent/consignee, or, in the case of a deceased owner, the survivors or estate of the owner. Note: In the document the term "**Owner**" is interchangeable with "**customer/employee**"

**Shipper:** Is technically the party that contracts with the TSP and pays for the shipment. In DPS the shipper is usually the **government** except for Self Procured moves.

**Transportation Service Provider (TSP):** Any party, person, agent or carrier that provides freight or passenger transportation and related services to an agency. In the case of Personal Property Qualification and Rate filing, the term TSP will apply to Motor Carrier, Freight Forwarder and Broker, as applicable

**Code "D" – Domestic Household Goods:** Movement of Household Goods in a Motor Van or Container from origin residence in CONUS to destination residence in CONUS. The actual mode of service is at the discretion of Transportation Service Provider at no extra cost to the shipper.

## Introduction

Tariff 400NG serves as the principal DoD domestic tariff that governs the transportation of household goods (HHG), personal effects, property and other similarly defined articles in all points of the United States and District of Columbia with the exception of Hawaii. This tariff was developed by SDDC as part of Defense Personal Property Program, in partnership with all the military services and commercial industry associations. The tariff contains two components: (1) a printed tariff document that contains the governing rules and regulations and (2) an electronic rating engine used to compute the cost of individual shipments. The electronic rating engine is part of the DoD"s Defense Personal Property System (DPS) and will be accessible to all authorized DoD users.

Tariff 400NG marks an important departure from previous tariffs and changes the way that transportation rates apply for interstate and intrastate movers. This tariff incorporates many of the commonly applied individual additional service charges into a single Origin/Destination Service Fee that applies along with the transportation charges in order to simplify the application of the tariff.

The other major change is the use of zip codes to rate shipments. The former point-to-point distance application used a zip code-to-zip code rating system for determining the transportation charges and additional services. Tariff 400 NG uses a Base Point City (BPC) concept. Data from the National 3-digit zip code directory is used to establish the Base Point Cities; the data from Rand McNally Mileage Guide 19 (MG 19) establishes the mileage between the Base Point Cities. There are currently 786 Base Point Cities. Defense Table of Official Distances (DTOD) shall only be used for "key entry mileages" (manual lookup), i.e. when a shipment moves within the same BPC

To rate a shipment correctly, you need to know the weight of the shipment, pickup date, origin and destination zip codes. The electronic rating engine uses the 1st three digits of the origin and destination zip codes to establish the Base Point Cities. It then uses the weight of the shipment, the pick up date and the mileage between the origin and destination Base Point Cities to compute the baseline transportation line-haul cost. The transportation charges apply on a seasonal basis; higher Peak Season charges apply on shipments picked up on May 15th through September 30th of each calendar year and these charges are incorporated into the rating engine. The baseline transportation line-haul charges and accessorial rates are not visible to the user in this paper tariff; they are incorporated into the rating engine.

## Transportation Charges

The transportation charge in this tariff includes the loading of the shipment at the point of origin, vehicle transportation to the point of destination, and the unloading of the shipment at destination, but does not include the Additional Services named in Sections 1 and 2 of the tariff.

The transportation charges apply for the transportation of HHGs between all points in the United States (except Hawaii). The charges apply between BPCs (in Alaska, the Mileage Guide distance is used to determine the applicable charges). In order to display all of the thousands of possible zip code- BPC combinations, the charges are contained in the electronic rating engine, rather than a paper format.

# Section 1 Rules and Regulations

Posted: July 14, 2009

400NG

## Item 1 Application of Tariff – Electronic Format

1.  This tariff applies for the transportation of household good shipments in all points in the United States and the District of Columbia with the exception of Hawaii.

**Electronic Format**: This tariff is published and made available to all DoD authorized users. **The tariff contains two components:** (1) a printed tariff document that contains the governing rules and regulations and an explanation of the transportation charges and the additional services that apply, and (2) an electronic rating engine that contains the transportation charges and the rates and charges that apply for additional services performed in the United States. The electronic rating engine is used to compute the cost of the shipments.

Refer to the user manual accompanying the electronic rating engine to compute the cost of an individual shipment(s).

## Item 2 Liability

1.  **Liability Limits for Loss or Damage**

    a.  The TSP is liable to the owner, or to the military service that contracted for the shipment, for loss or damage that occurs to the owner's personal property while it is in the custody of the TSP, or of any agent, employee, or subcontractor of the TSP.  Liability on all shipments, whether domestic or international, will be determined in accordance with the Carmack Amendment to the Interstate Commerce Act, (Title 49, United States Code, Section 14706), except as otherwise provided in this tariff.

    b.  If a claim is filed directly with the TSP within nine months of delivery, then the TSP's maximum liability on each domestic household goods (HHG) shipment will be:

        1)  $5,000 per shipment, or

        2)  $4.00 times the net weight of the shipment, in pounds, not to exceed $50,000, whichever is greater.

    c.  On all other loss and damage claims asserted against the TSP, the TSP's maximum liability will be limited to $1.25 times the net weight of the shipment, in pounds.  For more information refer to the FRV guidelines posted on the SDDC website.

    d.  Payments by the TSP to an owner for inconvenience claims will not be deducted from the TSP's maximum liability for loss or damage, but are a separate liability.

2.  **Full Replacement Value (FRV) Liability**

    When the owner files a claim with the TSP via DPS, or as indicated in Item 3, Paragraph 2 (Exceptions to filing in DPS) within nine months of delivery, the TSP is liable for the Full Replacement Value (FRV) of any lost or destroyed items.

    If an owner submits a claim to a Military Claims Office (MCO) within nine months of delivery but wants it to be forwarded to the TSP for settlement, the owner will be instructed to file a claim in DPS within nine months of delivery.  For paper claims subject to the exceptions in Item 3, Paragraph 2, and the claim will be forwarded within nine months of delivery and within 30 days of receipt by the MCO.  If the TSP receives such a claim that has been forwarded by a MCO within nine months of delivery, the TSP will be liable for the full replacement value as stated in Item 2, Paragraph 3 below.  If the TSP receives such a claim from a MCO more than nine months after delivery, but it is postmarked or electronically transmitted within nine months of the delivery date, then the TSP will treat the claim as if it had been filed directly with the TSP within nine months and the TSP will be liable for full replacement value protection.  On these claims, the TSP's liability is as follows (see also Item 2, Paragraph 1 – Liability Limits for Loss or Damage):

    a.  For items that are damaged but not destroyed, the TSP will, at its option, either repair the items to the extent necessary to restore them to their condition when received by the TSP, or pay the claimant for the cost of such repairs.

b. For most items that are destroyed (i.e., the repair cost exceeds replacement cost) or lost, the TSP will, at its option, either replace the lost or destroyed item with a new item, or pay the undepreciated replacement cost of a new item. New items should, to the greatest extent possible, be from the same manufacturer and should be the same make and model as the item that was lost or destroyed. If the TSP cannot find a new item that is the same as the item that was lost or destroyed, it may replace the item with one of comparable qualities and features. However, for lost or destroyed items that are parts of sets, such as a silver service, crystal glasses, or china, the TSP may replace the lost item with a like item that matches the rest of the set. Likewise, some items, such as collectable figures (e.g., Hummel and Lladro), collectable plates, collectable dolls, baseball cards, antiques, comic books, coin and stamp collections, and objects of art, cannot be properly replaced with new items because their value is based, in part, on the fact that they are no longer made and are no longer available for purchase as new items. For this type of item, the TSP may replace the lost or destroyed item with the same or comparable item or pay the replacement cost of the item.

c. When FRV applies to a shipment that includes one or more motor vehicles (automobiles, vans, pickup trucks, motorcycles or sport utility vehicles), the TSP's maximum liability for the vehicles shall be the value stated in the current issue of the N.A.D.A.'s Official Used Car Guide (the "Guide") for such vehicle(s), adjusted for mileage and other factors considered in the guide. However, if either the owner or the TSP has obtained an appraisal of the vehicle from a qualified appraiser, settlement will be based on the appraised value rather than the book value.

d. For boats, personal watercraft, ultra light aircraft, pianos, organs, firearms, objects of art, all-terrain vehicles, and snowmobiles, the TSP may replace the item with a comparable used item or pay the undepreciated replacement cost, because these are large, expensive items that are not part of the typical shipment and have an active, widespread secondary market.

e. The owner may reject a payment or item offered by the TSP to settle a claim. If an owner files a claim with the TSP within nine months of delivery, but fails to settle the claim directly with the TSP, the owner/consignee may transfer his claim via DPS to a MCO subject to the limitation of Item 3, Paragraph 1.a. In those cases where transfers have occurred, the TSP shall not have the option to repair or replace items in kind, but must pay to the MCO the repair cost or undepreciated replacement cost of a new item, whichever is less. If the TSP can show that they offered the owner a replacement item of comparable or better quality than the item lost, the TSPs liability for that item will be limited to their replacement cost at the time offered (including any tax or drayage) or the amount demanded, whichever is less.

f. Replacement cost is based on the replacement cost at destination. It includes any shipping charges and sales tax. However, the TSP is not required to pay shipping charges and/or sales tax in excess of $10 on a claim until it receives proof that the charges and taxes were actually paid.

3. **Actual Value (Depreciated) Liability**

a. If the owner files a claim directly with the TSP more than nine months after delivery, the TSP is liable for the depreciated value of the items only up to a maximum of $1.25 times the net weight of the shipment. Liability will be as follows:

1) For items that are damaged but not destroyed, the TSP will, at its option, either repair the items to the extent necessary to restore them to their condition when received by the TSP, or pay the claimant for the cost of such repairs, up to the depreciated value of the items.

2) For items that are destroyed (i.e., the repair cost exceeds the depreciated value) or lost, the TSP will pay the depreciated value for the item. However, if the claimant is willing to accept a replacement item instead of cash payment, the TSP may settle all or part of a claim by delivering a replacement item(s) of like kind, quality and condition to the claimant.

b. If the owner files a claim directly with a MCO, and does not want to file with the TSP for settlement, the military will adjudicate the claim pursuant to statutory and regulatory guidance. The MCO may then assert a recovery claim against the TSP. The TSP, on this type of a recovery claim, will be liable to the MCO for the depreciated replacement or repair cost, whichever is less. If the owner files a claim directly with a MCO, the TSP will not be liable for more than the depreciated replacement cost, not to exceed $1.25 times the net weight of the shipment, in pounds.

    c.   In settling claims for the depreciated replacement cost of an item, the MCO and TSP will use the Joint Military-Industry Depreciation Guide, for those items that are listed in the guide. The MCO and TSP will use the current replacement cost of the item as a base to apply the depreciation factor to arrive at the current actual value of the item. If an item cannot be replaced, or no suitable replacement is obtainable, the proper measure of damages for items that depreciate shall be the original cost, adjusted upward to reflect the increase in the consumer price index (CPI) since the date of purchase, and then adjusted downward to reflect the depreciation rate in the Joint Military –Industry Depreciation Guide.

    d.   Replacement cost is based on the replacement cost at destination. It includes any shipping charges and sales tax. However, the TSP is not required to pay shipping charges and/or sales tax in excess of $10 on a claim until it receives proof that the charges and taxes were actually paid.

**4.  Exclusions from Liability**

    a.   The TSP shall be liable for physical loss or damage to any article that occurs while being carried or held in Storage-in-Transit (SIT) EXCEPT loss or damage caused by or resulting from the following:

        1)   From an act or omission of the owner

        2)   From defect or inherent vice of the article

        3)   From hostile or warlike action in time of peace or war including action in hindering, combating or defending against an actual, impending or expected attack; from any weapon of war employing atomic fission or radioactive force whether in peace or war; or from insurrection, rebellion, revolution, civil war, usurped power or action taken by governmental authority in hindering, combating or defending against such occurrence;

        4)   From seizure or destruction under quarantine or customs regulations; confiscation by order of any government or public authority; or risks of contraband or illegal transportation or trade;

        5)   From delay caused by strikes, lockouts, labor disturbances, riots, civil commotions, or the acts of any person or persons taking part in any such occurrence or disorder,

        6)   From acts of God (also known as acts of Nature)

        7)   From pre-existing infestations by mollusks, arachnids, crustaceans, parasites or other types of pests; and for fumigation or decontamination when not the fault of the TSP.

        8)   From loss or damage that occurs prior to release to the TSP while the goods are in the possession of a non-temporary storage (NTS) contractor, or of a SIT contractor under an unrelated shipment of the goods. When a shipment is released from NTS or SIT under another TSP's control, the new TSP shall not be liable for an item claimed as missing which should have been listed as a separate item on the inventory, but which was not listed on the inventory that was prepared by the original contractor or TSP. However, the new TSP will be liable for items packed in cartons, if the carton is listed on the inventory, unless the new TSP can produce evidence to shift liability back to a prior handler and the item claimed bears a reasonable relationship to the contents of the carton listed on the inventory. If it does not bear a reasonable relationship, the new TSP is not liable, but the NTS contractor or original TSP may be liable.

        9)   The TSP shall not be liable for intangible property, securities, nor for the sentimental value of an item.

        10)  The TSP shall not be liable for pre-existing damage.

    b.   The exclusions listed above will not apply if the TSP's own negligence significantly contributed to the loss. However, if the TSP, after giving electronic notice to the appropriate government transportation office, or electronic or written notice to the owner, of a potential risk of loss or damage to the shipment from the above causes, is instructed by the government or the owner to proceed with such transportation and/or delivery, notwithstanding such risk, the TSP shall not be liable for the loss attributed to the risk.

**5.  Duty to Mitigate Loss**

    If a loss or damage occurs to a shipment from one of the excluded causes listed in Item 2, Paragraph 4 above, the TSP may still be liable for additional damage that results from its failure to take reasonable steps to mitigate the extent of the loss. For example, if a shipment is damaged by water from a flood or hurricane, the TSP, as

soon as practical, should attempt to clean and dry the items, rather than allow further damage (e.g., rust, warping, or mildew), to develop from prolonged exposure to dampness.  In some cases, the responsible transportation office may direct the TSP to undertake specific mitigation work, or may authorize payment for mitigation work, subject to later determination of whether the government or the TSP will be liable for the cost.  The cost of any such mitigation efforts that are not paid for by the government will be deducted from the TSP"s maximum liability for loss or damage under Item 2 Liability, Paragraph 1.a. & 1.b. above.

6.   **Time Limitations on TSP Liability for Loss and Damage Claims**

a.   The TSP will not be liable for loss or damage unless the owner either files a claim directly with the TSP within two years of the delivery of the shipment that included the lost or damaged items, or files a timely claim with a MCO under the Military Personnel and Civilian Employees Claims Act (MPCECA).  For purposes of filing with a TSP or a MCO, timeliness will be determined by the MCO based on the statute, case law, and the service"s claims regulations and instructions.

b.   For the purpose of the two-year limit for filing directly with the TSP, if a claim for loss or damage accrues during war or an armed conflict in which an armed force of the United States is involved, or has accrued within two years before war or an armed conflict begins, and there is good cause for delay in filing due to that armed conflict or war, then the claim must be presented within a reasonable time after the cause no longer exists, or after the war or armed conflict ends, whichever is earlier.  An armed conflict begins and ends as stated in concurrent resolution of Congress or a decision of the President.  Any extension granted by this provision will be at least as long as the duration of the good cause and may be longer, at the discretion of the TSP.

c.   If the owner files a timely claim with a MCO, the TSP will not be liable to the government on a recovery claim if the government does not dispatch a written demand on the TSP within four years of delivery.  This four-year period will be extended by any period granted under Item 2, Paragraph 6.b. above.  If the government does dispatch a written demand on the TSP within four years of delivery, the government will have the normal six years specified in Title 28, United States Code, Section 2415, to resolve the claim or file suit.

d.   If an owner files a claim directly with the TSP and then receives written notice from the TSP that all or part of the claim has been denied, then the owner may transfer the claim via DPS to the appropriate MCO, provided such a claim can still be timely filed under the MPCECA.  If a recovery claim is not filed by a MCO against the TSP within four years of delivery, including any extended period in Item 2, Paragraph 6.c. above, or Customer"s/employee"s suit is not instituted within two years of receipt of the written notice, then the TSP shall not be liable for any part of the claim that was denied in the notice.

7.   **Termination of Liability for Goods in Storage-in-Transit (SIT)**

The TSP"s liability under the bill of lading for a shipment in SIT shall terminate when SIT terminates, in accordance with Item 17-2.

8.   **High Value Items and High Risk Inventories**

a.   High value items are limited to: currency, coins, jewelry, silverware and silver service sets, crystal, figurines, furs, objects of art, computer software programs, manuscripts, comic books, baseball cards, stamps, individual CDs or DVDs with a value in excess of $50, and other collectable items or rare documents that have a value in excess of $100 per pound.  For purposes of determining the TSP"s liability, all such items shall be deemed to weigh at least one pound.  A collection of compact disks (CDs) and digital video disks (DVDs) will not be considered high value items.

b.   The TSP"s liability for high value items shall be limited to $100 per pound of the article.  If the owner fails to inform the TSP that such items are included in the shipment after the TSP in writing, asks the owner, to list any such items in the above categories that will be included in the shipment.  In order to account for such items, and in order to facilitate special handling of such items, the TSP may use a separate high-risk inventory.  Items such as CD"s, video tapes and DVDs, that do not qualify as high value items for purposes of this provision limiting liability may be included on a high risk inventory.

c.   A high risk/high value inventory form, even if it is signed by the owner upon delivery and fails to note any shortage at delivery, will normally be treated like any other inventory for purposes of determining whether

there was any loss or damage in transit. The Notification AFTER Delivery form, that gives the TSP notice of later discovered loss or damage (see Item 3, Paragraph 3.d.) would overcome the presumption of correct delivery, even of high value items listed on a special inventory, unless the following conditions are met:

1) If the high risk/high value inventory form has a block to denote delivery, the owner must initial each block for each item. A check mark, or an "x", is not sufficient.

2) The high risk/high value inventory form must contain a warning, in bold type larger than any other type on the form, that if the owner notes on this inventory that an item was delivered, he or she may never claim that the item was missing with either the TSP or with a MCO.

3) The delivery agent must attest in writing that, just prior to departure from the residence, the agent and the owner opened all containers in which the high risk/high value items were packed; that they removed the items from the containers; that they physically inspected each item; and that the agent advised the owner of the consequences of signing the high risk/high value inventory form.

## Item 3 Claims

1. **Claims Filing**

   a. Owners whose property is lost or damaged in transit and wish to file against the TSP must file their claims within two years of delivery of the shipment that gave rise to the claim. If the claimant submits the claim to the TSP via DPS within nine months of delivery, the TSP, subject to the exclusions stated in Item 3, Paragraph 2, will be liable for the full, undepreciated replacement value on all lost or destroyed items, as specified in Item 2, Paragraph 2. If a claim is not completely settled after 30 days claimants may transfer the claim to the MCO. However, claimants may transfer a claim immediately, and still be eligible for FRV, upon:

      1) Notice that the TSP has made a final offer on the claim or denied it in full.

      2) Notification by SDDC that the TSP is in bankruptcy.

      3) Notification that the TSP has been placed in permanent, world-wide Non-Use status by SDDC.

      4) The TSPs failure to comply with the catastrophic loss provisions in Item 3, Paragraph 10, and as verified by the MCO.5.        The TSPs failure to comply with essential items provisions in Item 3, Paragraph 11, and as verified by the MCO.

   b. For the purpose of filing with the TSP within two years, if a claim for loss or damage accrues during war or an armed conflict in which an armed force of the United States is involved, or has accrued within two years before war or an armed conflict begins, and there is good cause for delay in on-line filing due to that armed conflict or war, then the claim must be presented within a reasonable time frame after the cause no longer exists, or after the war or armed conflict ends, whichever is earlier. An armed conflict begins and ends as stated in concurrent resolution of Congress or a decision of the President. This same exception will apply to the nine-month on-line filing period required to trigger the TSP's liability for FRV. Any extension granted by this provision will be at least as long as the duration of the good cause and may be longer, at the discretion of the TSP. If TSP anticipates the denial of an extension, they may contact the Military Claims HQ for an advisory opinion.

   c. When an owner transfers a claim to the MCO, the MCO may contact the TSP using the 1-800 number or email address given the claimant, to determine if the TSP has already obtained any estimates. If the TSP has obtained estimates, the TSP will transmit them within 24 hours, or the next business day if notification occurs on a Friday or Saturday or the day before a holiday, by fax or electronic mail to the MCO. If the TSP has not already obtained estimates, the MCO may give the TSP until the next business day to decide if it will inspect and obtain estimates on those items requiring estimates, and make arrangements with the owner and repair firms for the estimates. If the TSP decides to inspect and obtain estimates, it will have until the second business day after it is contacted to obtain them unless the owner agrees to give it more time. If the TSP is unable to obtain estimates within two business days of being contacted and the owner does not agree to give it more time to do so, then the MCO will proceed to adjudicate and settle the claim.

d.   The MCO may assert a demand against the TSP for TSP's liability as established under Item 2, Liability. The TSP will not be liable on such a recovery claim for payment on any items on which the TSP has already paid the owner, if the correspondence between the TSP and the owner lists the item as one on which payment is being made and clearly indicates that the prior payment was in full and final satisfaction of either the entire claim, or was in full and final satisfaction of the claim for the particular item.

e.   For purposes of qualifying for FRV and for meeting the two-year limit for on-line filing claims directly with the TSP, a claim submitted directly by the owner to the TSP must be submitted in DPS, subject to the exclusions stated in Item 3, Paragraph 2, within the relevant time period (nine months or two years). The claim must identify the claimant; contain facts sufficient to identify the shipments or shipments involved; must assert a demand for a specific or determinable amount of money; and must specify the extent of the loss and damage.

2.   **Exceptions to Filing in DPS**

Exceptions to the requirement that the owner file against the TSP in DPS will be granted on a case-by-case basis, in writing, by the MCO. Government assistance will be available to overcome most issues in regards to the automated claims process. In cases where an exception has been granted, TSPs are responsible for accepting, processing and paying paper claims consistent with this tariff. Approved paper claims, submitted within the appropriate timeframes, shall receive applicable FRV. Some examples of exceptions are:

a.   No access to a computer.

b.   Claims for deceased customers (Bluebark) involving surviving family customers not familiar with the claims process.

c.   Language barriers in the claims filing process.

3.   **Substantiation of Claims**

a.   In addition to the minimum requirements needed to meet any timely on-line filing requirements, claims must include additional information in order for the TSP to begin the settlement process. On all claims, this additional information will include any notices of concealed damages or loss that were found after the day of delivery, and not previously provided to TSP (see Item 3, Paragraph 3.d., below); sufficient information about the shipment to enable the TSP to locate its copy of the bill of lading; a description of each item that is lost; and a list of each item that is damaged stating the nature, location and extent of the damage. The description of items lost or damaged must also list the date of purchase of each item, the age of each item, if known, or, for items that were not purchased (e.g., gifts or bequests), the date the owner acquired the item, along with an estimate of the original purchase price or value at time of purchase/acquisition.

b.   For claims filed directly with the TSP, the TSP is responsible for obtaining any repair estimates or replacement cost estimates that it may need to settle the claim, subject to the requirements and exclusions of Item 3, Paragraph 3.f. The TSP may request the assistance of the closest MCO to obtain the name of reputable repair firms. If the TSP is still unable to obtain a repair or replacement estimate on an item, it may ask the owner to obtain the estimates, provided that the TSP agrees to pay all estimate fees and drayage costs that are incurred, even if the final settlement does not include payment for that item. If the owner is unable or unwilling to get the estimate(s), the TSP must adjudicate the claim without them based on the other evidence in the file. The owner must cooperate with any reasonable request from the TSP in making items available for repair or for repair estimates. If the owner does not cooperate, the TSP should seek assistance from the closest MCO of that owner's military service. If the owner still does not cooperate, the TSP may delay settlement on those items that need estimates until the owner makes the items available or deny payment on those items.

c.   **Internal Damage Rule:** If the claim includes repair of internal damage to appliances or electronic items, and there is no new external damage to the item, the claim must be supported by additional substantiation regardless of the amount claimed. For these items, the claimant must submit both a written statement explaining how they know the item was working when tendered to the TSP, along with an estimate of repair that includes both an explanation of the damage and a statement by the repair technician as to their opinion of the cause of the damage. For claims filed directly with the TSP, the same information will be required to establish that the loss or damage occurred in transit. However, on those claims that are filed directly with the TSP within nine months of delivery, the TSP will attempt to obtain the repair estimate,

including the repair technician''s opinion as to the source of damage, and will have the right to request assistance from the owner under the rules stated above in Item 3, Paragraph 3b.

d. **Notice of Loss and Damage**

1) Upon delivery of the HHG, it is the responsibility of the TSP to provide the owner with one copy of the completed Notification AT Delivery Form and a blank Notification AFTER Delivery Form. It is the joint responsibility of the TSP and the owner to record on the Notification AT Delivery Form all loss and transit damage that is found at delivery. Later discovered loss or transit damage shall be listed on the form provided for Notification AFTER Delivery. The TSP shall accept this form (Notification AFTER Delivery), as overcoming the presumption of correctness of the delivery receipt, if it is transmitted or postmarked within 75 calendar days of delivery. Notice shall not be required if a claim is filed with the TSP within 75 days of delivery. Neither the Notification AT Delivery nor the Notification AFTER Delivery Forms are conclusive and both can be rebutted by other evidence.

2) If notice of loss or damage of household goods is postmarked or transmitted to the TSP more than 75 calendar days after delivery, the loss or damage on that notice will be presumed not to have occurred while the goods were in the possession of the TSP unless there is good cause for the delay, as determined by the appropriate MCO. Good cause may include, but is not limited to, officially recognized absence or hospitalization of the service owner during all or a portion of the period of 75 calendar days from the date of delivery. In case of recognized official absence, the appropriate MCO will provide the TSP with the proof of the officially recognized absence and the additional days granted shall not exceed the period of official absence.

3) The TSP''s failure to provide the forms for Notification AT Delivery/Notification AFTER Delivery, to the owner and to have proof thereof will eliminate any requirement for notification to the TSP. Notice using the Notification AT Delivery/Notification AFTER Delivery is not required by the TSP in the case of major incidents requiring the TSP to notify the Military Surface Deployment and Distribution Command and appropriate Personal Property Shipping Office (PPSO) of the incident. Such incidents include fire, pilferage, vandalism, and similar incidents that produce significant loss, damage, or delay.

4) The inventory prepared at origin and delivery receipt is valid evidence that either the MCO or the TSP shall consider along with timely notification in determining whether or not a claimant has sustained loss and/or damage in the shipment.

e. **Inspection by the Transportation Service Provider**

1) The TSP may inspect the damaged items at any time prior to settlement of the claim, but may not deny a claim solely on the basis that it was unable to inspect any item. If the owner has repaired an item before the TSP''s inspection, the owner must provide the repair bill or some other evidence of the damage and repair cost to the TSP. If the owner has disposed of a damaged item, he must give the TSP evidence that the item was damaged beyond economical repair.

2) If, before a claim is filed, an owner calls the TSP and asks it to inspect, or give permission to dispose of items, the TSP will, within two business days of being contacted, notify the Customer that either the items will be inspected or that the Customer may dispose of the items. In such cases, if the TSP gives notice that it will inspect the items, it will do so within 45 days of being contacted by the owner unless the owner grants a further extension.

3) If the owner refuses to permit the TSP to inspect, the TSP must contact the appropriate installation MCO and request assistance in arranging an inspection of the goods. If the owner causes a delay by refusing inspection, the TSP shall be provided with an equal number of days to perform the inspection/estimate (45 days plus delay days caused by owner).

f. **Repair Estimates**

1) Responsible Party: The TSP will be responsible for paying for repair estimates it requires to process any and all claims that are filed with the TSP by the owner. The MCO will be responsible for paying for all repair estimates it requires to process and substantiate any and all claims that are filed with the MCO by the owner. The TSP is responsible for paying all estimates and associated fees presented by

an MCO as a result of claims that were transferred to the MCO by the owner pursuant to Item 3, Paragraph 1, unless:

   a)  The TSP previously provided a reasonable estimate, or

   b)  The TSP previously offered to pay the owner a value that matches or exceeds the repair cost for all items on the estimate, or

   c)  The item damaged is repairable and the TSP offered to repair it at no cost to the customer, or

   d)  The TSP previously offered to pay the replacement cost or to replace it in kind.

2) All estimates provided by the TSP must identify a repair firm that is willing and able to make the repair within a reasonable time, for the amount stated. The repair firm must be reputable, having a reputation for timely and satisfactory performance. All such estimates must be itemized.

3) If an MCO receives an itemized repair estimate from the TSP before a claim is settled, then the MCO will use that estimate provided that it is the lowest overall, and meets the criteria in Item 3, Paragraph g.2 above. If the TSP's estimate is the lowest overall estimate and is not used, the MCO will advise the TSP in writing of the reason the lowest overall estimate was not used in determining the TSP's liability.

4) If the TSP sends the appropriate MCO a lower repair estimate after the recovery demand on the TSP has been dispatched to the TSP's home office, it will be considered in the TSP's recovery rebuttal or appeal process if lower than the estimate used by the MCO and if it establishes that the estimate submitted by the owner was unreasonable in comparison with the market price in the area or that the price was unreasonable in relation to the value of the goods prior to being damaged.

5) If a TSP has made an inspection/estimate based upon the Notice of Damage AFTER Delivery and the owner subsequently updates the notice, the TSP is authorized to make an additional inspection/estimate. The TSP will contact the MCO to determine if it will authorize a deduction of $75.00 or actual inspection cost, if less, from the TSP's liability for performing the second inspection/estimate.

6) The TSP is required to ensure that qualified repair firms and subcontractors perform the repairs and they must provide the name of the repair firm that will be doing the work, if requested by either the MCO or the owner.

4. **Settlement of Loss and Damage Claims**

   a.  On loss and damage claims, the TSP shall pay, deny, or make an offer within 60 days of receipt of a complete, substantiated claim through DPS.

   b.  The TSP will complete payment to the claimant within 30 days of receipt of notice that the claimant has accepted a full or partial settlement.

5. **Partial Settlements**

If the owner cannot reach a mutually acceptable settlement directly with the TSP on part of his or her claim, the owner can accept payment from the TSP on those items on which the owner and TSP have reached agreement. If the owner elects to accept partial settlement, the TSP may pay the owner on the items on which they have reached an agreement. The owner may transfer via DPS any unsettled portions of their claim to a MCO consistent with Item 3, Paragraph 1. The MCO may assert a recovery demand on the TSP. The TSP will not be liable on such a recovery claim for payment on any items on which the TSP has already paid the owner, if the correspondence between the TSP and the owner lists the item as one on which payment is being made and clearly indicates that the prior payment was in full and final satisfaction of either the entire claim, or was in full and final satisfaction of the claim for the particular item.

6. **Quick Claim Settlement**

TSPs may establish a quick claim settlement procedure to quickly resolve and pay claims for minor loss or damage discovered at the time of delivery. Such procedures should cover payment for less than $500 with payment made within 5 days of delivery. The process of settling and paying such claims will be left to the discretion of each TSP. However, any small claim settlement agreement can contain only a limited release of

liability and must specifically list the items and the damage for which payment is being made. Owners must be advised that they may still file claims for later discovered loss or damage. A copy of the settlement agreement must be made available to the appropriate MCO, on request. The TSP will not be required to enter such a quick claim into the DPS System. However, if the owner receives a "quick" claim settlement and then files an additional claim within DPS, the owner must indicate in DPS that he received a quick claim settlement and he may not file an additional claim for any items that he settled through the quick claim process.

7. **Salvage**

   a. On shipments delivered in the United States, the TSP is entitled to take possession of and sell for salvage any damaged item on which it has paid either the depreciated or undepreciated replacement cost. The TSP is also entitled to claim salvage on any damaged item delivered in the United States that it has replaced with a new item.

   b. If the TSP pays a claimant the depreciated or undepreciated replacement cost of a lost item, and the lost item is subsequently located, the TSP must notify the Transportation Officer (TO) and the owner for instructions. The owner may then decide either to request or decline delivery of the item(s). If the owner elects to receive a found item, the owner must refund any amount paid on that item. If the owner declines delivery of the item, the TSP may retain the item(s) for salvage.

   c. If the TSP locates an item within 60 days of receipt of notice of the loss, and a claim on that item has not yet been paid, then the claimant will be obligated to accept delivery of the item in lieu of a claim, even if the owner has already replaced the item. In addition, if the TSP locates a lost item more than 60 days after receipt of notice of the loss, but the item has not been replaced, and a claim on the item has not been paid, then the claimant will be obligated to accept delivery of the item in lieu of a claim. If a lost item is later delivered with damage, the time limits for qualifying for FRV protection and for on-line filing claims on that item will not commence until the delivery of that item. Notwithstanding the above, any essential item(s), as described in Item 3, Paragraph 11, that a reasonable person would and has replaced promptly may be declined by the owner before the 60 day period has run. This provision applies only when:

      1) The item has been missing for at least seven (7) days from the date of delivery and the TSP has been notified pursuant to Item 3, Paragraph 11

      2) The item is necessary for daily life, such that it must be replaced within 2 business days of notice to TSP

      3) The item has in fact been replaced.

   d. TSP's must coordinate a date and time with member/employee to take possession of salvaged item(s) if they elect to exercise their rights to salvage item(s) or at member/employee request and when paragraphs e thru g below do not apply. TSP must take possession at owner's residence, or other location acceptable to the owner, not later than 30 days after receipt of a completed claim from either the owner or the MCO. (see Item 3, Paragraph.3.f.). The 30-day pickup period can be extended by an agreement between the TSP, and the owner. If the owner refuses to cooperate with the TSP in the exercise of salvage rights, the TSP should contact the MCO closest to the owner and request assistance. At any time the Customer/employee may ask the TSP whether it may dispose of an item and get an answer within 2 days under Item 3, Paragraph 3.e.2.

   e. The TSP will not exercise its salvage rights if the depreciated replacement value of all salvageable items totals less than $100.00, or, in the case of a single salvageable item, the item has a value of less than $50. If a shipment has more than one salvageable item, one of which has a value of $50.00 or more, yet the total of all salvageable items is $100.00 or less, then the TSP may exercise its salvage rights.

   f. The TSP will not exercise its salvage rights on any item that is hazardous or dangerous to the health or safety of the owner or the owner's family. Such items include, but are not limited to, broken mirrors or glass, spoiled food, moldy mattresses or other fabric items. However, the owner for potential salvage will retain antiques, figurines, and crystal with a single item value of $50 or more.

   g. If the TSP is unable to exercise its salvage rights due to the disposal of an item(s) by the owner, the TSP may reduce its liability by 25% on any item that has a depreciated replacement value of $50.00 or more. The TSP is entitled to no deduction for salvage on a single item with a depreciated replacement value of

less than $50.00; unless the total combined depreciated replacement value of all items that have been disposed of is $100.00 or more.

8. **Claims for $25 or Less**

In an effort to reduce administrative costs, the Military Services agree that they will not pursue a claim against a TSP for loss or damage to household goods that were transported under this document, if the amount of the claim is for $25 or less. The TSPs agree that they will not request reimbursement for such claims from the Military Services for an amount of $25 or less. However, this provision does not apply to claims submitted directly to the TSP by an owner.

9. **Dispute Resolution**

   a.  If an owner does not accept a settlement offered by the TSP, the owner may transfer a claim as specified in Item 3, Paragraph 1(a) to the appropriate MCO. If the owner transfers a claim to the military, the MCO will resolve the owner's claim in accordance with its Service's claims regulations. The MCO will then assert a recovery claim against the TSP under this Tariff. The TSP must pay, deny or make an offer on the recovery claim within 60 days of receipt of the claim, unless an extension is granted.

   b.  If the TSP and the MCO cannot reach a mutual settlement on the recovery claim, the military may collect the amount of its recovery claim by administrative offset from money that is owed to the TSP for transportation services, or from any other payment due the TSP directly from the government. If payments to the TSP are made by third party payment system, the TSP agrees that the appropriate MCO may direct the party paying the TSP to divert all or part of any payment to the appropriate military finance center in order to accomplish offset to pay a government claim from a prior shipment.

   c.  If the TSP, following such an offset, continues to dispute the amount of its liability, then it may file an administrative appeal under the provisions of Title 31, United States Code, Section 3702, to the Defense Office of Hearing and Appeals (DOHA) or it may file suit in the appropriate federal court.

10. **Catastrophic Loss Payments**

   a.  The TSP is responsible for identifying and making partial, advance payments to owners who have suffered a catastrophic loss. These payments are designed to relieve an owner's hardship associated with the loss of all or a majority of their household goods. The payments are an advance and should not exceed the owner's expected total liability. Claimant will still be required to file a claim for their loss. Any advance payment made will be deducted from the owner's eventual award. Such payments are subject to the same maximum liability and rules as all payments under this tariff.

   b.  Catastrophic loss occurs when over 60% of the inventory line items in a given shipment are lost, damaged or destroyed. However, TSPs are free to declare any loss catastrophic and make a partial payment. If TSP cannot contact the owner within 48 hours, they will make payment or come to an agreement on payment within 48 hours of making contact. Catastrophic losses and payments must be recorded in DPS. The declaration of a loss as catastrophic and the making of a partial payment is not an admission of liability regarding any particular piece of property. Further, claimants request for, or a TSP's identification of, such loss does not constitute a claim and is not tracked for the purposes of the TSP's Traffic Distribution Claims Score.

   c.  TSPs are expected to make advance payments as soon as possible after a catastrophic loss occurs. Payments must be made within 48 hours of the TSP discovering or being notified of a catastrophic loss, unless the Customer/employee and TSP otherwise come to an agreement. TSPs are free to make an advance payment in any amount they believe will not exceed their total expected liability to the owner. However, TSPs are required to pay no less than 5% of their total maximum liability for the shipment.

   d.  In the event that a TSP identifies or is informed of a catastrophic loss for which it believes it is not liable under Item 3, Paragraph 4, the TSP shall inform the owner's MCO in DPS within 24 hours. In such cases, the MCO shall handle the advance payment and claim. If it is later determined that the TSP was, in fact, liable for the loss, the MCO will assert a recovery claim against the TSP. The TSP shall be liable as if the Customer had filed a claim with the TSP within nine months of their loss.

11. **Essential Items.**

a. The TSP is responsible for promptly dealing with claimants who have had essential items lost, destroyed or made unusable due to damage. Owners are responsible for notifying the TSP, MCO, or PPSO of such a loss within 7 days of the date their goods were delivered. Any item not identified in this way by the owner shall not be considered "essential."

b. Upon notification of the loss of an essential item by either the claimant, MCO or SDDC, the TSP shall either pay for such items, provide temporary or permanent replacements for them, repair them or such other arrangement as agreed to by Customer/employee. Such action must be taken within two business days of notification, regardless of whether a claim has been filed. Any payments made by the TSP pursuant to this paragraph shall be considered an advance and should not exceed the TSP's expected total liability. Claimant will still be required to file a claim for their loss. Any advance payment made will be deducted from the owner's eventual award. Such payments are subject to the same maximum liability and rules as apply to all payments under this tariff.

c. If a TSP declines to provide or pay for an essential item or fails to respond to notification within the two business day period, the claimant may file a claim for said item(s) directly with the MCO. In such cases, the claimant shall retain his or her right to FRV for those essential items with which notice was provided to the TSP. The claimant is expected to file the remainder of their claim consistent with the provisions of this Tariff.

d. In the event that a TSP identifies or is informed of the loss or damage of an essential item for which it believes it is not liable under Item 3, Paragraph 4, Exclusions from Liability, the TSP shall inform the owner's MCO within 24 hours. In such cases, the MCO shall handle the advance payment and claims. If it is later determined that the TSP was, in fact, liable for the loss, the MCO will assert a recovery claim against the TSP. The TSP may be liable as if the Customer/employee had filed a claim with the TSP within nine months of their loss.

e. Essential items are only those items necessary for everyday living, which would reasonably need to be replaced promptly. Items used solely for entertainment purposes are not considered essential. Fungible items that are regularly used up or worn out and must be routinely replaced are not considered essential. Essential items include:

   i. Refrigerators or other appliances necessary for the safe storage and preparation of food.

   ii. Necessary medical equipment.

   iii. Mattresses.

## Item 4 Weighing and Weights

### (4A) – Reweigh – Origin

### (4B) – Reweigh – Destination

1. TSP's transporting shipments on a non-binding estimate shall determine the weight of each shipment transported prior to the assessment of any charges depending on the shipment weight. Except as otherwise provided in this item the weight shall be obtained on a scale meeting the definition of a certified scale as provided in 49 CFR 375.1 (b)(4).

2. **Weighing Procedure**

   a. Except as otherwise provided in this item, the weight of each shipment shall be obtained by determining the difference between the tare weight of the vehicle on which the shipment is to be loaded prior to the loading and the gross weight of this same vehicle after the shipment is loaded; or, the gross weight of the vehicle with the shipment loaded and the tare weight of the same vehicle after the shipment is unloaded.

   b. At the time of both weighings the vehicle shall have installed or loaded all pads, dollies, hand trucks, ramps and other equipment required in the transportation of such shipments. Neither the driver nor any other persons shall be on the vehicle at the time of either weighing.

   c. The fuel tanks on the vehicle shall be full at the time of each weighing or, in the alternative, no fuel may be added between the two weighings when the tare weighing is the first weighing performed.

   d.  The trailer of a tractor-trailer vehicle combination may be detached from the tractor and the trailer weighed separately at each weighing providing the length of the scale platform is adequate to accommodate and support the entire trailer at one time.

   e.  Shipments weighing 1,000 pounds or less may be weighed on a certified platform or warehouse scale prior to loading for transportation or subsequent to unloading.

   f.  The net weight of shipments transported in containers shall be the difference between the tare weight of the container, including all pads, blocking and bracing used or to be used in the transportation of the shipment and the gross weight of the container with the shipments loaded therein (CFR Title 49, Part 375.7 Determination of weights).

   g.  The shipper or any other person responsible for payment of the freight charges shall have the right to observe all weighing of the shipment.  TSPs must advise the shipper or any other person entitled to observe the weighing of the time and specific location where each weighing will be performed and must give that person a reasonable opportunity to be present to observe the weighing.  Waiver by a shipper of the right to observe any weighing or reweighing is permitted and does not affect any rights of the shipper under these regulations or otherwise.

   h.  TSP may substitute manufacturer's weight for automobiles, trucks, vans, campers and boats lieu of obtaining separate weight tickets on these articles whenever such articles are included within a shipment. Manufacturer's weight will be obtained from either the Branham Automobile Reference Book, the N.A.D.A.'s Official Used Car Guide (the "Guide"), or from other appropriate reference sources of manufacturer's weight, or the shipper may provide TSP with copies of manufacturer's documents evidencing the weight of the article included in a shipment, unless weighed as part of the gross weight of the shipment.

   j.  Professional Books, Papers and Equipment (PBP&E) shall be weighted separately on a platform or other type scales.  Where an adequate scale is unavailable, a constructive weight of 40 lbs per cubic foot will apply for Military and Civilians for PBP&E provided approval is obtained by an authorized Government representative.

3.  **Weight Tickets**

The TSP shall obtain a separate weight ticket for each weighing required under this item except when both weighings are performed on the same scale; one weight ticket may be used to record both weighings.  Every weight ticket must be signed by the person performing the weighing and must contain the following minimum information:

   a.  The complete name and location of the scale.

   b.  The date of each weighing.

   c.  Identification of the weight entries thereon as being the tare, gross and/or net weights.

   d.  The company or TSP identification of the vehicle.

   e.  The last name of the shipper as it appears on the bill of lading.

   f.  The TSP's shipment registration or bill of lading number.

4.  The original weight ticket or tickets relating to the determination of the weight of a shipment must be retained by the TSP as part of the file on the shipment.  All freight bills presented to collect any shipment charges dependent on the weight transported must be accompanied by true copies of all weight tickets obtained in the determination of the shipment weight.

5.  **Reweighing of Shipments**

Before the actual commencement of the unloading of a shipment weighed at origin and after the government is informed of the billing weight and total charges, the customer/employee or government may request a reweigh.  The lower of the two net scale weights shall be used for determining the applicable charges. The reweigh charge, $60.70, shall be payable for the service only when:

(1) Reweigh net scale weight is greater than initial net scale weight, or

(2) For shipments weighing 5,000 pounds or less; initial net scale weight minus reweigh net scale weight is less than 100 pounds.

(3) For shipments weighing greater than 5,000 pounds; initial net scale weight minus reweigh net scale weight is less than 2% of the lower net scale weight on shipments in excess of 5,000 pounds.

**Item 5 Control and Exclusive Use of Vehicle**

**(5A) – Line Haul – Expedited Service**

**(5B) – Line Haul – Exclusive Use**

**(5C) – Line Haul – Space Reservation**

1. **Expedited Service**

   a. Expedited Service as used herein means tendering delivery of a shipment of less than 5,000 pounds on or before a specified date.

   b. Subject to the availability of equipment for a particular service desired, shippers may obtain expedited service on a shipment of less than 5,000 pounds and transportation charges shall be computed on the basis of 5,000 pounds and tariff rates applicable to 5,000 pounds. The TSP shall not be required to provide exclusive use of vehicle under this paragraph. For exclusive use of vehicle, refer to Item 5, Paragraph 3.

      Bill of Lading and Freight Bill to be marked or stamped:

      [ ] EXPEDITED SERVICE ORDERED BY SHIPPER

      DELIVER ON OR BEFORE    _____

   c. Except in case of the fault of the shipper, in the event the shipment is not tendered for delivery on or before the delivery date, this item shall not apply. In such case, the charges for the shipment shall be subject to all other applicable rules and provisions of the tariff.

2.. **Exclusive Use of a Vehicle**

   a. Subject to the availability of equipment, a shipper may order Exclusive Use of a Vehicle of specific cubic capacity, for transportation of a shipment. Transportation charges shall be based on actual weight subject to minimum charges as follows:

      1) If the capacity of vehicle ordered is 1,400 cu. ft. or less, the minimum charge shall be based on 9,800 pounds.

      2) If the capacity of vehicle ordered is in excess of 1,400 cu. ft., the minimum charge shall be based on 7 pounds per cubic foot of total vehicle space ordered.

   b. If at time for loading such shipment, TSP does not have available a vehicle of capacity ordered, TSP may substitute a vehicle or vehicles of an equivalent or greater capacity and transportation charges and minimum therefore shall be the same as would apply had TSP furnished a vehicle of the capacity ordered. (See Item 5, Paragraph 5).

      Bill of Lading and Freight Bill to be marked or stamped:

      [ ] EXCLUSIVE USE OF A _____ CU. FT. VEHICLE ORDERED

3. **Signature Required For Services**

   Expedited Service, Exclusive Use of a Vehicle, or Space Reservation for a Portion of a Vehicle will be furnished by TSP only when shipper or his agent requests such service in writing or signs the Bill of Lading indicating that such specific special service was ordered.

4. **Display of Van Space**

   The number of CU. FT. of van space shall be legibly displayed on each side of the vehicle used by the TSP in rendering service under Item 5, Paragraphs 3.

Posted: July 14, 2009

400NG

**NOTE:** All shipments subject to weighing provisions as provided in Item 4.

### Item 6 Consolidation of Shipments

1. **"Consolidated Shipments:** Multiple shipments belonging to several customers/employees or owners, released at the same valuation, offered to the TSP at one time for pickup on the same day or consecutive days, for the movement from one origin area to the same destination or multiple destinations en route to the destination of the most distant shipment"
2. When a shipment is consolidated, allocated, and offered to and accepted by the TSP at one time, the additional service charges and charges incident to Storage in Transit (SIT) shall be applicable to each portion of this shipment as would apply if computed on each portion as an individual, separate shipment. Separate Bills of Lading shall be used for each customer/employee's Property. Bills of Lading will be cross-referenced by a list of all Bills of Lading included in the shipment.
3. Consolidate all the weight and apply the rate from furthest point of pickup and delivery (include extra stops).

### Item 7 DoD Approved Transportation Service Providers (TSPs)

1. TSPs participating in this Tariff must be DoD approved.  A list of DoD approved TSPs will be available on the SDDC web site at www.SDDC.army.mil

### Item 8 Available for Future Use

### Item 9 Routing and Joint Rates

1. Except as otherwise provided in this tariff, and subject to any limitation in the scope of operations provisions published for account of individual TSPs, rates apply via all routes made by use of TSP parties to this tariff, with interchange at common points.  For purposes of this rule, a common point is one where the two TSPs interchanging at that point may lawfully serve in the manner required by such interchange.

2. The joint rates published in this tariff include all charges for drayage or other transfer services at intermediate transfer points on shipments handled through and not stopped for special service at such intermediate transfer points.

### Item 10 Available for Future use

### Item 11 Available for Future use

### Item 12 Cancellation of Tariff Pages, Items or Portions Thereof

When this tariff is amended by revised pages, each revised page cancels the item or portion thereof shown on the original or revised page of the same page number. Reference made herein to items or pages in this tariff shall include reference to the reissue of such items or pages.

For example, "1st Revised Page 10" will have the effect of canceling Original page 10; "45th Revised Page 12" will have the effect of canceling 44th Revised page 12; "13th Revised Page 4-A" will have the effect of canceling 12th Revised Page 4-A and also 11th Revised Page 4-A if the cancellation of 12th takes place on or before its effective date.

### Item 13 Available for Future use

### Item 14 Inspection of Articles

1. When the TSP or its agent believes it is necessary that the contents of cartons, boxes, etc., be inspected, they shall make such inspection or cause it to be made, or require other sufficient evidence to determine the actual contents of the property.

2.  TSP will not accept the following shipment:
    a.  HHGs, which by its inherent nature are liable to impregnate, contaminate, or otherwise cause damage to other HHGs or equipment.
    b.  Articles, which cannot be taken from or delivered to the premises without damage to the articles or the premises.

## Item 15 Available for Future use

## Item 16 Fuel Policy

**(16A) – Fuel Surcharge – Line Haul**

**(16B) – Fuel Surcharge – Delivery from SIT**

Fuel Policy details are available on the SDDC"s Web Site at www.SDDC.army.mil

## Item 17 Storage-in-Transit (SIT)

1.  SIT of property covered by this tariff is the holding of the shipment or portion thereof at or in the facilities or warehouse used by the TSP or its agent, for storage, pending further transportation, and will be effected only at specific request of the shipper or under the conditions specified in Paragraph 14 of this item. Subject to PPSO approval, the TSP may use any DOD-approved SIT facility. All SIT and related charges are based on the destination city or installation shown in block 18 of the BL unless otherwise authorized by the servicing PPSO.

2.  A shipment or portion thereof may be placed in SIT one or more times for an aggregate period not to exceed 90 days unless the Authorized Government Representative authorizes additional storage.

3.  When SIT is at origin, charges may be billed after SIT is affected as follows:

    a.  Transportation charges between origin and location where SIT is affected.

    b.  Storage charges may be billed upon expiration of 90 days SIT and any additional 90-day increments, movement of shipment or conversion to commercial storage.

    c.  Charges for additional services, 3rd party charges and other lawful charges.

4.  When SIT is at other than origin, charges must be billed at the time SIT is effected, as follows:

    a.  Transportation charges between origin and location where SIT is effected.

    b.  Charges for additional services, 3rd party charges and other lawful charges.

    c.  Storage charges may be billed upon expiration of 90 days SIT and any additional 90-day increments, or upon delivery to residence, or upon conversion to commercial storage.

5.  **Refer to Direct Delivery Address at Destination**

    SIT of property covered by this Tariff is the holding of the shipment, or portion thereof, in a DOD approved facility or warehouse used by the TSP or its agent for storage, pending further transportation.

    Note: For shipments with a direct delivery address at destination (as indicated on the Bill of Lading) the TSP is not authorized to place a shipment into SIT prior to a percentage (See Table-17-1) of the Government Transit Time (some exceptions may apply – e.g., member becomes unavailable or unable to accept delivery). Subject to PPSO approval, the TSP may use any DOD-approved SIT facility. All SIT and related charges are based on the destination city or installation shown in block 18 of the BL unless otherwise authorized by the servicing PPSO.

Posted: July 14, 2009

400NG

Page 24

Table 17-1: SIT authorization for direct delivery with address at destination.

| | Domestic Transit Time |
|---|---|
| Percentage (%) | 70 |

For example, a shipment with a transit time of 15 days, the earliest date for which SIT could be authorized is 15*.70 = 10.5, rounded to 11 (when the application of the percentage creates a decimal, decimals of .49 and under are rounded down and decimals of .50 and over are rounded up). This means that SIT could be authorized beginning on the 11th day in transit.

**Refer to Item 210 for the application of SIT pickup and delivery transportation charges**

6.  Delivery of shipments to residence from SIT at origin, en route or at destination will be made on the date requested, if possible. If prior commitments of the TSP prevent delivery on that date, every effort will be made to deliver as soon as possible, subject to the following:

    a.  If the shipment is not removed from storage by the 5th working day (excluding Saturday, Sunday and holidays) after the requested delivery date(s), storage charges will cease to accrue after such date.

    b.  If the shipment is removed from storage prior to the 5th working day after the requested delivery date(s), storage charges will cease to accrue the day the shipment is removed.

7.  The transportation charges to apply when the shipment or portion thereof is stored in transit will be:

    a.  The applicable transportation rate between initial point of pickup and storage location, and

    b.  The applicable transportation rate from storage location, which, for rate application purposes, will be considered a new point of origin, to destination point.

**Refer to Item 210 for the application of SIT pickup and delivery transportation charges.**

8.  The transportation charges to apply on a shipment when only a portion of the shipment is stored in transit en route to destination will be the applicable transportation rate based on total weight of entire shipment, for total distance via all points of pickup and/or delivery (from first point of pickup to final point of delivery), plus additional service charges applicable to each portion of the shipment. The total charges for picked up and/or delivered portions shall not, in any case, exceed the total charges as would apply if computed to each portion as a separate shipment. The provisions of Paragraph 6 of this item will apply from the point of origin to storage location for determination of separate charges on the portion of shipment stored in transit, when computing the lower overall total charges.

9.  The transportation charges to apply on a portion of a SIT shipment delivered from storage location to destination will be the applicable transportation rate based on the weight of such portion, subject to the provisions of Item 17, Paragraph 6.

10. On property consigned to SIT wherein an overflow of property requires a split shipment delivered to the storage location on different dates, the charges for such property shall be as follows:

    a.  Transportation charges from initial point of pickup to storage location will be based on the combined weight of the property stored in transit, and computation of transportation charges will be as provided in Item 17, Paragraph 6.

    b.  Storage charges in effect on date of initial pickup will be assessed separately on each portion of shipment stored in transit, except 1,000 pound minimum weight will apply to the combined weight of property stored in transit. Storage will be rated separately for each portion added, subject to provisions of this item and Item 185.

    c.  All subsequent charges will be based on the combined weight of the property stored in transit.

Posted: July 14, 2009

400NG

11. When the government provides notice that the destination has been changed from the original bill of lading, a correction notice will be provided to the TSP. When the destination is changed, such change must be recorded on the bill of lading. When the interstate character of the property is terminated at the storage location before expiration of the time limit specified in Item 17, paragraph 2, the transportation and other lawful charges shall apply in an identical manner as provided in Item 17, paragraph 3 and 4 whichever is applicable.

12. When SIT property has been placed into storage at the TSP's or agent's storage location, both the TSP and the warehouseman must have in their possession records showing the following:

    a. An itemized list of the property with the bill of lading number noted thereon.

    b. Point of origin and destination.

    c. Condition of each article when received at and forwarded from the storage location.

    d. The dates when all charges, advances, or payments were made or received.

    e. Dates property was delivered to and forwarded from the storage location.

13. During SIT the shipper or owner may request withdrawal of a portion of the property, provided that the owner has notified the PPSO and the TSP has obtained prior approval for such withdrawal, except as provided in Item 17-2 and the Defense Transportation Regulation (DTR) (Note: This does not apply to civilians, unless they have received an exception). When the selection of items requires un-stacking and/or restacking of the shipment or a portion of the shipment, charges for such handling shall be assessed in accordance with Item 120. Charges for transportation furnished, if any, for portion selected for delivery shall be assessed on same basis as would apply to that portion as an individual shipment. With reference to the portion of the shipment, which remains at the storage location, the government may request via the PPSO to terminate the SIT service and place the remaining property in commercial storage. The government will provide notice to the TSP that the shipment will be converted to commercial storage or terminated as per Item 17-2. If the owner elects to have the remaining portion remain in SIT, the following shall be applicable:

    a. Storage charges shall continue to apply on the weight of remainder of the property.

    b. Charges for transportation furnished, if any, for the delivery of the remainder of the property shall be assessed on the same basis as would apply to that portion as an individual shipment.

14. During the SIT period the owner may not add property to that already in SIT.

15. If delivery cannot be made at the address specified on the bill of lading because of impractical operation as defined in Item 33 hereof, or for any other reason other than the fault of the TSP, and neither shipper, consignor, nor owner designates another address at which delivery can be made, TSP will place the property under the SIT provision of this item.

16. When property is placed in SIT, the TSP's limitations on liability also apply to the party in possession of the property.

**NOTE 1:** Except as specifically provided for in Item 17, Paragraph 9, when property is placed in SIT in segments on different dates:

    a. The transportation rates and additional service charges in effect on the date of placement of the first segment will apply to that segment only, and

    b. The transportation rates and additional service charges in effect on the date(s) that each subsequent segment is placed in SIT will apply to these subsequent segments.

**NOTE 2:** When property is removed from SIT and extra pickups are ordered:

    a. The transportation rates and additional service charges in effect on the date that the extra pickup is performed will apply to the entire weight of the extra pickup, and

    b. The transportation rates and additional service charges in effect on the date of pickup of the SIT portion will apply to the entire weight of that portion.

**NOTE 3:** Except as specifically provided for in Item 17, Paragraph 9, each portion of the shipment will be rated at the applicable rate in effect on the date of pickup of each portion, based on the total weight of the entire shipment.

### Item 17-1 Attempted Delivery to Residence from Storage-in-Transit (SIT)

**(17A) – Attempted Delivery – 30 miles or less**

**(17B) – Attempted Delivery – 31-50mi**

**(17C) – Attempted Delivery – Over 50mi**

**(17D) – Attempted Delivery – 1st Day**

**(17E) – Attempted Delivery – 30 miles or less – Overtime**

**(17F) – Attempted Delivery – 31-50mi – Overtime**

**(17G) – Attempted Delivery – Over 50mi – Alaska**

1.  Compensation to the TSP for attempted delivery to residence from SIT when failure to deliver is not the fault of the TSP will be as follows:

    a.  **Round trip distance** from the storage facility to residence and return:  Item 210, Pickup or Delivery Transportation charges on SIT Shipments, WILL APPLY.  Pursuant to the provisions of Item 210, Defense Table of Official Distances (DTOD) shall be used for "key entry mileages" (manual lookup). For example, when a shipment moves within the same BPC.

    b.  **SIT:**  A second first day storage charge will apply when the shipment is returned to SIT at the warehouse location.  Storage charges will continue to apply at the additional daily rate until shipment is removed or delivered from storage, except as provided in Item 17, Paragraph 5.

    c.  **Waiting Time:**  The provisions of Item 120 WILL APPLY if TSP is required to wait at residence.  "These items require prior approval from the Government."  OT Rate = 1.00 for Regular Time, 1.50 for OT.

### Item 17-2 Termination of Liability for Goods in SIT

1.  The TSP's responsibility for a shipment and its liability under the bill of lading for a shipment in SIT shall terminate, and the warehouse shall become the final destination of the shipment, on midnight of the day specified in the notice which the TSP receives through DPS advising that the government nature of the shipment will terminate.  The notice of termination cannot be retroactive.  A termination notice will only be effective if transmitted to the TSP through DPS.  No other form of electronic notice will be accepted by the TSP as notice of termination unless the government, or the TSP, identifies a system malfunction that would require an alternative method of notification (i.e. fax or e-mail).  This notice of termination can be rescinded not later than one business day prior to the effective date of the DPS termination.

2.  The government will pay the TSP for all SIT costs, up to and including the day of termination.  Once termination, in accordance with the above paragraph has occurred, the government may not revive the TSP's liability under the original bill of lading, or reinstate the original bill of lading.  If the government wishes to continue the government's funding of the shipment and pay for continued storage, the government must enter into a new contract with the warehouse and/or issue a purchase order or new bill of lading for delivery and any additional services needed after the termination notice.

### Item 18 Governing Publications

1.  This tariff is governed by the following described publications:

| Title Of Publication | Issuing Agent | Designation |
| --- | --- | --- |
| DoD Participating TSPs And Scope of Operations<br><br>All DoD governing publications are listed in the Defense Transportation Regulation (DTR) in Appendix K | Household Goods Carrier Bureau (HGB) – Must be DoD Approved | HGB 101-G |

| Title Of Publication | Issuing Agent | Designation |
|---|---|---|
| National Zip Code Directory | U.S. Postal Service (USPS) | None |
| National 3-digit zip code directory (See NOTES) | HGB | HGB 105-D |
| Mileage Guide No. 19 (See NOTES) | HGB | HGB 100-G |
| DTOD will be the governing mileage guide for manual key entry mileages through out the tariff | SDDC | |

The application of this tariff is governed by the zip code for each area or place within the United States as assigned by the United States Postal Service as found in the National Zip Code Directory. The first three (3) digits of the zip code define the applicable geographical service area for rate application purposes.

If the United States Postal Service changes the BPC of a zip code after the effective date of this tariff, the old BPC shall be used for shipment rating purposes until a new corresponding BPC is provided for herein.

This tariff uses a Base Point City concept. Data from the National 3-digit zip code directory is used to establish the Base Point Cities and the data from Rand McNally Mileage Guide 19 (MG 19) establishes the mileage between the Base Point Cities. There are currently 786 Base Point Cities and 227 Service Areas consisting of 20 metro services areas and 207 non-metro service areas.

**NOTE 1:** The application of specific distance-based items (Item 125, Shuttle Service, and Items 17-1 and 210, relating to pickup and delivery transportation charges on SIT shipments [when storage facility and residence have the same first three digits in their zip codes], and Alaska transportation charges) is also governed by the Mileage Guide as provided herein.

**NOTE 2:** Where a mileage radius is named, such mileage radius shall include all points within the described number of highway mileage from the point that designates the mileage basing location of such named city as shown in the governing Mileage Guide. Where cities or points are partly within the described number of miles, such will be considered as wholly within the described number of miles.

**NOTE 3:** References to Mileage Guide 18, as well as the other governing publications, also refers to subsequent reissues of these publications.

**Item 19 Available for future use**

**Item 20 Available for future use**

**Item 21 Available for future use**

**Item 22 Hourly Rates**

1. Charges based on time shall be computed by multiplying the hourly rate by the time involved. Unless otherwise provided, fractions of an hour will be disposed of as follows:

   a. Where the time involved is 15 minutes or less, the charge shall be for one quarter of an hour.

   b. When in excess of 15 minutes but not more than 30 minutes, the charge shall be for one half hour.

   c. When in excess of 30 minutes but not more than 45 minutes, the charge shall be for three quarters of an hour.

   d. When in excess of 45 minutes, the charge shall be for one hour.

**Item 23 Available for future use**

**Item 24 Available for future use**

**Item 25 Minimum Charge**

1. Except as may be otherwise specifically provided for in this tariff, or as amended, shipments transported under the provisions of this tariff weighing less than 1,000 pounds shall be accepted only at a weight of 1,000 pounds and applicable rates and charges based on weight shall be subject to 1,000 pound minimum.

**NOTE 1:** All shipments subject to weighing provisions as provided in Item 4.

**Item 26 Available for future use**

**Item 27 Warehouse Pickup and Delivery Service**

1. Except as otherwise provided herein, when a shipment is delivered to or picked up at a warehouse (including third party warehouse and self-storage/mini-warehouse locations), the charges for transportation include only the unloading or loading at door, platform, or other point convenient or accessible to the vehicle.

2. REFER TO ITEM 225, IN SECTION 2, OF THIS TARIFF FOR APPLICATION OF CHARGES TO APPLY when the TSP enters the warehouse, at the governments request, for the purpose of removing items stored from, or placing items into, the warehouse.  (Refer to Item 17 for application of SIT charges.).

**Item 28 Stopoffs and Diversions**

**(28A) – Extra Pickup**

**(28B) – Extra Delivery**

1. **Diversions and Stopoffs.**  This item contains the provisions that apply when a shipment is diverted or when additional stops are made to perform extra pickups or deliveries.

2. **Stopoffs:**  At the request of the government, extra stops or calls will be made at locations necessary to accomplish the extra pickup or extra delivery of portions of the shipment.

   a. Extra stops or calls are additional pickups made after the first pickup or additional deliveries made prior to the final delivery of the shipment.  Each such extra stop or call shall constitute an extra pickup or delivery. An extra stopoff fee will apply for each extra pickup or delivery that is performed, in addition to the transportation and additional service charges provided in Paragraphs (b) and (c) below.



**For the Extra Stop off Fee to apply,**
**refer to the tariff-rating engine**

   b. The transportation charges on shipments with extra pickups or extra deliveries will be determined based on the weight of the underlined total shipment, including any additional weight picked-up or delivered at any stopoff(s), rated on BPC miles **FROM** the point of origin **TO** point of destination **VIA** any stopoff point(s).

   c. The rates for additional services performed in conjunction with any extra pickup(s) will be based on the additional service rates applicable at shipment origin and the rates for additional services performed in conjunction with any extra delivery(s) will be based on the additional service rates applicable at shipment destination.

3. **Diversions:**  Upon instructions from the government, the shipment will be diverted subject to the following terms and conditions.  TSP may require that all such instructions be in writing.

   a. The term "diversion" as used herein means, either:

    1)  A change (after loading of the vehicle while en route) to the destination of the shipment outside of the BPC of the original destination, or

    2)  A change in the route at the request of the government.

b.  When the TSP receives an order for diversion, diligent effort will be made to locate the shipment and effect the change desired, but the TSP is not responsible for failure to effect the change ordered, unless such failure is due to error or negligence on the part of the TSP.

c.  The transportation charges on shipments diverted to a new destination, while the vehicle is en route or upon arriving at the original destination will be determined based on the <u>total transportation charge from the shipment origin to the point where the shipment was diverted, plus the transportation charge from the point where the shipment was diverted to the final destination.</u>

d.  On shipments diverted to a warehouse for SIT at a location other than the original destination, the warehouse will be considered the destination point, and transportation charges to the warehouse will be assessed under the provisions of Paragraph 3.c. of this item.  Charges for storage and further transportation will apply based on the rates and charges named in this tariff.

e.  If instructions are received to divert a shipment that is in SIT, the shipment will be rated as stated in Paragraph 3.c.of this item.  For rating purposes, the location of the storage facility will be considered the diversion point.

f.  Not applicable if diversion instructions are received prior to the movement of the shipment.

## Item 29 Available for future use

## Item 30 Available for future use

## Item 31 Available For Future Use

## Item 32 Prohibited and Restricted Articles

1.  TSP will not accept shipment <u>property liable to contaminate or otherwise damage</u> equipment or other property, nor will TSP accept shipment articles which cannot be <u>taken from the premises</u> without damage to the article or the premises, nor, will TSP accept for shipment <u>perishable articles</u> including frozen foods, articles requiring refrigeration or <u>perishable plants</u> except as provided in Paragraphs 2, 3, or 4.

2.  Frozen food will be accepted for transportation provided:

    a.  The food is contained in a freezer, which at time of loading is at normal deep freeze temperature.

    b.  The shipment is to be transported not more than 150 miles and/or delivery accomplished within twenty-four (24) hours from time of loading.

    c.  No storage of shipment is required.

    d.  No preliminary or en route servicing by use of dry ice, electricity, or other preservative methods is required of the TSP.

3.  Perishable plants will be accepted for transportation provided:

    a.  The shipment is transported not more than 150 miles and/or delivery accomplished within twenty-four (24) hours from the time of loading.

    b.  No storage is required.

    c.  No preliminary or en route servicing or watering or other preservative method is required of the TSP.

4.  The TSP will not be responsible for any perishable article included in a shipment without the knowledge of the TSP.

5.  TSP WILL NOT ACCEPT for shipment under any circumstances tanks or bottles designed to contain butane or propane, including tanks and containers for gas barbecue grills, torches, tools or appliances.  This prohibition also includes tanks or bottles that have been certified as empty.

6.  Refer to the DTR Appendix I regarding hazardous materials.

**Item 33 Impractical Operations and Application of Shuttle Service**

1.  Impractical Operations

Nothing in this tariff shall require the TSP to perform any service at any point or location where, through no fault or neglect of the TSP, the furnishing of such services is impracticable because:

  a.  The conditions of roads, streets, driveways, alleys or approaches thereto would subject operations to unreasonable risk of loss or damage to life or property;

  b.  Loading or unloading facilities are inadequate;

  c.  Any force majeure, war, insurrection, riot, civil disturbance, strike, picketing or other labor disturbance would (1) subject operations to unreasonable risk of loss or damage to life or property or (2) unreasonably jeopardize the ability of the TSP to render line haul or pickup or delivery or any other service from, to or at other points or locations;

  d.  TSP's hauling contractors, TSP's employees or TSP's agents are precluded, for reasons beyond TSP's control, from entering premises where pickup or delivery is to be made;

  e.  Local, state or federal restrictions, regulations or laws prohibit performance of such services by line haul equipment.

  f.  When service is impractical for reasons stated in this rule, and service can be completed through the employment of services of a third party, see Item 35.

2.  Application of Shuttle Service

  a.  It is the responsibility of the customer/employee to make the shipment accessible to TSP or accept delivery from TSP at a point at which the road haul vehicle may be safely operated.

  b.  When it is physically impossible for TSP to perform pickup of shipment at origin address or to complete delivery of shipment at destination address with normally assigned road haul equipment, due to the structure of the building, its inaccessibility by highway, inadequate or unsafe public or private road, overhead obstructions, narrow gates, sharp turns, trees, shrubbery, the deterioration of roadway due to rain, flood, snow, or nature of an article or articles included in the shipment, the TSP shall hold itself available at point of pickup or tender delivery at destination at the nearest point of approach to the desired location where the road haul equipment can be made safely accessible.

  c.  Upon request of the government the TSP will use or engage smaller equipment than its normal road haul equipment and/or provide extra labor for the purpose, if possible, of transferring the shipment between the origin or destination address and the point of transfer (normally the TSP's nearest warehouse or storage facility) to or from TSP's road haul equipment.

  d.  When the shipment is picked up by the agent or delivered from SIT, shuttle service will not normally be approved, unless there are unusual circumstances and the government has reviewed the request.

**NOTE 1:**  REFER TO SECTION 2, ITEM 125, FOR THE APPLICATION OF SHUTTLE AND/OR EXTRA LABOR CHARGES, WHICH SHALL BE IN ADDITION TO ALL OTHER TRANSPORTATION OR ACCESSORIAL CHARGES.

  e.  If the customer/employee does not accept the shipment at the nearest point of safe approach by the TSP's road haul equipment to the destination address, the TSP, upon government approval may place the shipment or any part thereof not reasonably possible for delivery, in storage at the nearest available government approved warehouse of the TSP.

  f.  Transportation charges to cover the movement of shipment or part thereof from point at which it was originally tendered, to warehouse location shall be computed on basis of weight of shipment or that part of

shipment stored in warehouse, subject to applicable rate as provided in tariff from point at which it was originally tendered to warehouse location, which shall be in addition to charges from initial point of origin to point at which shipment was originally tendered.

**Item 34 Available for future use**

**Item 35 3rd Party Charges**

**(35A) – Third Party Service**

**(35B) – Service Charge – Florida Keys**

1.  This item applies when charges are required for the completion of the move and prior approval has been authorized. These services include, but are not limited to 3rd party charges, tolls (bridge and ferry) and any other services not otherwise identified in this tariff but necessary for the completion of the move.

    a.  All such 3rd Party charges will be **supported by paid receipts** and apply in addition to all other applicable tariff charges **provided that prior approval for services has been authorized**.

    b.  Toll charges will be advanced by the TSP, for expenses incurred by the TSP as a result of transiting bridges or ferries that are subject to officially assessed federal, state, county or local use fees (See NOTE 1).

**NOTE 1:** Except as otherwise specifically provided herein, tolls are restricted to bridges or ferries that are subject to officially assessed federal, state, county or local use fees. Shipments transported from or to Plantation, Fl or Islamorada, FL and points south and west in the Florida Keys, will be subject to a transportation service charge. This charge shall apply in addition to any applicable bridge and ferry charges, based on the weight at which the line-haul transportation charges are computed. Tolls should be based on the weight of the shipment, subject to the applicable minimum weights. .

🖳 **For applicable Service Charges, refer to the tariff rating engine.**

**NOTE 2:** When the origin or destination of the shipment, or a portion thereof, is located at a point accessible <u>only</u> by the use of a ferry, the following provisions apply:

    a.  The actual ferry charges will be billed by the TSP to the government as 3rd <u>party charge as provided herein</u>.

    b.  When TSPs normal line haul equipment <u>cannot</u> be accommodated by the ferry system, shuttle service will be provided, subject to the charge and provisions named in Item 33, paragraph 2. and Item 125.

    c.  Waiting time charges as provided in Item 120 of the tariff <u>will apply</u> commencing with the arrival of the TSP's vehicle at the ferry point of embarkation, during the vehicle crossing, and terminating when the vehicle disembarks from the ferry. The allowable free waiting time provisions provided for in Item 120 will <u>not</u> apply during the ferry waiting and transportation period described herein.

NOTE 3: Fuel surcharge shall not be billed and will not be paid on third party services

**Item 36 Available for future use**

**Item 37 Available for future use**

**Item 38 Available for future use**

**Item 39 Available for future use**

**Item 40 General Price Adjustment**

1. General Price Adjustment (GPA) - This item provides for an annual adjustment (**Note 1**) to the rates and charges contained in the tariff based on the application of certain government cost indices.

2. A periodic GPA will apply on all rates and charges named in this tariff as provided herein.

   a. Effective 1st period of Defense Personal Property Program, the rates and charges in this tariff shall be subject to a GPA as determined by the selected U.S. Department of Labor indices for a 12-month (**Note 1**) basing period (from July 2004 to July 2005).

   b. Applicable U.S. Department of Labor indices are as reported on the Bureau of Labor Statistics www.bls.gov web site (tariff users may also refer to the www.promover.org web site for current U.S. Department of Labor indices information), as follows:

      1) **CPI Index** information is based on the Consumer Price Index, for All Urban Consumers (CPI-U), Not seasonally adjusted, U.S. City Average, for All Items (less Food and Energy), Series ID cuur0000SA0L1E.

      2) **CEU Index** information is based on the average hourly earnings of production workers in the National Employment Index for Hours and Earnings, Not seasonally adjusted, for Transportation and Warehousing, specialized freight trucking, under NAICS Code 4842, Series ID 4348420006

   c. GPA will be based on the increase in the CEU times .41 (representing the labor portion of carriers'' expenses) plus the increase in the CPI times .59 (representing the reciprocal of .41), as specified in Paragraph 2.b. from July 2004 to July 2005.

   d. To determine the GPA to apply, first determine the unadjusted indexes (July 2004 to July 2005 basing period) for each index (CPI and CEU) applicable at the beginning and at end of the specified basing period. Second, to determine the percentage increase in the CEU, subtract the beginning CEU from the ending CEU and divide that answer by the beginning CEU. Multiply that answers times .41. Third, to determine the percentage increase in the CPI, subtract the beginning CPI from the ending CPI and divide that answer by the beginning CPI. Multiply that answer times .59. Finally, add the two weighted subtotals together to determine the GPA percentage increase/decrease to apply. The GPA calculation will be rounded to nearest the tenth of a percent according to normal rounding procedures.

   e. Notwithstanding any other provisions of the tariff, the GPA WILL NOT APPLY to the provisions of 3rd Party Charges & Valuation.

   *For example* (X = index number to be determined as provided herein):

   |  | July 2004 | to | July 2005 | % Change | times | Factor | = | GPA |
   |---|---|---|---|---|---|---|---|---|
   | CPI Index = | X |  | X | X |  | .59 |  | X |
   | CEU Index = | X |  | X | X |  | .41 |  | X |
   |  |  |  |  |  |  | GPA Total = |  | X.X GPA |

**NOTE 1:** The GPA calculations will be performed by AMSA and will be based on 12 months of CPI and CEU data (e.g. July 2004 to July 2005). GPA will be computed each year around November/December and will be incorporated in the 400NG baseline rates. GPA will be effective in January of each year (e.g. January 1, 2005)

**Item 41 Economic Price Adjustment**

1. **Economic Price Adjustment (EPA)**

   Industry associations that represent various TSP's or TSP's that are not affiliated with an association may submit a request to SDDC for a price adjustment regarding unusual surges in unforeseen operating expenses (excluding fuel price adjustment). Surges must be extreme or prolonged in nature that causes a hardship on TSP's. The request shall include a proposal for an adjustment, the amount of the adjustment and supporting documentation clearly explaining the need for the increase and how it was derived. Within 30 days upon receipt of the request and complete supporting data, SDDC will determine whether a price adjustment is warranted. Every effort will be made to develop a fair and reasonable adjustment, however, SDDC will make the final decision as to the amount of any adjustment approved. TSP's will continue performance pending a determination of any adjustment and its effective date.

**Item 42 Available for future use**

**Item 43 Available for future use**

**Item 44 Definition of Holidays**

1.  Except as otherwise specifically provided in this tariff, reference to the term "holiday" shall be the date such as the, U.S. National or officially declared State holidays are observed.

2.  When a holiday falls on a Saturday, the holiday will be observed on the preceding Friday.  When a holiday falls on a Sunday, the holiday will be observed on the following Monday.

3.  Charges for holidays in this tariff shall apply only when service is rendered within a State on such observed holiday date.

4.  **For reference purpose only**, U.S. National Holidays Are:

| New Year's Day | January 1st |
| Martin Luther King, Jr. Day | The Third Monday In January |
| Washington - Lincoln Day | The Third Monday In February |
| Memorial Day | The Last Monday In May |
| Independence Day | July 4th |
| Labor Day | The First Monday In September |
| Columbus Day | The Second Monday In October |
| Veterans Day | November 11th |
| Thanksgiving Day | The Fourth Thursday In November |
| Christmas Day | December 25th |
| January 20 of Each Fourth Year After 1965 | |
| Inauguration Day At Any Point In the District of Columbia Only | |

**Item 45 Available for future use**

**Item 46 Collection of Freight Charges on HHGs Shipments Involving Loss or Destruction In- Transit**

**(46A) – Unearned Freight Charge Refund**

1.  The TSP shall not collect, or require the government to pay, any published charges (including any charges for accessorial services) when that shipment is totally lost or destroyed in transit. The provisions of this item shall apply only to the transportation of HHGs. Notwithstanding any other provisions of this item, a TSP shall collect, and the shipper shall be required to pay, any specified valuation charge that may be due. This item shall not be applicable to the extent that any such loss or destruction is due to the act or omission of the shipper.

2.  In the event that any portion, but less than all, of a shipment of HHGs is lost or destroyed in-transit, a TSP of HHGs in interstate or foreign commerce shall, at the time it disposes of claims for loss, damage, or injury to the articles in the shipment as provided in 49 CFR, Part 375, refund that portion of its published freight charges (including any charges for accessorial or terminal services) corresponding to that portion of the shipment which is lost or destroyed in transit. To calculate the charges applicable to the shipment as delivered, the TSP shall multiply the percentage corresponding to the portion of the shipment delivered by the total charges (including accessorial and terminal charges) applicable to the shipment tendered by the shipper. If the charges computed in

the manner set forth above exceed the charges otherwise applicable to the shipment as delivered, the lesser of those charges shall apply. The provisions of this paragraph shall apply only to the transportation of HHGs as defined in 49 CFR 375.1(b) (1). Notwithstanding any other provisions of this paragraph, a TSP shall collect, and the shipper shall be required to pay, that portion of any charges for accessorial or terminal services rendered which corresponds to the portion of shipment not lost or destroyed in transit and any specific valuation charge that may be due. The provisions of this paragraph shall not be applicable to the extent that any such loss or destruction is due to the act or omission of the shipper. TSPs shall determine, at their own expense, the portion of the shipment not lost or destroyed in transit.

3. In the event that a shipment of HHGs is transported on more than one vehicle, the TSP transporting such a shipment shall collect the published charges due for that shipment, subject to the provisions of Item 46 Paragraph 2, but such TSP may collect those charges only after all parts of the shipment have been tendered for delivery, or may collect only that percentage of its published charges corresponding to that portion of the shipment which is tendered for delivery.

4. The rights provided by this item are in addition to, and not in lieu of, any other rights which the shipper of HHGs may have with respect to a shipment of HHGs which is lost or destroyed, or partially lost or destroyed, in transit, whether or not that shipper has exercised the rights provided above.

5. When reweigh of any shipment is made pursuant to this item, the charges for the reweigh will not apply, and the cost of such reweigh shall be borne by the TSP.

**Item 47 Available for future use**

**Item 48 Available for future use**

**Item 49 Available for future use**

**Item 50 Effective Date Governing Application of Rules, Rates and Charges of This Tariff**

1. Except as otherwise specifically provided in this tariff, all rules, rates and charges in effect on the date shipment is picked up shall apply.

2. See specific provisions in Item 16, Fuel Policy at www.sddc.army.mil - Item 17 SIT, and the application of Peak Season Charges in Section 2, for effective dates governing application of these provisions.

**Item 51 Available for future use**

**Item 52 Available for future use**

**Item 53 Available for future use**

**Item 54 Available for future use**

**Item 55 Available for future use**

**Item 56 Rates Based On Minimum Weight or Minimum Volume**

1. When transportation charges for shipments of individual customers/employees as described in Item 100, Paragraph 2.a. of this tariff are based on minimum weights or volume, TSP must indicate on the Bill of Lading the minimum weight or volume - base rate, and the minimum charges applicable to the shipment.

2.  If TSP fails to comply with the provisions of Item 56, Paragraph 1 the minimum weight or volume provisions will not apply, and in lieu thereof, the actual weight or actual volume of the shipment will be used to determine the applicable transportation charges.

3   The transportation and all other charges based on weight, are based on the weight of the shipment with the following minimums:

    a.   HHG - 1,000 pounds net.

**Item 57 Available for future use**

**Item 58 Removal or Placement of Property from or to Inaccessible Locations**

1.  It is the responsibility of the customer/employee for removal or placement of property from or to attics, basements and other locations, and to make property available to the TSP where the location of property and goods to be shipped or delivered (1) is not accessible by a permanent stairway (does not include ladders of any type), (2) is not adequately lighted, (3) does not have a flat continuous floor, and (4) does not allow a person to stand erect. If the customer/employee requests and TSP agrees to removal or placement of property from or to such areas not readily accessible, Item 120, Labor Charges, will apply for this service and shall be paid by the customer/employee.  If the government requests these services, then the TSP shall bill government for the charges.

**Item 59 - 99 Available for future use**

**Item 100 Classification of Articles (Commodity Description)**

1.  The description of property to which rates, charges, rules, and regulations apply is that class of property designated as a commodity under the following commodity description:  USED HOUSEHOLD GOOD consisting of personal effects and property used or to be used in a dwelling when a part of the equipment or supply of such dwelling.

2.  **1ST Proviso – HHGs**

    The term „HHGs", as used in connection with transportation, means PERSONAL EFFECTS AND PROPERTY USED OR TO BE USED IN A DWELLING, when a part of the equipment or supply of such dwelling, and similar property if the transportation of such effects or property is:

    a.   Arranged and paid for by the householder, except such term does not include property moving from a factory or store, other than property that the householder has purchased with the intent to use in his or her dwelling and is transported at the request of, and the transportation charges are paid to the TSP by, the householder, or

    b.   Arranged and paid for by another party.

# Section 2
# Additional Services

## Application of Transportation Charges

The transportation charges in this tariff include the loading of the shipment at the point of origin, vehicle transportation to the point of destination, and the unloading of the shipment at destination but **do not include** the Additional Services named in Sections 1 and 2 of this tariff.

The transportation charges apply on a seasonal basis; higher Peak Season charges apply on shipments picked up on May 15th through September 30th of each calendar year. The transportation charges do not include the Additional Services named in Sections 1 and 2 of the tariff. Except for pickup or delivery of SIT shipments transported under Item 210, the line-haul transportation charges on ALL FIRST PROVISO shipments picked up for delivery to SIT, or delivered from SIT during the period of May 15th through September 30th of each calendar year will be subject to the PEAK SEASON transportation charges provided in the tariff.

The transportation charges apply for the transportation of HHGs to all points in the United States as provided for in Item 1 of the tariff. The charges apply between BPCs. In order to display all of the thousands of possible zip code-BPC combinations, the transportation charges are contained in the electronic rating engine portion of the tariff, rather than a paper format.

## Application of Additional Services

Except as may otherwise be specifically provided for, the Additional Service rates and charges provided for in this section apply throughout the United States and are in addition to all other rates in the tariff.

This section of the tariff describes the application of the Additional Service items and the electronic rating engine portion of the tariff provides the specific charges that apply.



**For the Additional Service and Transportation Charges to apply, refer to the tariff rating engine.**

## Application of Transportation Charges and Additional Services

**NOTE 1:** The Transportation Charges apply for shipments of HHGs consisting entirely of articles embraced in Paragraph 1 of Item 100.

**NOTE 2:** If the United States Postal Service changes the BPC of a zip code after the effective date of this tariff, the old BPC shall be used for rating purposes until a new corresponding BPC is incorporated into a revised edition or a modification to this tariff, including the electronic rating engine portion.

**NOTE 3:** Transportation charges apply based on the actual weight of the shipment, subject to the minimum weights provided in the rules of the tariff.

**NOTE 4:** The transportation charges in the tariff also apply to all points in the 48 contiguous United States (including the District of Columbia) AND points in Alaska (via motor-water-motor routes or via all-motor routes) as provided for in the rating engine (as selected by the tariff user, based on the actual mode of transport).

**Item 101 - 104 Available for future use**

**Item 105 Container Service**

**(105A) – Full Pack/Full Unpack**

**(105B) – Pack Regular Crate**

**(105D) –Debris Removal within 30 days**

**(105E) – Unpack Regular Crate**

1.  **Container Service**

    This item applies when the TSP furnishes cartons and performs the packing of some or all of the articles in the shipment. The item applies on a hundredweight basis for complete (full-pack jobs) shipments. Overtime labor rates will only apply after the TSP has the shipping office prior approval. Regular time and overtime rates apply, based on the time of the day and the day of the week that the service is performed. The rates contained in the rating engine include the cartons and packing materials. Rates are not provided for containers or materials that are supplied but not packed by the TSP.

2.  Government will <u>always</u> pay for full pack and full unpack, irrespective of the service performed by the TSP at origin and destination. Custom Pack and Custom Unpack will not apply to DoD, thus will not be displayed in the electronic rating engine. "Charges for Full Unpacking are based on 25% of the Full Pack Rate at the destination schedule for regular time, which is then discounted by **58%**. The Full Unpacking rate line is always the rate line for Full Pack CWT 16000 lbs and under." The rating engine will display one charge for Full Service Packing and Unpacking" (after accounting for the 58% discount in the cost of full unpacking). Note: TSP's rates/discount off the 400NG tariff <u>will</u> apply to these charges.

**NOTE 1:** Except as otherwise provided, Container Service charges apply at the location where the service is provided when TSP performs packing, unpacking, debris removal, crating or uncrating service for the shipment (See NOTES 1 and 2).



**Refer to the tariff rating engine for the applicable Container Service charges defined in Parts 1, 2, 3, and 4 of this item.**

### Part 1: Full Service Packing and Unpacking

Full Service Packing and Unpacking includes all of the cartons, containers and packing service required and provided by the TSP to pack the shipment for interstate transportation (See NOTE 7).

Full Service Packing and Unpacking rates apply based on the net weight of the shipment and include all cartons and containers furnished by the TSP and the packing of such cartons and containers. All cartons and containers remain the property of the customer/employee. Debris removal of such cartons and containers will only be authorized by the government and must be preapproved

Full Service Packing and Unpacking charges do not include crating service. Refer to Part 4 of this item for crating service provisions. "Packing and unpacking of crates is charged by cubic foot, or fraction thereof, and is subject to a four cubic foot minimum. Packing is based on the rate per cubic foot at the origin schedule".

The charges in this part apply based on the weight of the shipment. The weight of motor passenger vehicles (automobiles, pick-up trucks, vans, sport utility vehicles, and dune buggies) will be deducted from the shipment weight prior to determining the Full Service Packing and Unpacking charges contained in this Part.

### Part 2: Custom Service Packing

Custom Pack and Custom Unpack will not apply to DoD shipments.

### Part 3: Debris Removal Service

a.  Debris Removal Charges apply when the TSP is requested by the PPSO to perform debris removal of unpacked cartons.

b.  When debris removal is performed in conjunction with unpacking service, a debris removal charge will not apply for the cartons unpacked by TSP.

c.  Debris removal service performed after delivery must be performed within thirty (30) days of delivery date.

d.  Debris removal requested after delivery must always be pre-approved by the government.

### Part 4: Crating Service

a. Crating Service charges apply when the TSP is requested to provide crates (specially constructed for mirrors, paintings, glass or marble tops and similar fragile articles) based on the gross measurement of the crate (subject to a four (4) cubic foot minimum). The packing service charge for crates includes the construction and packing of such crates, which remain the property of the customer/employee. **Separate charges apply for the unpacking of crates.**

b. In the event the TSP does not possess qualified personnel to construct such crates, TSP will, upon request of the government, owner or consignee, and as their agent, engage a third party to construct such crates. Third party crating service must have prior approval from the shipping office. The rating engine includes charges for crating. If the TSP chooses, for their convenience, a Third Party crating service, only those charges from the tariff will apply. All charges for services provided by Third Parties for crating must be paid by the TSP

**NOTE 1:** All crating shall be done at origin residence; all uncrating shall be done at the destination residence.

**NOTE 2: Extra Stops.** On shipments picked up or delivered at more than one location, the initial point of origin and the final point of delivery shall be the basis for the determination of rates and charges under this item.

**NOTE 3: Overtime Hours.** The TSP must have prior approval from the government for overtime hours. Container Service charges for packing, unpacking, debris removal and crating/uncrating apply when service is performed during regular service hours, which, for purposes of this item, are defined as between 8:00 a.m. and 5:00 p.m. Monday through Friday (excluding Holidays). **When service is performed on Saturdays, Sundays or Holidays, or between the hours of 5:00 p.m. and 8:00 a.m. Mondays through Fridays,** charges for overtime service will apply and must be pre-approved by the government. When performed for the TSPs convenience, overtime shall not apply.

**NOTE 4: Determining Weights.** When a Privately Owned Vehicle (POV) is loaded after weighing of the HHG the TSP may substitute the manufacturer''s weight for automobiles, pick-up trucks, vans, sport utility vehicles, dune buggies, and specialty motor vehicles in lieu of obtaining separate weight tickets on these articles whenever such articles are included within a shipment. Manufacturer''s weight will be obtained from either the Branham Automobile Reference Book, the N.A.D.A.''s Official Used Car Guide, or from other appropriate reference sources of manufacturer''s weight, or the customer/employee may provide The TSP with copies of manufacturer''s documents evidencing the weight of the article included in a shipment.

**NOTE 5:** Cartons Furnished by customer/employee. Container Service rates in this item apply ONLY for cartons and containers that are furnished by the TSP.

**NOTE 6: Rates Not Applicable for Cartons or Containers ONLY.** The rates provided DO NOT APPLY for containers or cartons that are supplied but not packed by the TSP.

**NOTE 7:** Repacking Shipper Cartons Under Full Packing Service. When the TSP, to insure safe transportation, is required to repack cartons or containers that have been packed by the shipper, **Item 120 Extra Labor** rates will apply for the <u>time spent unpacking such shipper-packed cartons</u> (however, no additional repacking or carton charges will apply for such cartons because these charges are already included in the Full Service Packing charges for the shipment).

**NOTE 8:** Packing and unpacking rates for crate will apply per each cubic foot or fraction there of based on the gross measurement of the crate.

**Item 106 - 119 Available for future use**

**Item 120 Extra Labor, Special Services and Waiting Time**

**(120A) – Extra Labor Regular**

**(120B) – Special Services**

**(120C) – Wait Time Labor Regular**

**(120D) – Extra Labor Regular – Overtime**

**(120E) – Special Services – Overtime**

**(120F) – Wait Time Labor – Overtime**

1. Extra Labor, Special Services and Waiting Time

   This item applies when the TSP provides extra labor, special services (such as disassembling or assembling **unusual articles**), or waiting time, when prior approval is obtained from the government. This charge is billed OT Rate = 1.00 for Regular Time, 1.40 for OT.

2. The hourly rates named herein will apply for services performed by the TSP, except as otherwise specified herein. Rates apply based on the location where the service is performed, pursuant to the Stopoff provisions of Item 28.



**Refer to the tariff rating engine for the charges for Extra Labor, Special Services and Waiting Time to apply.**

3. **Extra Labor**

   Extra Labor charges apply when the TSP performs any services that are requested by the government, that are not included in the transportation charges and for which there are no other applicable charges in the tariff.

   a. Extra labor charges apply per worker per hour on both a regular time and an overtime basis.

   b. Regular time rates apply when service is provided between 8:00 a.m. and 5:00 p.m. Monday through Friday, excluding holidays. (Refer to Item 44 for definition of Holidays.)

   c. Extra Labor Overtime is apart of the total Extra Labor and **is not** accounted for under the Overtime Loading & Unloading item code, Item 175. The Item code for Extra Labor Overtime is 120D. Extra Labor Overtime hours apply when extra labor service is performed (1) between 5:00 p.m. and 8:00 a.m. Monday through Friday, excluding Holidays, (2) during any hour on Saturdays, Sundays or Holidays, or (3) during any hour on Good Friday when service is provided in the New York City area (BPCs 100,101,102,103,104,105, 106, 107, 108, 109, 110, 111, 112, 113, 114, 115, 116, 117, 118, 119, 124, 125, 126, and 127).

4. **Removing and/or Disassembling and Reassembling**

   The transportation charges in this tariff **do not include** any special services or labor required to:

   a. Remove any article(s) embedded in the ground OR secured to a building (i.e., floor, ceiling, roof, or wall), or

   b. Disassemble or reassemble any article(s), including, but not limited to, steel utility cabinets, swing sets, sky rides, jungle gyms, German shranks, steel shelving, pool tables, elongated work tables, counters, or other articles of an unusual nature, in order to ensure their safe transportation.

   At the request of government, the TSP will provide such special services at the rates named in this item (See **NOTE 1**).

5. **Appliance and Other Household Articles – Service and Re-Service**

   The transportation charges in this tariff include ONLY service performed by the TSP to accomplish the bracing/stabilizing (and de-bracing/destabilizing) of moveable parts IN or ON appliances and other household articles (including, but not limited to, refrigerators, deep freeze cabinets, cooking ranges, dishwashers, washing machines, clothes dryers, stereo systems, radios, record players, television sets and air conditioners), which if not properly serviced prior to loading could be damaged in or incident to transit.

> **It is important to note that** the servicing and re-servicing of appliances and other household articles **DOES NOT include:**
>
> 1. Any special service or labor (plumbing, electrical, carpentry, gas or ventilation connections, etc.) **required to DISCONNECT OR RECONNECT** such appliances and other household articles from or to the premises; and/or
> 2. Any preparation of article(s) by a third party in order to permit the safe transportation of the article(s), which **IF NOT PROPERLY SERVICED prior to loading, could be damaged in or incident to transit.**
>
> **See Item 135 and Item 35**
>
> At the request of the government the TSP will provide such special services or labor, mentioned in 1) above, at the rates named in this item (See **NOTES 1 and 2**), subject to the TSP"s ability to furnish qualified personnel.

6.  **Rigging, Hoisting and Lowering Service**

    If, in the judgment of the TSP, it is necessary to use rigging, hoisting, or lowering services in order to accomplish the pickup or delivery of the shipment, or any portion thereof, TSP will perform such services at the rates named in this item, subject to the TSP"s ability to furnish equipment and qualified personnel (See NOTE 1).

    If TSP is unable to furnish or secure the equipment or qualified personnel, approved by the government, the TSP will be responsible for arranging such service.

7.  **Waiting Time**

    Charges for waiting time apply on an hourly basis for each hour that the TSP provides waiting time service.

    a.  Charges for waiting time, when not the fault of the TSP, apply between the hours of 8:00 a.m. and 5:00 p.m. ONLY (see Paragraph e), subject to an allowance of two hours of free waiting time at destination. **After the expiration of the two hours of free waiting time,** additional waiting time will be provided at the charges named herein, subject to the TSP"s convenience.  If TSP is unable to provide additional waiting time, the shipment may be placed into storage, pursuant to Item 17.

    b.  For attempted pickups, one hour free waiting time shall be allowed at origin.

    c.  When the shipment is delivered from SIT under the provisions of Item 210 of the tariff, the allowable free waiting time provisions provided in Paragraph a. of this item WILL NOT APPLY.

    d.  A combined charge will apply per hour for each vehicle, each driver, and each helper furnished by the TSP.

    e.  Charges do not apply on Sundays, or on National or State holidays, except when a Sunday or holiday pickup or delivery is specifically requested by the shipper. (Refer to Item 44 for definition of Holidays.)

    f.  When the origin or destination of the shipment, or a portion thereof, is located at a point accessible only by the use of a ferry, the following provisions apply:

    1)  The actual ferry charges will be paid by the TSP and billed to the shipper as an additional charge when supported by a paid receipt.

    2)  When TSP"s normal line-haul equipment cannot be accommodated by the ferry system, shuttle service will be provided, subject to the charge and provisions named in Item 33, Part 2, and Item 125.

    3)  Waiting time charges as provided herein will apply commencing with the arrival of the TSP"s vehicle at the ferry point of embarkation, during the vehicle crossing, and terminating when the vehicle disembarks from the ferry.  The allowable free waiting time provisions will not apply during the ferry waiting and transportation period described herein.

Posted: July 14, 2009

400NG                                                                 Page 42

**NOTE 1:** All **third party charges are in addition** to all other applicable tariff charges. A paid receipt shall support such charges provided that the government prior to services being performed pre-approved such services subject to the provisions of Item 35 (Additional 3rd Party Services).

**NOTE 2:** For applying charges for fractions of an hour for all services provided for in this item, refer to Item 22.

**Item 121 – 124 Available for future use**

**Item 125 Shuttle Service**

**(125A) – Shuttle Service – 25 or less miles**

**(125B) – Shuttle Service – Over 25 miles**

**(125C) – Shuttle Service – 25 or less miles – Overtime**

**(125D) – Shuttle Services – Over 25 miles – Overtime**

1.  <u>Shuttle Service.</u> This item applies when the shipper requests shuttle service for pickup or delivery at inaccessible locations. "These items require prior approval from the Government." OT Rate = 1.00 for Regular Time, 1.50 for OT.

2.  When it is physically impossible for the TSP to perform pickup of the shipment at the origin address or to complete the delivery of the shipment at the destination address with normally assigned road haul equipment, Shuttle Service charges shall apply, for additional pickup or delivery services requested by the shipper, subject to the provisions of Item 33, Impracticable Operations and Application of Shuttle Service.

3.  Except as otherwise provided, Shuttle Service charges apply at the point where the service is performed, pursuant to the Stopoff provisions of Item 28. The charges shown include the cost of the shuttle vehicle and labor required to perform the shuttle service. Other Additional Services may apply depending upon the circumstances and conditions at the pickup and delivery locations. These include, but are not limited to, Waiting Time (Item 120), and Stopoffs and Diversions (Item 28).



**Refer to the tariff-rating engine for Shuttle Service charges.**

4.  **Shuttle Service Charges**

    The charges provided are applicable when Shuttle Service is performed at job sites (residences or storage locations) that are within 25 miles of the location (storage facility or rental facility) where the shuttle vehicle is provided or obtained.

    a.  When Overtime Shuttle Service is requested by the government, overtime charges apply when service is performed between 5:00 p.m. and 8:00 a.m., Monday through Friday, or at any time on Saturdays, Sundays and Holidays. Overtime charges will not apply when service is performed for TSP"s convenience. The Overtime Shuttle Service Charges provided for herein are applicable ONLY for the shuttle service operation; refer to Item 175 (Overtime Loading and Unloading Service) for additional overtime charges that may also be applicable

    b.  Charges apply based on the weight of the shipment, or portion thereof that is loaded or unloaded, subject to a minimum weight of 1000 pounds.

5.  **Additional Distance Charge**

    If the distance between the storage facility or the rental facility, where the shuttle vehicle is rented or obtained, and the job site is more than 25 miles, an additional charge applies for each 25 miles, or fraction thereof. This charge is in addition to the shuttle charge otherwise provided for in this item. (If the distance between the storage facility or the rental facility and the job site is 25 miles or less, the Additional Distance Charge does not apply.)

    a.  Pursuant to Item 18, DTOD will be used when shuttle service is performed within the same base point city and is then manually looked up and keyed into the rating engine.

**Item 126 – 129 Available for future use**

**Item 130 Light and Bulky Article Classifications**

**(130A) – Bulky Article – Automobile, Truck, or Van**

**(130B) – Bulky Article – Motorcycle ≥ 250cc, Go-Carts, Three/Four Wheelers, Snowmobile, Riding Golf Car, or Small Recreational Vehicle**

**(130C) – Bulky Article – Jet Skis, Windsurfers, Canoes, or Kayaks**

**(130D) – Bulky Article – Boats ≤ 14 ft., Dinghies, Sculls, Skiffs, or Row Boats**

**(130E) – Bulky Article – Boats ≥ 14 ft. Civilian Only**

**(130F) – Bulky Article – Trailers Boat ≤ 16 ft**

**(130G) – Bulky Article – Big Screen TV ≥ 48 in.  (excluding flat screen televisions)**

**(130H) – Bulky Article – Grand Piano or Baby Grand Piano**

**(130I) – Bulky Article – Play House, Tool Shed, Utility Shed, Animal Kennel, or Animal House > 100 cuft.**

**(130J) – Bulky Article – Bath Tub, Hot Tub, Spa, Whirlpool Bath, or Jacuzzi > 100 cuft.**

1. <u>Light and Bulky Articles.</u>  This item applies when light or bulky articles, such as cars, large-screen televisions, or hot tubs, are included in the shipment.

2. When a shipment includes light or bulky articles as listed below, an additional loading and unloading charge shall apply



**Refer to the tariff rating engine for Light and Bulky Article charge.**

*NOTE:  Charge <u>does not apply</u> to articles capable of being safely hand-carried by one person and/or transported in standard cartons as listed in Item 105, Container Service.*

a.  AUTOMOBILES, TRUCKS, VANS

b.  MOTORCYCLES (250cc and over), GO-CARTS, All Terrain Vehicles (THREE OR FOUR-WHEELER), SNOWMOBILES, MOTORIZED GOLF CARTS and other similar vehicles

c.  JET SKIS, WINDSURFERS, CANOES, DINGHIES, KAYAKS, SCULLS, SKIFFS, ROWBOATS and BOATS 14 Feet in length and under with out trailers (see **NOTE** 5)

d.  BOATS over 14 feet in length (for civilians employee only, see **NOTE** 4).

e.  TRAILERS BOAT

f.  LARGE-SCREEN TELEVISIONS, 48 inches and larger excluding flat screen TV's

g.  GRAND and BABY GRAND PIANOS (EXCLUDING UPRIGHT PIANOS)

h.  PLAYHOUSES, TOOL SHEDS, UTILITY SHEDS OR ANIMAL KENNELS or HOUSES, (set up over 100 cu ft)  These charges will only apply if item is moved assembled.

i.  BATH TUBS, HOT TUBS, SPAS, WHIRLPOOL BATHS AND JACUZZIS, (Transported set-up, not dismantled) – over 100 cu ft.

NOTE 1: LOADING AND UNLOADING CHARGES include BOTH loading and unloading service and the handling and blocking of such article, and <u>apply each time a combined loading and unloading service is required,</u> including shipments requiring SIT (except for TSP convenience)

NOTE 2: In determining lengths for the purpose of this item, all fractions of a foot will be disregarded.

**NOTE 3**:  The length of boats, canoes, skiffs, rowboats, kayaks, sailboats or jet skis shall be determined by the straight center line distance between the top center point of the transom and a point perpendicular with the foremost part of the bow.  Manufacturer's "length overall" or "center line length" shall apply as the correct length for the purposes of this item in lieu of physical measurement by TSP.

**NOTE 4**:  For Civilians Only, any boat and associated trailer 8 ft in width and under can be shipped and will be included in the shipment as HHGs.

**NOTE 5**:  For Military Only, any boat 14 ft in length and under without trailer can be shipped and will be included in the shipment as HHGs.

*Exception:*  This item WILL NOT APPLY when shipper orders Exclusive Use of a Vehicle under Item 5, Paragraph 2.

**NOTE 6**:  Flat screen television include Plasma, Liquid Crystal Display (LCD), and LED types which are four inches or less in depth, and incapable of standing alone without a form of support.

**Item 131 - 134 Available for future use**

**Item 135 Origin and Destination Service Charge**

**(135A) – Origin Service Charge**

**(135B) – Destination Service Charge**

1.  **Application.**   This item applies on a hundredweight basis at the origin and destination point of the shipment to compensate the TSP for handling and servicing the shipment at each location.

2.  All shipments shall be subject to an Origin and Destination Service Charge, which shall apply once at origin and once at destination based on the net weight of the shipment (see **NOTEs** 2 and 4 in this item), on a per hundredweight basis.  The Origin and Destination Service Charges apply for the handling and servicing of the shipment at the origin and destination area, residence and/or third party storage or other such facility, whether inside or outside a building, providing such places are safe and accessible to TSP's personnel.

3.  If additional services (such as, but not limited to Extra Labor, Waiting Time, Shuttle Service, Light and Bulky Articles, Overtime Pickup and Delivery, or Pickup and Delivery Service Applicable at Third Party and Self-Storage Warehouses) are requested or necessary to complete the handling and servicing of a shipment, they will be performed subject to the conditions, rates and charges named in Sections 1 and 2 of the tariff, and shall apply in addition to the charges named herein.



**Refer to the tariff** rating engine **for Origin and Destination Service Charges.**

**NOTE 1**:  Origin and Destination Service Charges apply on a per hundred weight (cwt.) basis, based on the weight at which the transportation charge is based.

**NOTE 2**:  On shipments picked up or delivered at more than one place, the initial point of origin shall be the basis for the determination of charges at points of extra pickup, the final point of delivery shall be the basis for the determination of charges at points of extra delivery and the total (combined) net weight of the shipment shall be the basis for the determination of charges under this item.

**NOTE 3**:  On diverted shipments, the initial point of origin and the final point of delivery (not the point of diversion) shall be the applicable points for the determination of charges under this item.  On shipments that are diverted back to origin, the Origin Service Charge shall apply twice.

**NOTE 4**:  On SIT shipments, the initial point of pickup and the final point of delivery (not the point of storage) shall be the applicable points for the determination of the charges under this item.  If the interstate shipment terminates at the storage facility, then the storage site shall be considered the final point of delivery.

Posted: July 14, 2009

400NG

**Item 136 – 174 Available for future use**

**Item 175 Overtime Loading and Unloading Service**

**(175A) – Overtime Load/Unload**

1. <u>Pickup or Delivery Service on Saturdays, Sundays or Holidays.</u>  This item applies when the TSP performs pickup or delivery service on weekends, holidays, or after hours at the specific request of the shipper or if required by landlord requirements or local ordinances.  Not applicable when done for TSPs convenience.

2. Except as otherwise provided for and subject to applicable notes below, an additional charge for each overtime loading or each overtime unloading shall apply at point where such service is performed, pursuant to the Stopoff provisions of Item 28.

**Refer to the tariff** rating engine **for Overtime Loading and Unloading charges.**

3. Overtime loading and unloading charges apply on all shipments when service is provided on Saturdays, Sundays, Holidays or between the hours 5:00 p.m. and 8:00 a.m. on Mondays through Fridays when this service is made necessary by:

    a. Specific request of the shipper or his agent.

    b. Landlord requirements.

    c. Prevailing laws and ordinances.

**NOTE 1:**  Overtime loading and unloading charges will be based on actual weight subject to a minimum of 1000 pounds.

**NOTE 2:**  Overtime loading or unloading charges will not apply when service is performed for TSP's convenience.

**NOTE 3:**  Overtime loading or unloading services will be rendered only at the option of the TSP.

**NOTE 4:**  Overtime loading or unloading services will be performed at a warehouse only when agreed to by the warehouseman.

**NOTE 5:**  Overtime unloading charges will not apply at destination when First Proviso shipments (as defined in Paragraph 1 of Item 100) are delivered to a storage facility.

**NOTE 6:**  Overtime loading and unloading charges also apply on Good Friday when service is rendered on that day in the New York City area (BPCs 100,101,102,103,104,105, 106, 107, 108, 109, 110, 111, 112, 113, 114, 115, 116, 117, 118, 119, 124, 125, 126, and 127).

**NOTE 7:**  The provisions of this item DO NOT APPLY when the overtime provisions of Item 210 (Pickup and Delivery Transportation Charges on SIT Shipments) are applicable.

**Item 176 – 184 Available for future use**

**Item 185 Storage-in-Transit (SIT)**

**(185A) – SIT First Day**

**(185B) – Sit Additional Days**

1. This item applies when storage-in-transit is performed.

2. SIT charges are in dollars and cents per 100 pounds and apply based on the location of the warehouse in which the shipment is stored.  Charges for this service shall be based on actual weight of goods stored in transit, subject to a 1,000-pound minimum, except as provided in NOTE 1 below.

3.   Storage charges apply for each day of storage, and apply each time SIT service is rendered.  Storage days will include the day goods are placed in storage, and the day goods are removed from storage (except as otherwise provided in Item 17, Paragraph 5).  If the goods are removed from storage on the same day they are placed in storage, one-day storage will apply.

**Refer to the tariff rating engine for SIT charges.**

**NOTE 1:**  The SIT charges on shipments or portions thereof moving under provision of Item 5, Paragraph 2., Complete Occupancy of Vehicle, will be based on the weight at which transportation rate is based.

**Item 186 – 209 Available for future use**

**Item 210 Pickup and Delivery Transportation Charges On SIT Shipments**

**(210A) – SIT Pickup/Delivery 30 miles or less**

**(210B) – SIT Pickup/Delivery 31-50 mi**

**(210C) – SIT Pickup/Delivery Over 50 mi**

**(210D) – SIT Pickup/Delivery – Overtime**

**(210E) – SIT Pickup/Delivery 31-50 mi – Overtime**

**(210F) – SIT Pickup/Delivery Over 50 mi – Alaska**

1.   **Pickup and Delivery Transportation Charges on SIT Shipments.**  This item applies on SIT shipments when the TSP provides pickup or delivery service between the storage location and the residence.  Charges are based on the BPC applicable at the storage location and the distance between the storage location and residence, except as otherwise provided in this item.  On SIT Shipments, the Overtime SIT Pickup or Delivery Service charges provided herein DO NOT APPLY when the distance between the storage facility and the pickup or delivery location is over 50 miles; refer to Item 175 (Overtime Loading and Unloading Service) for overtime charges to apply.  "These items require prior approval from the Government."  OT Rate = 1.50.

2.   SIT pickup and delivery transportation charges apply for shipments stored in transit based on the DOD-approved SIT facility located nearest the destination city or installation shown in Block 18 of the PPGBL/BL unless otherwise authorized and directed by the PPSO. SIT and related charges are based on the nearest available DOD-approved facility.

**Refer to the tariff rating engine for SIT Pickup and Delivery charges.**

| When the Distance Between the Storage Facility and the Pickup or Delivery Location is: | The Applicable Charges Are: |
|---|---|
| Up to 30 Miles | The **Pickup and Delivery Transportation Charges** provided in the tariff rating engine. |
| Over 30 Miles - Up To 50 Miles | The **Pickup and Delivery Transportation Charges PLUS** the **Additional Distance Charge** provided in the tariff rating engine. |
| Over 50 Miles | In lieu of the provisions of this item, the tariff **Transportation Charges Apply -** (The provisions of this item DO NOT APPLY). |

a.   When shipper requests Overtime Pickup or Delivery Service, overtime charges apply when service is performed between 5:00 p.m. and 8:00 a.m., Monday through Friday, or at any time on Saturdays, Sundays and Holidays.  Overtime charges will not apply when service is performed for TSP"s convenience.

b.  SIT Pickup and Delivery charges are subject to the minimum weights as provided for in this tariff, except for pickup or delivery of portions of the shipment, which shall be subject to a minimum weight of 1000 pounds if not otherwise specified.

c.  SIT Pickup and Delivery charges apply based on the actual weight of the shipment, or portion thereof, which is placed into or removed from storage, subject to the minimum weight as provided for in the rules of this tariff.

d.  The SIT Pickup and Delivery charges include the loading and unloading of the shipment and the transportation of the shipment from or to the storage facility, but do not include any other Additional Services named in the tariff.

e.  Pursuant to Item 18 of the tariff, DTOD shall be used to determine the distance-based rates when the storage facility and the residence have the same first three digits in their zip codes.

f.  When the distance between the storage facility and the residence is more than 50 miles, the provisions of this item will not apply; in lieu thereof, the applicable transportation rates will apply.

**Item 211 – 224 Available for future use**

**Item 225 Pickup and Delivery Service Applicable At Third Party and Self-Storage Warehouses**

**(225A) – Pickup/Delivery Self/Mini Storage**

**(225B) – Pickup/Delivery Self/Mini Storage – Overtime**

1.  Except as otherwise provided herein, when TSP picks up a shipment from, or delivers a shipment to, a third party warehouse (including self-storage/mini-warehouse locations), a charge will apply when the TSP is requested by the government to enter the warehouse for the purpose of removing items stored from, or placing items into, the warehouse space rented by the shipper.   This item must be preapproved by the PPSO.   The Overtime Warehouse Pickup or Delivery Charges provided for herein are applicable ONLY for the portion of the pickup or delivery service that is performed inside the warehouse space; refer to Item 175 (Overtime Loading and Unloading Service) for additional overtime charges that may also be applicable.



**Refer to the tariff rating engine for Third Party and Self-Storage Warehouse Pickup and Delivery charges.**

a.  Charges apply at the point where the service is performed, pursuant to the Stopoff provisions of Item 28, based on the weight of the shipment, or portion thereof, that is placed into or removed from the warehouse, subject to a minimum weight of 1000 pounds.  TSPs will not be paid more than the minimum of 1000lbs unless a separate weight tickets is provided.

b.  When Overtime Pickup or Delivery Service is requested by the government, overtime charges apply when service is performed between 5:00 p.m. and 8:00 a.m., Monday through Friday, or at any time on Saturdays, Sundays and Holidays.  Overtime charges will not apply when service is performed for TSP's convenience

**Item 226 – Miscellaneous**

**(226A) – Miscellaneous Charge**

Any authorized charge incurred by the Transportation Service Provider and, not covered by any other designated service code, and not performed by a third party service, shall be billed as a miscellaneous charge. A description of the service is required.

**Item 227 – 999 Available for future use**

**Item 1000 Explanation of Abbreviations and Reference Marks (For Standard Use Throughout This Tariff)**

### U.S. State Abbreviations

| | | | | | |
|---|---|---|---|---|---|
| AL | Alabama | LA | Louisiana | OH | Ohio |
| AK | Alaska | ME | Maine | OK | Oklahoma |
| AZ | Arizona | MD | Maryland | OR | Oregon |
| AR | Arkansas | MA | Massachusetts | PA | Pennsylvania |
| CA | California | MI | Michigan | RI | Rhode Island |
| CO | Colorado | MN | Minnesota | SC | South Carolina |
| CT | Connecticut | MS | Mississippi | SD | South Dakota |
| DC | District of Columbia | MO | Missouri | TN | Tennessee |
| DE | Delaware | MT | Montana | TX | Texas |
| FL | Florida | NE | Nebraska | UT | Utah |
| GA | Georgia | NV | Nevada | VT | Vermont |
| ID | Idaho | NH | New Hampshire | VA | Virginia |
| IL | Illinois | NJ | New Jersey | WA | Washington |
| IN | Indiana | NM | New Mexico | WV | West Virginia |
| IA | Iowa | NY | New York | WI | Wisconsin |
| KS | Kansas | NC | North Carolina | WY | Wyoming |
| KY | Kentucky | ND | North Dakota | | |

## Item 1001-Surcharges

(1001A) - Surcharges

**SURCHARGE**: An extra fee, levied to a shipment, paid by the transportation service provider and sometimes reimbursed by the U.S. Government. Surcharge reimbursement is considered on a case-by-case basis with reimbursement decision resting at the sole discretion of the Surface Deployment and Distribution Command. Specific surcharge definitions are provided below:

a. **Bunker Surcharge (BSC)** – An extra charge, also known as Bunker Adjustment Factor (BAF) or Fuel Adjustment Factor (FAF), sometimes added to ocean TSP rates. This surcharge is justified by higher fuel costs.

b. **War Risk Surcharge (WAR)** – Insurance coverage for loss of goods resulting from any act of war or as a result of the vessel "entering" the war risk area when billed by the ocean/air TSP. This charge is only applicable to areas deemed "war risk" areas, as provided for on the SDDC website, www.sddc.army.mil, Personal Property/POV, International, War Risk Areas.

c. **Port/Terminal Security Handling Surcharge (COF)** – An extra charge that is billed to the TSP for security of their cargo while at the port of embarkation/debarkation. This surcharge is applicable to codes of service

d. **Port Congestion Surcharge (CON)** – An extra charge that is billed to the TSP for controlling the congestion of trucks/vessels entering/departing the port.

NOTE 1:  Surcharges, other than those identified above, will be considered on a case-by-case basis with reimbursement decision resting at the sole discretion of the Surface Deployment and Distribution Command.  With the exception of fuel related surcharges and unless otherwise stated, all surcharges are meant to be temporary in nature in and until the TSP bas been provided official notification to incorporate such additional fees into their rate.

NOTE 2:  These services are billable when TSPs have actually paid for this service.  Upon request by the government TSP's must provide a copy of paid receipt.

# Section 3
# Volume Moves

## Item 2000 Purpose

1.  These instructions provide procedures and other information required for TSPs engaging in the volume movement of DOD and USCG-sponsored HHG within CONUS and Alaska.

## Item 2001 Criteria for Use of Volume Move Rates

1.  Volume move procedures will apply under the following conditions:

    a.  Estimated tonnage consisting of household goods totaling 200,000 pounds or more.  PPSOs having special operational requirements may request a volume move for lesser tonnage.

    b.  Movement is from one origin (commuting area) to one destination (commuting area).

    c.  Movement is normally within a 90-day period.

**NOTE:** Due to the large number of volume moves anticipated because of base closures, realignments, drawdowns, etc., this headquarters reserves the right to waive the normal 90-day period for volume moves, if circumstances warrant.

## Item 2002 Procedures

1.  The following procedures are applicable to domestic volume movements:

    a.  When the above criteria for use exist, the responsible *PPSO* is required to submit the volume move request in DPS.  .

    b.  Volume move requests will be created by PPSO will be sent to SDDC for review, SDDC Rates Administrator will then initiate the volume move Request for Quote (RFQ) in DPS. Following which DPS will generate email notifications for qualified TSPs. These notifications will only be sent to DoD qualified TSPs with the authority to service domestic volume moves.  The deadline date for receipt of the rate tender number will be specified in the volume movement request.  TSPs will be required to submit proper and complete information for bids to be considered responsive.

    c.  TSPs that choose to submit their rate for the volume move request will do so in DPS.

    d.  The rates for a volume move will be expressed as two discounts "off" the 400NG baseline.  1st discount will be for transportation and the 2nd discount will be for SIT.

**NOTE:** For more details on volume move rating filing see document titled "Rate Filing".

## Item 2003 Submission of Rates and Charges

1.  TSPs will submit their rates in DPS for details on volume move rating filing see document titled "Rate Filing".

# EXHIBIT

# B

 

Generated by PHAML

**ELECTRONIC TENDER OF SERVICE SIGNATURE SHEET**

Report Date: 11-DEC-2015
Page 1 of 4

| FOR USE OF THIS FORM SEE DOD 4500.9R | |
|---|---|
| **Date Submitted** | 01/07/2009 |

THE SIGNATURE SHEET CERTIFIES THAT I HAVE READ AND UNDERSTAND ALL THE TERMS AND CONDITIONS SET FORTH IN THE TENDER OF SERVICE RECEIVED FROM THE MILITARY SURFACE DEPLOYMENT AND DISTRIBUTION COMMAND (SDDC). I AGREE TO ACCEPT AND PROVIDE SERVICE UNDER THE TERMS AND PROVISIONS OF THE TENDER OF SERVICE DATED 1 MAY 1999, AND ALL AMENDMENTS THERETO. I ALSO ACCEPT AND AGREE TO COMPLY WITH THE TERMS AND CONDITIONS SET FORTH IN THE DOMESTIC AND/OR INTERNATIONAL RATE SOLICITATION, APPLICABLE TO SERVICE I OFFER TO PROVIDE.

COMPLETION OF APPROVAL DOCUMENTATION CERTIFIES THAT THE FOREGOING STATEMENTS ARE TRUE AND COMPLETE. ANY MISREPRESENTATION OR FALSIFICATION MAY BE SUBJECT TO PROSECUTION UNDER 18 USC 1001.

## PART I - CERTIFICATION

**I certify that I meet the specific Transportation Service Provider Qualification Requirements as indicated below, otherwise, approval will not be granted.**

[X] **Have and will maintain valid appropriate Operating Authority(ies) and Licenses.**

[X] **Have and will provide a Certificate of Cargo Liability insurance that meets minimum program requirements.**

[ ] **Meets and will maintain required financial ratios.  Will provide financial statements accompanied by either an audit report or review memorandum prepared by your auditors annually.**

[X] **Meets the requirement of having been in business 3 years or more.**

[X] **Have a domestic Interstate and/or International (whichever is applicable) Performance Bond in the amount required by SDDC.**
[ ] **I am an Intrastate Transportation Service Provider only.  No Bond is required**

2. ARE YOU UNDER COMMON FINANCIAL AND/OR ADMINISTRATIVE CONTROL (CFAC) WITH ANY OTHER DEPARTMENT OF DEFENSE APPROVED **INTERNATIONAL** HOUSEHOLD GOODS TRANSPORTATION SERVICE PROVIDER OR FORWARDER?          [ ] Yes          [X] No

**Note: CFAC  means the power, actual as well as legal, to influence the management, direction or functioning of a business organization. Transportation Service Providers who declare Common Financial and/or Administrative Control (CFAC) cannot compete in the same rate channel in the same code of service in the international program.**

3. DOD APPROVED INTERNATIONAL HOUSEHOLD GOODS TRANSPORTATION SERVICE PROVIDER(s) WITH WHICH I AM IN COMMON FINANCIAL AND/OR ADMINISTRATIVE CONTROL (CFAC)
NON1

4. ARE YOU UNDER COMMON FINANCIAL AND/OR ADMINISTRATIVE CONTROL (CFAC) WITH ANY OTHER  DEPARTMENT OF DEFENSE APPROVED **DOMESTIC** HOUSEHOLD GOODS TRANSPORTATION SERVICE PROVIDER OR FORWARDER?          [X] Yes          [ ] No

5. DOD APPROVED DOMESTIC HOUSEHOLD GOODS TRANSPORTATION SERVICE PROVIDER(s) WITH WHICH I AM IN COMMON FINANCIAL AND/OR ADMINISTRATIVE CONTROL (CFAC)
SHDW

## PART II - TYPE OF SERVICE

| MC NUMBER | FF NUMBER | BROKER NUMBER |
|---|---|---|
| MC380024 | N/A | |

State Permit Number/Articles of Incorporation Number
(For Intrastate Only):
360

 

Generated by PHAML

**ELECTRONIC TENDER OF SERVICE SIGNATURE SHEET**

Report Date: 11-DEC-2015
Page 2 of 4

## 6. PROGRAMS I AM APPLYING TO PARTICIPATE IN

|  |  | STATUS | DATE INACTIVATED | REASON INACTIVATED |
|---|---|---|---|---|
| INTERSTATE | [X] | Active |  |  |
| INTRASTATE | [X] | Active |  |  |
| INTERNATIONAL          iHHG | [ ] |  |  |  |
| iUB | | | | |
| MOBILE HOME | [ ] |  |  |  |
| BOATS WITH TRAILERS IN TOWAWAY SERVICE | [ ] |  |  |  |
| COMMERCIAL BOAT (SPECIALIZED HAULING) | [ ] |  |  |  |

## PART III - TRANSPORTATION SERVICE PROVIDER PROCESSING DATA

**9. STANDARD CARRIER ALPHA CODE (SCAC)**
ETWV

**10. EMPLOYER'S INTERNAL REVENUE SERVICE IDENTIFICATION NUMBER:**
█████████

**11. NAME OF TRANSPORTATION SERVICE PROVIDER: (as shown on Federal or State Permit)**
E-TOWN MOVING  STORAGE INC.

**12. DOING BUSINESS AS (DBA)**
N/A

**13. DOT NUMBER**
█████████

**14a. PHISICAL STREET ADDRESS**
501 EAST DIXIE HWY

**14b. SUITE (if applicable)**

**14c. CITY**
ELIZABETHTOWN

**14d. STATE**
KY

**14e. zip**
42701

**15. CHECK IF MAILING ADDRESS IS SAME AS ABOVE** [ ]

**16a. MAILING ADDRESS**
501 EAST DIXIE

**16b. SUITE (if applicable)**

**16c. CITY**
ELIZABETHTOWN

**16d. STATE**
KY

**16e. zip**
42701

**17a. COMMERCIAL TELEPHONE NUMBER: (include area code)**
2707379054          Ex: 7034264321

**17b. FAX NUMBER**
2707690702          Ex: 7034264321

**17c. TOLL FREE NUMBER**
8775818110          Ex: 7034264321

**17d. CENTRAL COMPANY EMAIL ADDRESS**
movers@iglou.com

## PART IV - SCAC CHANGE

**18. IS THIS YOUR ORIGINAL SCAC?**          [ ]   Yes [ ]   No

**19. PREVIOUS STANDARD CARRIER ALPHA CODE (SCAC):**
N/A.

**20. PREVIOUS NAME OF TRANSPORTATION SERVICE PROVIDER: (as shown on Federal or State Permit)**
N/A.

## PART V - SHAREHOLDER OR PARTNER INFORMATION

21. ARE YOU OWNED BY A HOLDING COMPANY/VOTING TRUST COMPANY?          [ ]   Yes [X]   No

22. HOLDING COMPANY/VOTING TRUST COMPANY          N/A

| 23. NAME OF SHAREHOLDER (FIRST, LAST) | | 24. PERCENTAGE OF SHARES HELD |
|---|---|---|
| Mrs. | DANA          CURL | 50 |
| Mrs. | Bonnie          Montgomery | 50 |
|  |  |  |
|  |  |  |
|  |  |  |

| 25. PARTNER NAME (FIRST, LAST) | | 26. PARTNERSHIP INTEREST |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

## PART VI - TSP OFFICIAL(s) AUTHORIZED TO SUBMIT ELECTRONIC FROMS

The number of personnel provided access to submit required and voluntary forms on behalf of the TSP will not be regulated by SDDC,

 

**ELECTRONIC TENDER OF SERVICE SIGNATURE SHEET**

Report Date: 11-DEC-2015
Page 3 of 4

Generated by PHAML

provided, however that only the higher ranking of the TSP's CEO or President may submit Certificate of Independent Pricing and the Certificate Responsibility.  The TSP is responsible for the accuracy of all forms submitted to SDDC.  All forms must be submitted via DPS by those personnel approved by the TSP's Trusted agent regardless of their ETA DPS role.

**KEY PERSONNEL:** Two managing officers of the company (excluding Treasurer and Secretary) must have at least 3 years Personal Property experience.  If one of these officers change or leave the company, an updated ETOSS must be submitted.

| | 30. TITLE | | 31. NAME | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | YEARS EXPERIENCE | |
| | | | | | | YEARS EXPERIENCE | |
| | President | Mrs. | DANA | | CURL | YEARS EXPERIENCE | 30 |
| | | | | | | YEARS EXPERIENCE | |
| | | | | | | YEARS EXPERIENCE | |
| | | | | | | YEARS EXPERIENCE | |
| | | | | | | YEARS EXPERIENCE | |
| | Dispatcher | Mr. | Kenny | | Montgomery | YEARS EXPERIENCE | 30 |
| | | | | | | YEARS EXPERIENCE | |
| | | | | | | YEARS EXPERIENCE | |
| | | | | | | YEARS EXPERIENCE | |
| | | | | | | YEARS EXPERIENCE | |
| OTHER 1 | TITLE | Billing and Quality Assurance | Mrs. | Julie | | Curl | YEARS EXPERIENCE | 12 |
| OTHER 2 | TITLE | dispatcher | Mr. | Lonnie | | Curl | YEARS EXPERIENCE | 25 |
| | | | | | | YEARS EXPERIENCE | |
| **TRUSTED AGENT (Primary)** | | | | | | | |
| | | PHONE NUMBER | | | EMAIL ADDRESS | | |
| | | | | | | YEARS EXPERIENCE | |
| **TRUSTED AGENT (Alternate)** | | PHONE NUMBER | | | EMAIL ADDRESS | | |

**PART VII - SMALL BUSINESS CERTIFICATION**
**CERTIFICATION STATEMENT**

X    I certify that I have read the small business criteria under which business may be considered to be a small business and that, under the criteria I certify that the company is a small business.

**PART VIII - PRESIDENT'S CERTIFICATION**
**CERTIFICATION STATEMENT**

By submitting the Electronic Tender of Service Signature Sheet, I, Dana Curl agree to abide by the terms of the Tender of Service and other items and conditions applicable to the Personal Property Program.  I certify that the information in this application is true and correct. [FALSE CERTIFICATION IS A VIOLATION OF USC1001 AND PUNISHABLE BY LAW].

**Submission Status**

| Submittor | DANA CURL | Date Submitted | 01/07/2009 | Document Status | Approved |
|---|---|---|---|---|---|

 

**ELECTRONIC TENDER OF SERVICE SIGNATURE SHEET**

Report Date: 11-DEC-2015
Page 4 of 4

Generated by PHAML

| Processor | MEKIA BRADLEY | Date Processed | 01/12/2009 |

# EXHIBIT

# C

 

Generated by PHAML

**ELECTRONIC TENDER OF SERVICE SIGNATURE SHEET**

Report Date: 11-DEC-2015
Page 1 of 4

---

**FOR USE OF THIS FORM SEE DOD 4500.9R**

**Date Submitted** 01/14/2009

THE SIGNATURE SHEET CERTIFIES THAT I HAVE READ AND UNDERSTAND ALL THE TERMS AND CONDITIONS SET FORTH IN THE TENDER OF SERVICE RECEIVED FROM THE MILITARY SURFACE DEPLOYMENT AND DISTRIBUTION COMMAND (SDDC). I AGREE TO ACCEPT AND PROVIDE SERVICE UNDER THE TERMS AND PROVISIONS OF THE TENDER OF SERVICE DATED 1 MAY 1999, AND ALL AMENDMENTS THERETO. I ALSO ACCEPT AND AGREE TO COMPLY WITH THE TERMS AND CONDITIONS SET FORTH IN THE DOMESTIC AND/OR INTERNATIONAL RATE SOLICITATION, APPLICABLE TO SERVICE I OFFER TO PROVIDE.

COMPLETION OF APPROVAL DOCUMENTATION CERTIFIES THAT THE FOREGOING STATEMENTS ARE TRUE AND COMPLETE. ANY MISREPRESENTATION OR FALSIFICATION MAY BE SUBJECT TO PROSECUTION UNDER 18 USC 1001.

**PART I - CERTIFICATION**

I certify that I meet the specific Transportation Service Provider Qualification Requirements as indicated below, otherwise, approval will not be granted.

[X] Have and will maintain valid appropriate Operating Authority(ies) and Licenses.

[X] Have and will provide a Certificate of Cargo Liability insurance that meets minimum program requirements.

[ ] Meets and will maintain required financial ratios.  Will provide financial statements accompanied by either an audit report or review memorandum prepared by your auditors annually.

[X] Meets the requirement of having been in business 3 years or more.

[X] Have a domestic Interstate and/or International (whichever is applicable) Performance Bond in the amount required by SDDC.

[ ] I am an Intrastate Transportation Service Provider only.  No Bond is required

2. ARE YOU UNDER COMMON FINANCIAL AND/OR ADMINISTRATIVE CONTROL (CFAC) WITH ANY OTHER DEPARTMENT OF DEFENSE APPROVED **INTERNATIONAL** HOUSEHOLD GOODS TRANSPORTATION SERVICE PROVIDER OR FORWARDER?      [ ] Yes      [X] No

Note: CFAC  *means the power, actual as well as legal, to influence the management, direction or functioning of a business organization. Transportation Service Providers who declare Common Financial and/or Administrative Control (CFAC) cannot compete in the same rate channel in the same code of service in the international program.*

3. DOD APPROVED INTERNATIONAL HOUSEHOLD GOODS TRANSPORTATION SERVICE PROVIDER(s) WITH WHICH I AM IN COMMON FINANCIAL AND/OR ADMINISTRATIVE CONTROL (CFAC)

NON1

4. ARE YOU UNDER COMMON FINANCIAL AND/OR ADMINISTRATIVE CONTROL (CFAC) WITH ANY OTHER  DEPARTMENT OF DEFENSE APPROVED **DOMESTIC** HOUSEHOLD GOODS TRANSPORTATION SERVICE PROVIDER OR FORWARDER?      [X] Yes      [ ] No

5. DOD APPROVED DOMESTIC HOUSEHOLD GOODS TRANSPORTATION SERVICE PROVIDER(s) WITH WHICH I AM IN COMMON FINANCIAL AND/OR ADMINISTRATIVE CONTROL (CFAC)

ETWV

**PART II - TYPE OF SERVICE**

| MC NUMBER | FF NUMBER | BROKER NUMBER |
|---|---|---|
| MC183427 | N/A | |

State Permit Number/Articles of Incorporation Number
(For Intrastate Only):

261

 

Generated by PHAML

**ELECTRONIC TENDER OF SERVICE SIGNATURE SHEET**

Report Date: 11-DEC-2015
Page 2 of 4

### 6. PROGRAMS I AM APPLYING TO PARTICIPATE IN

| | | STATUS | DATE INACTIVATED | REASON INACTIVATED |
|---|---|---|---|---|
| INTERSTATE | [X] | Active | | |
| INTRASTATE | [X] | Active | | |
| INTERNATIONAL                 iHHG | [ ] | | | |
|                                iUB | | | | |
| MOBILE HOME | [ ] | | | |
| BOATS WITH TRAILERS IN TOWAWAY SERVICE | [ ] | | | |
| COMMERCIAL BOAT (SPECIALIZED HAULING) | [ ] | | | |

### PART III - TRANSPORTATION SERVICE PROVIDER PROCESSING DATA

**9. STANDARD CARRIER ALPHA CODE (SCAC)**
SHDW

**10. EMPLOYER'S INTERNAL REVENUE SERVICE IDENTIFICATION NUMBER:**
█████████

**11. NAME OF TRANSPORTATION SERVICE PROVIDER: (as shown on Federal or State Permit)**
Shadowens Moving  Storage Co., Inc.

**12. DOING BUSINESS AS (DBA)**
n/a

**13. DOT NUMBER**
████████

**14a. PHISICAL STREET ADDRESS**
200 JIM COURT

**14b. SUITE (if applicable)**

**14c. CITY**
LOUISVILLE

**14d. STATE**
KY

**14e. zip**
40229

**15. CHECK IF MAILING ADDRESS IS SAME AS ABOVE**       [ ]

**16a. MAILING ADDRESS**
P. O. BOX 9

**16b. SUITE (if applicable)**

**16c. CITY**
BROOKS

**16d. STATE**
KY

**16e. zip**
401090009

**17a. COMMERCIAL TELEPHONE NUMBER: (include area code)**
5029557944          Ex: 7034264321

**17b. FAX NUMBER**
5029558530          Ex: 7034264321

**17c. TOLL FREE NUMBER**
8003212975          Ex: 7034264321

**17d. CENTRAL COMPANY EMAIL ADDRESS**
movers@iglou.com

### PART IV - SCAC CHANGE

**18. IS THIS YOUR ORIGINAL SCAC?**                              [ ]   Yes [ ]   No

**19. PREVIOUS STANDARD CARRIER ALPHA CODE (SCAC):**
N/A.

**20. PREVIOUS NAME OF TRANSPORTATION SERVICE PROVIDER: (as shown on Federal or State Permit)**
N/A.

### PART V - SHAREHOLDER OR PARTNER INFORMATION

**21. ARE YOU OWNED BY A HOLDING COMPANY/VOTING TRUST COMPANY?**          [ ]   Yes [X]   No

**22. HOLDING COMPANY/VOTING TRUST COMPANY**          N/A

| 23. NAME OF SHAREHOLDER (FIRST, LAST) | | | 24. PERCENTAGE OF SHARES HELD |
|---|---|---|---|
| Mr. | William | Montgomery | 100 |
| Mr. | William | Montgomery | 100 |
| | | | |
| | | | |

| 25. PARTNER NAME (FIRST, LAST) | 26. PARTNERSHIP INTEREST |
|---|---|
| | |
| | |
| | |

### PART VI - TSP OFFICIAL(s) AUTHORIZED TO SUBMIT ELECTRONIC FROMS

The number of personnel provided access to submit required and voluntary forms on behalf of the TSP will not be regulated by SDDC,

 

**ELECTRONIC TENDER OF SERVICE SIGNATURE SHEET**

Report Date: 11-DEC-2015
Page 3 of 4

Generated by PHAML

provided, however that only the higher ranking of the TSP's CEO or President may submit Certificate of Independent Pricing and the Certificate Responsibility.  The TSP is responsible for the accuracy of all forms submitted to SDDC.  All forms must be submitted via DPS by those personnel approved by the TSP's Trusted agent regardless of their ETA DPS role.

**KEY PERSONNEL: Two managing officers of the company (excluding Treasurer and Secretary) must have at least 3 years Personal Property experience.  If one of these officers change or leave the company, an updated ETOSS must be submitted.**

| | 30. TITLE | | 31. NAME | | | |
|---|---|---|---|---|---|---|
| | | | | | YEARS EXPERIENCE | |
| | | | | | YEARS EXPERIENCE | |
| | President | Mr. | William | Montgomery | YEARS EXPERIENCE | 30 |
| | | | | | YEARS EXPERIENCE | |
| | | | | | YEARS EXPERIENCE | |
| | Secretary | Mrs. | Bonnie | Montgomery | YEARS EXPERIENCE | 25 |
| | | | | | YEARS EXPERIENCE | |
| | Dispatcher | Mr. | Lonnie | Curl | YEARS EXPERIENCE | 25 |
| | | | | | YEARS EXPERIENCE | |
| | | | | | YEARS EXPERIENCE | |
| | | | | | YEARS EXPERIENCE | |
| | | | | | YEARS EXPERIENCE | |
| | | | | | YEARS EXPERIENCE | |
| OTHER 1 | TITLE | Customer service and billing | Ms. | Julie | Curl | YEARS EXPERIENCE | 12 |
| OTHER 2 | TITLE | Quality Asuurance | Mrs. | Nancy | Reeves | YEARS EXPERIENCE | 25 |
| | | | | | YEARS EXPERIENCE | |
| TRUSTED AGENT (Primary) | | | | | | |
| | | PHONE NUMBER | | | EMAIL ADDRESS | |
| | | | | | YEARS EXPERIENCE | |
| TRUSTED AGENT (Alternate) | | PHONE NUMBER | | | EMAIL ADDRESS | |

**PART VII - SMALL BUSINESS CERTIFICATION**
**CERTIFICATION STATEMENT**

X      I certify that I have read the small business criteria under which business may be considered to be a small business and that, under the criteria I certify that the company is a small business.

**PART VIII - PRESIDENT'S CERTIFICATION**
**CERTIFICATION STATEMENT**

By submitting the Electronic Tender of Service Signature Sheet, I, William Montgomery agree to abide by the terms of the
Tender of Service and other items and conditions applicable to the Personal Property Program.  I certify that the information in this application is true and correct.  [FALSE CERTIFICATION IS A VIOLATION OF USC1001 AND PUNISHABLE BY LAW].

**Submission Status**

**Submittor**   William Montgomery          **Date Submitted**   01/14/2009          **Document**          Approved

 

**ELECTRONIC TENDER OF SERVICE SIGNATURE SHEET**

Report Date: 11-DEC-2015
Page 4 of 4

Generated by PHAML

| Processor | MEKIA BRADLEY | Date Processed | 01/15/2009 | Status |
| --- | --- | --- | --- | --- |

# EXHIBIT

# D



Generated by PHAML

**ELECTRONIC TENDER OF SERVICE SIGNATURE SHEET**

Report Date: 11-DEC-2015
Page 1 of 4

| FOR USE OF THIS FORM SEE DOD 4500.9R | |
|---|---|
| **Date Submitted** | 01/07/2009 |

THE SIGNATURE SHEET CERTIFIES THAT I HAVE READ AND UNDERSTAND ALL THE TERMS AND CONDITIONS SET FORTH IN THE TENDER OF SERVICE RECEIVED FROM THE MILITARY SURFACE DEPLOYMENT AND DISTRIBUTION COMMAND (SDDC). I AGREE TO ACCEPT AND PROVIDE SERVICE UNDER THE TERMS AND PROVISIONS OF THE TENDER OF SERVICE DATED 1 MAY 1999, AND ALL AMENDMENTS THERETO. I ALSO ACCEPT AND AGREE TO COMPLY WITH THE TERMS AND CONDITIONS SET FORTH IN THE DOMESTIC AND/OR INTERNATIONAL RATE SOLICITATION, APPLICABLE TO SERVICE I OFFER TO PROVIDE.

COMPLETION OF APPROVAL DOCUMENTATION CERTIFIES THAT THE FOREGOING STATEMENTS ARE TRUE AND COMPLETE. ANY MISREPRESENTATION OR FALSIFICATION MAY BE SUBJECT TO PROSECUTION UNDER 18 USC 1001.

### PART I - CERTIFICATION

I certify that I meet the specific Transportation Service Provider Qualification Requirements as indicated below, otherwise, approval will not be granted.

[X] Have and will maintain valid appropriate Operating Authority(ies) and Licenses.

[X] Have and will provide a Certificate of Cargo Liability insurance that meets minimum program requirements.

[ ] Meets and will maintain required financial ratios.  Will provide financial statements accompanied by either an audit report or review memorandum prepared by your auditors annually.

[X] Meets the requirement of having been in business 3 years or more.

[X] Have a domestic Interstate and/or International (whichever is applicable) Performance Bond in the amount required by SDDC.

[ ] I am an Intrastate Transportation Service Provider only.  No Bond is required

2. ARE YOU UNDER COMMON FINANCIAL AND/OR ADMINISTRATIVE CONTROL (CFAC) WITH ANY OTHER DEPARTMENT OF DEFENSE APPROVED **INTERNATIONAL** HOUSEHOLD GOODS TRANSPORTATION SERVICE PROVIDER OR FORWARDER?     [ ] Yes     [X] No

Note: CFAC  *means the power, actual as well as legal, to influence the management, direction or functioning of a business organization. Transportation Service Providers who declare Common Financial and/or Administrative Control (CFAC) cannot compete in the same rate channel in the same code of service in the international program.*

3. DOD APPROVED INTERNATIONAL HOUSEHOLD GOODS TRANSPORTATION SERVICE PROVIDER(s) WITH WHICH I AM IN COMMON FINANCIAL AND/OR ADMINISTRATIVE CONTROL (CFAC)
NON1

4. ARE YOU UNDER COMMON FINANCIAL AND/OR ADMINISTRATIVE CONTROL (CFAC) WITH ANY OTHER  DEPARTMENT OF DEFENSE APPROVED **DOMESTIC** HOUSEHOLD GOODS TRANSPORTATION SERVICE PROVIDER OR FORWARDER?     [X] Yes     [ ] No

5. DOD APPROVED DOMESTIC HOUSEHOLD GOODS TRANSPORTATION SERVICE PROVIDER(s) WITH WHICH I AM IN COMMON FINANCIAL AND/OR ADMINISTRATIVE CONTROL (CFAC)
ETWV

### PART II - TYPE OF SERVICE

| MC NUMBER | FF NUMBER | BROKER NUMBER |
|---|---|---|
| MC106902 | N/A | |

State Permit Number/Articles of Incorporation Number
(For Intrastate Only):
226

 

**ELECTRONIC TENDER OF SERVICE SIGNATURE SHEET**

Report Date: 11-DEC-2015
Page 2 of 4

Generated by PHAML

**6. PROGRAMS I AM APPLYING TO PARTICIPATE IN**

|  |  | STATUS | DATE INACTIVATED | REASON INACTIVATED |
|---|---|---|---|---|
| INTERSTATE | [X] | Active |  |  |
| INTRASTATE | [X] | Active |  |  |
| INTERNATIONAL          iHHG | [ ] |  |  |  |
| iUB |  |  |  |  |
| MOBILE HOME | [ ] |  |  |  |
| BOATS WITH TRAILERS IN TOWAWAY SERVICE | [ ] |  |  |  |
| COMMERCIAL BOAT (SPECIALIZED HAULING) | [ ] |  |  |  |

**PART III - TRANSPORTATION SERVICE PROVIDER PROCESSING DATA**

**9. STANDARD CARRIER ALPHA CODE (SCAC)**
LYNM

**10. EMPLOYER'S INTERNAL REVENUE SERVICE IDENTIFICATION NUMBER:**
████████

**11. NAME OF TRANSPORTATION SERVICE PROVIDER: (as shown on Federal or State Permit)**
LYNN MOVING  STORAGE, INC.

**12. DOING BUSINESS AS (DBA)**
N/A

**13. DOT NUMBER**
████████

**14a. PHISICAL STREET ADDRESS**
200 JIM COURT

**14b. SUITE (if applicable)**

**14c. CITY**
LOUISVILLE

**14d. STATE**
KY

**14e. zip**
40229

**15. CHECK IF MAILING ADDRESS IS SAME AS ABOVE**     [ ]

**16a. MAILING ADDRESS**
P O BOX  9

**16b. SUITE (if applicable)**

**16c. CITY**
BROOKS

**16d. STATE**
KY

**16e. zip**
40109

**17a. COMMERCIAL TELEPHONE NUMBER: (include area code)**
5029557145        Ex: 7034264321

**17b. FAX NUMBER**
5029557449        Ex: 7034264321

**17c. TOLL FREE NUMBER**
8779557145        Ex: 7034264321

**17d. CENTRAL COMPANY EMAIL ADDRESS**
movers@kymovers.com

**PART IV - SCAC CHANGE**

**18. IS THIS YOUR ORIGINAL SCAC?**                       [ ]   Yes  [ ]   No

**19. PREVIOUS STANDARD CARRIER ALPHA CODE (SCAC):**
N/A.

**20. PREVIOUS NAME OF TRANSPORTATION SERVICE PROVIDER: (as shown on Federal or State Permit)**
N/A.

**PART V - SHAREHOLDER OR PARTNER INFORMATION**

21. ARE YOU OWNED BY A HOLDING COMPANY/VOTING TRUST COMPANY?          [ ]   Yes  [X]   No

**22. HOLDING COMPANY/VOTING TRUST COMPANY**          N/A

| 23. NAME OF SHAREHOLDER (FIRST, LAST) | | 24. PERCENTAGE OF SHARES HELD |
|---|---|---|
| Mrs. | Dana          CURL | 100 |
|  |  |  |
|  |  |  |
|  |  |  |

| 25. PARTNER NAME (FIRST, LAST) | 26. PARTNERSHIP INTEREST |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

**PART VI - TSP OFFICIAL(s) AUTHORIZED TO SUBMIT ELECTRONIC FROMS**
The number of personnel provided access to submit required and voluntary forms on behalf of the TSP will not be regulated by SDDC,

 

**ELECTRONIC TENDER OF SERVICE SIGNATURE SHEET**

Generated by PHAML

Report Date: 11-DEC-2015
Page 3 of 4

provided, however that only the higher ranking of the TSP's CEO or President may submit Certificate of Independent Pricing and the Certificate Responsibility. The TSP is responsible for the accuracy of all forms submitted to SDDC. All forms must be submitted via DPS by those personnel approved by the TSP's Trusted agent regardless of their ETA DPS role.

**KEY PERSONNEL:** Two managing officers of the company (excluding Treasurer and Secretary) must have at least 3 years Personal Property experience. If one of these officers change or leave the company, an updated ETOSS must be submitted.

| | 30. TITLE | | 31. NAME | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | YEARS EXPERIENCE | |
| | | | | | | YEARS EXPERIENCE | |
| | President | Mrs. | Dana | | CURL | YEARS EXPERIENCE | 30 |
| | | | | | | YEARS EXPERIENCE | |
| | | | | | | YEARS EXPERIENCE | |
| | Secretary | Mr. | Lonnie | | Curl | YEARS EXPERIENCE | 25 |
| | | | | | | YEARS EXPERIENCE | |
| | Dispatcher | Mr. | Kenny | | Montgomery | YEARS EXPERIENCE | 30 |
| | | | | | | YEARS EXPERIENCE | |
| | | | | | | YEARS EXPERIENCE | |
| | | | | | | YEARS EXPERIENCE | |
| | | | | | | YEARS EXPERIENCE | |
| OTHER 1 | TITLE | customer service | Mrs. | Julie | | Curl | YEARS EXPERIENCE | 12 |
| OTHER 2 | TITLE | Customer Service | Mrs. | Bonnie | | Montgomery | YEARS EXPERIENCE | 25 |
| | | | | | | YEARS EXPERIENCE | |
| | **TRUSTED AGENT (Primary)** | | | | | | |
| | | PHONE NUMBER | | | EMAIL ADDRESS | | |
| | | | | | | YEARS EXPERIENCE | |
| | **TRUSTED AGENT (Alternate)** | PHONE NUMBER | | | EMAIL ADDRESS | | |

**PART VII - SMALL BUSINESS CERTIFICATION**
**CERTIFICATION STATEMENT**

X    I certify that I have read the small business criteria under which business may be considered to be a small business and that, under the criteria I certify that the company is a small business.

**PART VIII - PRESIDENT'S CERTIFICATION**
**CERTIFICATION STATEMENT**

By submitting the Electronic Tender of Service Signature Sheet, I, Dana CURL agree to abide by the terms of the Tender of Service and other items and conditions applicable to the Personal Property Program. I certify that the information in this application is true and correct. [FALSE CERTIFICATION IS A VIOLATION OF USC1001 AND PUNISHABLE BY LAW].

Submission Status

| Submittor | Dana CURL | Date Submitted | 01/07/2009 | Document Status | Submitted |
|---|---|---|---|---|---|
| Processor | | Date Processed | | | |



Generated by PHAML

**ELECTRONIC TENDER OF SERVICE SIGNATURE SHEET**

Report Date: 11-DEC-2015
Page 4 of 4

# EXHIBIT

# E

**BILL OF LADING — PRIVATELY OWNED PERSONAL PROPERTY**

~~ORIGINAL~~  **B/L NO.** ZX-676924

| 1. TRANSPORTATION COMPANY (& agent) TENDERED TO | E-TOWN MOVING STORAGE INC. (E-TOWN MOVING AND STORAGE INC) | 2. SCAC ETMV | 3. SERVICE CODE 1A | 4. SHIPMENT NO. 2 OF 2 | 5. DATE B/L PRINTED 28-APR-09 |

| 6. REQUESTED PACKING DATE 30-APR-09 | 7. REQUESTED PICKUP DATE 01-MAY-09 | 8. REQUIRED DELIVERY DATE 11-MAY-09 | 9. PRIVACY ACT DATA |

9. PRIVACY ACT DATA: (5 USC 552a) This form serves as a procurement, accountability and payment form in the shipment of privately owned personal property for the account of the U.S. Information thereon may be used to prepare related documents or collect excess costs. Disclosure of information is voluntary but its absence may preclude shipment of property.

10. PROPERTY OWNER'S NAME, SOCIAL SECURITY NO., RANK AND PAY GRADE
E-1 PCS 8000 WD

11. AUTHORITY FOR SHIPMENT (Order No. Par. No., HQ) 121-373    DOA FORT ~~XXXXXX~~ SILL OK

12. DATE OF ORDER 30-APR-08

13. EXTRA PICKUP/DELIVERY (Complete address)

SERVICE NOT APPLICABLE

14. DEPARTMENT/AGENCY   US - ARMY

15. TRANSPORTATION CONTROL NO.

16. Received by the transportation company named above, the property hereinafter described, in apparent good order and condition (contents and value unknown), to be forwarded to destination by the said company and connecting lines, there to be delivered in like good order and condition to said consignee. This bill of lading is governed by the regulations relating thereto as published in Title 41, Part 102-118 of the Code of Federal Regulations. Terms and Conditions are also contained in the Tender of Service.

17. FULL NAME OF SHIPPER
HQ, USAARMC FT. KNOX, KY 40121

18. CONSIGNEE (Name and destination delivery address) (See block 13)

19. FROM (Complete address of point of pickup) (See block 13.)

20. RESPONSIBLE DESTINATION INSTALLATION/OFFICE
HQ US ARMY GARRISON FORT HOOD, TEXAS
TX 76544-5062
254-2878613

GBLOC   HBAT

21. BILL CHARGES TO (Dept./Agcy., Bur./Off., and complete mailing address)
USBANK - POWERTRACK

https://www.powertrack.usbank.com/powertrack/
(866) 561-6930,

| 22. VIA (Name of interlining carriers) | 23. FOR CARRIER USE ONLY - WAYBILL/FREIGHT BILL NO. | 24. APPROPRIATION CHARGEABLE 1XE9 CAA9 |

25. REMARKS (Special services, use reverse) BEFORE EFFECTING DELIVERY TO RESIDENCE OR PLACING IN STORAGE, THE CARRIER SHALL NOTIFY THE PPSO SPECIFIED IN BLOCK 20-

| 26. PACKAGES | | 27. DESCRIPTION OF SHIPMENT* (Specify) | 28. WEIGHT + | FOR USE OF DESTINATION CARRIER ONLY | | |
|---|---|---|---|---|---|---|
| NO. | KIND | | GROSS 25260 | SERVICES | 29. RATE | 30. CHARGES |
| 1 | LOT | DOD SPONSORED HOUSEHOLD GOODS SHIPMENT IS COVERED UNDER FULL REPLACEMENT VALUE (FRV). | 4300 | LINE-HAUL TRANSPORTATION | 86.42 | 3716 06 |
| | | | TARE 20960 | PACKING/ UNPACKING | | 1581 10 |
| | | | NET 4300 | OTHER/ACCESS-ORIAL SERVICES | | 18 69 |
| | | | + Inclu. professional books, papers, and equipment weighing: NONE | | TOTAL | 5315 85 |

31. TARIFF OR SPECIAL RATE AUTHORITIES
RS D-16 - 277%

* Issued at lowest valuation cited in appropriate tender or tariff unless otherwise stated hereon.

**B/L NO.** ZX-676924

32a. ISSUING OFFICER (Name and Title) TERRY B BIRD
TRANSPORTATION OFFICER

32b. ISSUING OFFICE (Name and Complete address)   GBLOC   FAAM
HQ, USAARMC FT. KNOX, KY 40121
25 W CHAFFEE AVE ATTN IMSE KNX LGT 235
FT KNOX KY 40121-5217

CERTIFICATE FOR RECEIPT OF SHIPMENT AND ORIGINAL BILL OF LADING

| 33a. NAME OF TRANSPORTATION COMPANY E-TOWN MOVING STORAGE INC. (E-TOWN MOVING AND STORAGE INC) | 33b. DATE OF RECEIPT OF SHIPMENT 5/1/09 | 34. FOR USE OF PAYING OFFICER (Does not affect carrier charges) |

33d. PER   ETMV

| 33c. SIGNATURE OF AGENT/DRIVER Julie A Curl | | UNAUTHORIZED ITEMS | EXCESS DISTANCE | OTHERS (Explain under remarks) |
| | | EXCESS VALUATION | EXCESS WEIGHT | |

CERTIFICATE OF CARRIER BILLING FOR CHARGES - CONSIGNEE MUST NOT PAY ANY CHARGES ON THIS SHIPMENT

| 35a. ON (Date) 5/6/09 | 35b. AT (Actual delivery point) ++ KILLEEN TX | 35c. THE (Name of delivery carrier) ETMV |
| 35d. DELIVERED THIS CONSIGNMENT TO ☑ STORAGE IN TRANSIT ☐ RESIDENCE | 35e. COMPLETE AND IN APPARENT GOOD ORDER EXCEPT AS MAY BE INDICATED HEREAFTER ☐ SHORTAGE ☐ DAMAGE ☐ CARRIER OS&D REPORT ATTACHED |
| 35f. NAME OF DESTINATION CARRIER (Carrier authorized to bill charges) ETMV | 35g. SIGNATURE OF CARRIER'S AUTHORIZED AGENT Julie A Curl |

++ Carrier to execute and attach Certificate of Storage and Liability for shipment placed in storage in transit

# EXHIBIT

# F

**78780310**

TICKET NUMBER

**CAT SCALE**

### CERTIFIED AUTOMATED TRUCK SCALE

CAT SCALE COMPANY
P.O. BOX 630
WALCOTT, IA 52773
(563) 284-6263
www.catscale.com

807
78780311

SCALE

LOCATION:

PUBLIC WEIGHMASTER'S
CERTIFICATE OF
WEIGHT & MEASURE

#### THE CAT SCALE GUARANTEE
The CAT Scale Company guarantees that our scales will give an accurate weight. What makes us different from other scale companies is that we back up our guarantee with cash.©

**WEIGH WHAT WE SAY OR WE PAY®**
If you get an overweight fine from the state AFTER one of our CAT Scales showed a legal weight, we will immediately check our scale and we will:
(1) Reimburse you for the cost of the overweight fine if our scale is wrong, OR
(2) A representative of CAT Scale Company will appear in court WITH the driver as an expert witness if we believe our scale was correct.

**IF YOU SHOULD GET AN OVERWEIGHT FINE, YOU SHOULD DO THE FOLLOWING TO GET THE PROBLEM RESOLVED:**
1) Post bond and request a court date.
2) Call CAT Scale Company direct 24 hours a day at 1-877-CAT-SCALE (Toll Free).
3) IMMEDIATELY send a copy of the citation, CAT Scale Ticket, your name, company, address, and phone number to CAT Scale Company Attn: Guarantee Department.

*The four weights shown below are separate weights. The GROSS WEIGHT is the CERTIFIED WEIGHT and was weighed on a full length platform scale. All weights are guaranteed by CAT Scale.

**CAT SCALE COLLECTOR CARD INSIDE!**

DATE: 5-01-2009

411
PILOT
I 65 EXIT 121
BROOKS KY

| | |
|---|---|
| STEER AXLE | 10220 lb |
| DRIVE AXLE | 10740 lb |
| TRAILER AXLE | 00 lb |
| * GROSS WEIGHT | 20960 lb |

This is to certify that the following described merchandise was weighed, counted, or measured by a public or deputy weighmaster, and when properly signed and sealed shall be prima facia evidence of the accuracy of the weight shown as prescribed by law.

IMPRINT SEAL HERE
(IF APPLICABLE)

WEIGH NUMBER
0311

LIVESTOCK, PRODUCE, PROPERTY, COMMODITY, OR ARTICLE WEIGHED

FREIGHT ALL KINDS

LYNN MOVING

COMPANY

605 NA

TRACTOR #        TRAILER #

FEE 9.00

WEIGHMASTER OR
WEIGHER SIGNATURE

FULL WEIGH
TICKET #
(IF REWEIGH)

DRIVER IN TRUCK UNLESS CHECKED HERE:

© 1998 CAT Scale Company • 02/08

CUSTOMER COPY

---

**78780345**

TICKET NUMBER

**CAT SCALE**

### CERTIFIED AUTOMATED TRUCK SCALE

CAT SCALE COMPANY
P.O. BOX 630
WALCOTT, IA 52773
(563) 284-6263
www.catscale.com

1527
78780346

SCALE

LOCATION:

PUBLIC WEIGHMASTER'S
CERTIFICATE OF
WEIGHT & MEASURE

#### THE CAT SCALE GUARANTEE
The CAT Scale Company guarantees that our scales will give an accurate weight. What makes us different from other scale companies is that we back up our guarantee with cash.©

**WEIGH WHAT WE SAY OR WE PAY®**
If you get an overweight fine from the state AFTER one of our CAT Scales showed a legal weight, we will immediately check our scale and we will:
(1) Reimburse you for the cost of the overweight fine if our scale is wrong, OR
(2) A representative of CAT Scale Company will appear in court WITH the driver as an expert witness if we believe our scale was correct.

**IF YOU SHOULD GET AN OVERWEIGHT FINE, YOU SHOULD DO THE FOLLOWING TO GET THE PROBLEM RESOLVED:**
1) Post bond and request a court date.
2) Call CAT Scale Company direct 24 hours a day at 1-877-CAT-SCALE (Toll Free).
3) IMMEDIATELY send a copy of the citation, CAT Scale Ticket, your name, company, address, and phone number to CAT Scale Company Attn: Guarantee Department.

*The four weights shown below are separate weights. The GROSS WEIGHT is the CERTIFIED WEIGHT and was weighed on a full length platform scale. All weights are guaranteed by CAT Scale.

**CAT SCALE COLLECTOR CARD INSIDE!**

DATE: 5-01-2009

411
PILOT
I 65 EXIT 121
BROOKS KY

| | |
|---|---|
| STEER AXLE | 11080 lb |
| DRIVE AXLE | 14180 lb |
| TRAILER AXLE | 00 lb |
| * GROSS WEIGHT | 25260 lb |

This is to certify that the following described merchandise was weighed, counted, or measured by a public or deputy weighmaster, and when properly signed and sealed shall be prima facia evidence of the accuracy of the weight shown as prescribed by law.

IMPRINT SEAL HERE
(IF APPLICABLE)

WEIGH NUMBER
0311

LIVESTOCK, PRODUCE, PROPERTY, COMMODITY, OR ARTICLE WEIGHED

FREIGHT ALL KINDS

LYNN MOVING

COMPANY

605 NA

TRACTOR #        TRAILER #

FEE 1.00

WEIGHMASTER OR
WEIGHER SIGNATURE

FULL WEIGH
TICKET #
(IF REWEIGH)      78780311

DRIVER IN TRUCK UNLESS CHECKED HERE:

© 1998 CAT Scale Company • 02/08

CUSTOMER COPY

# EXHIBIT

# G

| DATE | 05/01/2009 | | | | | | | |
|------|------------|--|--|--|--|--|--|--|

| Sum of FUEL_AMT | | | | | | | | |
|-----------------|--|--|--|--|--|--|--|--|
| UNIT | TIME | TS_NAME | TS_CITY | TS_STATE | DRIVER | CARD | FUEL_GALS | Total |
| 605 | 08:25:59E | PILOT 356 | BROOKS | KY | BROUGHTON K | 228 | 49.65 | $105.70 |
| Grand Total | | | | | | | | $105.70 |

**78780310**

TICKET NUMBER

**CAT SCALE COLLECTOR CARD INSIDE!**

### THE CAT SCALE GUARANTEE

The CAT Scale Company guarantees that our scales will give an accurate weight. What makes us different from other scale companies is that we back up our guarantee with cash.©

### WEIGH WHAT WE SAY OR WE PAY®

If you get an overweight fine from the state AFTER one of our CAT Scales showed a legal weight, we will immediately check our scale and we will:
(1) Reimburse you for the cost of the overweight fine if our scale is wrong, OR
(2) A representative of CAT Scale Company will appear in court WITH the driver as an expert witness if we believe our scale was correct.

### IF YOU SHOULD GET AN OVERWEIGHT FINE, YOU SHOULD DO THE FOLLOWING TO GET THE PROBLEM RESOLVED:

1) Post bond and request a court date.
2) Call CAT Scale Company direct 24 hours a day at 1-877-CAT-SCALE (Toll Free).
3) IMMEDIATELY send a copy of the citation, CAT Scale Ticket, your name, company, address, and phone number to CAT Scale Company Attn: Guarantee Department.

**CERTIFIED AUTOMATED TRUCK SCALE**

CAT SCALE COMPANY
P.O. BOX 630
WALCOTT, IA 52773
(563) 284-6263
www.catscale.com

* The four weights shown below are separate weights. The GROSS WEIGHT is the CERTIFIED WEIGHT and was weighed on a full length platform scale. All weights are guaranteed by CAT Scale.

| | | |
|---|---|---|
| DATE: 5-01-2009 | STEER AXLE | 10220 lb |
| 607 | DRIVE AXLE | 10740 lb |
| 78780311 SCALE | | |
| LOCATION: 411 | TRAILER AXLE | 00 lb |
| PILOT | | |
| PUBLIC WEIGHMASTER'S | I 65 EXIT 121 | |
| CERTIFICATE OF | BROOKS KY | * GROSS WEIGHT 20960 lb |
| WEIGHT & MEASURE | | |

IMPRINT SEAL HERE (IF APPLICABLE)

This is to certify that the following described merchandise was weighed, counted, or measured by a public or deputy weighmaster, and when properly signed and sealed shall be prima facia evidence of the accuracy of the weight shown as prescribed by law.

LIVESTOCK, PRODUCE, PROPERTY, COMMODITY, OR ARTICLE WEIGHED    FREIGHT ALL KINDS
LYNN MOVING                    605          NA
COMPANY _____  TRACTOR # _____  TRAILER # _____

WEIGH NUMBER
0311

FEE 9.00    WEIGHMASTER OR WEIGHER SIGNATURE OD WALKER    FULL WEIGH TICKET # (IF REWEIGH)

DRIVER IN TRUCK UNLESS CHECKED HERE: ____

© 1998 CAT Scale Company * 02/08

CUSTOMER COPY

---

**78780345**

TICKET NUMBER

**CAT SCALE COLLECTOR CARD INSIDE!**

### THE CAT SCALE GUARANTEE

The CAT Scale Company guarantees that our scales will give an accurate weight. What makes us different from other scale companies is that we back up our guarantee with cash.©

### WEIGH WHAT WE SAY OR WE PAY®

If you get an overweight fine from the state AFTER one of our CAT Scales showed a legal weight, we will immediately check our scale and we will:
(1) Reimburse you for the cost of the overweight fine if our scale is wrong, OR
(2) A representative of CAT Scale Company will appear in court WITH the driver as an expert witness if we believe our scale was correct.

### IF YOU SHOULD GET AN OVERWEIGHT FINE, YOU SHOULD DO THE FOLLOWING TO GET THE PROBLEM RESOLVED:

1) Post bond and request a court date.
2) Call CAT Scale Company direct 24 hours a day at 1-877-CAT-SCALE (Toll Free).
3) IMMEDIATELY send a copy of the citation, CAT Scale Ticket, your name, company, address, and phone number to CAT Scale Company Attn: Guarantee Department.

**CERTIFIED AUTOMATED TRUCK SCALE**

CAT SCALE COMPANY
P.O. BOX 630
WALCOTT, IA 52773
(563) 284-6263
www.catscale.com

* The four weights shown below are separate weights. The GROSS WEIGHT is the CERTIFIED WEIGHT and was weighed on a full length platform scale. All weights are guaranteed by CAT Scale.

| | | |
|---|---|---|
| DATE: 5-01-2009 | STEER AXLE | 11080 lb |
| 1527 | DRIVE AXLE | 14180 lb |
| 78780346 SCALE | | |
| LOCATION: 411 | TRAILER AXLE | 00 lb |
| PILOT | | |
| PUBLIC WEIGHMASTER'S | I 65 EXIT 121 | |
| CERTIFICATE OF | BROOKS KY | * GROSS WEIGHT 25260 lb |
| WEIGHT & MEASURE | | |

IMPRINT SEAL HERE (IF APPLICABLE)

This is to certify that the following described merchandise was weighed, counted, or measured by a public or deputy weighmaster, and when properly signed and sealed shall be prima facia evidence of the accuracy of the weight shown as prescribed by law.

LIVESTOCK, PRODUCE, PROPERTY, COMMODITY, OR ARTICLE WEIGHED    FREIGHT ALL KINDS
LYNN MOVING                    605          NA
COMPANY _____  TRACTOR # _____  TRAILER # _____

WEIGH NUMBER
0311

FEE 1.80    WEIGHMASTER OR WEIGHER SIGNATURE OD WALKER    FULL WEIGH TICKET # (IF REWEIGH) 78780311

DRIVER IN TRUCK UNLESS CHECKED HERE: ____

© 1998 CAT Scale Company * 02/08

CUSTOMER COPY

# EXHIBIT

# H

CONTRACTOR OR CARRIER

**HOUSEHOLD GOODS DESCRIPTIVE INVENTORY**

| | |
|---|---|
| PAGE NO. 1 | NO. OF PAGES 6 |

# LYNN MOVING & STORAGE, INC.

AGENT **E-TOWN  M/S**

CARRIER'S REFERENCE NO. **E09120 1**

CONTRACT OR GBL. NO. **ZX 676724**

OWNER'S GRADE OR RATING AND NAME

ORIGIN LOADING ADDRESS ___ CITY ___ STATE

GOVT. SERVICE ORDER NO.

DESTINATION

VAN NUMBER

| DESCRIPTIVE SYMBOLS | EXCEPTION SYMBOLS | | LOCATION SYMBOLS |
|---|---|---|---|
| B/W - BLACK & WHITE TV | BE - BENT | D - DENTED | SC - SCRATCHED | 1. ARM | 7. REAR | 13. CENTER |
| C - COLOR TV | BR - BROKEN | F - FADED | SH - SHORT | 2. BOTTOM | 8. RIGHT | 14. INSIDE |
| CP - CARRIER PACKED | BU - BURNED | G - GOUGED | SO - SOILED | 3. CORNER | 9. SIDE | 15. SEAT |
| PBO - PACKED BY OWNER | PE - PROFESSIONAL EQUIPMENT | L - LOOSE | T - TORN | 4. FRONT | 10. TOP | 16. DRAWER |
| PP - PROFESSIONAL PAPERS | CH - CHIPPED | M - MARRED | W - BADLY WORN | 5. LEFT | 11. VENEER | 17. DOOR |
| MCU - MECHANICAL CONDITION UNKNOWN | CU - CONTENTS & CON- | MD - MOTH EATEN | Z - CRACKED | 6. LEG | 12. EDGE | 18. OUTSIDE |
| CD - CARRIER DISASSEMBLED | DITIONS UNKNOWN | MI - MILDEW | RU - RUSTED | | | |
| DBO - DISASSEMBLED BY OWNER | | RB - RUBBED | | | | |
| PB - PROFESSIONAL BOOKS | | | | | | |

NOTE: THE OMISSION OF THESE SYMBOLS INDICATES GOOD CONDITION EXCEPT FOR NORMAL WEAR

| ITEM NO. | CR. REF. | ARTICLES | | CONDITION AT ORIGIN | EXCEPTIONS (IF ANY) AT DESTINATION |
|---|---|---|---|---|---|
| 1 | | 5.3 CTN | CP | Glassware | |
| 2 | | 5.2 CTN | CP | Glassware | |
| 3 | | 4.5 CTN | CP | Pots & Pans | |
| 4 | | 4.5 CTN | CP | Fish Tank | |
| 5 | | 4.5 CTN | CP | Winter Clothes | |
| 6 | | 3.0 CTN | CP | Tupperware | |
| 7 | | 3.0 CTN | CP | Tupperware | |
| 8 | | 4.5 OCTN | OOP | Fisher Price Ride Trike | |
| 9 | | WD CTN | CP | Christmas Ornaments | |
| 10 | | 4.5 CTN | CD | Christmas Tree | |
| 1 | | 1.5 CTN | CP | Pictures | |
| 2 | | 1.5 CTN | CP | Pictures | |
| 3 | | 1.5 CTN | CP | Paper & Pictures | |
| 4 | | 1.5 CTN | CP | Pictures & Books | |
| 5 | | 1.5 CTN | CP | Files | |
| 6 | | 4.5 CTN | CP | Pictures | |
| 7 | | 4.5 CTN | CP | Blankets | |
| 8 | | 4.5 CTN | CP | Pillows & Toys | |
| 9 | | 4.5 CTN | CP | Toys | |
| 20 | | Mirror CTN | CP | Pictures | |
| 1 | | Mirror CTN | CP | Pictures | |
| 2 | | 1.5 CTN | CP | 27 DVD & Books | |
| 3 | | WD CTN | CP | Clothes | |
| 4 | | 1.5 CTN | CP | Mr. Coffee "Original" CTN | |
| 5 | | 1.5 OCTN | CP | Cook Set | |
| 6 | | 3.0 OCTN | CP | GE Microwave MN JES738WJ | |
| 7 | | 4.5 CTN | CP | Shelves & Chess | |
| 8 | | 1.5 CTN | CP | Hangers | |
| 9 | | 3.1 CTN | CP | Wicker Baskets | |
| 30 | | 4.5 CTN | CP | Blankets | |

| ITEM NO. | REMARKS/EXCEPTIONS |
|---|---|
| | |

"WE HAVE CHECKED ALL THE ITEMS LISTED AND NUMBERED 1 TO ___ INCLUSIVE AND ACKNOWLEDGE THAT THIS IS A TRUE AND COMPLETE LIST OF THE GOODS TENDERED AND OF THE STATE OF THE GOODS RECEIVED"

**WARNING** ➤ BEFORE SIGNING CHECK SHIPMENT, COUNT ITEMS AND DESCRIBE LOSS OR DAMAGE IN SPACE ON THE RIGHT ABOVE.

| | | |
|---|---|---|
| TAPE LOT NO. DD9S06 | TAPE COLOR **BLUE** | |
| NOS. FROM 1 | THRU 30 | |

| AT ORIGIN | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) (SIGNATURE) | DATE 5/1/09 | AT DESTI-NATION | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) (SIGNATURE) | DATE |
|---|---|---|---|---|---|
| | OWNER OR AUTHORIZED AGENT (SIGNATURE) | DATE S-1-09 | | OWNER OR AUTHORIZED AGENT (SIGNATURE) | DATE |

CONTRACTOR OR CARRIER **HOUSEHOLD GOODS DESCRIPTIVE INVENTORY**

| | | |
|---|---|---|
| | | PAGE NO. | NO. OF PAGES |
| **LYNN MOVING & STORAGE, INC.** | AGENT E-Town M/S | CARRIER'S REFERENCE NO. E091201 |
| | | CONTRACT OR GBL. NO. ZX-676924 |
| OWNER'S GRADE OR RATING AND NAME | | GOVT. SERVICE ORDER NO. |
| ORIGIN LOADING ADDRESS | | |
| DESTINATION | | VAN NUMBER |

DESCRIPTIVE SYMBOLS
BW - BLACK & WHITE TV
C - COLOR TV
CP - CARRIER PACKED
PBO - PACKED BY OWNER
CD - CARRIER DISASSEMBLED
OBO - DISASSEMBLED BY OWNER
PB - PROFESSIONAL BOOKS
PE - PROFESSIONAL EQUIPMENT
PP - PROFESSIONAL PAPERS
MCU - MECHANICAL CONDITION UNKNOWN

EXCEPTION SYMBOLS
BE - BENT
BR - BROKEN
BU - BURNED
CH - CHIPPED
CU - CONTENTS & CONDITIONS UNKNOWN
D - DENTED
F - FADED
G - GOUGED
L - LOOSE
M - MARRED
MI - MILDEW
MO - MOTH EATEN
R - RUBBED
RU - RUSTED
SC - SCRATCHED
SH - SHORT
SO - SOILED
T - TORN
W - BADLY WORN
Z - CRACKED

LOCATION SYMBOLS
1. ARM
2. BOTTOM
3. CORNER
4. FRONT
5. LEFT
6. LEG
7. REAR
8. RIGHT
9. SIDE
10. TOP
11. VENEER
12. EDGE
13. CENTER
14. INSIDE
15. SEAT
16. DRAWER
17. DOOR
18. OUTSIDE

NOTE: THE OMISSION OF THESE SYMBOLS INDICATES GOOD CONDITION EXCEPT FOR NORMAL WEAR

| ITEM NO. | CR. REF. | ARTICLES | CONDITION AT ORIGIN | EXCEPTIONS (IF ANY) AT DESTINATION |
|---|---|---|---|---|
| 31 | | 4.5 CTN CP | Toys | |
| 2 | | 4.5 CTN CP | Clothes | |
| 3 | | WD CTN CP | Clothes | |
| 4 | | WD CTN CP | Clothes | |
| 5 | | WD CTN CP | Clothes | |
| 6 | | WD CTN CP | Clothes | |
| 7 | | 1.5 CTN CP | Office Papers | |
| 8 | | 4.5 CTN CP | Baby Toys | |
| 9 | | 3.0 CTN CP | Towels | |
| 40 | | 4.5 CTN CD | Bedding | |
| 1 | | 1.5 CTN CP | Lamp Shade | |
| 2 | | 5.2 CTN CP | Printer MCU mn VCBBN0706 | |
| 3 | | | S#CN7BTSL33Y Pictures | |
| 4 | | 1.5 CTN CP | Papers | |
| 5 | | 1.5 CTN CP | Books | |
| 6 | | 1.5 CTN CP | Books | |
| 7 | | 1.5 CTN CP | Books | |
| 8 | | 3.0 CTN CP | Purses | |
| 9 | | 3.0 CTN CP | Shoes | |
| 50 | | 4.5 CTN CP | Clothes | |
| 1 | | 4.5 CTN CP | Towels | |
| 2 | | 4.5 CTN CP | Clothes | |
| 3 | | 4.5 CTN CP | Clothes | |
| 4 | | WD CTN CP | Christmas | |
| 5 | | 4.5 CTN CP | Tote w/ Fall Decor | |
| 6 | | 4.5 CTN CP | Shoes | |
| 7 | | 3.0 CTN CP | Chair | |
| 8 | | 3.0 CTN CP | Lamp | |
| 9 | | 4.5 CTN CP | Books | |
| 60 | | 1.5 CTN CP | Shoes | |

| ITEM NO. | REMARKS/EXCEPTIONS |
|---|---|
| | |

"WE HAVE CHECKED ALL THE ITEMS LISTED AND NUMBERED 1 TO ___ INCLUSIVE AND ACKNOWLEDGE THAT THIS IS A TRUE AND COMPLETE LIST OF THE GOODS TENDERED AND OF THE STATE OF THE GOODS RECEIVED"

**WARNING➡** BEFORE SIGNING CHECK SHIPMENT, COUNT ITEMS AND DESCRIBE LOSS OR DAMAGE IN SPACE ON THE RIGHT ABOVE.

TAPE LOT NO. DD9506  TAPE COLOR Blue
NOS. FROM 31  THRU 60

| | | DATE | | | DATE |
|---|---|---|---|---|---|
| AT ORIGIN | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) (SIGNATURE) | 5/1/09 | AT DESTI-NATION | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) (SIGNATURE) | |
| | OWNER OR AUTHORIZED AGENT (SIGNATURE) | 5-1-09 | | OWNER OR AUTHORIZED AGENT (SIGNATURE) | |

| CONTRACTOR OR CARRIER | HOUSEHOLD GOODS DESCRIPTIVE INVENTORY | | PAGE NO. 3 | NO. OF PAGES 6 |
|---|---|---|---|---|

**LYNN MOVING & STORAGE, INC.**

AGENT  E-Town M/S

CARRIER'S REFERENCE NO.  F091201

CONTRACT OR GBL. NO.  ZX-676924

OWNER'S GRADE OR RATING AND NAME

ORIGIN LOADING ADDRESS

GOVT. SERVICE ORDER NO.

DESTINATION

VAN NUMBER

**DESCRIPTIVE SYMBOLS**
B/W - BLACK & WHITE TV
C - COLOR TV
CP - CARRIER PACKED
PBO - PACKED BY OWNER
CD - CARRIER DISASSEMBLED
DBO - DISASSEMBLED BY OWNER
PB - PROFESSIONAL BOOKS
PE - PROFESSIONAL EQUIPMENT
PP - PROFESSIONAL PAPERS
MCU - MECHANICAL CONDITION UNKNOWN

**EXCEPTION SYMBOLS**
BE - BENT
BR - BROKEN
BU - BURNED
CH - CHIPPED
CU - CONTENTS & CONDITIONS UNKNOWN
D - DENTED
F - FADED
G - GOUGED
L - LOOSE
M - MARRED
SC - SCRATCHED
SH - SHORT
SO - SOILED
T - TORN
W - BADLY WORN
Z - CRACKED
MO - MOTH EATEN
R - RUBBED
RU - RUSTED

**LOCATION SYMBOLS**
1. ARM
2. BOTTOM
3. CORNER
4. FRONT
5. LEFT
6. LEG
7. REAR
8. RIGHT
9. SIDE
10. TOP
11. VENEER
12. EDGE
13. CENTER
14. INSIDE
15. SEAT
16. DRAWER
17. DOOR
18. OUTSIDE

NOTE: THE OMISSION OF THESE SYMBOLS INDICATES GOOD CONDITION EXCEPT FOR NORMAL WEAR

| ITEM NO. | CR. REF. | ARTICLES | | CONDITION AT ORIGIN | EXCEPTIONS (IF ANY) AT DESTINATION |
|---|---|---|---|---|---|
| 61 | | S/O CTN | CP | Matt | |
| 2 | | S/O CTN | CP | Box spring | |
| 3 | | S,2 CTN | CP | RCA Simultaneous Pk MCU | |
| 4 | | / | / | M# RS3287  S# 12400160 | |
| 5 | | / | / | DVD Player AudioVox M# 3t SD | |
| 6 | | / | / | S# Nan Keyboard MCU | |
| 7 | | / | / | M# ABS65BL  S# 1708D03596 | |
| 8 | | 1,S CTN | CP | Bucket | |
| 9 | | 1,S CTN | CP | 14 CD All Empty | |
| 70 | | 4,S CTN | CP | Wii SN# LU3329IS44 MCU | |
| 1 | | 3,1 CTN | CP | Toy Horse | |
| 2 | | 1,S CTN | CP | Party Box | |
| 3 | | 3,1 CTN | CP | Cushions | |
| 4 | | 1,S CTN | CP | Fish Tank Rocks | |
| 5 | | lounge chair - SO, 15-SO, 1-SO, 2-SO 7,5,6-Ch,SC,SO | | | |
| 6 | | 3 attic legs loose | | | |
| 7 | | Sofa  4,S,6-Ch SC SO  7,5,6-Br,SC,SO | | | |
| 8 | | 4,8,6-SC,SO  2,8,6-Loose 15-SO, 7-SO 4,1-SO | | | |
| 9 | ✓ | 8,1-SO, 8 SD-T | | | |
| 80 | | Love Seat - 8,4, 6-SC,SO, Loose, 5,4,6-SO, 8,7,6-SC,SO | | | |
| 1 | | S-7,6-Loose 10-SO, 7 SO, 4-SO, 15-SO | | | |
| 2 | | Black Shelf - 10 SC,SO | | | |
| 3 | | Black Table - 10 SC,SO,8,4-Ch,SC,SO, 5,4-SO, 7-T,SO | | | |
| 4 | | 2-SO,SC | | | |
| 5 | | Small Diner Tray - 10-SC,SO, 5,6-SO, 8,6-SO | | | |
| 6 | | Sniffer wet/dry SO | | | |
| 7 | | Baby walker-SO | | | |
| 8 | | Baby slide-SO | | | |
| 9 | | V-tech Baby toy-SO | | | |
| 90 | | Rocking horse-SO, rubber rocker bands  R | | | |

| ITEM NO. | REMARKS/EXCEPTIONS |
|---|---|

"WE HAVE CHECKED ALL THE ITEMS LISTED AND NUMBERED 1 TO _____ INCLUSIVE AND ACKNOWLEDGE THAT THIS IS A TRUE AND COMPLETE LIST OF THE GOODS TENDERED AND OF THE STATE OF THE GOODS RECEIVED"

TAPE LOT NO. DD9506   TAPE COLOR Blue

**WARNING➤**

BEFORE SIGNING CHECK SHIPMENT, COUNT ITEMS AND DESCRIBE LOSS OR DAMAGE IN SPACE ON THE RIGHT ABOVE.

NOS. FROM 61   THRU 90

| AT ORIGIN | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) (SIGNATURE) | DATE 5/1/09 | AT DESTI-NATION | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) (SIGNATURE) | DATE |
|---|---|---|---|---|---|
| | OWNER OR AUTHORIZED AGENT (SIGNATURE) | DATE 5-1-09 | | OWNER OR AUTHORIZED AGENT (SIGNATURE) | DATE |

CONTRACTOR OR CARRIER

## HOUSEHOLD GOODS DESCRIPTIVE INVENTORY

PAGE NO. _J_   NO. OF PAGES _O_

## LYNN MOVING & STORAGE, INC.

AGENT: E-town M/S

CARRIER'S REFERENCE NO. EO91001

CONTRACT OR G.B.L. NO. ZX-676924

OWNER'S GRADE OR RATING AND NAME

ORIGIN LOADING ADDRESS

GOVT. SERVICE ORDER NO.

DESTINATION

VAN NUMBER

| DESCRIPTIVE SYMBOLS | EXCEPTION SYMBOLS | | LOCATION SYMBOLS |
|---|---|---|---|
| BW - BLACK & WHITE TV<br>C - COLOR TV<br>CP - CARRIER PACKED<br>PBO - PACKED BY OWNER<br>CD - CARRIER DISASSEMBLED<br>DBO - DISASSEMBLED BY OWNER<br>PB - PROFESSIONAL BOOKS | PE - PROFESSIONAL EQUIPMENT<br>PP - PROFESSIONAL PAPERS<br>MCU - MECHANICAL CONDITION<br>UNKNOWN | BE - BENT<br>BR - BROKEN<br>BU - BURNED<br>CH - CHIPPED<br>CU - CONTENTS & CON-<br>DITIONS UNKNOWN | D - DENTED<br>F - FADED<br>G - GOUGED<br>L - LOOSE<br>M - MARRED | MI - MILDEW<br>MO - MOTH EATEN<br>R - RUBBED<br>RU - RUSTED | SC - SCRATCHED<br>SH - SHORT<br>SO - SOILED<br>T - TORN<br>W - BADLY WORN<br>Z - CRACKED | 1. ARM<br>2. BOTTOM<br>3. CORNER<br>4. FRONT<br>5. LEFT<br>6. LEG | 7. REAR<br>8. RIGHT<br>9. SIDE<br>10. TOP<br>11. VENEER<br>12. EDGE | 13. CENTER<br>14. INSIDE<br>15. SEAT<br>16. DRAWER<br>17. DOOR<br>18. OUTSIDE |

NOTE: THE OMISSION OF THESE SYMBOLS INDICATES GOOD CONDITION EXCEPT FOR NORMAL WEAR

| ITEM NO. | CR. REF. | ARTICLES | CONDITION AT ORIGIN | EXCEPTIONS (IF ANY) AT DESTINATION |
|---|---|---|---|---|
| 9 1 | | Spiderman power Four-wheelers - MCU, SO, 15-SO, | | |
| 2 | | Black Filling cabinet 10-SC, SO, 5 - D, SO, SC | | |
| 3 | | 7,8, 3-D, SC, SO | | |
| 4 | | Small Dinner Tray - 10, SO, 5,6-SO, SC, 8,6-SO, SC | | |
| 5 | | little tikes Basket Ball Toy -SO | | |
| 6 | | Baby Johnny Jumper - SO, MCU | | |
| 7 | | Baby gate Wood - SO | | |
| 8 | | Evenflo - Play Pen - SO | | |
| 9 | | Foot rest - SO, 15, SO | | |
| 100 | | Baby song toy - MCU, SO | | |
| 1 | | Bright starts Baby Toy - MCU, SO | | |
| 2 | | Entertainment center - 10-SO, 5,14-SO, 8,14-SO 5,17-SO 8,17 | | |
| 3 | | SO, Shelf - SO, SC & SCH. | | |
| 4 | | White entertainment shelves on (4) SO. | | |
| 5 | | Emerson 27" TV - MCU, M/N - EWF2704, S/N-V30<32999 | | |
| 6 | | Book Shelf - 8,7-CH, SC, SO, 10-SO, 4-SO, 5-SO | | |
| 7 | | 5,7-CH, SC, SO | | |
| 8 | | Roper Dryer- 10-SO, SC, D, 5,9 -SO, SC, 8,9 -SO, SC | | |
| 9 | | 7-SO, 14-SO, D. - MCU - M/N - RE X5634PQ0 - S/N-MX4729124 | | |
| 110 | | 4-SO, SC | | |
| 1 | | Hotpoint Washer MCU - M/N-VBXR1070W0WW | | |
| 2 | | S/N-LA179841H - 10-SO, SC, 8,9-SO, 7,7-SO, 5,7- | | |
| 3 | | SO, SC, 14-SO, SC | | |
| 4 | | large Baby Swing - SO, MCU | | |
| 5 | | Small Baby Swing - SO, MCU | | |
| 6 | | Baby Bed Parts on (3) - SO | | |
| 7 | | Baby Bath - SO, Be | | |
| 8 | | Baby Bouncing Seat - SO, Be, | | |
| 9 | | Baby Play Pad - SO | | |
| 120 | | Embark Suit case - SO | | |

| ITEM NO. | REMARKS/EXCEPTIONS |
|---|---|

**WARNING→**

"WE HAVE CHECKED ALL THE ITEMS LISTED AND NUMBERED 1 TO ____ INCLUSIVE AND ACKNOWLEDGE THAT THIS IS A TRUE AND COMPLETE LIST OF THE GOODS TENDERED AND OF THE STATE OF THE GOODS RECEIVED"

BEFORE SIGNING CHECK SHIPMENT, COUNT ITEMS AND DESCRIBE LOSS OR DAMAGE IN SPACE ON THE RIGHT ABOVE.

TAPE LOT NO. DD9506  TAPE COLOR Blue

NOS. FROM 91  THRU 120

| AT ORIGIN | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) (SIGNATURE) | DATE 5/1/09 | AT DESTI-NATION | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) (SIGNATURE) | DATE |
|---|---|---|---|---|---|
| | OWNER OR AUTHORIZED AGENT (SIGNATURE) | DATE S-1-09 | | OWNER OR AUTHORIZED AGENT (SIGNATURE) | DATE |

CONTRACTOR OR CARRIER

**HOUSEHOLD GOODS DESCRIPTIVE INVENTORY**

| | | PAGE NO. | NO. OF PAGES |
| --- | --- | --- | --- |
| | | 5 | 10 |

**LYNN MOVING & STORAGE, INC.**

AGENT E-town M/S

CARRIER'S REFERENCE NO.
EOV1301

OWNER'S GRADE OR RATING AND NAME

CONTRACT OR G.B.L. NO.
2X-15069D4

ORIGIN LOADING ADDRESS ▓▓▓▓▓▓▓▓   CITY ▓▓▓▓   STATE ▓▓▓

GOVT. SERVICE ORDER NO.

DESTINATION ▓▓▓▓▓▓▓▓▓▓▓▓

VAN NUMBER

| DESCRIPTIVE SYMBOLS | EXCEPTION SYMBOLS | | LOCATION SYMBOLS |
| --- | --- | --- | --- |
| B/W - BLACK & WHITE TV<br>C - COLOR TV<br>CP - CARRIER PACKED<br>PBO - PACKED BY OWNER<br>CD - CARRIER DISASSEMBLED<br>DBO - DISASSEMBLED BY OWNER<br>PB - PROFESSIONAL BOOKS | PE - PROFESSIONAL EQUIPMENT<br>PP - PROFESSIONAL PAPERS<br>MCU - MECHANICAL CONDITION<br>UNKNOWN | BE - BENT<br>BR - BROKEN<br>BU - BURNED<br>CH - CHIPPED<br>CU - CONTENTS & CON-<br>DITIONS UNKNOWN | D - DENTED<br>F - FADED<br>G - GOUGED<br>L - LOOSE<br>M - MARRED | MI - MILDEW<br>MO - MOTH EATEN<br>R - RUBBED<br>RU - RUSTED | SC - SCRATCHED<br>SH - SHORT<br>SO - SOILED<br>T - TORN<br>W - BADLY WORN<br>Z - CRACKED | 1. ARM<br>2. BOTTOM<br>3. CORNER<br>4. FRONT<br>5. LEFT<br>6. LEG | 7. REAR<br>8. RIGHT<br>9. SIDE<br>10. TOP<br>11. VENEER<br>12. EDGE | 13. CENTER<br>14. INSIDE<br>15. SEAT<br>16. DRAWER<br>17. DOOR<br>18. OUTSIDE |

NOTE: THE OMISSION OF THESE SYMBOLS INDICATES GOOD CONDITION EXCEPT FOR NORMAL WEAR

| ITEM NO. | CR. REF. | ARTICLES | CONDITION AT ORIGIN | EXCEPTIONS (IF ANY) AT DESTINATION |
| --- | --- | --- | --- | --- |
| 121 | | Skyline Suit case | SO 14-SO | |
| 2 | | Baby Walker - SO, Be | | |
| 3 | | American Tourister Suit case SO 14-SO | | |
| 4 | | Rumbo Baby Seat - SO | | |
| 5 | | Bed fold up Chair - SO 15-SO, 7-SO 6-SO | | |
| 6 | | Samsung 19" T.V. M/N-TXJ1996 - S/N - TXJ1090M HX/XAA | | |
| 7 | | SO, SC | | |
| 8 | | Entertainment Stand - 10 SO, SC Ch 5 SO, SC 8 SO, SC | | |
| 9 | | 7, SO SC, T 14-SO, SC 5,12-SO, Sh 8,17-SO, SC | | |
| 130 | | Entertainment Stand Shelves on 1 SO SC | | |
| 1 | | Computer Table - 10-SO, SC water marked 13-SO, SC 16-SO | | |
| 2 | | 5,16-SO 8,6-SO 12-SO, SC | | |
| 3 | | Wooden Table - 10 SO, SC 4-SO, SC 5-SO, SC; 7-SO 8-SO | | |
| 4 | | 8, 7, 3-Ch 17-SO, SC 14-SO | | |
| 5 | | Wooden Table 10, SO SC 4-SO SC 5-SO, 7-SO, 8-SO 17-SO | | |
| 6 | | SC 14-SO | | |
| 7 | | Bed rails on 2 SO SC, Br | | |
| 8 | | Bed Slats on 3 SO | | |
| 9 | | Foot board - 10 SO, 4-SO 7-SO 5,6-SO, 8,6-SO | | |
| 140 | | Head board - 10 SO, 4-SO, 7-SO, 5,6-SO, 8,6-SO | | |
| 1 | | Book Shelf Shelves on 3 SO | | |
| 2 | | Tonka Truck - SO, | | |
| 3 | | Laundry Basket - SO | | |
| 4 | | Diper Jinni - SO | | |
| 5 | | Night Stand - 10 SO 5-SO 8-SO 4-SO 7-SO | | |
| 6 | | 16-SO, 14-SO | | |
| 7 | | White plastic Trays on 2 SO | | |
| 8 | | Plastic Baby gate - SO | | |
| 9 | | Mwar - 10-SO 5,9-SO 8,9-SO, 4-SO, 17-SO 8, 6 on 1 | | |
| 150 | | SO, 7-SO | | |

| ITEM NO. | REMARKS/EXCEPTIONS |
| --- | --- |
| | |

**WARNING➤**

"WE HAVE CHECKED ALL THE ITEMS LISTED AND NUMBERED 1 TO ___ INCLUSIVE AND ACKNOWLEDGE THAT THIS IS A TRUE AND COMPLETE LIST OF THE GOODS TENDERED AND OF THE STATE OF THE GOODS RECEIVED".

BEFORE SIGNING CHECK SHIPMENT, COUNT ITEMS AND DESCRIBE LOSS OR DAMAGE IN SPACE ON THE RIGHT ABOVE.

TAPE LOT NO. DDG506   TAPE COLOR Blue

NOS. FROM 121   THRU 150

| | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) (SIGNATURE) | DATE 5/1/09 | AT DESTI-NATION | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) (SIGNATURE) | DATE |
| --- | --- | --- | --- | --- | --- |
| **AT ORIGIN** | (SIGNATURE) OWNER OR AUTHORIZED AGENT | DATE 5-1-09 | | (SIGNATURE) OWNER OR AUTHORIZED AGENT | DATE |

CONTRACTOR OR CARRIER

## HOUSEHOLD GOODS DESCRIPTIVE INVENTORY

| | |
|---|---|
| PAGE NO. 6 | NO. OF PAGES 6 |

# LYNN MOVING & STORAGE, INC.

AGENT E-town M/S

CARRIER'S REFERENCE NO. E091201

OWNER'S GRADE OR RATING AND NAME ████████

CONTRACT OR GBL. NO. 3X-676934

ORIGIN LOADING ADDRESS ████████

GOVT. SERVICE ORDER NO.

DESTINATION ████████

VAN NUMBER

**DESCRIPTIVE SYMBOLS**
B/W - BLACK & WHITE TV
C - COLOR TV
CP - CARRIER PACKED
PBO - PACKED BY OWNER
CD - CARRIER DISASSEMBLED
DBO - DISASSEMBLED BY OWNER
PB - PROFESSIONAL BOOKS
PE - PROFESSIONAL EQUIPMENT
PP - PROFESSIONAL PAPERS
MCU - MECHANICAL CONDITION UNKNOWN

**EXCEPTION SYMBOLS**
BE - BENT
BR - BROKEN
BU - BURNED
CH - CHIPPED
CU - CONTENTS & CONDITIONS UNKNOWN
D - DENTED
F - FADED
G - GOUGED
L - LOOSE
M - MARRED
MI - MILDEW
MO - MOTH EATEN
R - RUBBED
RU - RUSTED
SC - SCRATCHED
SH - SHORT
SO - SOILED
T - TORN
W - BADLY WORN
Z - CRACKED

1. ARM
2. BOTTOM
3. CORNER
4. FRONT
5. LEFT
6. LEG

**LOCATION SYMBOLS**
7. REAR
8. RIGHT
9. SIDE
10. TOP
11. VENEER
12. EDGE
13. CENTER
14. INSIDE
15. SEAT
16. DRAWER
17. DOOR
18. OUTSIDE

NOTE: THE OMISSION OF THESE SYMBOLS INDICATES GOOD CONDITION EXCEPT FOR NORMAL WEAR

| ITEM NO. | CR. REF. | ARTICLES | CONDITION AT ORIGIN | EXCEPTIONS (IF ANY) AT DESTINATION |
|---|---|---|---|---|
| 151 | | Concrousl Suit Case w/clothes | | |
| | 2 | Bissell Vaccum Cleaner - SO MCU | | |
| | 3 | Fisher-Price Toy - MCU, SO | | |
| | 4 | Fisher-Price Toy - SO | | |
| | 5 | Baby Bed rails on (2) - SO | | |
| | 6 | Baby Bed Mat rails - SO | | |
| | 7 | Baby Bed End board - SO, SC | | |
| | 8 | Baby Bed Cabnt shelf - SO, SC | | |
| | 9 | White Book Case - SO, 10 - SO, SC 5 - SO, SC 8 - SO  4 - SO | | |
| 160 | | 7 - SO  14 - SO | | |
| | 1 | White Shelves on (2) - SO, Water marked, cup rings | | |
| | 2 | Crib Mat. - SO, | | |
| | 3 | Tote - SO | | |
| | 4 | Tote - SO | | |
| | 5 | Tote - SO | | |
| | 6 | Tote - SO | | |
| | 7 | High Chair - SO | | |
| | 8 | K. Chair - 15 - SO, Ch, SC, 7 - SO, CL, SC  5, 4, 6 - SO  5, 7, 6 - SO | | |
| | 9 | 7, 4, 6 - SO  7, 8, 6 - SO | | |
| 170 | | K. Chair - 15 - SO, 7 - SO, 5, 4 6 - SO  5, 8, 6 - SO, SC  7, 4, 6 - SO | | |
| | 1 | 7, 8, 6 - SO | | |
| | 2 | K. Chair - 15 - SO, 7 - SO, 5, 4, 6 - SO  5, 8, 6 - SO  7, 4, 6 - SO | | |
| | 3 | 7, 8, 6 - SO | | |
| | 4 | K. Chair - 15 - SO, 7 - SO, 5, 4 6 - SO  5, 8, 6 - SO  7, 4, 6 - SO | | |
| | 5 | 7, 8, 6 - SO / SC | | |
| | 6 | K. Table - SO, SC, 2 - SO, SC | | |
| | 7 | K. Table legs on (4) SO, SC | | |
| | 8 | Baby Strooler - SO | | |
| | 9 | | | |
| | 0 | | | |

ITEM NO. **REMARKS/EXCEPTIONS**

"WE HAVE CHECKED ALL THE ITEMS LISTED AND NUMBERED 1 TO _____ INCLUSIVE AND ACKNOWLEDGE THAT THIS IS A TRUE AND COMPLETE LIST OF THE GOODS TENDERED AND OF THE STATE OF THE GOODS RECEIVED"

| TAPE LOT NO. | TAPE COLOR |
|---|---|
| NOS. FROM | THRU |

# WARNING ➤

BEFORE SIGNING CHECK SHIPMENT, COUNT ITEMS AND DESCRIBE LOSS OR DAMAGE IN SPACE ON THE RIGHT ABOVE.

| | | | | |
|---|---|---|---|---|
| AT ORIGIN | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) (SIGNATURE) ████ | DATE 5/1/09 | AT DESTINATION | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) (SIGNATURE) | DATE |
| | OWNER OR AUTHORIZED AGENT (SIGNATURE) ████ | DATE 5-1-09 | | OWNER OR AUTHORIZED AGENT (SIGNATURE) | DATE |

# EXHIBIT

# I

| BILL OF LADING | — PRIVATELY OWNED PERSONAL PROPERT | **ORIGINAL** | B/L NO.  FAAM0007989 |
|---|---|---|---|

| 1. TRANSPORTATION COMPANY (& AGENT) TENDERED TO | LYNN MOVING STORAGE, INC. (Shadowens Moving and Storage) | 2. SCAC LYNM | 3. SERVICE CODE D | 4. SHIPMENT NO. 1 / 1 | 5. DATE B/L PRINTED 20130724 |
|---|---|---|---|---|---|

| 6. REQUESTED PACKING DATE 20130722 | 7. REQUESTED PICKUP DATE 20130724 | 8. REQUIRED DELIVERY DATE 20130731 | 9. PRIVACY ACT DATA (5 USC 552a) THIS FORM SERVES AS A PROCUREMENT, ACCOUNTABILITY AND PAYMENT FORM IN THE SHIPMENT OF PRIVATELY OWNED PERSONAL PROPERTY FOR THE ACCOUNT OF THE U.S. INFORMATION THEREON MAY BE USED TO PREPARE RELATED COSUMENTS OR COLLECT EXCESS COSTS. DISCLOSURE OF INFORMATION IS VOLUNTARY BUT ITS ABSENCE MAY PRECLUDE SHIPMENT OR PROPERTY. | 10. PROPERTY OWNER's NAME, SOCIAL SECURITY NO., RANK AND PAY GRADE ▮▮▮▮▮▮▮▮▮▮▮ |
|---|---|---|---|---|

| 13. EXTRA PICKUP/DELIVERY (Complete address) SERVICE NOT APPLICABLE | | 11. AUTHORITY FOR SHIPMENT (Order No. par. No., HQ) 20130208 | 12. DATE OF ORDER |
|---|---|---|---|

| 14. DEPARTMENT/AGENCY United States Navy | 15. TRANSPORTATION CONTROL NO. |
|---|---|

16. RECEIVED BY THE TRANSPORTATION COMPANY NAMED ABOVE, THE PROPERTY HERINAFTER DESCRIBED, IN APPARENT GOOD ORDER AND CONDITION (CONTENTS AND VALUE UNKNOWN) TO BE FORWARDED TO DESTINATION BY THE SAID COMPANY AND CONNECTING LINES, THERE TO BE DELIVERED IN LIKE GOOD ORDER AND CONDITION TO SAID CONSIGNEE. THIS BILL OF LADING IS GOVERNED BY THE REGULATIONS RELATING THERETO AS PUBLISHED IN TITLE 41, PART 102-118 OF THE CODE OF FEDERAL REGULATIONS. TERMS AND CONDITIONS ARE ALSO CONTAINED IN THE TENDER OF SERVICE.

17. FULL NAME OF SHIPPER  DOL TRANS DIV, FORT KNOX, KY

| 18. CONSIGNEE (Name and destination delivery address) (See block 13.) ▮▮▮▮▮▮▮▮ | 19. FROM (Complete address of point of pickup) (See block 13.) ▮▮▮▮▮▮▮▮ |
|---|---|

| 20. RESPONSIBLE DESTINATION INSTALLATION/OFFICE CPPSO NORFOLK 7920 14TH ST, BLDG SDA-336 NORFOLK, VA 23505 | GBLOC: BGNC | 21. BILL CHARGES TO (DEPT./AGCY..BUR.,.OFF., AND COMPLETE MAILING ADDRESS) US Bank PowerTrack Minneapolis, MN 800-417-1844 PowerTrack@usbank.com |
|---|---|---|

| 22. VIA (Names of interlining carriers) | 23. FOR CARRIER USE ONLY-WAYBILL/FREIGHT BILL NO. | 24. APPROPRIATION CHARGEABLE SDN: N0002213CSE6XF7 DI: 17 TAC: N3A3 SAC: 1731453.2252 210 00022 068566 2D SE6XF7 000223D42008 |
|---|---|---|

25. REMARKS (Special services, use reverse)

| 26. PACKAGES | | 27. DESCRIPTION OF SHIPMENT (Specify) * | 28. WEIGHT † | FOR USE OF DESTINATION CARRIER ONLY | | |
|---|---|---|---|---|---|---|
| NO. | KIND | | | SERVICES | 29. RATE | 30. CHARGES |
| 1 | LOT | Household Goods. Containers: 0 Shipment is released at full replacement protection of $4.00 times the net weight in pounds of the shipment or $5,000, whichever is greater. | GROSS 58320 | LINE-HAUL TRANSPORTATION | | 6093.49 |
| | | | TARE 46680 | PACKING/ UNPACKING | ▮▮▮ | 3143.73 |
| | | | NET 11640 | OTHER/ACCESS-ORIAL SERVICES | | 1098.10 |
| | | | † INCLUDES PROFESSIONAL BOOKS, PAPERS, AND EQUIPMENT WEIGHING | | TOTAL | 10335.32 |

31. TARIFF OR SPECIAL RATE AUTHORITIES 400NG-2013 53 %

* ISSUED AT LOWEST VALUATION CITED IN APPROPRIATE LENDER OR TARIFF UNLESS OTHERWISE STATED HEREON.   B/L NO. FAAM0007989

32a. ISSUING OFFICER (Name and title)

CERTIFICATE FOR RECEIPT OF SHIPMENT AND ORIGINAL BILL OF LADING

| 32b. ISSUING OFFICE (name and complete address) DOL TRANS DIV, FORT KNOX, KY 16A N-LOT 235 21 W CHAFFEE AVE FORT KNOX, KY 40121 | GBLOC: FAAM |
|---|---|

| 33a. NAME OF TRANSPORTATION COMPANY (Agent Name) LYNN MOVING STORAGE, INC. (Shadowens Moving and Storage) | 33b. DATE OF RECEIPT OF SHIPMENT 7/24/13 | 34. FOR USE OF PAYING OFFICER (Does not affect carrier charges.) |
|---|---|---|

| 33c. SIGNATURE OF AGENT/DRIVER *Julie A Curl* | 33d. PER LYNM | [ ] UNAUTHORIZED ITEMS | [ ] EXCESS DISTANCE | [ ] OTHER (Explain under remarks.) |
|---|---|---|---|---|
| | | [ ] EXCESS VALUATION | [ ] EXCESS WEIGHT | |

CERTIFICATE OF CARRIER BILLING FOR CHARGES - CONSIGNEE MUST NOT PAY ANY CHARGES ON THIS SHIPMENT

| 35a. ON (Date) 7/30/13 | 35b. AT (Actual delivery point) ‡ CHESAPEAKE, VA | 35c. THE (Name of delivering carrier) LYNM |
|---|---|---|

| 35d. DELIVERED THIS CONSIGNMENT TO | [ ] STORAGE IN TRANSIT | [X] RESIDENCE | 35e. COMPLETE AND IN APPARENT GOOD ORDER EXCEPT AS MAY BE INDICATED HEREAFTER. | [ ] SHORTAGE | [ ] DAMAGE | [ ] CARRIER OS&D REPORT ATTACHED |
|---|---|---|---|---|---|---|

| 35f. NAME OF DESTINATION CARRIER (Carrier authorized to bill charges) LYNM | 35g. SIGNATURE OF CARRIER'S AUTHORIZED AGENT *Julie A Curl* |
|---|---|

‡ CARRIER TO EXECUTE AND ATTACH CERTIFICATE OF STORAGE AND LIABILITY FOR SHIPMENT PLACED IN STORAGE IN TRANSIT.

# EXHIBIT

# J

54371062

TICKET NUMBER

**CAT SCALE**

**C**ERTIFIED
**A**UTOMATED
**T**RUCK
**SCALE**

CAT SCALE COMPANY
P.O. BOX 630
WALCOTT, IA 52773
(563) 284-6263
www.catscale.com

**CAT SCALE COLLECTOR CARD INSIDE!**

### THE CAT SCALE GUARANTEE

The CAT Scale Company guarantees that our scales will give an accurate weight. What makes us different from other scale companies is that we back up our guarantee with cash.©

**WEIGH WHAT WE SAY OR WE PAY®**

If you get an overweight fine from the state AFTER one of our CAT Scales showed a legal weight, we will immediately check our scale and we will:
(1) Reimburse you for the cost of the overweight fine if our scale is wrong, OR
(2) A representative of CAT Scale Company will appear in court WITH the driver as an expert witness if we believe our scale was correct.

**IF YOU SHOULD GET AN OVERWEIGHT FINE, YOU SHOULD DO THE FOLLOWING TO GET THE PROBLEM RESOLVED:**
1) Post bond and request a court date.
2) Call CAT Scale Company direct 24 hours a day at 1-877-CAT-SCALE, ext. 7 (Toll Free) or visit www.catscaleguarantee.com for instructions.
3) IMMEDIATELY send a copy of the citation, CAT Scale Ticket, your name, company, address, and phone number to CAT Scale Company Attn: Guarantee Department.

**\*The four weights shown below are separate weights. The GROSS WEIGHT is the CERTIFIED WEIGHT and was weighed on a full length platform scale. All weights are guaranteed by CAT Scale.**

DATE: 7-24-2013

733    **SCALE**
54371062 **LOCATION:**
PUBLIC WEIGHMASTER'S
CERTIFICATE OF
WEIGHT & MEASURE

411
PILOT
I 65 EXIT 121
SHEPHERDSVILLE KY

| | | |
|---|---|---|
| STEER AXLE | 10860 | lb |
| DRIVE AXLE | 20540 | lb |
| TRAILER AXLE | 15280 | lb |
| \*GROSS WEIGHT | 46680 | lb |

This is to certify that the following described merchandise was weighed, counted, or measured by a public or deputy weighmaster, and when properly signed and sealed shall be prima facia evidence of the accuracy of the weight shown as prescribed by law.

IMPRINT SEAL HERE
(IF APPLICABLE)

LIVESTOCK, PRODUCE, PROPERTY, COMMODITY, OR ARTICLE WEIGHED    FREIGHT ALL KINDS

COMPANY LYNN      TRACTOR # 545    TRAILER # 0

WEIGH NUMBER
1062

CUSTOMER COPY

FEE $10.00

WEIGHMASTER OR
WEIGHER SIGNATU...

WEIGH TICKET # _____
(REWEIGH)

DRIVER IN TRUCK UNLESS CHECKED HERE: _____

© CAT Scale® Reg 3041 04/12

---

54371090

TICKET NUMBER

**CAT SCALE**

**C**ERTIFIED
**A**UTOMATED
**T**RUCK
**SCALE**

CAT SCALE COMPANY
P.O. BOX 630
WALCOTT, IA 52773
(563) 284-6263
www.catscale.com

**CAT SCALE COLLECTOR CARD INSIDE!**

### THE CAT SCALE GUARANTEE

The CAT Scale Company guarantees that our scales will give an accurate weight. What makes us different from other scale companies is that we back up our guarantee with cash.©

**WEIGH WHAT WE SAY OR WE PAY®**

If you get an overweight fine from the state AFTER one of our CAT Scales showed a legal weight, we will immediately check our scale and we will:
(1) Reimburse you for the cost of the overweight fine if our scale is wrong, OR
(2) A representative of CAT Scale Company will appear in court WITH the driver as an expert witness if we believe our scale was correct.

**IF YOU SHOULD GET AN OVERWEIGHT FINE, YOU SHOULD DO THE FOLLOWING TO GET THE PROBLEM RESOLVED:**
1) Post bond and request a court date.
2) Call CAT Scale Company direct 24 hours a day at 1-877-CAT-SCALE, ext. 7 (Toll Free) or visit www.catscaleguarantee.com for instructions.
3) IMMEDIATELY send a copy of the citation, CAT Scale Ticket, your name, company, address, and phone number to CAT Scale Company Attn: Guarantee Department.

**\*The four weights shown below are separate weights. The GROSS WEIGHT is the CERTIFIED WEIGHT and was weighed on a full length platform scale. All weights are guaranteed by CAT Scale.**

DATE: 7-24-2013

1422    **SCALE**
54371090 **LOCATION:**
PUBLIC WEIGHMASTER'S
CERTIFICATE OF
WEIGHT & MEASURE

411
PILOT
I 65 EXIT 121
SHEPHERDSVILLE KY

| | | |
|---|---|---|
| STEER AXLE | 11340 | lb |
| DRIVE AXLE | 21740 | lb |
| TRAILER AXLE | 25240 | lb |
| \*GROSS WEIGHT | 58320 | lb |

This is to certify that the following described merchandise was weighed, counted, or measured by a public or deputy weighmaster, and when properly signed and sealed shall be prima facia evidence of the accuracy of the weight shown as prescribed by law.

IMPRINT SEAL HERE
(IF APPLICABLE)

LIVESTOCK, PRODUCE, PROPERTY, COMMODITY, OR ARTICLE WEIGHED    FREIGHT ALL KINDS

COMPANY LYNN      TRACTOR # 545    TRAILER # 0

WEIGH NUMBER
1062

FEE $2.00

WEIGHMASTER OR
WEIGHER SIGNATU...

WEIGH TICKET # _____
(REWEIGH) 54371062

# EXHIBIT

# K

| DATE | 07/24/2013 | | | | | | | |

Sum of FUEL_AMT

| UNIT | TIME | TS_NAME | TS_CITY | TS_STATE | DRIVER | CARD | FUEL_GALS | Total |
|------|------|---------|---------|----------|--------|------|-----------|-------|
| 545 | 14:14:57E | PILOT 356 | BROOKS | KY | SCHOLL B | 246 | 185.38 | $661.27 |
| Grand Total | | | | | | | | $661.27 |

# EXHIBIT

# L

CONTRACTOR OR CARRIER

## HOUSEHOLD GOODS DESCRIPTIVE INVENTORY

| | |
|---|---|
| **LYNN MOVING & STORAGE, INC.** | PAGE NO. 1 of 13   NO. OF PAGES |
| AGENT *Lynn Mas* | CARRIER'S REFERENCE NO. L131210 |
| OWNER'S GRADE OR RATING AND NAME | CONTRACT OR GBL. NO. FAAM 0007989 |
| ORIGIN LOADING ADDRESS        STATE | GOVT. SERVICE ORDER NO. |
| DESTINATION | VAN NUMBER |

DESCRIPTIVE SYMBOLS
BW - BLACK & WHITE TV
C - COLOR TV
CP - CARRIER PACKED
PBO - PACKED BY OWNER
CD - CARRIER DISASSEMBLED
DBO - DISASSEMBLED BY OWNER
PB - PROFESSIONAL BOOKS
PE - PROFESSIONAL EQUIPMENT
PP - PROFESSIONAL PAPERS
MCU - MECHANICAL CONDITION UNKNOWN

EXCEPTION SYMBOLS
BE - BENT
BR - BROKEN
BU - BURNED
CH - CHIPPED
CU - CONTENTS & CONDITIONS UNKNOWN
D - DENTED
F - FADED
G - GOUGED
L - LOOSE
M - MARRED
MI - MILDEW
MO - MOTH EATEN
R - RUBBED
RU - RUSTED
SC - SCRATCHED
SH - SHORT
SO - SOILED
T - TORN
W - BADLY WORN
Z - CRACKED

LOCATION SYMBOLS
1. ARM
2. BOTTOM
3. CORNER
4. FRONT
5. LEFT
6. LEG
7. REAR
8. RIGHT
9. SIDE
10. TOP
11. VENEER
12. EDGE
13. CENTER
14. INSIDE
15. SEAT
16. DRAWER
17. DOOR
18. OUTSIDE

NOTE: THE OMISSION OF THESE SYMBOLS INDICATES GOOD CONDITION EXCEPT FOR NORMAL WEAR

| ITEM NO. | CR REF. | ARTICLES | | | CONDITION AT ORIGIN | EXCEPTIONS (IF ANY) AT DESTINATION |
|---|---|---|---|---|---|---|
| 1 | | WRD | CTN | CP | BED RM PLANT | |
| 2 | | LAMP | CTN | CP | BED RM PLANT | |
| 3 | | W/D | CTN | CP | LAWN CHAIRS + MISC ITEMS | |
| 4 | | DISH | CTN | CP | TOSHIBA LABTOP SN 29050082Q | |
| 5 | | | " | " | EMCKSON 10" TV MDL EW0503- SN W03676Q2 | |
| 6 | | 4.5 | CTN | CP | TOTE / W GAR ITEMS | |
| 7 | | MIR | CTN | CP | 3x PICTURES | |
| 8 | | 4.5 | CTN | CP | GLASS WARE + MISC GARAGE ITEMS | |
| 9 | | MIR | CTN | CP | LIV-RM PICTURES | |
| 10 | | 3.0 | CTN | CP | BABY STUFF | |
| 1 | | 4.5 | CTN | CP | GUEST RM STUFF | |
| 2 | | MIR | CTN | CP | DRESSER MIRROR | |
| 3 | | 4.5 | CTN | CP | ART FLOWER | |
| 4 | | 4.5 | CTN | CP | GAR ITEMS | |
| 5 | | 4.5 | CTN | CP | STUFFED TOYS | |
| 6 | | 1.5 | CTN | CP | 2- CAM -2 BAGS | |
| 7 | | 4.5 | CTN | CP | EXT CORD'S DECOR | |
| 8 | | 1.5 | CTN | CP | XTRN CORD'S | |
| 9 | | 3.0 | CTN ORG | CP | PIXMA MP160 MCU | |
| 20 | | MIR | CTN | CP | PICTURES | |
| 1 | | 3.0 | CTN | CP | SALON HAIR | |
| 2 | | 4.5 | CTN | CP | DELL MCU | |
| 3 | | 1.5 | CTN | CP | PAPERS + GAMES | |
| 4 | | 1.5 | CTN | CP | PAPERS | |
| 5 | | 1.5 | CTN | CP | BOOKS | |
| 6 | | 1.8 | CTN | CP | PAPERS | |
| 7 | | 1.5 | CTN | CP | SALON GLASS | |
| 8 | | DSH | CTN | CP | SPICE PUNCH BOWL | |
| 9 | | DISH | CTN | CP | GLASS | |
| 30 | | WRD | CTN | CP | BLACK CRATES | |

| ITEM NO. | REMARKS/EXCEPTIONS |
|---|---|
| | |

"WE HAVE CHECKED ALL THE ITEMS LISTED AND NUMBERED 1 TO              INCLUSIVE AND ACKNOWLEDGE THAT THIS IS A TRUE AND COMPLETE LIST OF THE GOODS TENDERED AND OF THE STATE OF THE GOODS RECEIVED"

| | | |
|---|---|---|
| TAPE LOT NO. DD10463 | TAPE COLOR Blue | |

**WARNING** ⟶ BEFORE SIGNING CHECK SHIPMENT, COUNT ITEMS AND DESCRIBE LOSS OR DAMAGE IN SPACE ON THE RIGHT ABOVE.

NOS. FROM 1   THRU 30

| | | | | |
|---|---|---|---|---|
| AT ORIGIN | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) (SIGNATURE) | DATE 7-24-13 | AT DESTI-NATION | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) (SIGNATURE) DATE 7-30-13 |
| | OWNER OR AUTHORIZED AGENT (SIGNATURE) | DATE 7-24-13 | | OWNER OR AUTHORIZED AGENT (SIGNATURE) DATE 30 July 2013 |

CONTRACTOR OR CARRIER

## HOUSEHOLD GOODS DESCRIPTIVE INVENTORY

# LYNN MOVING & STORAGE, INC.

AGENT _Lynn M+S_

PAGE NO. **2** of **13**   NO. OF PAGES

CARRIER'S REFERENCE NO. **L131210**

OWNER'S GRADE OR RATING AND NAME

CONTRACT OR GBL. NO. **FAA M000 7987**

ORIGIN LOADING ADDRESS                    CITY          STATE

GOVT. SERVICE ORDER NO.

DESTINATION

VAN NUMBER

### DESCRIPTIVE SYMBOLS
B/W - BLACK & WHITE TV
C - COLOR TV
CP - CARRIER PACKED
PBO - PACKED BY OWNER
CD - CARRIER DISASSEMBLED
DBO - DISASSEMBLED BY OWNER
PB - PROFESSIONAL BOOKS
PE - PROFESSIONAL EQUIPMENT
PP - PROFESSIONAL PAPERS
MCU - MECHANICAL CONDITION UNKNOWN

### EXCEPTION SYMBOLS
BE - BENT
BR - BROKEN
BU - BURNED
CH - CHIPPED
CU - CONTENTS & CONDITIONS UNKNOWN
D - DENTED
F - FADED
G - GOUGED
L - LOOSE
M - MARRED
MI - MILDEW
MO - MOTH EATEN
R - RUBBED
RU - RUSTED
SC - SCRATCHED
SH - SHORT
SO - SOILED
T - TORN
W - BADLY WORN
Z - CRACKED

### LOCATION SYMBOLS
1. ARM
2. BOTTOM
3. CORNER
4. FRONT
5. LEFT
6. LEG
7. REAR
8. RIGHT
9. SIDE
10. TOP
11. VENEER
12. EDGE
13. CENTER
14. INSIDE
15. SEAT
16. DRAWER
17. DOOR
18. OUTSIDE

NOTE: THE OMISSION OF THESE SYMBOLS INDICATES GOOD CONDITION EXCEPT FOR NORMAL WEAR

| ITEM NO. | CR. REF. | Articles | | CONDITION AT ORIGIN | EXCEPTIONS (IF ANY) AT DESTINATION |
|---|---|---|---|---|---|
| 31 | CSB | DSH CTN | CP | Dishes & Glasses | |
| 2 | CSB | WRD CTN | CP | Fans     MCU | |
| 3 | CSB | 4.5 CTN | CP | Tote w/Clothes | |
| 4 | CSB | 4.5 CTN | CP | Tote w/Clothes | |
| 5 | CSB | 4.5 CTN | CP | Purses | |
| 6 | CSB | 4.5 CTN | CP | Den Stuff | |
| 7 | WDB | 4.5 CTN | CP | Nascar Stuff | |
| 8 | CSB | 4.5 CTN | CP | Stuff Animals | |
| 9 | CSB | 4.5 CTN | CP | Books Stuff | |
| 40 | WDB | 4.5 CTN | CP | Books | |
| 1 | CSB | 4.5 CTN | CP | Tote w/Towels | |
| 2 | CSB | 4.5 CTN | CP | Tote w/Silver | |
| 3 | CSB | 4.5 CTN | CP | Tote w/Scrap Book | |
| 4 | CSB | WRD CTN | CP | Dlack games | |
| 5 | CSB | 4.5 CTN | CP | Tote w/Mag's | |
| 6 | WDB | 1.5 CTN | CP | Tote w/Books | |
| 7 | CSB | 1.5 CTN | CP | Tote w/Hair Care | |
| 8 | CSB | 4.5 CTN  DSG | CP | Bar Stools | |
| 9 | CSB | 4.5 CTN | CP | Clothes | |
| 50 | CSB | DSH CTN | CP | Baker Bowl & Glasses | |
| 1 | CSB | 3.0 CTN | CP | DVD/VCR Video Games MCU | |
| 2 | CSB | 3.0 CTN | CP | Music DVD/VHS Movies Cass, Tapes | |
| 3 | WDB | 4.5 CTN | CP | Comforter/Pictures | |
| 4 | CSB | 3.0 CTN | CP | Sofa Pillows | |
| 5 | CSB | 4.5 CTN | CP | Tote w/Books | |
| 6 | CSB | 4.5 CTN | CP | Tote w/Paper & Msc Item | |
| 7 | CSB | 4.5 CTN | CP | Tote w/Books | |
| 8 | WDB | MIR CTN | CP DSG | 7' Spiral Tree | |
| 9 | WDB | MIR CTN | CP DSG | 7' Spiral Tree | |
| 60 | WDB | MIR CTN DSG | CP | 4' Animated Reindeer | |

ITEM NO.  REMARKS/EXCEPTIONS

"WE HAVE CHECKED ALL THE ITEMS LISTED AND NUMBERED 1 TO ____ INCLUSIVE AND ACKNOWLEDGE THAT THIS IS A TRUE AND COMPLETE LIST OF THE GOODS TENDERED AND OF THE STATE OF THE GOODS RECEIVED"

# WARNING→

BEFORE SIGNING CHECK SHIPMENT, COUNT ITEMS AND DESCRIBE LOSS OR DAMAGE IN SPACE ON THE RIGHT ABOVE.

TAPE LOT NO **DD10463**    TAPE COLOR **Blue**

NOS. FROM **31**    THRU **60**

| AT ORIGIN | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) (SIGNATURE) | DATE | AT DESTI-NATION | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) (SIGNATURE) | DATE 7-30-13 |
|---|---|---|---|---|---|
| | OWNER OR AUTHORIZED AGENT (SIGNATURE) X | DATE 7-24-13 | | OWNER OR AUTHORIZED AGENT (SIGNATURE) | DATE 30 July 2013 |

| CONTRACTOR OR CARRIER | HOUSEHOLD GOODS DESCRIPTIVE INVENTORY | | PAGE NO. 3 of 13 | NO. OF PAGES |

**LYNN MOVING & STORAGE, INC.**

AGENT: Lynn M&S

CARRIER'S REFERENCE NO. L131210

OWNER'S GRADE OR RATING AND NAME: [redacted]

CONTRACT OR GBL. NO. FAAM0007589

ORIGIN LOADING ADDRESS: [redacted]  CITY [redacted]  STATE [redacted]

GOVT. SERVICE ORDER NO.

DESTINATION: [redacted]

VAN NUMBER

### DESCRIPTIVE SYMBOLS
BW - BLACK & WHITE TV
C - COLOR TV
CP - CARRIER PACKED
PBO - PACKED BY OWNER
CD - CARRIER DISASSEMBLED
DBO - DISASSEMBLED BY OWNER
PB - PROFESSIONAL BOOKS

PE - PROFESSIONAL EQUIPMENT
PP - PROFESSIONAL PAPERS
MCU - MECHANICAL CONDITION UNKNOWN

BE - BENT
BR - BROKEN
BU - BURNED
CH - CHIPPED
CU - CONTENTS & CONDITIONS UNKNOWN

### EXCEPTION SYMBOLS
D - DENTED
F - FADED
G - GOUGED
L - LOOSE
M - MARRED

MI - MILDEW
MO - MOTH EATEN
R - RUBBED
RU - RUSTED

SC - SCRATCHED
SH - SHORT
SO - SOILED
T - TORN
W - BADLY WORN
Z - CRACKED

### LOCATION SYMBOLS
1. ARM
2. BOTTOM
3. CORNER
4. FRONT
5. LEFT
6. LEG
7. REAR
8. RIGHT
9. SIDE
10. TOP
11. VENEER
12. EDGE
13. CENTER
14. INSIDE
15. SEAT
16. DRAWER
17. DOOR
18. OUTSIDE

NOTE: THE OMISSION OF THESE SYMBOLS INDICATES GOOD CONDITION EXCEPT FOR NORMAL WEAR

| ITEM NO. | CR. REF. | ARTICLES | | CONDITION AT ORIGIN | EXCEPTIONS (IF ANY) AT DESTINATION |
|---|---|---|---|---|---|
| 61 | CSB | Mix CTN | CP | Violin mcu | |
| 2 | CSB | 3.0 CTN | CP | Plastic Bowl | |
| 3 | CSB | 3.0 CTN | CP | Salon mach. mcu | |
| 4 | CSB | Dish CTN | CP | Candles vases | |
| 5 | CSB | Dish CTN | CP | Boxes of Glasses | |
| 6 | WOB | 4.5 CTN | CP | Bath Items | |
| 7 | CSB | 3.0 CTN | CP | Dell computer S/N 0Y0bS/6440 | mcu |
| 8 | CSB | 4.5 CTN | CP | X-mas | |
| 9 | WOB | 4.5 CTN | CP | Microwave mcu | |
| 70 | CSB | 4.5 CTN | CP | Halloween Deco | |
| 1 | CSB | 3.0 CTN | CP | Blanket computer items | |
| 2 | CSB | Mix CTN | CP | 4' Reindeer mcu | |
| 3 | CSB | 1.5 CTN | CP | X-mas stuff | |
| 4 | CSB | 1.5 CTN | CP | Bk items | |
| 5 | CSB | 1.5 CTN | CP | Books | |
| 6 | CSB | 1.5 CTN | CP | Paper Bath Items | |
| 7 | CSB | 1.5 CTN | CP | Books | |
| 8 | CSB | 1.5 CTN | CP | Flash Lights | |
| 9 | CSB | 1.5 CTN | CP | Family Photos | |
| 80 | CSB | 1.5 CTN | CP | Cook Books | |
| 1 | CSB | 1.5 CTN org CP | | Paper/in Bath. mcu | |
| 2 | DDB | 1.5 CTN | CP | Rugs | |
| 3 | CSB | 1.5 CTN | CP | Iron | |
| 4 | CSB | 1.5 CTN | CP | Bath Items | |
| 5 | CSB | 1.5 CTN | CP | Cleaning Items | |
| 6 | CSB | 4.5 CTN | CP | Bedding | |
| 7 | CSB | 4.5 CTN | CP | Bedding | |
| 8 | CSB | 6.0 CTN | CP | Tote/X-mas | |
| 9 | CSB | 4.5 CTN | CP | Bike parts | |
| 90 | CSB | 4.5 CTN | CP | Tote/X-mas | |

**ITEM NO.** REMARKS/EXCEPTIONS

"WE HAVE CHECKED ALL THE ITEMS LISTED AND NUMBERED 1 TO _____ INCLUSIVE AND ACKNOWLEDGE THAT THIS IS A TRUE AND COMPLETE LIST OF THE GOODS TENDERED AND OF THE STATE OF THE GOODS RECEIVED"

**WARNING →** BEFORE SIGNING CHECK SHIPMENT, COUNT ITEMS AND DESCRIBE LOSS OR DAMAGE IN SPACE ON THE RIGHT ABOVE.

TAPE LOT NO. DD1046J / 691  TAPE COLOR Blue

NOS. FROM 61  THRU 90

| | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) (SIGNATURE) | DATE 7-24-13 | | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) (SIGNATURE) | DATE 7-30-13 |
| AT ORIGIN | OWNER OR AUTHORIZED AGENT (SIGNATURE) | DATE 7-24-13 | AT DESTINATION | OWNER OR AUTHORIZED AGENT (SIGNATURE) | DATE 30 July 2013 |

CONTRACTOR OR CARRIER         **HOUSEHOLD GOODS DESCRIPTIVE INVENTORY**

PAGE NO. 4 of 13   NO. OF PAGES

# LYNN MOVING & STORAGE, INC.

AGENT: Lynn M&S

CARRIER'S REFERENCE NO. 213121D

OWNER'S GRADE OR RATING AND NAME

CONTRACT OR GBL. NO. FAA m000 9989

ORIGIN LOADING ADDRESS          CITY          STATE

GOVT. SERVICE ORDER NO.

DESTINATION

VAN NUMBER

| DESCRIPTIVE SYMBOLS | EXCEPTION SYMBOLS | | LOCATION SYMBOLS |
|---|---|---|---|
| B/W - BLACK & WHITE TV | BE - BENT | D - DENTED | MI - MILDEW | SC - SCRATCHED | 1. ARM | 7. REAR | 13. CENTER |
| C - COLOR TV | BR - BROKEN | F - FADED | MO - MOTH EATEN | SH - SHORT | 2. BOTTOM | 8. RIGHT | 14. INSIDE |
| CP - CARRIER PACKED | BU - BURNED | G - GOUGED | R - RUBBED | SO - SOILED | 3. CORNER | 9. SIDE | 15. SEAT |
| PBO - PACKED BY OWNER | CH - CHIPPED | L - LOOSE | RU - RUSTED | T - TORN | 4. FRONT | 10. TOP | 16. DRAWER |
| CD - CARRIER DISASSEMBLED | CU - CONTENTS & CONDITIONS UNKNOWN | M - MARRED | | W - BADLY WORN | 5. LEFT | 11. VENEER | 17. DOOR |
| DBO - DISASSEMBLED BY OWNER | | | | Z - CRACKED | 6. LEG | 12. EDGE | 18. OUTSIDE |

PE - PROFESSIONAL EQUIPMENT
PP - PROFESSIONAL PAPERS
MCU - MECHANICAL CONDITION UNKNOWN
PB - PROFESSIONAL BOOKS

NOTE: THE OMISSION OF THESE SYMBOLS INDICATES GOOD CONDITION EXCEPT FOR NORMAL WEAR

| ITEM NO. | CR. REF. | ARTICLES | CONDITION AT ORIGIN | EXCEPTIONS (IF ANY) AT DESTINATION |
|---|---|---|---|---|
| 91 | CSB | 4.5 cn+p | Plasticware | |
| 2 | CSB | 2.0 cn+p | Small pictures | |
| 3 | CSB | 3.0 cn+p mcu | Sony Reciever S/N 81141815 | |
| 4 | CSB | 3.0 cn+p | Bedding | |
| 5 | CSB | 3.0 cn+p mcu | Small appliances | |
| 6 | CSB | 3.0 cn+p | Plasticware | |
| 7 | CSB | 3.0 orig cn+p mcu | Shop Vac | |
| 8 | CSB | 3.0 cn+p | Plastic Bowls | |
| 9 | CSB | 3.0 cn+p | Hat Boxes | |
| 100 | CSB | wardrobe cn+p | Bedding | |
| 1 | CSB | mirror cn+p | Pictures | |
| 2 | CSB | 4.5 cn+p | Papers | |
| 3 | CSB | 1.5 cn+p | Tote/Papers | |
| 4 | CSB | mk ctn cp | Pictures | |
| 5 | CSB | mk ctn ca | Mirror | |
| 6 | CSB | mk ctn cD | Pictures | |
| 7 | CSB | 3.1 cn+p | X-Mas | |
| 8 | WDB | 6.0 orig cn+p mcu | Compaq Computer mcu n# s/o 27308P221217 | |
| 9 | WDB | 1.5 orig cn+p | mcu/Massager | |
| 110 | CSB | 1.5 orig cn+p | mcu/Alarm | |
| 1 | CSB | 3.1 orig cn+p | Hangers/Dell | |
| 2 | CSB | 1.5 cn+p mcu | X-Mas Lights | |
| 3 | CSB | dishpak cn+p | Tool Box/Cotton | |
| 4 | WDB | orig mirror cn+p | Folding Table | |
| 5 | CSB | 4.5 orig cn+p mcu | Hot Dog Ferris Wheel | |
| 6 | WDB | 4.5 orig cn+p mcu | Whine Cooler | |
| 7 | CSB | 4.5 cn+p | Salon Items | |
| 8 | CSB | 4.5 cn+p | Salon Items | |
| 9 | WDB | 3.0 orig cn+p mcu | Foot Spa | |
| 120 | WDB | 3.0 orig cn+p mcu | Foot Spa | |

ITEM NO.   REMARKS/EXCEPTIONS

"WE HAVE CHECKED ALL THE ITEMS LISTED AND NUMBERED 1 TO _____ INCLUSIVE AND ACKNOWLEDGE THAT THIS IS A TRUE AND COMPLETE LIST OF THE GOODS TENDERED AND OF THE STATE OF THE GOODS RECEIVED"

TAPE LOT NO. DD1046    TAPE COLOR Blue

**WARNING➤** BEFORE SIGNING CHECK SHIPMENT, COUNT ITEMS AND DESCRIBE LOSS OR DAMAGE IN SPACE ON THE RIGHT ABOVE.

NOS. FROM 91    THRU 120

| AT ORIGIN | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) (SIGNATURE) | DATE 7-24-13 | AT DESTINATION | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) (SIGNATURE) | DATE 7-30-13 |
|---|---|---|---|---|---|
| | OWNER OR AUTHORIZED AGENT (SIGNATURE) | DATE 7-24-13 | | OWNER OR AUTHORIZED AGENT (SIGNATURE) | DATE 30 July 2013 |

CONTRACTOR OR CARRIER

## HOUSEHOLD GOODS DESCRIPTIVE INVENTORY

| | | PAGE NO. _5 of_ | NO. OF PAGES _13_ |

## LYNN MOVING & STORAGE, INC.

AGENT _Lynn M&S_

CARRIER'S REFERENCE NO. _L13210_

CONTRACT OR GBL. NO. _FAAM0007589_

OWNER'S GRADE OR RATING AND NAME ███████

ORIGIN LOADING ADDRESS ███████  CITY ███  STATE ███  GOVT. SERVICE ORDER NO.

DESTINATION ███████  VAN NUMBER

### DESCRIPTIVE SYMBOLS
BW – BLACK & WHITE TV
C – COLOR TV
CP – CARRIER PACKED
PBO – PACKED BY OWNER
CD – CARRIER DISASSEMBLED
DBO – DISASSEMBLED BY OWNER
PB – PROFESSIONAL BOOKS
PE – PROFESSIONAL EQUIPMENT
PP – PROFESSIONAL PAPERS
MCU – MECHANICAL CONDITION UNKNOWN

### EXCEPTION SYMBOLS
BE – BENT
BR – BROKEN
BU – BURNED
CH – CHIPPED
CU – CONTENTS & CONDITIONS UNKNOWN
D – DENTED
F – FADED
G – GOUGED
L – LOOSE
M – MARRED
MI – MILDEW
MO – MOTH EATEN
R – RUBBED
RU – RUSTED
SC – SCRATCHED
SH – SHORT
SO – SOILED
T – TORN
W – BADLY WORN
Z – CRACKED

### LOCATION SYMBOLS
1. ARM
2. BOTTOM
3. CORNER
4. FRONT
5. LEFT
6. LEG
7. REAR
8. RIGHT
9. SIDE
10. TOP
11. VENEER
12. EDGE
13. CENTER
14. INSIDE
15. SEAT
16. DRAWER
17. DOOR
18. OUTSIDE

NOTE: THE OMISSION OF THESE SYMBOLS INDICATES GOOD CONDITION EXCEPT FOR NORMAL WEAR

| ITEM NO. | CR. REF. | ARTICLES | CONDITION AT ORIGIN | EXCEPTIONS (IF ANY) AT DESTINATION |
|---|---|---|---|---|
| 121 | CSB | 1.5 Orig Cu-P Mcu | BATH SPA | |
| 2 | CSB | 1.5 Cu-P | PAPERS / BOOKS | |
| 3 | CSB | 2x 1.5 Cu-P | CASE | |
| 4 | CSB | 3.0 Orig Cu-P Mcu | NINTENDO WII FOOTPAD / NOTES | |
| 5 | CSB | 3.0 Orig Cu-P Mcu | EURO PRO SEWING MACHINE | |
| 6 | CSB | 3.0 Cu-P | COTTON | |
| 7 | CSB | 6.0 Cu-P | TOTE / GARAGE ITEMS / LIVRM ITEMS | |
| 8 | CSB | MIRROR Cu-P | PICTURES | |
| 9 | CSB | 6.0 Orig Cu-P | DINING SET / CU | |
| 130 | CSB | 6.0 Orig Cu-P | FOLDING TABLE W/ CHAIRS / CU | |
| 1 | CSB | 6.0 Orig Cu-P | X-MAS TREE | |
| 2 | CSB | 4.5 Cu-P | BEDDING / HAIR DRYER | |
| 3 | CSB | 4.5 Cu-P | SUIT CASES / SHEET SETS | |
| 4 | CSB | DISHPAK Cu-P Mcu | TRUTECH DVD MONITOR SN YA26 0E0080489 | |
| 5 | CSB | " " " | PANASONIC VIDEO CAMERA / SN 064A11605 -ENA509403 | |
| 6 | CSB | 1.5 Cu-P | PARTS BOX | |
| 7 | CSB | 1.5 Cu-P | LAMPSHADE | |
| 8 | CSB | 4.5 Cu-P | PILLOWS | |
| 9 | CSB | 4.5 Cu-P | LINEN | |
| 140 | WDB | 4.5 Cu-P | LINEN | |
| 1 | WDB | 4.5 Cu-P | PICTURES / SHOES | |
| 2 | CSB | 3.0 Cu-P | CLOTHES / SHOES | |
| 3 | CB | 4.5 Cu-P | SHOES | |
| 4 | CSB | 4.5 Cu-P | SHOES | |
| 5 | CSB | WARDROBE Cu-P | HAIR CARE | |
| 6 | CSB | DISHPAK Cu-P | GLASSWARE | |
| 7 | CSB | DISHPAK Cu-P | X-MAS | |
| 8 | CSB | 3.1 Cu-P | HAIRCARE / BOOKS | |
| 9 | CSB | 3.1 Cu-P | CAT FOOD | |
| 150 | CSB | DISHPAK Cu-P | DISHES | |

| ITEM NO. | REMARKS/EXCEPTIONS |
|---|---|

"WE HAVE CHECKED ALL THE ITEMS LISTED AND NUMBERED 1 TO _____ INCLUSIVE AND ACKNOWLEDGE THAT THIS IS A TRUE AND COMPLETE LIST OF THE GOODS TENDERED AND OF THE STATE OF THE GOODS RECEIVED"

## WARNING ➤ BEFORE SIGNING CHECK SHIPMENT, COUNT ITEMS AND DESCRIBE LOSS OR DAMAGE IN SPACE ON THE RIGHT ABOVE.

TAPE LOT NO. _DD10463_   TAPE COLOR _Blue_

NOS. FROM _121_   THRU _150_

| AT ORIGIN | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) (SIGNATURE) ███ | DATE _7-24-13_ | AT DESTINATION | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) (SIGNATURE) ███ | DATE _7-30-13_ |
| | OWNER (SIGNATURE) ███ | DATE _7-24-13_ | | OWNER (SIGNATURE) ███ | DATE _30 July 2013_ |

CONTRACTOR OR CARRIER

## HOUSEHOLD GOODS DESCRIPTIVE INVENTORY

# LYNN MOVING & STORAGE, INC.

| | |
|---|---|
| AGENT | Lynn M&S |
| PAGE NO. | 6 or 13 |
| NO. OF PAGES | |
| CARRIER'S REFERENCE NO. | LL3121 |

OWNER'S GRADE OR RATING AND NAME ▬▬▬▬▬

CONTRACT OR GBL. NO. FAAM0007989

ORIGIN LOADING ADDRESS ▬▬▬▬  CITY  STATE

GOVT. SERVICE ORDER NO.

DESTINATION ▬▬▬▬

VAN NUMBER

**DESCRIPTIVE SYMBOLS**
B/W - BLACK & WHITE TV
C - COLOR TV
CP - CARRIER PACKED
PBO - PACKED BY OWNER
CD - CARRIER DISASSEMBLED
DBO - DISASSEMBLED BY OWNER
PB - PROFESSIONAL BOOKS

PE - PROFESSIONAL EQUIPMENT
PP - PROFESSIONAL PAPERS
MCU - MECHANICAL CONDITION UNKNOWN

**EXCEPTION SYMBOLS**
BE - BENT
BR - BROKEN
BU - BURNED
CH - CHIPPED
CU - CONTENTS & CONDITIONS UNKNOWN

D - DENTED
F - FADED
G - GOUGED
L - LOOSE
M - MARRED

MI - MILDEW
MO - MOTH EATEN
R - RUBBED
RU - RUSTED

SC - SCRATCHED
SH - SHORT
SO - SOILED
T - TORN
W - BADLY WORN
Z - CRACKED

**LOCATION SYMBOLS**
1. ARM
2. BOTTOM
3. CORNER
4. FRONT
5. LEFT
6. LEG
7. REAR
8. RIGHT
9. SIDE
10. TOP
11. VENEER
12. EDGE
13. CENTER
14. INSIDE
15. SEAT
16. DRAWER
17. DOOR
18. OUTSIDE

NOTE: THE OMISSION OF THESE SYMBOLS INDICATES GOOD CONDITION EXCEPT FOR NORMAL WEAR

| ITEM NO. | CR. REF. | ARTICLES | CONDITION AT ORIGIN | EXCEPTIONS (IF ANY) AT DESTINATION |
|---|---|---|---|---|
| 151 | CSB | Dishpak cwp | Dishes | |
| 2 | CSB | 1.5 cwp | Books | |
| 3 | CSB | 1.5 cwp | Dry Food | |
| 4 | CSB | 4.5 cwp | Plasticware | |
| 5 | CSB | 3.0 cwp | Dry Food | |
| 6 | CSB | 4.5 cwp | Cake pans | |
| 7 | WDB | 4.5 cwp | Pots / pans | |
| 8 | WDB | 4.5 cwp | Pots / pans | |
| 9 | CSB | Wardrobe cwp | Tote / ball | |
| 160 | CSB | Wardrobe cwp | Clothes | |
| 1 | CSB | 4.5 cwp | Tote / papers | |
| 2 | WDB | 4.5 cwp | Shoes | |
| 3 | WDB | 4.5 cwp | Clothes | |
| 4 | CSB | 3.0 cwp | Clothes | |
| 5 | CSB | 1.5 cwp | 40 DVD's / 3 Wii games | |
| 6 | CSB | 1.5 cwp | 50 DVD's / 45 DVD's | |
| 7 | CSB | 4.5 orig cwp | Workout system | |
| 8 | CSB | 3.0 cwp | Hangers | |
| 9 | CSB | 1.5 cwp | Hats | |
| 170 | CSB | 1.5 cwp | Scarfs | |
| 1 | CSB | 3.0 cwp | Shoes | |
| 2 | CSB | 3.0 cwp | Shoes / 19 DVD's | |
| 3 | CSB | 1.5 cwp | Books / papers | |
| 4 | CSB | Wardrobe cwp | Clothes | |
| 5 | CSB | 4.5 cwp | Shoes | |
| 6 | WDB | 4.5 cwp | Clothes | |
| 7 | CSB | 3.0 cwp | Clothes | |
| 8 | CSB | 4.5 cwp | Bedding | |
| 9 | CSB | 1.5 cwp | Plastic Trash Can | |
| 180 | CSB | 1.5 cwp | Mcu Lamp / Jewelry box | |

| ITEM NO. | REMARKS/EXCEPTIONS |
|---|---|
| | |

"WE HAVE CHECKED ALL THE ITEMS LISTED AND NUMBERED 1 TO ____ INCLUSIVE AND ACKNOWLEDGE THAT THIS IS A TRUE AND COMPLETE LIST OF THE GOODS TENDERED AND OF THE STATE OF THE GOODS RECEIVED"

# WARNING➤

BEFORE SIGNING CHECK SHIPMENT, COUNT ITEMS AND DESCRIBE LOSS OR DAMAGE IN SPACE ON THE RIGHT ABOVE.

| TAPE LOT NO. DD10453 | TAPE COLOR Blue |
|---|---|
| NOS. FROM 151 | THRU 180 |

| | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) | | | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) | |
|---|---|---|---|---|---|
| AT ORIGIN | (SIGNATURE) | DATE 7-24-13 | AT DESTINATION | (SIGNATURE) | DATE 7-30-13 |
| | OWNER OR AUTHORIZED AGENT (SIGNATURE) ▬▬▬ | DATE 7-24-13 | | OWNER OR AUTHORIZED AGENT (SIGNATURE) ▬▬▬ | DATE 30 July 2013 |

CONTRACTOR OR CARRIER

## HOUSEHOLD GOODS DESCRIPTIVE INVENTORY

| PAGE NO. 7 of 13 | NO. OF PAGES |
|---|---|

# LYNN MOVING & STORAGE, INC.

AGENT Lynn MVS

CARRIER'S REFERENCE NO. LLS 1210

OWNER'S GRADE OR RATING AND NAME ▮▮▮▮▮▮▮

CONTRACT OR GBL. NO. FAMM 000 7585

ORIGIN LOADING ADDRESS ▮▮▮   CITY   STATE

GOVT. SERVICE ORDER NO.

DESTINATION ▮▮▮

VAN NUMBER

| DESCRIPTIVE SYMBOLS | EXCEPTION SYMBOLS | | LOCATION SYMBOLS | |
|---|---|---|---|---|
| B/W - BLACK & WHITE TV | BE - BENT | D - DENTED | MI - MILDEW | SC - SCRATCHED | 1. ARM | 7. REAR | 13. CENTER |
| C - COLOR TV | BR - BROKEN | F - FADED | MO - MOTH EATEN | SO - SOILED | 2. BOTTOM | 8. RIGHT | 14. INSIDE |
| CP - CARRIER PACKED | BU - BURNED | G - GOUGED | R - RUBBED | SH - SHORT | 3. CORNER | 9. SIDE | 15. SEAT |
| PBO - PACKED BY OWNER | CH - CHIPPED | L - LOOSE | RU - RUSTED | T - TORN | 4. FRONT | 10. TOP | 16. DRAWER |
| CD - CARRIER DISASSEMBLED | CU - CONTENTS & CON- | M - MARRED | | W - BADLY WORN | 5. LEFT | 11. VENEER | 17. DOOR |
| DBO - DISASSEMBLED BY OWNER | DITIONS UNKNOWN | | | Z - CRACKED | 6. LEG | 12. EDGE | 18. OUTSIDE |
| PB - PROFESSIONAL BOOKS | PE - PROFESSIONAL EQUIPMENT  PP - PROFESSIONAL PAPERS  MCU - MECHANICAL CONDITION UNKNOWN | | | | | | |

NOTE: THE OMISSION OF THESE SYMBOLS INDICATES GOOD CONDITION EXCEPT FOR NORMAL WEAR

| ITEM NO. | CR. REF. | ARTICLES | CONDITION AT ORIGIN | EXCEPTIONS (IF ANY) AT DESTINATION |
|---|---|---|---|---|
| 18 1 | CSB | 1.5 cu p | BOOKS | |
| 2 | CSB | 1.5 cu p | CLOTHES | |
| 3 | CSB | 1.5 cu p | SHOE BOXES | |
| 4 | CSB | 3.0 cu p | CLOTHES | |
| 5 | CSB | WARDROBE cu p | CLOTHES | |
| 6 | CSB | WARDROBE cu p | CLOTHES | |
| 7 | CSB | 1.5 cu p | STUFF ANIMALS | |
| 8 | CSB | 1.5 cu p | STUFF ANIMALS | |
| 9 | CSB | 3.1 cu p | MISC Items | |
| 19 0 | CSB | WARDROBE cu p | CLOTHES | |
| 1 | CSB | orig TV cu p acu | SYLVANIA 32" LCD TV M/N LC320SLX | |
| 2 | CSB | WARDROBE cu p | CLOTHES | |
| 3 | CSB | WARDROBE cu p | CLOTHES | |
| 4 | CSB | 1.5 cu p | BASKETBALLS | |
| 5 | CSB | 1.5 cu p | DVD's / TAPES | |
| 6 | CSB | 1.5 cu p | CLOTHES | |
| 7 | CSB | WARDROBE cu p | CLOTHES / JACKETS | |
| 8 | CSB | 4.5 orig cu p mcu | HP OFFICE JET S/N MY45B370CG | |
| 9 | CSB | 3.0 orig cu p mcu | JVC DVD player M/N HRVX311B | |
| 20 0 | CSB | 4.5 orig cu p mcu | HP PAVILION SLIMLINE Computer S/N MX49570GNX | |
| 1 | CSB | 4.5 cu p | CLOTHES TOTE | |
| 2 | CSB | 4.5 cu p | CLOTHES TOTE | |
| 3 | CSB | 4.5 cu p | PILLOW | |
| 4 | CSB | 1.5 cu p | SHADE TOTE | |
| 5 | CSB | 4.5 cu p | CLOTHES TOTE | |
| 6 | CSB | 4.5 cu p | CLOTHES TOTE | |
| 7 | CSB | 4.5 cu p | ⊗ TOTE w/clothes | |
| 8 | CSB | Honda pressure | washer 2000 PSI-mcu-Rup | |
| 9 | CSB | | 10 Rug Handle & Wheel Rustframe | |
| 21 0 | CSB | | @ 10, S/N 246101954 | |

ITEM NO.    REMARKS/EXCEPTIONS

"WE HAVE CHECKED ALL THE ITEMS LISTED AND NUMBERED 1 TO ____ INCLUSIVE AND ACKNOWLEDGE THAT THIS IS A TRUE AND COMPLETE LIST OF THE GOODS TENDERED AND OF THE STATE OF THE GOODS RECEIVED"

| TAPE LOT NO. DD10463 001 | TAPE COLOR Blue |
|---|---|

# WARNING ➤

BEFORE SIGNING CHECK SHIPMENT, COUNT ITEMS AND DESCRIBE LOSS OR DAMAGE IN SPACE ON THE RIGHT ABOVE.

NOS. FROM 181   THRU 210

| | | | | | | |
|---|---|---|---|---|---|---|
| AT ORIGIN | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) (SIGNATURE) ▮▮▮ | DATE 7-24-13 | AT DESTI-NATION | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) (SIGNATURE) ▮▮▮ | DATE 7-30-13 | |
| | OWNER OR ▮▮▮ (SIGNATURE) | DATE 7-24-13 | | OWNER OR ▮▮▮ (SIGNATURE) | DATE 30 July 2013 | |

| CONTRACTOR OR CARRIER | HOUSEHOLD GOODS DESCRIPTIVE INVENTORY | | |
|---|---|---|---|
| **LYNN MOVING & STORAGE, INC.** | AGENT *Lynn M/c* | PAGE NO. 8 of 13 | NO. OF PAGES |
| | | CARRIER'S REFERENCE NO. 191210 | |
| OWNER'S GRADE OR RATING AND NAME | | CONTRACT OR GBL. NO. FARM000 *7589* | |
| ORIGIN LOADING ADDRESS | CITY | STATE | GOVT. SERVICE ORDER NO. |
| DESTINATION | | | VAN NUMBER |

DESCRIPTIVE SYMBOLS: B/W - BLACK & WHITE TV, C - COLOR TV, CP - CARRIER PACKED, PBO - PACKED BY OWNER, CD - CARRIER DISASSEMBLED, DBO - DISASSEMBLED BY OWNER, PB - PROFESSIONAL BOOKS, PE - PROFESSIONAL EQUIPMENT, PP - PROFESSIONAL PAPERS, MCU - MECHANICAL CONDITION UNKNOWN

EXCEPTION SYMBOLS: BE - BENT, BR - BROKEN, BU - BURNED, CH - CHIPPED, CU - CONTENTS & CONDITIONS UNKNOWN, D - DENTED, F - FADED, G - GOUGED, L - LOOSE, M - MARRED, MI - MILDEW, MO - MOTH EATEN, R - RUBBED, RU - RUSTED, SC - SCRATCHED, SH - SHORT, SO - SOILED, T - TORN, W - BADLY WORN, Z - CRACKED

LOCATION SYMBOLS: 1. ARM, 2. BOTTOM, 3. CORNER, 4. FRONT, 5. LEFT, 6. LEG, 7. REAR, 8. RIGHT, 9. SIDE, 10. TOP, 11. VENEER, 12. EDGE, 13. CENTER, 14. INSIDE, 15. SEAT, 16. DRAWER, 17. DOOR, 18. OUTSIDE

NOTE: THE OMISSION OF THESE SYMBOLS INDICATES GOOD CONDITION EXCEPT FOR NORMAL WEAR

| ITEM NO. | CR NO. | ARTICLES | CONDITION AT ORIGIN | EXCEPTIONS (IF ANY) AT DESTINATION |
|---|---|---|---|---|
| 211 | CSB | Treadmill | mew R 2,7,5 @ 5.89 W 10 | |
| 2 | CSB | | 13 R 10 12" + 3 | |
| 3 | CSB | Sm Green Top Stool | So 10 Se 6 | |
| 4 | CSB | Sm Green Top Stool | So 10 Se 11 | |
| 5 | CSB | Water hose Holder | FW | |
| 6 | CSB | Water hose Holder | FW | |
| 7 | CSB | Men Bike | men So W Wheels | |
| 8 | CSB | Girls Bike | men T 15 Se frame So W Wheels | |
| 9 | CSB | Girls Bike | men T 15 Se frame So W Wheels | |
| 220 | CSB | Chair | T 15 W F frame | |
| 1 | CSB | Chair | T 15 W F frame | |
| 2 | CSB | Chair | T 15 W F frame | |
| 3 | CSB | Cooler | So 10 + 9 | |
| 4 | CSB | Lamp Ctn   IC | Fishing poles + Bed Slats Ø | |
| 5 | CSB | Folding Table | So 09 S 6 | |
| 6 | CSB | Folding Table | So 09 Se 6 | |
| 7 | CSB | Folding Chair | Se 15 Se 6 | |
| 8 | CSB | Folding Card Table | T So 10 12 Se 6 | |
| 9 | CSB | Plastic Gas Cans | on 2pcs So @ 9 | |
| 230 | CSB | Towing Hitch | mew So @ 9 | |
| 1 | CSB | Metal C. ramps | on 2pcs So Ru @ 10, 12 + 10, 13 | |
| 2 | CSB | Plastic Kids Chair | So 10 Se 6 | |
| 3 | CSB | Coffee Table | lightly So 10, R 10 12 Se 6 @ 9 | |
| 4 | CSB | Press Board Shoe Rack | Very Worn @ 10 + 9 | |
| 5 | CSB | Press Board Shoe Rack | Very Worn @ 10 + 9 | |
| 6 | CSB | Coffee Table | S. M @ 10, R @ 10, 12 Se 6 | |
| 7 | CSB | Wooden Toy Chest | So W 10 of Lid Se 4 Se 5 8 9 | |
| 8 | CSB | Metal 2 Drawer File Cabinet | D 10 D 5, D9 Full | |
| 9 | CSB | | Se 10 Se 5 8 9 | |
| 240 | CSB | Mirror Boxes | on 2pcs Se | |

| ITEM NO. | REMARKS/EXCEPTIONS |
|---|---|

"WE HAVE CHECKED ALL THE ITEMS LISTED AND NUMBERED 1 TO ____ INCLUSIVE AND ACKNOWLEDGE THAT THIS IS A TRUE AND COMPLETE LIST OF THE GOODS TENDERED AND OF THE STATE OF THE GOODS RECEIVED"

**WARNING →** BEFORE SIGNING CHECK SHIPMENT, COUNT ITEMS AND DESCRIBE LOSS OR DAMAGE IN SPACE ON THE RIGHT ABOVE.

TAPE LOT NO. DD 10463   TAPE COLOR Blue
NOS. FROM 211   THRU 240

| AT ORIGIN | CONTRACTOR OR CARRIER OR AUTHORIZED AGENT (DRIVER) (SIGNATURE) | DATE 7-24-13 | AT DESTINATION | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) (SIGNATURE) | DATE 7-30-13 |
|---|---|---|---|---|---|
| | OWNER OR AUTHORIZED AGENT (SIGNATURE) | DATE 7-24-13 | | OWNER OR (SIGNATURE) | DATE 30 July 2013 |

CONTRACTOR OR CARRIER

## HOUSEHOLD GOODS DESCRIPTIVE INVENTORY

| | | PAGE NO. 7 OF 13 | NO. OF PAGES |

# LYNN MOVING & STORAGE, INC.

AGENT *Lynn M/S*

CARRIER'S REFERENCE NO. *L131210*

OWNER'S GRADE OR RATING AND NAME ▓▓▓▓▓▓

CONTRACT OR GBL. NO. *FRANDOW7985*

ORIGIN LOADING ADDRESS ▓▓▓▓▓▓  CITY ▓▓  STATE ▓▓

GOVT. SERVICE ORDER NO.

DESTINATION ▓▓▓▓▓▓

VAN NUMBER

### DESCRIPTIVE SYMBOLS
B/W - BLACK & WHITE TV
C - COLOR TV
CP - CARRIER PACKED
PBO - PACKED BY OWNER
CO - CARRIER DISASSEMBLED
DBO - DISASSEMBLED BY OWNER
PB - PROFESSIONAL BOOKS
PE - PROFESSIONAL EQUIPMENT
PP - PROFESSIONAL PAPERS
MCU - MECHANICAL CONDITION UNKNOWN

### EXCEPTION SYMBOLS
BE - BENT
BR - BROKEN
BU - BURNED
CH - CHIPPED
CU - CONTENTS & CONDITIONS UNKNOWN
D - DENTED
F - FADED
G - GOUGED
L - LOOSE
M - MARRED
MI - MILDEW
MO - MOTH EATEN
R - RUBBED
RU - RUSTED
SC - SCRATCHED
SH - SHORT
SO - SOILED
T - TORN
W - BADLY WORN
Z - CRACKED

1. ARM
2. BOTTOM
3. CORNER
4. FRONT
5. LEFT
6. LEG

### LOCATION SYMBOLS
7. REAR
8. RIGHT
9. SIDE
10. TOP
11. VENEER
12. EDGE
13. CENTER
14. INSIDE
15. SEAT
16. DRAWER
17. DOOR
18. OUTSIDE

NOTE: THE OMISSION OF THESE SYMBOLS INDICATES GOOD CONDITION EXCEPT FOR NORMAL WEAR

| ITEM NO. | CR. REF. | ARTICLES | CONDITION AT ORIGIN | EXCEPTIONS (IF ANY) AT DESTINATION |
|---|---|---|---|---|
| 241 | CP | Dresser | R@4 12 & 16 G @ 24 13 lightly | |
| 2 | CP | | Sc @ 10 13 R @ 10 12 & 3 & @ 2' | |
| 3 | CP | Metal Bed frame | DBO on 3 pcs | |
| 4 | CP | Metal Bed frame | DBO on 3 pcs | |
| 5 | CP | Metal Bed frame | DBO on 3 pcs | |
| 6 | CP | Metal Bed frame | DBO on 3 pcs | |
| 7 | CP | Sofa Table | Sc @ 10 13 Sc @ 10, 17, M Sc @ 9' | |
| 8 | CP | | @ 16' | |
| 9 | CP | Bed Slats on 3 pcs DBO | | |
| 250 | CP | Night Stand | Sc @ 10, 13, R @ 2, 12 @ 4 + 5 | |
| 1 | CP | | 89'D Sc @ 2-4 17 @ 13 Sc & 16' | |
| 2 | CP | Crib parts on 3 pcs DBO | D' Sc @ 4, 9 | |
| 3 | PB | RCA 27" Television | MCU / Sc, Sc, 4 7, St, Sc, 9, 10, 30, M/N 27V4 12T S/N | |
| 4 | CP | " " " | F464CC058 | |
| 5 | CP | End Table | R, 10, D, CH, R' 6 Sc, R 16, R, Sc 4' Sc | |
| 6 | CP | Cross Flower U.S. Couch 3 cushions | 1, 7 9 T, 15 | |
| 7 | CP | | ST under cushion D' @ 1' @ 10 | |
| 8 | CP | | Sc @ 9' 16' | |
| 9 | CP | Sm Rug | Roll up - CU | |
| 260 | CP | 4' X 6'1 Rug | Roll up - CU | |
| 1 | CP | Rug | Rol up - CU | |
| 2 | CP | End Table | lightly Sc @ 10 13 R @ 10, 3' Sc 6' | |
| 3 | PB | End Table | 16 Sc @ 10, 13 G 10, 13 R 10, 3' + 12 & Sc 6' | |
| 4 | CP | Suit Case | empty @ 9' | |
| 5 | CP | Suit Case | empty Sc @ 9' | |
| 6 | CP | Heater | mcu, D @ 10 & 5' | |
| 7 | CP | Crib parts on 3 pcs DBO - No Hardware Sc 4 9 | | |
| 8 | CP | Crib parts on 3 pcs DBO - No Hardware Sc 9 | | |
| 9 | CP | Plastic floor matts on 3 pcs Rolls up CU | | |
| 270 | CP | Plastic Milk Crate | empty Sc 14, 9 | |

| ITEM NO. | REMARKS/EXCEPTIONS |
|---|---|

"WE HAVE CHECKED ALL THE ITEMS LISTED AND NUMBERED 1 TO _____ INCLUSIVE AND ACKNOWLEDGE THAT THIS IS A TRUE AND COMPLETE LIST OF THE GOODS TENDERED AND OF THE STATE OF THE GOODS RECEIVED"

# WARNING ➤

BEFORE SIGNING CHECK SHIPMENT, COUNT ITEMS AND DESCRIBE LOSS OR DAMAGE IN SPACE ON THE RIGHT ABOVE.

TAPE LOT NO. DD104463  TAPE COLOR *Blue*

NOS. FROM *241*  THRU *270*

| AT ORIGIN | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) (SIGNATURE) ▓▓ | AT DESTINATION | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) (SIGNATURE) | DATE 7-30-13 |
| | OWNER OR AUTHORIZED AGENT (SIGNATURE) X ▓▓ DATE 7-24-13 | | OWNER OR AUTHORIZED AGENT (SIGNATURE) ▓▓ | DATE 30 July 2013 |

CONTRACTOR OR CARRIER

## HOUSEHOLD GOODS DESCRIPTIVE INVENTORY

| | |
|---|---|
| PAGE NO. 10 | NO. OF PAGES 13 |

# LYNN MOVING & STORAGE, INC.

AGENT Lynn 4/8

CARRIER'S REFERENCE NO. L131210

OWNER'S GRADE OR RATING AND NAME ▮▮▮▮▮

CONTRACT OR GBL. NO. FAAA000 7989

ORIGIN LOADING ADDRESS ▮▮▮▮  CITY ▮ STATE ▮

GOVT. SERVICE ORDER NO.

DESTINATION ▮▮▮▮

VAN NUMBER

### DESCRIPTIVE SYMBOLS
B/W – BLACK & WHITE TV
C – COLOR TV
CP – CARRIER PACKED
PBO – PACKED BY OWNER
CD – CARRIER DISASSEMBLED
DBO – DISASSEMBLED BY OWNER
PB – PROFESSIONAL BOOKS

PE – PROFESSIONAL EQUIPMENT
PP – PROFESSIONAL PAPERS
MCU – MECHANICAL CONDITION UNKNOWN

BE – BENT
BR – BROKEN
BU – BURNED
CH – CHIPPED
CU – CONTENTS & CONDITIONS UNKNOWN

### EXCEPTION SYMBOLS
D – DENTED
F – FADED
G – GOUGED
L – LOOSE
M – MARRED

MI – MILDEW
MO – MOTH EATEN
RU – RUBBED
RU – RUSTED

SC – SCRATCHED
SH – SHORT
SO – SOILED
T – TORN
W – BADLY WORN
Z – CRACKED

1. ARM
2. BOTTOM
3. CORNER
4. FRONT
5. LEFT
6. LEG

### LOCATION SYMBOLS
7. REAR
8. RIGHT
9. SIDE
10. TOP
11. VENEER
12. EDGE

13. CENTER
14. INSIDE
15. SEAT
16. DRAWER
17. DOOR
18. OUTSIDE

NOTE: THE OMISSION OF THESE SYMBOLS INDICATES GOOD CONDITION EXCEPT FOR NORMAL WEAR

| ITEM NO. | CR REF | ARTICLES | CONDITION AT ORIGIN | EXCEPTIONS (IF ANY) AT DESTINATION |
|---|---|---|---|---|
| 271 | CSB | O.S Couch | Wrap in plastic – CU | |
| 2 | CSB | O.S Love Seat | Wrap in plastic – CU | |
| 3 | CSB | Metal Stand | Ru spots @ top shelves | |
| 4 | CSB | Bar stool | So 10, Sc 9 & 6 | |
| 5 | CSB | End Table | R 10,3 Sc 10 13 dly leg Sc 6 | |
| 6 | CSB | Lg. plastic S/Cw | Very So @ 4.9 | |
| 7 | CSB | Grass Seed Spreader | Mar. So. 14.9 Ru 9 So wheels | |
| 8 | CSB | Ladder | Mar – So stripes & frame | |
| 9 | CSB | (3) 15" Tires w/ Rims W used | | |
| 280 | CSB | Broom + Mop | So @ 2 & w Handles | |
| 1 | CSB | Shovel & Hoe | Ru @ 2.9 w Handles | |
| 2 | CSB | Shovel + Garden Rake | Ru @ 2.9 w Handles | |
| 3 | CSB | (2) Wooden Shelves | DBO w So @ All Locations | |
| 4 | CSB | (4) 16" Toyota Tires w/ Rims W used | | |
| 5 | CSB | Black & Decker plastic Stg. Cabinet So 4.9 w 17" | | |
| 6 | CSB | Magic Chef Chest Freezer Mcu. D's 8.9 D5.9 | | |
| 7 | CSB | | D 4.9 0 5.9 Sc light @ 10 w lid | |
| 8 | PBO | Queen pillow Top Mattress CU – Platform plastic T, Cp | | |
| 9 | CSB | Mirror Ctn LF Picture | | |
| 290 | W DB | TV Ctn #5 Sharp LCD C-TV Mcu Cp | | |
| 1 | W DB | | Model 46SL3544 – S/N A808895098 | |
| 2 | W DB | | Security Seal 257413 | |
| 3 | CSB | Original Ctn LF Panasonic Blu-Ray player New | | |
| 4 | CSB | | Model DMP-BD75P-K S/N 851700 3541 | |
| 5 | CSB | | Security Seal @ 257414 | |
| 6 | CSB | RED 1 cushion O.S Love Seat Lt 4 & 15 w N & 5.89 | | |
| 7 | CSB | RED 2 cushion O.S Couch Lt 4 So. 15 & 1 10 & 5.89 | | |
| 8 | CSB | Press board TV Cart Sm Ch @ 10 712 | | |
| 9 | CSB | Red O.S Chair Lt 4 & T & 10 7' & 5.8 Sc 6 | | |
| 300 | CSB | Mirror Ctn LF Wall Mirror Cp | | |

| ITEM NO. | REMARKS/EXCEPTIONS |
|---|---|
| | |

"WE HAVE CHECKED ALL THE ITEMS LISTED AND NUMBERED 1 TO _____ INCLUSIVE AND ACKNOWLEDGE THAT THIS IS A TRUE AND COMPLETE LIST OF THE GOODS TENDERED AND OF THE STATE OF THE GOODS RECEIVED"

TAPE LOT NO. DD10463  TAPE COLOR Blue

# WARNING→

BEFORE SIGNING CHECK SHIPMENT, COUNT ITEMS AND DESCRIBE LOSS OR DAMAGE IN SPACE ON THE RIGHT ABOVE.

NOS. FROM 271  THRU 300

| | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) (SIGNATURE) | DATE 7-24-13 | AT DESTINATION | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) (SIGNATURE) | DATE 7-30-13 |
|---|---|---|---|---|---|
| AT ORIGIN | OWNER OR AUTHORIZED AGENT (SIGNATURE) | DATE 7-24-13 | | OWNER OR AUTHORIZED AGENT (SIGNATURE) | DATE 30 July 2013 |

CONTRACTOR OR CARRIER
**HOUSEHOLD GOODS DESCRIPTIVE INVENTORY**

# LYNN MOVING & STORAGE, INC.

AGENT _Lynn M/S_

PAGE NO. _11_  NO. OF PAGES _13_
CARRIER'S REFERENCE NO. _L131210_
CONTRACT OR GBL. NO. _FRM000 7989_
GOVT. SERVICE ORDER NO.

OWNER'S GRADE OR RATING AND NAME ▮▮▮▮

ORIGIN LOADING ADDRESS ▮▮▮▮   CITY   STATE

DESTINATION ▮▮▮▮

VAN NUMBER

| ITEM NO. | CR. REF. | ARTICLES | CONDITION AT ORIGIN | EXCEPTIONS (IF ANY) AT DESTINATION |
|---|---|---|---|---|
| 161 | | Coffee Table | Scratch @ 13 R @ 9 ¢ 16" | |
| 2 | CSB | End Table | Sc @ 16" Scratch @ R 13 | |
| 3 | CSB | End Table | Trim Loose @ 4 R10 3" Scch | |
| 4 | CSB | Suit Case | empty Sd 9" | |
| 5 | CSB | umbrella | wrap in plastic | |
| 6 | CSB | Ironing Board | loose | |
| 7 | CSB | Wooden Clothes Rack Very Loose | | |
| 8 | CSB | Sm Trash Can | on 2 pcs | |
| 9 | CSB | plastic Tote w/ Kids | empty | |
| 170 | CSB | plastic Clothes Hamper on 2 pcs | | |
| 1 | WDD | 4.5 Ctn   MP | Bed Linens | |
| 2 | CSB | 4.5 Ctn   MP | Bed Linens | CO |
| 3 | CSB | 4.5 Ctn   MP | Bed Linens | CO |
| 4 | WDD | 3.1 Ctn   MP | Cell phone Boxes | CO |
| 5 | CSB | 1.5 Ctn   LF | Hats | CO |
| 6 | CSB | 1.5 Ctn   LF | Lamp - new | CO |
| 7 | CSB | 4.5 Ctn   MP | Pdrs - Pens | CO |
| 8 | CSB | Mirror Ctn   MP | Pictures - posters | CO |
| 9 | CSB | Lamp Ctn   LF | pole Lamp - new | CO |
| 180 | CSB | 1 Ctn   MP | Phone & plugs | CO |
| 1 | CSB | Wardrobe Ctn MP | Covers Pillows | CO |
| 2 | WDD | plastic Tote MP | w/ Beauty Supplies | CO |
| 3 | CSB | plastic Tote w/ Beauty Supplies | | CO |
| 4 | CSB | TV Ctn   MP | Hisense 32" LCD C-T | |
| 5 | CSB | | man Model H32V77C - S/N | |
| 6 | CSB | | Z405 KB0349 - Security Seal | |
| 7 | CSB | | 295 9415 | |
| 8 | CSB | Rope on 2pcs | Sd W Cd | |
| 9 | CSB | Queen Mattress Rtn LF Box Spring | | CO |
| 190 | CSB | Wheel Barrow | Ru @ 14 9 Ru @ 4 Tire Low + Flat W/ F Handles | |

ITEM NO. REMARKS/EXCEPTIONS

"WE HAVE CHECKED ALL THE ITEMS LISTED AND NUMBERED 1 TO _____ INCLUSIVE AND ACKNOWLEDGE THAT THIS IS A TRUE AND COMPLETE LIST OF THE GOODS TENDERED AND OF THE STATE OF THE GOODS RECEIVED"

TAPE LOT NO. _DD12365_   TAPE COLOR _Green_
NOS. FROM _161_   THRU _190_

## WARNING →
BEFORE SIGNING CHECK SHIPMENT, COUNT ITEMS AND DESCRIBE LOSS OR DAMAGE IN SPACE ON THE RIGHT ABOVE.

AT ORIGIN
CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) (SIGNATURE) ▮▮▮▮   DATE _7-24-13_
OWNER OR (SIGNATURE) ▮▮▮▮   DATE _7-24-13_

AT DESTINATION
CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) (SIGNATURE) ▮▮▮▮   DATE _7-30-13_
OWNER OR (SIGNATURE) ▮▮▮▮   DATE _30 Jul 2013_

CONTRACTOR OR CARRIER

## HOUSEHOLD GOODS DESCRIPTIVE INVENTORY

# LYNN MOVING & STORAGE, INC.

AGENT: _Lynn M/S_

PAGE NO. **12** OF NO. OF PAGES **13**

CARRIER'S REFERENCE NO. _L131210_

OWNER'S GRADE OR RATING AND NAME

CONTRACT OR GBL. NO. _FARM0007989_

ORIGIN LOADING ADDRESS ▮▮▮▮ CITY ▮▮▮ STATE ▮▮

GOVT. SERVICE ORDER NO.

DESTINATION ▮▮▮▮▮▮▮▮▮▮

VAN NUMBER

### DESCRIPTIVE SYMBOLS

B/W - BLACK & WHITE TV
C - COLOR TV
CP - CARRIER PACKED
PBO - PACKED BY OWNER
CD - CARRIER DISASSEMBLED
DBO - DISASSEMBLED BY OWNER
PB - PROFESSIONAL BOOKS

PE - PROFESSIONAL EQUIPMENT
PP - PROFESSIONAL PAPERS
MCU - MECHANICAL CONDITION UNKNOWN
CP - CARRIER PACKED
CU - CONTENTS & CONDITIONS UNKNOWN

### EXCEPTION SYMBOLS

BE - BENT
BR - BROKEN
BU - BURNED
CH - CHIPPED

D - DENTED
F - FADED
G - GOUGED
L - LOOSE
M - MARRED

MI - MILDEW
MO - MOTH EATEN
R - RUBBED
RU - RUSTED

SC - SCRATCHED
SH - SHORT
SO - SOILED
T - TORN
W - BADLY WORN
Z - CRACKED

### LOCATION SYMBOLS

1. ARM
2. BOTTOM
3. CORNER
4. FRONT
5. LEFT
6. LEG

7. REAR
8. RIGHT
9. SIDE
10. TOP
11. VENEER
12. EDGE

13. CENTER
14. INSIDE
15. SEAT
16. DRAWER
17. DOOR
18. OUTSIDE

NOTE: THE OMISSION OF THESE SYMBOLS INDICATES GOOD CONDITION EXCEPT FOR NORMAL WEAR

| ITEM NO. | CR. REF. | ARTICLES | CONDITION AT ORIGIN | EXCEPTIONS (IF ANY) AT DESTINATION |
|---|---|---|---|---|
| 191 | CSB | Gas Grill | mcu So 10 So 5,8,9 So wheels | |
| 2 | CSB | Kitchen Chair | Sc 10,9,15 R 10,11 Sc 6' | |
| 3 | CSB | Kitchen Chair | Sc 10,9,15 R 10,11 Sc 6' | |
| 4 | CSB | Kitchen Chair | Sc 10,9,15 R 10,11 Sc 6' | |
| 5 | CSB | Kitchen Table Top | Sc 10,13 R 10,3,5,12 Sc 11 S 84,79' | |
| 6 | CSB | Kitchen Table legs on 4 pcs Sc @ 9' | | |
| 7 | CSB | Samsung Washer | mcu model FZ 108NWXAA | |
| 8 | CSB | | S/O 407454260 1178F | |
| 9 | CSB | Samsung Dryer | mcu model DVZ108EWXAA | |
| 200 | CSB | | S/O 403384 BZQ 14815V | |
| 1 | CSB | Night Stand | Sc D,W,F @ 10,13 R 10,12 + 3' | |
| 2 | CSB | | So 2nd Shelf 10 Sc 6' | |
| 3 | CSB | Night Stand | So D,N 10,13 R 10,3,5 Sc R 10 | |
| 4 | CSB | | on 2nd Shelf Sc 9' on 1 6' | |
| 5 | CSB | Red/orange Ch | Sc Chair Sc H + 10,11 R 4,12,9,1 Sc 6 | |
| 6 | CSB | MBR Chest | Ch @ 10,7,12 @ 13 Ch 12 Sc 9 | |
| 7 | CSB | | 16' So @ 9 R, D' @ 2 + 5 S 8' 4'/21 | |
| 8 | CSB | Queen Foot Board | Sc D @ 10,13 Sc 5,8,9 Sc 4 + 7 | |
| 9 | CSB | | 9' Ch' @ 5, S 8' 121 R @ 2, 4, 9 | |
| 210 | CSB | Queen Wooden | Hdg Puzzle on 2pm Ch' @ 10,11,12 Sc 9 | |
| 1 | CSB | Metal Queen Bed Stand on 2 pcs Sc D,U,W,F | | |
| 2 | CSB | Queen Head Board lightly Sc 4,9 @ 13 R D 3 | | |
| 3 | CSB | | Sc 10,11 So lightly @ 5,8,9 | |
| 4 | CSB | Queen Mattress | C/w Mattress Sc 10 + 9' C | |
| 5 | CSB | Queen Mattress | C/w Box Spring Sc 10 + 9' C | |
| 6 | CSB | 4/6 Mattress | C/w Mattress Sc 10 + 9' C | |
| 7 | CSB | 4/6 Mattress | C/w Box Spring Sc 10 + 9' C | |
| 8 | CSB | 4/6 Foot Board | R 8 @ 10,12 Sc lightly @ 4,7,8,15' | |
| 220 | CSB | 4/6 Head Board | R 10,12 Sc lightly @ 4,5,7,9 + 8,9' | |
| | CSB | Wooden TV Tray | Sc 10,13 Sc 6' | |

ITEM NO.

### REMARKS/EXCEPTIONS

"WE HAVE CHECKED ALL THE ITEMS LISTED AND NUMBERED 1 TO ___ INCLUSIVE AND ACKNOWLEDGE THAT THIS IS A TRUE AND COMPLETE LIST OF THE GOODS TENDERED AND OF THE STATE OF THE GOODS RECEIVED"

TAPE LOT NO. _DD0565_   TAPE COLOR _Green_

# WARNING ➤ BEFORE SIGNING CHECK SHIPMENT, COUNT ITEMS AND DESCRIBE LOSS OR DAMAGE IN SPACE ON THE RIGHT ABOVE.

NOS. FROM _191_   THRU _220_

| AT ORIGIN | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) (SIGNATURE) | DATE _7-24-13_ |
|---|---|---|
| | OWNER OR (SIGNATURE) ▮▮▮▮ | DATE _7-24-13_ |

| AT DESTINATION | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) (SIGNATURE) | DATE _7-30-13_ |
|---|---|---|
| | OWNER OR AUTHORIZED AGENT (SIGNATURE) ▮▮▮▮ | DATE _30 July 2013_ |

**CONTRACTOR OR CARRIER**
**HOUSEHOLD GOODS DESCRIPTIVE INVENTORY**

# LYNN MOVING & STORAGE, INC.

PAGE NO. 13 of 13    NO. OF PAGES

AGENT: *Lynn M/S*

CARRIER'S REFERENCE NO.: *C131210*

OWNER'S GRADE OR RATING AND NAME

ORIGIN LOADING ADDRESS

CONTRACT OR GBL. NO.: *FARM000 7989*

GOVT. SERVICE ORDER NO.

DESTINATION

VAN NUMBER

**DESCRIPTIVE SYMBOLS**

B/W - BLACK & WHITE TV
C - COLOR TV
CP - CARRIER PACKED
PBO - PACKED BY OWNER
CD - CARRIER DISASSEMBLED
DBO - DISASSEMBLED BY OWNER
PB - PROFESSIONAL BOOKS
PE - PROFESSIONAL EQUIPMENT
PP - PROFESSIONAL PAPERS
MCU - MECHANICAL CONDITION UNKNOWN

BE - BENT
BR - BROKEN
BU - BURNED
CH - CHIPPED
CU - CONTENTS & CONDITIONS UNKNOWN

**EXCEPTION SYMBOLS**

D - DENTED
F - FADED
G - GOUGED
L - LOOSE
M - MARRED
MI - MILDEW
MO - MOTH EATEN
R - RUBBED
RU - RUSTED
SC - SCRATCHED
SH - SHORT
SO - SOILED
T - TORN
W - BADLY WORN
Z - CRACKED

**LOCATION SYMBOLS**
1. ARM
2. BOTTOM
3. CORNER
4. FRONT
5. LEFT
6. LEG
7. REAR
8. RIGHT
9. SIDE
10. TOP
11. VENEER
12. EDGE
13. CENTER
14. INSIDE
15. SEAT
16. DRAWER
17. DOOR
18. OUTSIDE

NOTE: THE OMISSION OF THESE SYMBOLS INDICATES GOOD CONDITION EXCEPT FOR NORMAL WEAR

| ITEM NO. | CR. REF. | ARTICLES | CONDITION AT ORIGIN | EXCEPTIONS (IF ANY) AT DESTINATION |
|---|---|---|---|---|
| 221 | PBO | 4/6 side rails | *illegible* | |
| 2 | CSB | Green O.S. chair | *illegible* | |
| 3 | CSB | Violin case | MCU on Instrument & W case | |
| 4 | PB | Queen Head Board | *illegible* | |
| 5 | PB | Queen Foot Board | *illegible* | |
| 6 | CSD | Office chair | *illegible* | |
| 7 | CSB | Folding chair | *illegible* | |
| 8 | CSB | Bun Board Desk | *illegible* | |
| 9 | CSB | | *illegible* | |
| 0 | CSB | Chest | *illegible* | |
| 1 | CSB | | *illegible* | |
| 2 | CSB | Chest | *illegible* | |
| 3 | CSB | | *illegible* | |
| 4 | CSB | Dresser | *illegible* | |
| 5 | CSB | | *illegible* | |
| 6 | CSB | Foam Board | *illegible* | |
| 7 | CSB | | *illegible* | |
| 8 | CSB | Plastic Tote w/ Clothes | *illegible* | |
| 9 | | | | |
| 0 | | | | |
| 1 | | | | |
| 2 | | END | | |
| 3 | | | | |
| 4 | | OF | | |
| 5 | | | | |
| 6 | | Inventories | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 0 | | | | |

ITEM NO.    REMARKS/EXCEPTIONS

**WARNING** "WE HAVE CHECKED ALL THE ITEMS LISTED AND NUMBERED 1 TO ___ INCLUSIVE AND ACKNOWLEDGE THAT THIS IS A TRUE AND COMPLETE LIST OF THE GOODS TENDERED AND OF THE STATE OF THE GOODS RECEIVED" BEFORE SIGNING CHECK SHIPMENT, COUNT ITEMS AND DESCRIBE LOSS OR DAMAGE IN SPACE ON THE RIGHT ABOVE.

TAPE LOT NO. 2010565   TAPE COLOR Green
NOS. FROM 221   THRU

| AT ORIGIN | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) (SIGNATURE) | DATE 7-24-13 | AT DESTINATION | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) (SIGNATURE) | DATE 7-30-13 |
| | OWNER OR (SIGNATURE) | DATE 7-24-13 | | OWNER OR (SIGNATURE) | DATE 30 July 2013 |

# EXHIBIT

# M

**Lynn's Moving & Storage. List of Exception Shipments and Overpayment Calculations**

| GBL # | SCAC | TARE: Weight | GROSS: Weight | Billed Weight | Gallons | Weight Inflation by: Fuel | Weight Inflation by: Pallet/Other | Corrected Weight | Amount Paid | Amount that Should Have Been Paid | Overpayment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BGAC0204363 | LYNM | 49,440 | 61,820 | 12,380 | 80.49 | 563.43 | . | 11,817 | $8,889.32 | $8,611.23 | $278.09 |
| BGAC0034397 | ETWV | 39,380 | 56,220 | 16,840 | 179.35 | 1,255.45 | . | 15,585 | $16,688.55 | $15,607.43 | $1,081.12 |
| BGAC0074970 | SHDW | 42,220 | 52,900 | 10,680 | 96.20 | 673.40 | . | 10,007 | $9,322.68 | $8,826.75 | $495.93 |
| BGNC0009905 | SHDW | 37,850 | 54,200 | 16,350 | 180.39 | 1,262.73 | . | 15,087 | $13,878.25 | $12,878.93 | $999.32 |
| BGNC0023233 | ETWV | 40,460 | 52,140 | 11,680 | 175.18 | 1,226.26 | . | 10,454 | $13,351.19 | $13,235.11 | $116.08 |
| BHAQ0007635 | LYNM | 39,480 | 49,980 | 10,500 | 100.33 | 702.31 | . | 9,798 | $13,240.50 | $12,294.62 | $945.88 |
| BKAS0014195 | ETWV | 18,000 | 25,060 | 7,060 | 48.28 | 337.96 | . | 6,722 | $4,630.06 | $4,420.83 | $209.23 |
| BKAS0015182 | ETWV | 17,900 | 20,140 | 2,240 | 39.80 | 278.60 | . | 1,961 | $3,452.23 | $2,946.98 | $505.25 |
| BKAS0015311 | ETWV | 40,280 | 48,620 | 8,340 | 159.41 | 1,395.87 | . | 6,944 | $10,008.64 | $8,144.54 | $1,864.10 |
| BKAS0016074 | ETWV | 45,100 | 52,600 | 7,500 | 160.04 | 1,120.28 | . | 6,380 | $8,078.82 | $6,679.18 | $1,399.64 |
| BXML0003722 | ETWV | 42,500 | 44,360 | 1,860 | 183.48 | 1,284.36 | . | 576 | $2,014.18 | $1,245.16 | $769.02 |
| BXMT0005583 | ETWV | 17,480 | 23,180 | 5,700 | 32.29 | 226.03 | . | 5,474 | $5,720.98 | $5,413.99 | $307.99 |
| BXMT0016228 | LYNM | 42,100 | 52,380 | 10,280 | 189.06 | 1,323.42 | . | 8,957 | $7,876.92 | $7,005.64 | $871.28 |
| CFAT0004474 | LYNM | 53,260 | 59,260 | 6,000 | 76.09 | 532.63 | . | 5,467 | $3,434.40 | $3,175.73 | $258.67 |
| CNNG0026633 | LYNM | 40,580 | 51,620 | 11,040 | 100.03 | 700.21 | . | 10,340 | $9,715.02 | $9,114.91 | $600.11 |
| FAAM0000219 | CCWF | 40,800 | 46,520 | 5,720 | n/a | n/a | 1,160.00 | 4,560 | $3,696.83 | $3,510.11 | $186.72 |
| FAAM0000240 | RVQ | 17,140 | 20,660 | 3,520 | n/a | n/a | 1,160.00 | 2,360 | $3,270.96 | $2,373.08 | $897.88 |
| FAAM0000351 | CMGB | 43,840 | 56,360 | 12,520 | 99.83 | 698.81 | . | 11,821 | $7,112.60 | $6,741.20 | $371.40 |
| FAAM0000407 | MILL | 17,520 | 23,740 | 6,220 | 37.47 | 262.29 | 1,480.00 | 4,478 | $3,694.10 | $2,797.06 | $897.04 |
| FAAM0000505 | SKNC | 51,060 | 59,580 | 8,520 | 100.69 | 704.83 | 1,420.00 | 7,100 | $6,415.65 | $5,454.84 | $961.01 |
| FAAM0000576 | DICF | 37,240 | 42,240 | 5,000 | 181.18 | 1,268.26 | . | 4,295 | $6,204.13 | $5,398.55 | $805.58 |
| FAAM0000730 | MVMR | 17,000 | 19,640 | 2,640 | 31.84 | 222.88 | . | 2,417 | $10,408.42 | $8,150.75 | $2,257.67 |
| FAAM0000740 | ABBV | 17,720 | 20,360 | 2,640 | 34.75 | 243.25 | . | 2,346 | $2,374.21 | $2,346.06 | $28.15 |
| FAAM0000274 | RBFW | 44,220 | 50,200 | 5,980 | 34.75 | 243.25 | . | 5,812 | $2,812.24 | $2,574.94 | $237.30 |
| FAAM0000274 | RBFW | 37,940 | 47,600 | 9,660 | 234.18 | 1,639.26 | . | 10,297 | $5,128.17 | $3,839.86 | $1,288.31 |
| FAAM0000858 | AZST | 50,340 | 56,900 | 6,560 | n/a | 1,155.07 | 1,180.00 | 4,061 | $10,352.11 | $9,245.15 | $1,106.96 |
| FAAM0000904 | ANBP | 10,380 | 11,520 | 1,140 | 165.01 | n/a | . | 8,480 | $7,408.60 | $6,415.53 | $993.07 |
| FAAM0000934 | NWTO | 16,920 | 20,440 | 3,520 | 18.55 | 129.85 | . | 5,405 | $1,810.90 | $1,670.25 | $140.65 |
| FAAM0000946 | DFWG | 17,340 | 26,200 | 8,860 | 30.95 | 216.65 | . | 1,010 | $3,439.14 | $3,298.49 | $178.26 |
| FAAM0000006 | ABBV | 17,600 | 23,560 | 5,960 | 54.33 | 380.31 | . | 3,303 | $7,308.07 | $7,129.81 | $108.21 |
| FAAM0000946 | ABFI | 40,200 | 47,980 | 7,780 | 34.40 | 240.80 | . | 8,480 | $3,443.45 | $3,335.24 | $2,302.66 |
| FAAM0000180 | ABFI | 17,160 | 20,880 | 3,720 | 40.48 | 283.36 | . | 5,719 | $9,651.29 | $7,348.63 | $222.51 |
| FAAM0001093 | CSFN | 16,360 | 22,440 | 6,080 | n/a | 1,718.57 | . | 5,680 | $3,954.25 | $3,731.74 | $1,549.26 |
| FAAM0001106 | JOAS | 47,080 | 57,620 | 10,540 | 245.51 | . | 2,100.00 | 3,437 | $6,615.33 | $5,066.07 | $935.70 |
| FAAM0001135 | ABBV | 39,460 | 49,040 | 9,580 | 100.39 | 702.73 | 1,640.00 | 4,940 | $6,946.85 | $5,946.85 | $383.64 |
| FAAM0001211 | SFWH | 44,640 | 54,980 | 10,340 | n/a | 483.00 | 2,100.00 | 8,821 | $5,815.45 | $5,706.86 | $508.24 |
| FAAM0001259 | OCEN | 43,100 | 48,960 | 5,860 | 69.00 | 531.23 | 1,400.00 | 7,480 | $6,931.57 | $6,547.93 | $723.19 |
| FAAM0001234 | CVSF | 37,880 | 43,100 | 15,200 | 75.89 | 454.30 | . | 9,637 | $6,323.11 | $5,814.87 | $244.29 |
| FAAM0001371 | AFWA | 17,840 | 24,000 | 5,860 | 64.90 | n/a | 1,700.00 | 5,377 | $7,434.37 | $6,711.18 | $326.58 |
| FAAM0001374 | MURM | 17,460 | 22,760 | 6,960 | 104.01 | 728.07 | . | 13,800 | $4,862.52 | $4,618.23 | $1,421.75 |
| FAAM0001388 | MORV | 39,000 | 43,200 | 5,300 | 36.31 | 254.17 | . | 6,429 | $4,731.94 | $4,405.36 | $347.64 |
| FAAM0001409 | HWMB | 39,720 | 46,260 | 4,200 | 68.00 | 728.00 | . | 4,846 | $4,040.51 | $3,628.56 | $117.95 |
| FAAM0001433 | PTFW | 17,060 | 22,180 | 6,540 | 63.33 | 476.00 | . | 2,500 | $8,320.92 | $7,100.35 | $452.55 |
| FAAM0001437 | ANBP | 40,600 | 53,640 | 5,120 | 40.65 | 443.31 | . | 5,812 | $12,917.56 | $12,465.01 | $450.04 |
| FAAM0001463 | WRM | 45,020 | 52,660 | 13,040 | 53.27 | 284.55 | . | 4,866 | $7,281.20 | $6,831.16 | $104.30 |
| FAAM0001624 | GOFW | 17,420 | 24,980 | 7,640 | n/a | 372.89 | . | 12,564 | $3,706.71 | $3,602.41 | $249.20 |
| FAAM0001628 | AFWA | 38,260 | 43,000 | 7,560 | 204.17 | n/a | 2,020.00 | 7,197 | $3,673.55 | $3,424.35 | $1,907.25 |
| FAAM0001766 | CCWF | 42,840 | 56,300 | 4,740 | 125.69 | 1,429.19 | . | 7,275 | $14,177.26 | $12,270.01 | $901.10 |
| FAAM0001807 | AMHV | 40,800 | 52,520 | 13,460 | 55.20 | 879.83 | . | 4,367 | $7,967.23 | $7,866.13 | $452.08 |
| FAAM0001815 | LYCO | 37,400 | 43,000 | 11,720 | 105.00 | 386.40 | . | 11,440 | $3,230.29 | $2,778.21 | $189.30 |
| FAAM0001859 | SVLM | 47,400 | 60,000 | 12,600 | | 735.00 | . | 11,865 | $7,210.47 | $6,817.13 | $393.34 |

| GBL# | SCAC | TARE: Weight | GROSS: Weight | Billed Weight | Gallons | Fuel | Pallet/Other | Corrected Weight | Amount Paid | Amount that Should Have Been Paid | Overpayment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FAAM0001956 | CCWF | 52,660 | 65,380 | 12,720 | 90.30 | 632.10 | | 12,088 | $13,649.01 | $13,170.21 | $478.80 |
| FAAM0001958 | LYCO | 47,820 | 52,440 | 4,620 | 50.71 | 354.97 | | 4,265 | $3,039.29 | $2,834.20 | $205.09 |
| FAAM0001986 | SMVG | 41,680 | 53,320 | 11,640 | n/a | | 2,040.00 | 9,600 | $7,596.84 | $6,556.37 | $1,040.47 |
| FAAM0002010 | SHDW | 17,640 | 29,280 | 11,640 | 61.61 | 431.27 | | 11,209 | $5,723.98 | $5,540.17 | $183.81 |
| FAAM0002025 | URKS | 59,200 | 65,440 | 6,240 | 33.02 | 231.14 | | 6,009 | $11,001.43 | $10,674.43 | $327.00 |
| FAAM0002146 | JMFD | 15,740 | 21,160 | 5,420 | 46.65 | 326.55 | | 5,093 | $3,898.35 | $3,652.14 | $246.21 |
| FAAM0002218 | AMHV | 18,620 | 22,200 | 3,580 | 28.10 | 196.70 | | 3,383 | $1,919.90 | $1,865.05 | $54.85 |
| FAAM0002252 | JMFD | 18,180 | 19,400 | 1,220 | 36.81 | 257.67 | | 962 | $1,519.46 | $1,296.68 | $222.78 |
| FAAM0002349 | ETWV | 17,660 | 23,860 | 6,200 | 63.32 | 443.24 | | 5,757 | $5,376.32 | $5,024.90 | $349.42 |
| FAAM0002363 | SHDW | 17,440 | 24,360 | 6,920 | 53.57 | 374.99 | | 6,545 | $5,898.67 | $5,534.15 | $364.52 |
| FAAM0002495 | CCWF | 39,400 | 41,960 | 2,560 | 65.34 | 457.38 | | 2,103 | $1,888.36 | $1,671.42 | $216.94 |
| FAAM0002731 | SHDW | 49,740 | 54,540 | 4,800 | 104.00 | 728.00 | | 4,072 | $5,518.02 | $4,811.14 | $706.88 |
| FAAM0003091 | SHDW | 14,820 | 21,680 | 6,860 | 37.95 | 265.65 | | 6,594 | $5,163.18 | $4,928.74 | $234.44 |
| FAAM0003799 | HRMO | 45,860 | 49,320 | 3,460 | n/a | | 1,440.00 | 2,020 | $5,177.15 | $3,333.77 | $1,843.38 |
| FAAM0003323 | NWMO | 42,000 | 46,360 | 4,360 | 204.53 | 1,431.71 | | 2,928 | $4,726.40 | $3,439.92 | $1,386.48 |
| FAAM0003326 | HRMO | 40,340 | 46,500 | 6,160 | 91.18 | 638.26 | | 5,522 | $7,983.85 | $7,580.05 | $441.80 |
| FAAM0003373 | EVLI | 19,680 | 24,420 | 4,740 | 38.44 | 269.08 | | 4,471 | $3,955.16 | $3,753.92 | $201.24 |
| FAAM0003479 | KVNL | 18,100 | 21,560 | 3,460 | 67.81 | 474.67 | | 2,985 | $4,547.24 | $4,022.19 | $525.05 |
| FAAM0003490 | BMOV | 19,780 | 25,040 | 5,260 | 50.04 | 350.28 | | 4,910 | $4,862.28 | $4,778.26 | $84.02 |
| FAAM0003581 | CWWM | 21,740 | 23,620 | 1,880 | 76.34 | 534.38 | | 1,346 | $1,598.33 | $1,222.78 | $375.55 |
| FAAM0003563 | CWWM | 40,320 | 49,820 | 9,500 | 195.28 | 1,366.96 | | 8,133 | $7,576.28 | $6,592.87 | $983.41 |
| FAAM0003653 | CWWM | 49,980 | 58,620 | 8,640 | n/a | | | 6,880 | $4,966.12 | $3,318.21 | $1,647.91 |
| FAAM0003653 | CMVQ | 46,660 | 58,160 | 11,500 | 204.17 | 1,429.19 | | 10,071 | $6,940.05 | $6,166.96 | $773.09 |
| FAAM0003760 | WICH | 42,620 | 53,620 | 11,000 | 70.35 | | 2,200.00 | 8,800 | $6,322.20 | $5,544.57 | $777.63 |
| FAAM0003784 | WHRM | 42,020 | 48,780 | 6,760 | 165.75 | 1,160.25 | | 5,600 | $2,656.31 | $2,210.39 | $445.92 |
| FAAM0003821 | ACEK | 17,640 | 26,320 | 8,680 | 63.80 | 446.60 | | 8,233 | $4,990.89 | $4,836.94 | $153.95 |
| FAAM0003947 | AEVA | 38,080 | 43,780 | 5,700 | 198.00 | 1,386.00 | | 4,314 | $3,547.33 | $2,835.35 | $711.98 |
| FAAM0004009 | APTO | 9,600 | 11,080 | 1,480 | 13.26 | 92.82 | | 1,387 | $1,185.74 | $1,126.99 | $58.75 |
| FAAM0004012 | FOGA | 43,120 | 46,320 | 3,200 | 111.41 | 779.87 | | 2,420 | $5,570.67 | $4,269.99 | $1,300.68 |
| FAAM0004199 | ADNM | 9,920 | 11,780 | 1,860 | 14.42 | 100.94 | | 1,759 | $2,550.04 | $2,550.04 | $312.21 |
| FAAM0004211 | SDHR | 44,780 | 55,820 | 11,040 | 166.04 | 1,162.28 | | 9,878 | $9,152.16 | $8,559.24 | $394.55 |
| FAAM0004212 | CWMO | 16,550 | 18,520 | 1,960 | 14.61 | 102.27 | | 1,858 | $2,303.20 | $2,194.91 | $108.29 |
| FAAM0004252 | NAVL | 17,760 | 29,540 | 11,780 | 40.90 | 286.30 | | 11,494 | $8,184.05 | $8,035.69 | $148.36 |
| FAAM0004505 | LYNM | 17,680 | 24,980 | 7,300 | 47.49 | 332.43 | | 6,968 | $3,671.61 | $3,514.01 | $157.60 |
| FAAM0004521 | CYTR | 17,960 | 23,240 | 5,280 | 38.55 | 269.85 | | 5,010 | $5,431.10 | $4,922.37 | $508.73 |
| FAAM0004481 | FOSO | 19,280 | 21,580 | 2,300 | 13.84 | 96.88 | | 2,203 | $3,101.38 | $2,982.46 | $118.92 |
| FAAM0004991 | LYNM | 38,660 | 49,220 | 10,560 | 148.77 | 1,041.39 | | 9,519 | $9,404.92 | $7,860.26 | $1,544.66 |
| FAAM0005002 | LYNM | 47,340 | 63,600 | 16,260 | 59.58 | 417.06 | | 15,843 | $13,655.91 | $13,018.78 | $638.13 |
| FAAM0005007 | LYNM | 16,480 | 18,140 | 1,660 | 19.81 | 138.67 | | 1,521 | $2,702.88 | $2,416.47 | $286.41 |
| FAAM0005015 | LYNM | 41,340 | 60,140 | 18,800 | 134.30 | 940.10 | | 17,860 | $14,664.14 | $12,753.44 | $1,910.70 |
| FAAM0005293 | LYNM | 17,900 | 22,000 | 4,100 | 50.95 | 356.65 | | 3,743 | $5,722.06 | $5,044.29 | $677.77 |
| FAAM0005294 | ETWV | 14,900 | 17,860 | 2,960 | 14.37 | 100.59 | | 2,859 | $2,062.50 | $1,900.27 | $162.23 |
| FAAM0005638 | ALPT | 40,120 | 48,520 | 8,400 | 203.46 | 1,424.22 | | 6,976 | $13,703.23 | $10,566.67 | $3,136.56 |
| FAAM0005571 | SHDW | 17,260 | 25,460 | 8,200 | 64.11 | 448.77 | | 5,726 | $10,041.05 | $6,734.80 | $3,306.25 |
| FAAM0005571 | LYNM | 17,900 | 22,660 | 4,760 | 36.11 | 252.77 | | 4,507 | $4,044.73 | $3,605.64 | $439.09 |
| FAAM0005891 | SUVL | 18,520 | 22,600 | 4,080 | 33.75 | 236.25 | | 3,844 | $7,135.36 | $6,786.21 | $349.15 |
| FAAM0005957 | AADJ | 39,980 | 47,440 | 7,460 | 181.94 | 1,273.58 | | 6,186 | $8,298.75 | $6,729.59 | $1,569.16 |
| FAAM0006600 | HLAD | 26,380 | 29,840 | 3,460 | 54.62 | | 1,160.00 | 2,300 | $3,581.75 | $2,345.28 | $1,236.47 |
| FAAM0006273 | MRGQ | 17,440 | 21,840 | 4,400 | 29.21 | 204.47 | | 4,196 | $4,314.34 | $4,060.56 | $253.78 |
| FAAM0006777 | AMWQ | 21,460 | 24,220 | 2,760 | 19.95 | 139.65 | | 2,620 | $2,830.34 | $2,741.20 | $89.14 |
| FAAM0006424 | MRGQ | 20,220 | 23,600 | 3,380 | 68.95 | 482.65 | | 2,897 | $4,337.46 | $2,046.64 | $253.97 |
| FAAM0006424 | BKFW | 17,200 | 29,400 | 12,200 | 52.86 | 370.02 | | 11,830 | $10,197.14 | $9,924.24 | $272.90 |
| FAAM0006489 | SRSS | 41,980 | 53,740 | 11,760 | 155.43 | 1,088.01 | | 10,672 | $10,439.22 | $9,603.62 | $835.60 |
| FAAM0006987 | CIMG | 17,800 | 21,960 | 4,160 | 38.66 | 270.62 | | 3,889 | $2,418.80 | $2,300.53 | $118.37 |
| FAAM0006989 | CHMG | 17,880 | 20,080 | 2,200 | 35.71 | 249.97 | | 1,950 | $1,607.95 | $1,481.25 | $126.72 |
| FAAM0007069 | WFWD | 25,320 | 30,840 | 5,520 | n/a | | 1,180.00 | 4,340 | $4,547.93 | $3,717.96 | $829.97 |

Weight Inflation by:

| GBL# | SCAC | TARE: Weight | GROSS: Weight | Billed Weight | Gallons | Fuel | Pallet/Other | Corrected Weight | Amount Paid | Amount that Should Have Been Paid | Overpayment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FAAM0007142 | CROV | 55,720 | 66,200 | 10,480 | 185.00 | 1,295.00 | | 9,185 | $10,939.45 | $9,683.29 | $1,256.16 |
| FAAM0007299 | SOUR | 14,520 | 17,220 | 2,700 | 10.23 | 71.61 | | 2,628 | $1,890.75 | $1,787.35 | $103.40 |
| FAAM0007534 | AWHS | 37,860 | 49,380 | 11,520 | 131.69 | 921.83 | | 10,598 | $8,793.00 | $8,116.96 | $676.04 |
| FAAM0007910 | LYNM | 55,040 | 62,660 | 7,620 | n/a | | 980.00 | 6,640 | $9,500.69 | $8,410.54 | $1,090.15 |
| FAAM0007989 | LYNM | 46,680 | 58,320 | 11,640 | 165.36 | 1,157.52 | | 10,482 | $10,335.32 | $9,385.19 | $950.13 |
| FAAM0008071 | AEVA | 17,960 | 27,640 | 9,680 | 52.85 | 369.95 | | 9,310 | $14,185.82 | $13,221.09 | $964.73 |
| FAAM0008155 | BSRW | 24,820 | 25,840 | 1,020 | 13.11 | 92.47 | | 928 | $2,194.30 | $2,182.93 | $11.37 |
| FAAM0008213 | CIMV | 15,940 | 17,760 | 1,820 | 41.75 | 292.25 | | 1,528 | $2,473.11 | $2,144.78 | $328.33 |
| FAAM0008224 | CIMV | 14,200 | 18,460 | 4,260 | 35.29 | 247.03 | | 4,013 | $3,044.72 | $2,445.13 | $599.59 |
| FAAM0008265 | SOUR | 39,540 | 49,100 | 9,560 | 176.33 | 1,234.31 | | 8,326 | $4,753.27 | $4,236.14 | $517.13 |
| FAAM0008351 | NDWM | 14,280 | 15,860 | 1,580 | 35.80 | 250.60 | | 1,329 | $2,144.61 | $1,894.15 | $250.46 |
| FAAM0008426 | MGRW | 22,780 | 25,440 | 2,660 | 72.94 | 510.58 | | 2,149 | $2,063.32 | $1,782.70 | $280.62 |
| FAAM0008463 | CMWM | 17,240 | 20,740 | 3,500 | | | 800.00 | 2,700 | $3,368.84 | $2,750.55 | $618.29 |
| FAAM0008479 | GUFD | 52,040 | 52,040 | 6,780 | 148.27 | 1,037.89 | | 5,742 | $5,125.81 | $4,409.78 | $716.03 |
| FAAM0008493 | IDLQ | 21,760 | 21,760 | 2,560 | 39.93 | 279.51 | | 2,280 | $2,500.31 | $2,301.96 | $198.35 |
| FAAM0008511 | WIIM | 39,640 | 43,100 | 6,940 | 50.77 | 355.39 | | 3,105 | $5,668.04 | $5,277.80 | $390.24 |
| FAAM0008613 | MDVH | 39,780 | 44,380 | 3,460 | 192.22 | 1,345.54 | | 3,254 | $5,465.74 | $5,202.98 | $262.76 |
| FAAM0008673 | ANBP | 21,220 | 23,440 | 2,220 | 40.39 | 282.73 | | 1,937 | $3,578.15 | $3,188.01 | $390.14 |
| FAAM0008769 | LACM | 17,400 | 18,920 | 1,520 | 60.27 | 421.89 | | 1,098 | $2,661.22 | $1,946.86 | $714.36 |
| FAAM0008770 | CVTI | 17,120 | 21,120 | 4,000 | 48.97 | 342.79 | | 3,657 | $4,166.64 | $3,819.11 | $347.53 |
| FAAM0008798 | CVTI | 19,140 | 19,180 | 2,180 | 28.93 | 146.51 | | 2,033 | $1,729.75 | $1,652.92 | $76.83 |
| FAAM0008799 | CVTI | 22,520 | 25,200 | 2,700 | 48.95 | 342.65 | | 2,357 | $3,230.13 | $2,910.96 | $319.17 |
| FAAM0008814 | SMVQ | 19,340 | 21,220 | 1,880 | 30.39 | 212.73 | | 1,771 | $2,814.43 | $2,425.01 | $389.42 |
| FAAM0008825 | ETWV | 39,600 | 46,620 | 7,020 | 192.22 | 1,345.54 | | 5,674 | $56,482.39 | $55,591.80 | $889.59 |
| FAAM0008831 | AMWM | 42,140 | 60,740 | 18,600 | 126.16 | 883.12 | | 17,717 | $10,256.91 | $9,696.17 | $560.74 |
| FAAM0008939 | AVSH | 17,940 | 20,020 | 2,080 | 68.41 | 478.87 | | 1,601 | $2,611.91 | $2,498.73 | $113.18 |
| FAAM0008950 | AMWM | 18,700 | 20,780 | 2,080 | 29.85 | 208.95 | | 1,871 | $4,830.41 | $4,427.98 | $402.43 |
| FAAM0008959 | OMSL | 17,880 | 21,800 | 3,920 | 41.60 | 291.20 | | 3,629 | $3,949.22 | $3,699.82 | $249.40 |
| FAAM0008985 | CQVL | 18,360 | 23,880 | 5,880 | 52.74 | 369.18 | | 5,611 | $5,783.27 | $5,560.58 | $222.69 |
| FAAM0009061 | CVTI | 18,260 | 24,820 | 6,460 | 58.06 | 406.42 | | 6,405 | $5,696.15 | $5,390.21 | $305.94 |
| FAAM0009166 | CQVL | 18,220 | 20,780 | 2,520 | 50.00 | 350.00 | | 2,170 | $2,480.57 | $2,217.97 | $262.60 |
| FAAM0009170 | MTNS | 18,560 | 23,740 | 5,520 | 62.02 | 434.14 | | 5,086 | $4,626.49 | $4,359.37 | $267.12 |
| FAAM0009636 | AMKW | 16,180 | 24,760 | 6,200 | 38.12 | 266.84 | | 5,933 | $56,247.85 | $55,952.99 | $294.86 |
| FAAM0009662 | CQVL | 17,660 | 21,960 | 5,780 | 15.00 | 105.00 | | 5,675 | $7,386.10 | $7,228.89 | $157.21 |
| FAAM0009687 | CQVL | 17,200 | 20,560 | 2,900 | 25.37 | 177.59 | | 2,722 | $3,590.36 | $3,410.36 | $180.00 |
| FAAM0009809 | UXII | 12,040 | 20,280 | 3,080 | 44.20 | 309.40 | | 2,771 | $2,571.42 | $2,393.38 | $178.04 |
| FAAM0009865 | NWSI | 19,180 | 14,300 | 2,260 | 31.27 | 218.89 | | 2,041 | $5,294.46 | $5,149.13 | $145.33 |
| FAAM0010030 | ETWV | 25,480 | 25,480 | 6,300 | 32.51 | 227.57 | | 6,072 | $33,942.76 | $33,618.80 | $323.96 |
| FAAM0010300 | ADYF | 18,040 | 22,720 | 4,680 | 50.52 | 353.64 | | 4,326 | $56,775.65 | $56,304.86 | $470.79 |
| FAAM0010423 | AATF | 40,500 | 48,360 | 7,860 | 201.25 | 1,408.75 | | 6,451 | $7,941.24 | $6,657.15 | $1,284.09 |
| FAAM00010589 | FCVL | 17,200 | 25,540 | 8,340 | 30.01 | 210.07 | | 8,130 | $59,031.49 | $58,808.44 | $223.05 |
| FAAM00010598 | SHDW | 18,480 | 20,600 | 2,120 | 50.01 | 350.07 | | 2,005 | $3,751.60 | $3,606.46 | $145.14 |
| FAAM00011960 | SHDW | 14,820 | 17,080 | 3,060 | 16.49 | 115.43 | | 2,865 | $3,683.99 | $3,504.58 | $179.41 |
| FAAC0000169 | PVLQ | 18,580 | 22,400 | 3,820 | 27.90 | 195.30 | 1,840.00 | 1,980 | $4,171.65 | $2,477.35 | $1,694.30 |
| FAAC00002275 | RBFW | 17,460 | 24,980 | 7,520 | n/a | | 350.00 | 7,170 | $4,238.11 | $3,960.01 | $278.10 |
| FAAC00008482 | LYNM | 17,540 | 17,540 | 2,820 | 50.02 | 350.14 | | 2,592 | $2,241.25 | $2,084.34 | $159.91 |
| FAAC00000968 | AXTO | 17,860 | 24,100 | 6,240 | 32.53 | 227.71 | 1,460.00 | 4,553 | $3,817.45 | $2,903.95 | $913.50 |
| FAAC00001041 | LYNM | 17,180 | 25,720 | 8,540 | 32.48 | 227.36 | 1,700.00 | 6,585 | $10,771.09 | $8,610.75 | $2,160.34 |
| FAAT0004044 | FOGA | 25,800 | 25,800 | 1,460 | 36.42 | 254.94 | | 1,135 | $1,770.99 | $1,449.65 | $321.34 |
| FAAT0004527 | AFWA | 23,120 | 23,120 | 2,940 | 46.37 | 324.59 | | 2,704 | $2,915.64 | $2,755.66 | $159.98 |
| FAAT0008621 | OMG | 26,380 | 27,980 | 1,600 | 33.73 | 236.11 | | 1,250 | $1,607.76 | $1,308.59 | $299.17 |
| FAAT0012123 | LYNM | 51,080 | 55,720 | 4,640 | 50.01 | 350.07 | | 3,750 | $4,066.79 | $3,405.59 | $661.20 |
| FAAT0011521 | LYNM | 18,280 | 19,900 | 1,620 | 127.13 | 889.91 | | 1,195 | $3,234.57 | $2,694.04 | $540.53 |
| FAAT0013... | SHDW | 17,240 | 26,500 | 9,260 | 60.72 | 425.04 | | 8,962 | $56,780.75 | $56,231.44 | $549.31 |
| FAAT0015521 | ETWV | 18,440 | 26,260 | 7,820 | 42.64 | 298.48 | | 7,639 | $4,269.32 | $4,179.64 | $89.68 |
| FAAT0018290 | SHDW | 42,360 | 54,980 | 12,620 | 140.76 | 985.32 | | 11,635 | $10,831.25 | $8,850.30 | $1,980.95 |

| GBL # | SCAC | TARE Weight | GROSS Weight | Billed Weight | Gallons | Fuel | Pallet/Other | Corrected Weight | Amount Paid | Amount that Should Have Been Paid | Overpayment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HAAEC0002403 | LYNM | | 39,500 | 44,420 | 4,920 | 84.99 | 594.93 | | 4,325 | $5,678.55 | $5,079.25 | $599.30 |
| HAFC0074632 | AZMC | | 43,020 | 46,940 | 3,920 | 200.08 | 1,400.56 | | 2,519 | $5,640.21 | $3,994.51 | $1,645.70 |
| HAFC0094834 | LYNM | | 41,420 | 56,260 | 14,840 | 119.55 | 836.85 | | 14,003 | $11,172.62 | $10,943.60 | $229.02 |
| HBAT0012253 | CTYR | | 41,840 | 49,520 | 7,680 | 196.44 | 1,375.08 | | 6,305 | $7,404.46 | $6,192.34 | $1,212.12 |
| JY091864 | LYNM | | 39,140 | 47,680 | 8,540 | 70.61 | 494.27 | | 8,046 | $6,005.62 | $5,657.82 | $347.80 |
| JY096402 | SHDW | | 41,600 | 46,020 | 4,420 | 120.17 | 841.19 | | 3,579 | $4,211.67 | $4,071.46 | $140.21 |
| JY097166 | BWTD | | 17,320 | 20,340 | 3,020 | 67.73 | 474.11 | | 2,546 | $2,732.64 | $2,450.70 | $281.94 |
| JY119105 | LYNM | | 17,980 | 25,020 | 7,040 | 52.00 | 364.00 | | 6,676 | $9,329.84 | $8,951.07 | $378.77 |
| JY216817 | SHDW | | 18,460 | 22,860 | 4,400 | 37.48 | 262.36 | | 4,138 | $4,841.24 | $4,488.69 | $352.55 |
| JY-280011 | SHDW | | 15,880 | 20,940 | 5,060 | 30.72 | 215.04 | | 4,845 | $5,088.88 | $4,888.04 | $200.84 |
| JY-280012 | SHDW | | 14,200 | 18,480 | 4,280 | 24.58 | 172.06 | | 4,108 | $4,266.45 | $4,197.42 | $69.03 |
| KKFA0030346 | LYNM | | 40,140 | 47,880 | 7,740 | 100.02 | 700.14 | | 7,040 | $6,595.58 | $6,103.54 | $492.04 |
| KKFA0032015 | AZMC | | 43,200 | 50,580 | 7,380 | 50.37 | 352.59 | | 7,027 | $5,537.54 | $5,201.51 | $160.44 |
| KKFA0074170 | LYNM | | 42,100 | 52,900 | 10,800 | 121.27 | 848.89 | | 9,951 | $12,576.39 | $11,586.14 | $990.25 |
| KKFA0129072 | NVNL | | 18,600 | 24,840 | 6,240 | 59.30 | 415.10 | | 5,825 | $6,355.85 | $5,999.35 | $356.50 |
| KOAT0004871 | LYNM | | 51,380 | 57,680 | 6,300 | 96.99 | 678.93 | | 5,621 | $4,720.23 | $4,318.78 | $401.45 |
| KPAT0005318 | LYNM | | 43,140 | 58,600 | 15,460 | 162.63 | 1,138.41 | | 14,322 | $10,282.17 | $9,665.99 | $616.18 |
| ZK-554162 | ETWV | | 17,860 | 22,880 | 5,020 | 53.03 | 371.21 | | 4,649 | $5,040.00 | $4,508.37 | $531.63 |
| ZK-676924 | MPUS | | 20,960 | 25,260 | 4,300 | 49.65 | 347.55 | | 3,952 | $5,923.87 | $5,382.09 | $541.78 |
| ZK-676985 | GPPI | | 41,200 | 47,820 | 6,620 | 222.76 | 1,559.32 | | 5,061 | $8,193.63 | $5,823.63 | $2,370.00 |
| ZK-677208 | ABFA | | 41,840 | 48,760 | 6,920 | n/a | | 1,680.00 | 5,240 | $15,731.94 | $12,321.44 | $3,410.50 |
| ZK-677767 | SHDW | | 18,480 | 22,560 | 4,080 | n/a | | 640.00 | 3,440 | $4,650.75 | $4,585.52 | $65.23 |
| ZK-677815 | ETWV | | 17,460 | 27,360 | 9,900 | 51.78 | 362.46 | | 9,538 | $7,216.59 | $6,943.89 | $272.70 |
| ZK-677861 | ETWV | | 14,240 | 17,460 | 3,220 | 25.08 | 175.56 | | 3,044 | $5,537.54 | $5,314.93 | $222.61 |
| ZK-678039 | MPUS | | 18,180 | 30,580 | 12,400 | n/a | | 580.00 | 11,820 | $8,702.62 | $8,469.99 | $232.63 |
| ZK-678116 | ETWV | | 23,700 | 26,840 | 3,140 | 54.80 | 383.60 | | 2,756 | $3,932.14 | $3,565.91 | $366.23 |
| ZK-678253 | FDTA | | 48,600 | 55,160 | 6,560 | 131.07 | 917.49 | | 5,643 | $6,947.50 | $6,151.59 | $795.51 |
| ZK-678584 | LYNM | | 17,180 | 22,040 | 4,960 | 31.51 | 220.57 | | 4,739 | $4,282.22 | $4,150.57 | $131.65 |
| ZK-678644 | ETWV | | 40,120 | 46,760 | 6,640 | n/a | | 1,700.00 | 4,940 | $7,837.56 | $6,187.48 | $1,650.08 |
| ZK-678833 | SHDW | | 39,460 | 52,240 | 12,780 | 58.00 | 406.00 | | 12,374 | $9,921.95 | $9,701.09 | $220.86 |
| ZK-678954 | SHDW | | 18,440 | 21,860 | 3,420 | 67.51 | 472.57 | | 2,947 | $11,897.03 | $11,506.51 | $390.52 |
| ZK-679611 | LYNM | | 37,840 | 42,760 | 4,920 | 79.93 | 559.51 | | 4,360 | $3,506.19 | $3,203.97 | $302.22 |
| ZK-743411 | SHDW | | 18,060 | 26,320 | 8,260 | 37.57 | 262.99 | | 7,997 | $5,839.00 | $5,639.21 | $199.79 |
| ZK-743513 | SHDW | | 46,500 | 57,700 | 11,200 | 115.07 | 805.49 | | 10,395 | $24,991.36 | $23,418.02 | $1,573.34 |
| ZK-744591 | ANFI | | 37,380 | 56,000 | 18,620 | 184.49 | 1,291.43 | | 17,329 | $26,463.65 | $24,789.74 | $1,673.91 |
| ZK-912078 | ETWV | | 23,920 | 26,820 | 2,900 | 45.79 | 320.53 | | 2,579 | $2,005.60 | $1,742.33 | $263.27 |
| ZK-980865 | ETWV | | 18,060 | 20,260 | 2,220 | 43.96 | 307.72 | | 1,892 | $2,649.08 | $2,412.44 | $236.64 |
| ZK-988425 | SHDW | | 41,900 | 46,920 | 5,020 | 111.23 | 778.61 | | 4,241 | $7,251.41 | $6,136.40 | $1,114.01 |
| ZK-990165 | SHDW | | 19,180 | 21,880 | 2,700 | 49.14 | 343.98 | | 2,356 | $3,415.91 | $3,313.67 | $102.51 |
| ZY-105670 | AAMY | | 9,460 | 11,000 | 1,540 | n/a | | 980.00 | 560 | $4,260.55 | $1,713.13 | $2,547.42 |
| | | | | | | | | TOTAL | $1,263,504.57 | $1,131,091.31 | $132,413.26 |

# EXHIBIT

# N

| BILL OF LADING | | PRIVATELY OWNED PERSONAL PROPERT | | | | B/L NO.  FAAQ0000548 |
|---|---|---|---|---|---|---|

| 1. TRANSPORTATION COMPANY (& AGENT) TENDERED TO | APEX TRANSPORTATION SYSTEMS | | 2. SCAC AXTO | 3. SERVICE CODE D | 4. SHIPMENT NO. 1 / 2 | 5. DATE B/L PRINTED 20110317 |
|---|---|---|---|---|---|---|

| 6. REQUESTED PACKING DATE 20110321 | 7. REQUESTED PICKUP DATE 20110322 | 8. REQUIRED DELIVERY DATE 20110406 | 9. PRIVACY ACT DATA (5 USC 552a) THIS FORM SERVES AS A PROCUREMENT, ACCOUNTABILITY AND PAYMENT FORM IN THE SHIPMENT OF PRIVATELY OWNED PERSONAL PROPERTY FOR THE ACCOUNT OF THE U.S. INFORMATION THEREON MAY BE USED TO PREPARE RELATED COSUMENTS OR COLLECT EXCESS COSTS. DISCLOSURE OF INFORMATION IS VOLUNTARY BUT ITS ABSENCE MAY PRECLUDE SHIPMENT OR PROPERTY. | 10. PROPERTY OWNER's NAME, SOCIAL SECURITY NO., RANK AND PAY GRADE ███████████████████████████ |
|---|---|---|---|---|

| 13. EXTRA PICKUP/DELIVERY (Complete address) SERVICE NOT APPLICABLE | | 11. AUTHORITY FOR SHIPMENT (Order No. par. No., HQ) 035-08 DA, USASOM, V A BEACH, V A 23459 | 12. DATE OF ORDER 20110204 |
|---|---|---|---|

| | 14. DEPARTMENT/AGENCY United States Army | 15. TRANSPORTATION CONTROL NO. |
|---|---|---|

| 16. RECEIVED BY THE TRANSPORTATION COMPANY NAMED ABOVE, THE PROPERTY HEREINAFTER DESCRIBED, IN APPARENT GOOD ORDER AND CONDITION (CONTENTS AND VALUE UNKNOWN), TO BE FORWARDED TO DESTINATION BY THE SAID COMPANY AND CONNECTING LINES, THERE TO BE DELIVERED IN LIKE GOOD ORDER AND CONDITION TO SAID CONSIGNEE, THIS BILL OF LADING IS GOVERNED BY THE REGULATIONS RELATING THERETO AS PUBLISHED IN TITLE 41, PART 102-118 OF THE CODE OF FEDERAL REGULATIONS.  TERMS AND CONDITIONS ARE ALSO CONTAINED IN THE TENDER OF SERVICE. | 17. FULL NAME OF SHIPPER BLUE GRASS ARMY DEPOT, KY |
|---|---|

| 18. CONSIGNEE (Name and destination delivery address) (See block 13.) ████████████████████████ | 19. FROM (Complete address of point of pickup) (See block 13.) ████████████████████ |
|---|---|

| 20. RESPONSIBLE DESTINATION INSTALLATION/OFFICE JPPSO-DET 2 (NE), CHELMSFORD, MASS JPPSO-DET 2 (NORTHEAST) 100 APOLLO DRIVE CHELMSFORD, MA 01824 7813777627 7813777606 | GBLOC: AGFM | 21. BILL CHARGES TO (DEPT./AGCY., BUR., OFF., AND COMPLETE MAILING ADDRESS) US Bank PowerTrack Minneapolis, MN 800-417-1844 PowerTrack@usbank.com |
|---|---|---|

| 22. VIA (Names of interlining carriers) | 23. FOR CARRIER USE ONLY-WAYBILL/FREIGHT BILL NO. | 24. APPROPRIATION CHARGEABLE DI: 21 SAC: 2BE1 MDC: 2BE1 |
|---|---|---|

| 25. REMARKS (Special services, use reverse) Personally Procured Move |
|---|

| 26. PACKAGES | | 27. DESCRIPTION OF SHIPMENT (Specify) * | 28. WEIGHT † 6240 | FOR USE OF DESTINATION CARRIER ONLY | | |
|---|---|---|---|---|---|---|
| NO. | KIND | | | | | |
| 1 | LOT | Household Goods. Containers: 0 Shipment is released at full replacement protection of $4.00 times the net weight in pounds of the shipment or $5,000, whichever is greater. | GROSS 24100 | SERVICES | 29. RATE | 30. CHARGES |
| | | | | LINE-HAUL TRANSPORTATION | | |
| | | | TARE 17860 | PACKING/ UNPACKING | ████ | |
| | | | NET 6240 | OTHER/ACCESS-ORIAL SERVICES | | |
| | | | † INCLUDES PROFESSIONAL BOOKS, PAPERS, AND EQUIPMENT WEIGHING none | | TOTAL | |

| * ISSUED AT LOWEST VALUATION CITED IN APPROPRIATE LENDER OR TARIFF UNLESS OTHERWISE STATED HEREIN. | B/L NO.  FAAQ0000548 | 31. TARIFF OR SPECIAL RATE AUTHORITIES 400NG-2010 68 % |
|---|---|---|

| CERTIFICATE FOR RECEIPT OF SHIPMENT AND ORIGINAL BILL OF LADING | 32a. ISSUING OFFICER (Name and title) | |
|---|---|---|

| 33a. NAME OF TRANSPORTATION COMPANY (Agent Name) APEX TRANSPORTATION SYSTEMS | 33b. DATE OF RECEIPT OF SHIPMENT 20110322 | 32b. ISSUING OFFICE (name and complete address) BLUE GRASS ARMY DEPOT, KY 431 Battlefield Memorial Hwy, Bldg 15 RICHMOND, KY 40475 | GBLOC: FAAQ |
|---|---|---|---|

| 33c. SIGNATURE OF AGENT/DRIVER *Shadowens M S* | 33d. PER *M Moran* | 34. FOR USE OF PAYING OFFICER (Does not affect carrier charges.) | |
|---|---|---|---|
| | | [ ] UNAUTHORIZED ITEMS | [ ] EXCESS DISTANCE | [*] OTHER (Explain under remarks.) |
| | | [ ] EXCESS VALUATION | [ ] EXCESS WEIGHT | |

| CERTIFICATE OF CARRIER BILLING FOR CHARGES - CONSIGNEE MUST NOT PAY ANY CHARGES ON THIS SHIPMENT |
|---|

| 35a. ON (Date) | 35b. AT (Actual delivery point) ‡ | 35c. THE (Name of delivering carrier) |
|---|---|---|

| 35d. DELIVERED THIS CONSIGNMENT TO | [ ] STORAGE IN TRANSIT | [ ] RESIDENCE | 35e. COMPLETE AND IN APPARENT GOOD ORDER EXCEPT AS MAY BE INDICATED HEREAFTER. | [ ] SHORTAGE | [ ] DAMAGE | [ ] CARRIER OS&D REPORT ATTACHED |
|---|---|---|---|---|---|---|
| 35f. NAME OF DESTINATION CARRIER (Carrier authorized to bill charges) | | | 35g. SIGNATURE OF CARRIER'S AUTHORIZED AGENT | | | |

‡ CARRIER TO EXECUTE AND ATTACH CERTIFICATE OF STORAGE AND LIABILITY FOR SHIPMENT PLACED IN STORAGE IN TRANSIT.

# EXHIBIT

# O



**76063008**
TICKET NUMBER

**CAT SCALE**

### CERTIFIED AUTOMATED TRUCK SCALE

CAT SCALE COMPANY
P.O. BOX 630
WALCOTT, IA 52773
(563) 284-6263
www.catscale.com

**CAT SCALE COLLECTOR CARD INSIDE!**

#### THE CAT SCALE GUARANTEE

The CAT Scale Company guarantees that our scales will give an accurate weight. What makes us different from other scale companies is that we back up our guarantee with cash.©

**WEIGH WHAT WE SAY OR WE PAY®**

If you get an overweight fine from the state AFTER one of our CAT Scales showed a legal weight, we will immediately check our scale and we will:
(1) Reimburse you for the cost of the overweight fine if our scale is wrong, OR
(2) A representative of CAT Scale Company will appear in court WITH the driver as an expert witness if we believe our scale was correct.

IF YOU SHOULD GET AN OVERWEIGHT FINE, YOU SHOULD DO THE FOLLOWING TO GET THE PROBLEM RESOLVED:
1) Post bond and request a court date.
2) Call CAT Scale Company direct 24 hours a day at 1-877-CAT-SCALE (Toll Free).
3) IMMEDIATELY send a copy of the citation, CAT Scale Ticket, your name, company, address, and phone number to CAT Scale Company Attn: Guarantee Department.

* The four weights shown below are separate weights. The GROSS WEIGHT is the CERTIFIED WEIGHT and was weighed on a full length platform scale. All weights are guaranteed by CAT Scale.

DATE:      3-2?-2011

SCALE      411
LOCATION:  PILOT
           I 65 EXIT 121
           SHEPHERDSVILLE KY

STEER AXLE      7580  lb
DRIVE AXLE     10280  lb
TRAILER AXLE      90  lb
* GROSS WEIGHT  17860  lb

← 07:07

This is to certify that the following described merchandise was weighed, counted, or measured by a public or deputy weighmaster, and when properly signed and sealed shall be prima facia evidence of the accuracy of the weight shown as prescribed by law.

IMPRINT SEAL HERE
(IF APPLICABLE)

PUBLIC WEIGHMASTER'S CERTIFICATE OF WEIGHT & MEASURE

LIVESTOCK, PRODUCE, PROPERTY, COMMODITY, OR ARTICLE WEIGHED
LYNN MOVING

FREIGHT ALL KINDS
061        0

WEIGH NUMBER
3008

COMPANY

FEE    9.50

WEIGHMASTER OR WEIGHER SIGNATURE

TRACTOR #        TRAILER #

FULL WEIGH TICKET # (IF REWEIGH)

USTOMER COPY      DRIVER IN TRUCK UNLESS CHECKED HERE: ___      © CAT Scale® Reg 3037 01/11

---

**76063106**
TICKET NUMBER

**CAT SCALE**

### CERTIFIED AUTOMATED TRUCK SCALE

CAT SCALE COMPANY
P.O. BOX 630
WALCOTT, IA 52773
(563) 284-6263
www.catscale.com

**CAT SCALE COLLECTOR CARD INSIDE!**

#### THE CAT SCALE GUARANTEE

The CAT Scale Company guarantees that our scales will give an accurate weight. What makes us different from other scale companies is that we back up our guarantee with cash.©

**WEIGH WHAT WE SAY OR WE PAY®**

If you get an overweight fine from the state AFTER one of our CAT Scales showed a legal weight, we will immediately check our scale and we will:
(1) Reimburse you for the cost of the overweight fine if our scale is wrong, OR
(2) A representative of CAT Scale Company will appear in court WITH the driver as an expert witness if we believe our scale was correct.

IF YOU SHOULD GET AN OVERWEIGHT FINE, YOU SHOULD DO THE FOLLOWING TO GET THE PROBLEM RESOLVED:
1) Post bond and request a court date.
2) Call CAT Scale Company direct 24 hours a day at 1-877-CAT-SCALE (Toll Free).
3) IMMEDIATELY send a copy of the citation, CAT Scale Ticket, your name, company, address, and phone number to CAT Scale Company Attn: Guarantee Department.

* The four weights shown below are separate weights. The GROSS WEIGHT is the CERTIFIED WEIGHT and was weighed on a full length platform scale. All weights are guaranteed by CAT Scale.

DATE:      3-22-2011

SCALE      411
LOCATION:  PILOT
           I 65 EXIT 121
           SHEPHERDSVILLE KY

STEER AXLE      9780  lb
DRIVE AXLE     14320  lb
TRAILER AXLE      00  lb
* GROSS WEIGHT  24100  lb

← 15:21

PUBLIC WEIGHMASTER'S CERTIFICATE OF WEIGHT & MEASURE

This is to certify that the following described merchandise was weighed, counted, or measured by a public or deputy weighmaster, and when properly signed and sealed shall be prima facia evidence of the accuracy of the weight shown as prescribed by law.

IMPRINT SEAL HERE
(IF APPLICABLE)

LIVESTOCK, PRODUCE, PROPERTY, COMMODITY, OR ARTICLE WEIGHED
LYNN MOVING

FREIGHT ALL KINDS
061        0

WEIGH NUMBER
3099

COMPANY

FEE    1.00

WEIGHMASTER OR WEIGHER SIGNATURE

TRACTOR #        TRAILER #

FULL WEIGH TICKET # (IF REWEIGH)    76063099

USTOMER COPY      DRIVER IN TRUCK UNLESS CHECKED HERE: ___      © CAT Scale® Reg 3037 01/11

# EXHIBIT

# P

| CAT# | Print Date | Print Time | Ticket # | Original Ticket# (if reweigh) | Gross Weight | Units of Measure | Truck Number | Company Name | Trailer Number |
|------|-----------|-----------|----------|-------------------------------|--------------|------------------|--------------|--------------|----------------|
| 411 | 3/21/2011 | 707 | 76063008 | 0 | 17860 | lb | 061 | LYNN MOVING | 0 |
| 411 | 3/22/2011 | 1444 | 76063099 | 0 | 22640 | lb | 061 | LYNN MOVING | 0 |
| 411 | 3/22/2011 | 1521 | 76063106 | 76063099 | 24100 | lb | 061 | LYNN MOVING | 0 |

# EXHIBIT

# Q

| DATE | 03/21/2011 | | | | | | |
|------|-----------|--|--|--|--|--|--|

| Sum of FUEL_AMT | | | | | | | | |
|------|------|---------|---------|----------|--------------|------|-----------|----------|
| UNIT | TIME | TS_NAME | TS_CITY | TS_STATE | DRIVER | CARD | FUEL_GALS | Total |
| 61 | 07:18:08E | PILOT 356 | BROOKS | KY | BRANDENBURG □ | 230 | 32.48 | $126.65 |
| Grand Total | | | | | | | | $126.65 |

# EXHIBIT

# R

# HOUSEHOLD GOODS DESCRIPTIVE INVENTORY

**CONTRACTOR OR CARRIER**

**LYNN MOVING & STORAGE, INC.**

PAGE NO. _____ NO. OF PAGES _____

AGENT _Shadowens Mvt_

CARRIER'S REFERENCE NO. _M111111_

OWNER'S GRADE OR RATING AND NAME _____

CONTRACT OR GBL. NO. _FAAG0000 548_

ORIGIN-LOADING ADDRESS _____

GOVT. SERVICE ORDER NO. _____

DESTINATION _____

VAN NUMBER _____

**DESCRIPTIVE SYMBOLS**

BW - BLACK & WHITE TV
C - COLOR TV
CP - CARRIER PACKED
PBO - PACKED BY OWNER
CD - CARRIER DISASSEMBLED
DBO - DISASSEMBLED BY OWNER
PB - PROFESSIONAL BOOKS
PE - PROFESSIONAL EQUIPMENT
PP - PROFESSIONAL PAPERS
MCU - MECHANICAL CONDITION UNKNOWN

**EXCEPTION SYMBOLS**

BE - BENT
BR - BROKEN
BU - BURNED
CH - CHIPPED
CU - CONTENTS & CONDITIONS UNKNOWN
D - DENTED
F - FADED
G - GOUGED
L - LOOSE
M - MARRED
MI - MILDEW
MO - MOTH EATEN
R - RUBBED
RU - RUSTED
SC - SCRATCHED
SH - SHORT
SO - SOILED
T - TORN
W - BADLY WORN
Z - CRACKED

**LOCATION SYMBOLS**

1. ARM
2. BOTTOM
3. CORNER
4. FRONT
5. LEFT
6. LEG
7. REAR
8. RIGHT
9. SIDE
10. TOP
11. VENEER
12. EDGE
13. CENTER
14. INSIDE
15. SEAT
16. DRAWER
17. DOOR
18. OUTSIDE

NOTE: THE OMISSION OF THESE SYMBOLS INDICATES GOOD CONDITION EXCEPT FOR NORMAL WEAR

| ITEM NO. | CR. REF. | ARTICLES | CONDITION AT ORIGIN | EXCEPTIONS (IF ANY) AT DESTINATION |
|---|---|---|---|---|
| 01 | WCL | Wdrobe ct cp SMK | Clothes | |
| 2 | WCL | 3 Drawer tote | SC's,R's,SO's on all 10's, 9's 4's,12's Maron 16's | |
| 3 | WCL | Dresser Black | 10's,SO's,SC's,R's/10's,ST's/ 4's,SC's,R's,SO's | Kolosa Signed Inventory @ origin |
| 4 | WCL | | 16's mcu /16's SC's,R's,SO's/16's M's,8's | |
| 05 | WCL | | R's SO's/ 9's, SC's,R's,SO's/ 12's; 8's,R's,SO's | |
| 6 | WCL | | 12's, D's/ 12's, 3's, D's | |
| 7 | WCL | 1.5 ct cp SMK | Books | |
| 8 | WCL | 1.5 ct cp SMK | Pictures | |
| 9 | WCL | 1.5 ct cp SMK | Books | |
| 10 | WCL | 1.5 ct cp SMK | Books | |
| 1 | WCL | 1.5 ct cp SMK | Books | |
| 2 | WCL | Book case | SC's,R's,SO's, on all 10's,12's, 7's, 4's, 9's | |
| 3 | WCL | | Back Board L's/ 12's, D's/ 12's, CH's/ | |
| 4 | WCL | | D's on all 10's,12's, 7's, 4's 9's/ Shelfs ST's/ | |
| 15 | WCL | TV cabnet MBR | SC's,R's,SO's on all 10,12's, 7's 4's 9's/ 17's | |
| 6 | WCL | | mcu/ 17's, RR/ D's on all 10's,12's, 7's,4's | |
| 7 | WCL | | 9's/ 14's, SC's,R's,SO's/ 14's, D's, CH's/ | |
| 8 | WCL | | 17's, CH's/ 6's, SO's,SC's,R's/ 6's, D's, CH's | |
| 9 | WCL | night stand (2nd) | SC's,R's,SO's on all 10's,12's, 7's 6's,9's/ | |
| 20 | WCL | | L's on Both/ 9's mcu/ 17's, SC's,R's,SO's | |
| 1 | WCL | Coat hanger | SC's,R's,SO's, on all 10's,12's, 7's, L's, 9's | |
| 2 | WCL | | Very L's/ 12's, CH's, 12's, 16's | |
| 3 | WCL | 1.5 ct cp (org ct) SMK | Sewing Machine Minolt-2600i | |
| 4 | WCL | 4.5 ct cp SMK | Shoes & Bedding | |
| 25 | WCL | 4.5 ct cp SMK | Bedding & Pillows | |
| 6 | WCL | 4.5 ct cp SMK | Bedding | |
| 7 | WCL | 4.5 ct cp SMK | Clothes | |
| 8 | WCL | 4.5 ct cp SMK | Clothes | |
| 9 | WCL | 4.5 ct cp SMK | Clothes | |
| 30 | WCL | 4.5 ct cp SMK | (2) tote & Shoes | |

**ITEM NO.** REMARKS/EXCEPTIONS

"WE HAVE CHECKED ALL THE ITEMS LISTED AND NUMBERED 1 TO _____ INCLUSIVE AND ACKNOWLEDGE THAT THIS IS A TRUE AND COMPLETE LIST OF THE GOODS TENDERED AND OF THE STATE OF THE GOODS RECEIVED"

**WARNING** ➤ BEFORE SIGNING CHECK SHIPMENT, COUNT ITEMS AND DESCRIBE LOSS OR DAMAGE IN SPACE ON THE RIGHT ABOVE.

TAPE LOT NO. _D09822_  TAPE COLOR _ORG_

NOS. FROM _1_  THRU _30_

| | | DATE | | | DATE |
|---|---|---|---|---|---|
| AT ORIGIN | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) (SIGNATURE) | Mar 21, 2011 | AT DESTI-NATION | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) | 3-27-11 |
| | OWNER OR AUTHORIZED AGENT | Mar 21, 2011 | | OWNER OR AUTHORIZED AGENT | 3/27/11 |

**HOUSEHOLD GOODS DESCRIPTIVE INVENTORY**

CONTRACTOR OR CARRIER

# LYNN MOVING & STORAGE, INC.

PAGE NO. 2   NO. OF PAGES

AGENT: Shadowens M/S

CARRIER'S REFERENCE NO. MNIII

CONTRACT OR GBL NO. FAAQ000548

OWNER'S GRADE OR RATING AND NAME: ▮▮▮▮

ORIGIN LOADING ADDRESS: ▮▮▮▮   CITY   STATE

GOVT. SERVICE ORDER NO.

DESTINATION: ▮▮▮▮

VAN NUMBER

**DESCRIPTIVE SYMBOLS**

BW - BLACK & WHITE TV
C - COLOR TV
CP - CARRIER PACKED
PBO - PACKED BY OWNER
CD - CARRIER DISASSEMBLED
DBO - DISASSEMBLED BY OWNER
PB - PROFESSIONAL BOOKS

PE - PROFESSIONAL EQUIPMENT
PP - PROFESSIONAL PAPERS
MCU - MECHANICAL CONDITION UNKNOWN

**EXCEPTION SYMBOLS**

D - DENTED
F - FADED
G - GOUGED
L - LOOSE
M - MARRED

BE - BENT
BR - BROKEN
BU - BURNED
CH - CHIPPED
CU - CONTENTS & CONDITIONS UNKNOWN

MI - MILDEW
MO - MOTH EATEN
R - RUBBED
RU - RUSTED

SC - SCRATCHED
SH - SHORT
SO - SOILED
T - TORN
W - BADLY WORN
Z - CRACKED

**LOCATION SYMBOLS**

1. ARM
2. BOTTOM
3. CORNER
4. FRONT
5. LEFT
6. LEG

7. REAR
8. RIGHT
9. SIDE
10. TOP
11. VENEER
12. EDGE

13. CENTER
14. INSIDE
15. SEAT
16. DRAWER
17. DOOR
18. OUTSIDE

NOTE: THE OMISSION OF THESE SYMBOLS INDICATES GOOD CONDITION EXCEPT FOR NORMAL WEAR

| ITEM NO. | CR. REF. | ARTICLES | CONDITION AT ORIGIN | EXCEPTIONS (IF ANY) AT DESTINATION |
|---|---|---|---|---|
| 31 | WCL | 1.5 ct cp smk | Lamp Shad | |
| 2 | WCL | 1.5 ct cp smk | Lamp/Glass | |
| 3 | WCL | Wdrobe ct cp smk | Clothes | |
| 4 | WCL | Wdrobe ct cp smk | Clothes | |
| 35 | AML | 3.1 ct cp smk | Spirit of St. Louis Ansonia Turntable | |
| 6 | AML | Seal # 87283 | CD Player AM/FM Radio Antno 84167/Gmth 4759 | |
| 7 | WCL | Ghost Box | SC's, R's, SO's on 10's, 11's, 4's, 7's, 9's / 12's, D's, | |
| 8 | WCL | | CH's 27 mcu/14 SC's, R's, SO's | |
| 9 | WCL | China Cabinet | SC's, R's, SO's on all 10's, 12's, 7's, 4's, 9's / 6's D's, CH's | |
| 40 | WCL | | 12's, D's, 4 CH's / 17's, mcu / 17's, SC's, R's, SO's / 16's, mcu | |
| 1 | WCL | | 12's, SC's, R's, SO's / two ~~~~ ~~~~ | |
| 2 | WCL | | Door's L's / D's on Bass / 7's SC's R's SO's / 9's | |
| 3 | WCL | | D's, 4 CH's 9's, CR0 all scratched up | |
| 4 | AML | 1.5 ct cp DB | Towels | |
| 45 | WCL | 1.5 ct cp DB | Books Kit | |
| 6 | WCL | (2) ~~~~ Stands | SC's, R's, SO's on 10's, 12's, 7's, 4's, 9's / 6's, D's, R's, SO's | |
| 7 | WCL | Bar Stool | SC's, R's, SO's on 10's, 12's, 7's, 4's, 9's | |
| 8 | WCL | | 6's, SC's, R's, SO's / ST's on 12's | |
| 9 | WCL | tote | Dry Food's | |
| 50 | WCL | K-chair | SC's, R's, SO's on 10's, 12's, 7's, 6's, 4's, 9's / CH's, 3 D's on | |
| 1 | AML | | 12's, CH's, 3 D's on 9's / CH's, 3 D's, on 6's chir is L5 | |
| 2 | AML | K-char | SC's, R's, SO's on all 10's, 12's, 7's, 4's, 9's / liv L5 | |
| 3 | AML | | 6's, SC's, R's, SO's / 6's, D's, 4 CH's on all 12's, 9's | |
| 4 | WCL | D pack ct cp DB | Glassware | |
| 55 | WCL | D pack ct cp DB | Stemware, china (2) 1.5 cn's inside | |
| 6 | WCL | D pack ct cp DB | China-Glassware | |
| 7 | WCL | 4.5 ct cp DB | Pots pans plasticware | |
| 8 | WCL | 4.5 ct cp DB | Plasticware, Drawer Items | |
| 9 | WCL | K-table | SC's, R's, SO's on 10's, 12's, 7's, 6's, 4's, 9's / D's on all 12's, | |
| 60 | WCL | | 10's, 7's, 6's / 16's, 4, 17's, mcu | |

| ITEM NO. | REMARKS/EXCEPTIONS |
|---|---|
| | |

"WE HAVE CHECKED ALL THE ITEMS LISTED AND NUMBERED 1 TO ___ INCLUSIVE AND ACKNOWLEDGE THAT THIS IS A TRUE AND COMPLETE LIST OF THE GOODS TENDERED AND OF THE STATE OF THE GOODS RECEIVED"

TAPE LOT NO. DD9822   TAPE COLOR ORG

# WARNING ►

BEFORE SIGNING CHECK SHIPMENT, COUNT ITEMS AND DESCRIBE LOSS OR DAMAGE IN SPACE ON THE RIGHT ABOVE.

NOS. FROM 31   THRU 60

| | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) (SIGNATURE) | DATE Mar 21, 2011 | | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) | DATE 3-27-11 |
|---|---|---|---|---|---|
| AT ORIGIN | OWNER OR ▮ | DATE Mar. 22, 2011 | AT DESTINATION | ▮▮▮ | DATE 3/27/11 |

CONTRACTOR OR CARRIER

**HOUSEHOLD GOODS DESCRIPTIVE INVENTORY**

| | |
|---|---|
| PAGE NO. 3 | NO. OF PAGES 7 |

**LYNN MOVING & STORAGE, INC.**

AGENT: Shadowens m/s

CARRIER'S REFERENCE NO. M/1/11

OWNER'S GRADE OR RATING AND NAME _____

CONTRACT OR GBL. NO. FAAG 000 548

ORIGIN LOADING ADDRESS _____ CITY _____ STATE _____

GOVT. SERVICE ORDER NO.

DESTINATION _____

VAN NUMBER

DESCRIPTIVE SYMBOLS
BW - BLACK & WHITE TV
C - COLOR TV
CP - CARRIER PACKED
PBO - PACKED BY OWNER
CD - CARRIER DISASSEMBLED
DBO - DISASSEMBLED BY OWNER
PB - PROFESSIONAL BOOKS

PE - PROFESSIONAL EQUIPMENT
PP - PROFESSIONAL PAPERS
MCU - MECHANICAL CONDITION UNKNOWN

EXCEPTION SYMBOLS
BE - BENT          D - DENTED          SC - SCRATCHED
BR - BROKEN        F - FADED           SH - SHORT
BU - BURNED        G - GOUGED          SO - SOILED
CH - CHIPPED       L - LOOSE           T - TORN
CU - CONTENTS & CON-  M - MARRED        W - BADLY WORN
DITIONS UNKNOWN    MO - MOTH EATEN     Z - CRACKED
                   R - RUBBED
                   RU - RUSTED
                   MI - MILDEW

LOCATION SYMBOLS
1. ARM      7. REAR       13. CENTER
2. BOTTOM   8. RIGHT      14. INSIDE
3. CORNER   9. SIDE       15. SEAT
4. FRONT    10. TOP       16. DRAWER
5. LEFT     11. VENEER    17. DOOR
6. LEG      12. EDGE      18. OUTSIDE

NOTE: THE OMISSION OF THESE SYMBOLS INDICATES GOOD CONDITION EXCEPT FOR NORMAL WEAR

| ITEM NO. | CR. REF. | ARTICLES | CONDITION AT ORIGIN | EXCEPTIONS (IF ANY) AT DESTINATION |
|---|---|---|---|---|
| 61 | AML | crate 8⅝ x 22½ x 38 | Glass Coffee Table Glass | |
| 2 | WCL | 4 Sct cp DB | Pots & Pans | |
| 3 | WCL | D.pack ctcp DB | Glassware | |
| 4 | WCL | O.pack ctcp DB | Glassware | |
| 65 | AML | 3.1 ctcp DB | Plasticware, Placemats | |
| 6 | WCL | D.pack ctcp DB | Stemware - China ② 1.Sctn's Inside | |
| 7 | AML | trashcan | SC's, R's, SO's | |
| 8 | AML | Kit tools (on 3) | SC's, R's, SO's | |
| 9 | AML | Shelves | SC's, R's, SO's on all 10's, 12's, 7's 4's & 9's | |
| 70 | AML | | ST's, on all 10's 12's, 7's 4's 9's | |
| 1 | WCL | Sm Ice chean | SC's R's SO's ST's 4's | |
| 2 | WCL | Paint Buckets (on 2) | SC's, R's, SO's | |
| 3 | AML | Shower rack | SC's, R's, SO's, on all 10's, 4's, 7's, 12's & 9's | |
| 4 | AML | Iron Board | SO's, R's, SO's, on all 10's, 4's, 7's, 12's & 9's | |
| 75 | AML | Folding table | SO's, R's SO's on all 10's, 12's, 7's 4's & 9's | |
| 6 | AML | G's. mar | 6's, SO's, 8O's R's SO's | |
| 7 | AML | 1.Sct cp DB | Brewe's Best Equipment Kit | |
| 8 | AML | Green Chr | SC's, R's, SO's, on all 10's, 12's, 4's, 7's | |
| 9 | AML | | 6's, SC's, R's, SO's, 9's, SC's, R's, SO's | |
| 80 | WCL | OS Sofa Black | SC's, R's, SO's on all 10's, 7's 12's, 4's & 9's | |
| 1 | WCL | | 6's, SC's R's, SO's, 7's, L's undra Bottom | |
| 2 | WCL | | L's on Both Bottom corner T's | |
| 3 | AML | Green Chr | SO's, R's, SO's on 10's, 12's, 7 & L's & 9's | |
| 4 | AML | | 12's on all D's, CH's | |
| 85 | WCL | Coffee table | SC's, R's, SO's on all 10's, 12's 7's 6's, 4's & 9's | |
| 6 | WCL | | On all 12's, D's & CH's, 6's, D's, CH's on | |
| 7 | WCL | | 12's CH's, on all 10's, 12's, 7's 2's, 4's & 9's | |
| 8 | AML | Out Door Back pack | SO's, R's, SO's | |
| 9 | WCL | w.drobe ctcp Cm | Bass, Guitar, Fender, Clothes | |
| 90 | WCL | 3.1 ct cp Cm | Games | |

ITEM NO. **REMARKS/EXCEPTIONS**

**"WE HAVE CHECKED ALL THE ITEMS LISTED AND NUMBERED 1 TO** INCLUSIVE AND ACKNOWLEDGE THAT THIS IS A TRUE AND COMPLETE LIST OF THE GOODS TENDERED AND OF THE STATE OF THE GOODS RECEIVED"

**WARNING ➤** BEFORE SIGNING CHECK SHIPMENT, COUNT ITEMS AND DESCRIBE LOSS OR DAMAGE IN SPACE ON THE RIGHT ABOVE.

| | |
|---|---|
| TAPE LOT NO. OD9822 | TAPE COLOR ORG |
| NOS. FROM 61 | THRU 90 |

| | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) (SIGNATURE) OWNER OR _____ | DATE Mar 21, 2011 | AT DESTI-NATION | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) _____ | DATE 3-27-11 |
|---|---|---|---|---|---|
| AT ORIGIN | (SIGNATURE) _____ | DATE Mar 22, 2011 | | _____ | DATE 3/27/11 |

| CONTRACTOR OR CARRIER | HOUSEHOLD GOODS DESCRIPTIVE INVENTORY | | PAGE NO. 4 | NO. OF PAGES |
|---|---|---|---|---|

**LYNN MOVING & STORAGE, INC.**

AGENT: Shadowens m/s

CARRIER'S REFERENCE NO. M1/1/1

OWNER'S GRADE OR RATING AND NAME

CONTRACT OR GBL. NO. FAAQ0005418

ORIGIN LOADING ADDRESS                    CITY          STATE

GOVT. SERVICE ORDER NO.

DESTINATION

VAN NUMBER

DESCRIPTIVE SYMBOLS
B/W - BLACK & WHITE TV
C - COLOR TV
CP - CARRIER PACKED
PBO - PACKED BY OWNER
CD - CARRIER DISASSEMBLED
DBO - DISASSEMBLED BY OWNER
PB - PROFESSIONAL BOOKS

PE - PROFESSIONAL EQUIPMENT
PP - PROFESSIONAL PAPERS
MCU - MECHANICAL CONDITION UNKNOWN

EXCEPTION SYMBOLS
BE - BENT          D - DENTED
BR - BROKEN        F - FADED
BU - BURNED        G - GOUGED
CH - CHIPPED       L - LOOSE
CU - CONTENTS & CON-  M - MARRED
DITIONS UNKNOWN

MI - MILDEW
MO - MOTH EATEN
R - RUBBED
RU - RUSTED

SC - SCRATCHED
SH - SHORT
SO - SOILED
T - TORN
W - BADLY WORN
Z - CRACKED

LOCATION SYMBOLS
1. ARM      7. REAR      13. CENTER
2. BOTTOM   8. RIGHT     14. INSIDE
3. CORNER   9. SIDE      15. SEAT
4. FRONT    10. TOP      16. DRAWER
5. LEFT     11. VENEER   17. DOOR
6. LEG      12. EDGE     18. OUTSIDE

NOTE: THE OMISSION OF THESE SYMBOLS INDICATES GOOD CONDITION EXCEPT FOR NORMAL WEAR

| ITEM NO. | CR. REF. | ARTICLES | CONDITION AT ORIGIN | EXCEPTIONS (IF ANY) AT DESTINATION |
|---|---|---|---|---|
| 9 1 | WCL | 1.5ctop cm off | Bottles | |
| 2 | WCL | 1.5ctop cm off | Records | |
| 3 | WCL | 3/ctop cm off | Pictures | |
| 4 | WCL | 3/ctop cm off | Plastic tote & cups | |
| 9 5 | WCL | Book case | 80's, R's, 50's on all 10's, 12's, 7's, 4's, 9's | |
| 6 | WCL | | St's on 10's/ 28 12's, 0's, & CH's | |
| 7 | AML | 1.Set cp cm | Pole Lamp & Games | |
| 8 | WCL | 4.5ctop cm MCu | Acer Laptop S/N:LXE8906003/HP NoteBook | |
| 9 | WCL | seal # 872184 | NO S/N or M#/ MCu | |
| 100 | WCL | 4.Set cp cm | Games | |
| 1 | WCL | 1.Set cp cm | 60 CD's | |
| 2 | WCL | 1.5ctop cm | 4CD's cases/ Books | |
| 3 | WCL | 1.5ctop cm | Music Books & Binders | |
| 4 | WCL | 1.1Sct cp cm | Records | |
| 105 | WCL | 1.Sct cp cm | Music Books | |
| 6 | WCL | 4.5ctop cm | Metal Shelfs | |
| 7 | WCL | 3.1ctop cm | Kodak Printer w/o S/N | |
| 8 | WCL | D.pack ctop cm | Pictures 1Broken | |
| 9 | WCL | 1.1Sct cp (org ct) cm | Beer Bottles | |
| 110 | WCL | 4.4.Sctop cm | Bags | |
| 1 | WCL | 3.1ctop cm | | |
| 2 | WCL | 4.Set cp cm | Foos Ball Table & Books | |
| 3 | WCL | mirror ct cp cm | Pictures | |
| 4 | WCL | Mirror ct cp cm | Pictures | |
| 115 | WCL | D.pack ct cp cm | Pics | |
| 6 | WCU | D.pac.k ct cp cm | Stereo & HP Printer S/N:3729HP378 | |
| 7 | WCU | | M/N:HP36D | |
| 8 | WCL | 1.Sctp cm | Books | |
| 9 | WCL | 1.Sctp cm | music Books | |
| 120 | WCU | 1.Sctp cm | Books Cites/ File cabnet | |

| ITEM NO. | REMARKS/EXCEPTIONS |
|---|---|

"WE HAVE CHECKED ALL THE ITEMS LISTED AND NUMBERED 1 TO ___ INCLUSIVE AND ACKNOWLEDGE THAT THIS IS A TRUE AND COMPLETE LIST OF THE GOODS TENDERED AND OF THE STATE OF THE GOODS RECEIVED"

**WARNING** → BEFORE SIGNING CHECK SHIPMENT, COUNT ITEMS AND DESCRIBE LOSS OR DAMAGE IN SPACE ON THE RIGHT ABOVE.

TAPE LOT NO. 04822    TAPE COLOR ORG
NOS. FROM 91    THRU 120

| | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) | DATE | | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) | DATE |
|---|---|---|---|---|---|
| AT ORIGIN | (SIGNATURE) | Mar 1, 2017 | AT DESTI-NATION | | 3-27-11 |
| | OWNER OR AUTHORIZED AGENT (s) | Mar 22, 2011 | | OWNER OR AUTHORIZED AGENT (s) | 3/27/11 |

CONTRACTOR OR CARRIER

**HOUSEHOLD GOODS DESCRIPTIVE INVENTORY**

| | | |
|---|---|---|
| PAGE NO. | NO. OF PAGES | |

**LYNN MOVING & STORAGE, INC.**

AGENT: *Shadowens MS*

CARRIER'S REFERENCE NO. M111111

OWNER'S GRADE OR RATING AND NAME

CONTRACT OR GBL. NO. FAAQXW0548

ORIGIN LOADING ADDRESS ▮▮▮▮▮   CITY ▮▮   STATE ▮▮

GOVT. SERVICE ORDER NO.

DESTINATION ▮▮▮▮▮

VAN NUMBER

### DESCRIPTIVE SYMBOLS
B/W - BLACK & WHITE TV
C - COLOR TV
CP - CARRIER PACKED
PBO - PACKED BY OWNER
CD - CARRIER DISASSEMBLED
DBO - DISASSEMBLED BY OWNER
PB - PROFESSIONAL BOOKS
PE - PROFESSIONAL EQUIPMENT
PP - PROFESSIONAL PAPERS
MCU - MECHANICAL CONDITION UNKNOWN

### EXCEPTION SYMBOLS
BE - BENT
BR - BROKEN
BU - BURNED
CH - CHIPPED
CU - CONTENTS & CONDITIONS UNKNOWN
D - DENTED
F - FADED
G - GOUGED
L - LOOSE
M - MARRED
MI - MILDEW
MO - MOTH EATEN
R - RUBBED
RU - RUSTED
SC - SCRATCHED
SH - SHORT
SO - SOILED
T - TORN
W - BADLY WORN
Z - CRACKED

### LOCATION SYMBOLS
1. ARM
2. BOTTOM
3. CORNER
4. FRONT
5. LEFT
6. LEG
7. REAR
8. RIGHT
9. SIDE
10. TOP
11. VENEER
12. EDGE
13. CENTER
14. INSIDE
15. SEAT
16. DRAWER
17. DOOR
18. OUTSIDE

NOTE: THE OMISSION OF THESE SYMBOLS INDICATES GOOD CONDITION EXCEPT FOR NORMAL WEAR

| ITEM NO. | CR. REF. | ARTICLES | CONDITION AT ORIGIN | EXCEPTIONS (IF ANY) AT DESTINATION |
|---|---|---|---|---|
| 12 1 | WCL | 1. Sct cp cm | Lamp Shade $ Lts | |
| 2 | WCL | 1. Sct cp cm | files / File cabinet | |
| 3 | WCL | 1. Sct cp cm | files | |
| 4 | WCL | 1. Sct cp cm | Office Supplies · 3 files | |
| 12 5 | WCL | 1. Sct cp cm | files | |
| 6 | WCL | mirror ct cp | pic | |
| 7 | WCL | mirror ct cp cm | pictures | |
| 8 | AML | 3 ct cp cm | deco Hangers | |
| 9 | AML | mirror ct cp cm | mirror | |
| 13 0 | WCL | O pack ct cp DB / mcu | Wii Games System mcu M/N: RVL001 | |
| 1 | WCL | | S/N: LU3T107925/ PS3 mcu ECHL01 S/N: C10 | |
| 2 | WCL | Seal # 872190 | S/820428 mcu / PS2 M/N: SCPH-3001 | |
| 3 | WCL | | S/N: 213347586 mcu | |
| 4 | WCL | (2)1. Sct cp DB | DVD cabnet | |
| 13 5 | WCL | 1. Sct cp DB | Lamp (3) | |
| 6 | WCL | 1. Sct cp DB | 12 DVD's / 130 CD's   Seal # 872186 | |
| 7 | WCL | 1. Sct cp DB | Lamp Shades | |
| 8 | WCL | L/R. TV Stand | SC's, R's, SO's, on all 10's, 12's, 7's, 8's, 4's, 9's | |
| 9 | WCL | | D's, on all 12's, 6's / CH's on L's, 16's mcu | |
| 14 0 | WCL | | 16's, SC's, R's, SO's | |
| 1 | AML | Wardrobe ct cp cm | Shed Items | |
| 2 | AML | 1. Sct cp cm | Shed Items | |
| 3 | WCL | X-mas ct cp cm | X-tres | |
| 4 | AML | wardrobe ct cp cm | Coats | |
| 14 5 | WCL | TV ct cp 42" DB | Pansonic Plasma  M/N: TCP42XA | |
| 6 | WCL | Seal # 872185 | S/N: LD932809J3 | |
| 7 | AML | Vac Bissell | M/N: 1970/ SC's, SO's, R's on all D's, M's | |
| 8 | AML | | 7's, 4's, 9's, / wheels mcu / wheels SC's, | |
| 9 | AML | | R's, SO's / Vac mcu | |
| 15 0 | AML | Vac Dirt Devil | SC's, R's, SO's / no m/n al s/n / mcu | |

ITEM NO. **REMARKS/EXCEPTIONS**

"WE HAVE CHECKED ALL THE ITEMS LISTED AND NUMBERED 1 TO ___ INCLUSIVE AND ACKNOWLEDGE THAT THIS IS A TRUE AND COMPLETE LIST OF THE GOODS TENDERED AND OF THE STATE OF THE GOODS RECEIVED"

TAPE LOT NO. DD9822   TAPE COLOR ORG

**WARNING** ➤ BEFORE SIGNING CHECK SHIPMENT, COUNT ITEMS AND DESCRIBE LOSS OR DAMAGE IN SPACE ON THE RIGHT ABOVE.

NOS. FROM 121   THRU 150

| AT ORIGIN | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) [SIGNATURE] ▮▮▮ | DATE Mar 21, 2011 | AT DESTINATION | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) ▮▮▮ | DATE 3-27-11 |
|---|---|---|---|---|---|
| | OWNER OR AGENT [SIGNATURE] ▮▮▮ | DATE Mar 22, 2011 | | OWNER OR AUTHORIZED AGENT [SIGNATURE] ▮▮▮ | DATE 3/27/11 |

CONTRACTOR OR CARRIER

## HOUSEHOLD GOODS DESCRIPTIVE INVENTORY

PAGE NO. 6   NO. OF PAGES 7.

# LYNN MOVING & STORAGE, INC.

AGENT: Shadowens m/s

CARRIER'S REFERENCE NO. MN111

OWNER'S GRADE OR RATING AND NAME

CONTRACT OR GBL. NO. FAAA0000848

ORIGIN LOADING ADDRESS ▮▮▮   CITY ▮▮▮   STATE ▮▮▮

GOVT. SERVICE ORDER NO.

DESTINATION ▮▮▮

VAN NUMBER

**DESCRIPTIVE SYMBOLS**

BW – BLACK & WHITE TV
C – COLOR TV
CP – CARRIER PACKED
PBO – PACKED BY OWNER
CD – CARRIER DISASSEMBLED
DBO – DISASSEMBLED BY OWNER
PB – PROFESSIONAL BOOKS

PE – PROFESSIONAL EQUIPMENT
PP – PROFESSIONAL PAPERS
MCU – MECHANICAL CONDITION UNKNOWN

**EXCEPTION SYMBOLS**

D – DENTED
F – FADED
G – GOUGED
L – LOOSE
M – MARRED

BE – BENT
BR – BROKEN
BU – BURNED
CH – CHIPPED
CU – CONTENTS & CONDITIONS UNKNOWN

MI – MILDEW
MO – MOTH EATEN
R – RUBBED
RU – RUSTED

SC – SCRATCHED
SH – SHORT
SO – SOILED
T – TORN
W – BADLY WORN
Z – CRACKED

**LOCATION SYMBOLS**

1. ARM
2. BOTTOM
3. CORNER
4. FRONT
5. LEFT
6. LEG
7. REAR
8. RIGHT
9. SIDE
10. TOP
11. VENEER
12. EDGE
13. CENTER
14. INSIDE
15. SEAT
16. DRAWER
17. DOOR
18. OUTSIDE

NOTE: THE OMISSION OF THESE SYMBOLS INDICATES GOOD CONDITION EXCEPT FOR NORMAL WEAR

| ITEM NO. | CR. REF. | ARTICLES | CONDITION AT ORIGIN | EXCEPTIONS (IF ANY) AT DESTINATION |
|---|---|---|---|---|
| 151 | WCL | Office Desk | SCS, R's, SO's, on all 10's, 12's, 4's, 7's, 9's | |
| 2 | WCL | | 16's MCU / 16's, SC's, SO's, R'S / 16's, 14's | |
| 3 | WCL | | SC's, R's SO's / D's on all 10's, 12's, 9's | |
| 4 | WCL | Sm Book case | SC's, R's, SO's on all 10's, 12's, 7's, | |
| 155 | WCL | | 4's, 9's, D's, 3's, 12's / CH's, 2's, 12's | |
| 6 | WCL | File cabinet | SC's, R's, SO's, on all 10's, 7's, 4's, 9's | |
| 7 | WCL | | 9's, D's/ 10's, D's / 4's, D's / 16mcu / 16's D's | |
| 8 | WCL | | CH's on all 12's / Rus on all 12's | |
| 9 | WCL | LG File cabinet | SC's, R's, SO's, on 10's, 12's, 4's, 7's, 9's | |
| 160 | WCL | | D's, 12's / CH's, 12's / D's, on all 9's / 16mcu | |
| 1 | WCL | | 16's, SC's, R's, SO's / 16's, 14's, SC's, R's, SO's | |
| 2 | WCL | Book case | SC's, R's, SO's on all 10's, 12's, 7's, 4's, 9's | |
| 3 | WCL | | Shelfs, L's / 7's, L's / 2's, 9's, D's, CH's | |
| 4 | WCL | | 11's, 4's, BR | |
| 165 | AML | Blue Golf Bag w/clubs | SC's, R's, SO's on all 10's, 12's, D's, 4's, 9's | |
| 6 | AML | | Clubs MCU / 2's, D's | |
| 7 | WCL | Sanjo TV 24" | M/N: DS24424 / S/N: VS040375772136 | |
| 8 | WCL | | 4's, SO's, R's, SO's / 9's, SC's, SO's, R's / 12's, SC's, R'SO's | |
| 9 | WCL | | 10's, SC's, R's, SO's / 7's, SC's, R's, SO's / 7's | |
| 170 | WCL | | has paint mark's / MCU TV / | |
| 1 | WCL | Wdrobe cc cm | clothes | |
| 2 | AML | Fan on (2) | SC's, R's, SO's, on all 10's, 12's, 4's, 7's, 9's | |
| 3 | AML | | Fan's MCU / | |
| 4 | WCL | Folding Chir ×(2) | SC's, R's, SO's on all 10's, 12's, 4's, 7's, 9's | |
| 175 | WCL | | 6's, SC's, R's, SO's / RU's on all 15's, 12's, 9's | |
| 6 | WCL | | 15's, SC's, R's, SO's | |
| 7 | WCL | Shower doll | SC's, R's, SO's on all 10's, 12's, 7's + 9's | SMK WCL |
| 8 | WCL | Sm Fridge Avantia | M/N: 43RGWALNut S/N: 067800316 | |
| 9 | WCL | | SC's, R's, SO's on all 10's, 7's, 12's, 4's, 9's / 7's, BR | |
| 180 | WCL | | 14's MT / 14's, SC's, R's, SO's / MCU / 21's, RU's | |

| ITEM NO. | REMARKS/EXCEPTIONS |
|---|---|
| | |

**WARNING→** "WE HAVE CHECKED ALL THE ITEMS LISTED AND NUMBERED 1 TO _____ INCLUSIVE AND ACKNOWLEDGE THAT THIS IS A TRUE AND COMPLETE LIST OF THE GOODS TENDERED AND OF THE STATE OF THE GOODS RECEIVED"

BEFORE SIGNING CHECK SHIPMENT, COUNT ITEMS AND DESCRIBE LOSS OR DAMAGE IN SPACE ON THE RIGHT ABOVE.

TAPE LOT NO. DD9822   TAPE COLOR ORG

NOS. FROM 151   THRU 180

| | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) | DATE | | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) | DATE |
|---|---|---|---|---|---|
| AT ORIGIN | (SIGNATURE) ▮▮▮ | Mar 22, 09 | AT DESTI-NATION | (SIGNATURE) ▮▮▮ | 3-27-11 |
| | OWNER OR AUTHORIZED AGENT (SIGNATURE) ▮▮▮ | Mar 22, 09 | | OWNER OR AUTHORIZED AGENT (SIGN) ▮▮▮ | 3/27/11 |

**CONTRACTOR OR CARRIER**     **HOUSEHOLD GOODS DESCRIPTIVE INVENTORY**     PAGE NO. 7     NO. OF PAGES 7

# LYNN MOVING & STORAGE, INC.

AGENT: Sdadowens m/s

CARRIER'S REFERENCE NO. M111111

OWNER'S GRADE OR RATING AND NAME

CONTRACT OR GBL. NO. FAAQ000548

ORIGIN LOADING ADDRESS

GOVT. SERVICE ORDER NO.

DESTINATION

VAN NUMBER

| DESCRIPTIVE SYMBOLS | EXCEPTION SYMBOLS | | LOCATION SYMBOLS |
|---|---|---|---|
| BW - BLACK & WHITE TV | BE - BENT | D - DENTED | SC - SCRATCHED | 1. ARM | 7. REAR | 13. CENTER |
| C - COLOR TV | BR - BROKEN | F - FADED | SH - SHORT | 2. BOTTOM | 8. RIGHT | 14. INSIDE |
| CP - CARRIER PACKED | BU - BURNED | G - GOUGED | SO - SOILED | 3. CORNER | 9. SIDE | 15. SEAT |
| PBO - PACKED BY OWNER | CH - CHIPPED | L - LOOSE | T - TORN | 4. FRONT | 10. TOP | 16. DRAWER |
| CD - CARRIER DISASSEMBLED | CU - CONTENTS & CON- | M - MARRED | W - BADLY WORN | 5. LEFT | 11. VENEER | 17. DOOR |
| DBO - DISASSEMBLED BY OWNER | DITIONS UNKNOWN | | Z - CRACKED | 6. LEG | 12. EDGE | 18. OUTSIDE |
| PB - PROFESSIONAL BOOKS | | | | | | |

PE - PROFESSIONAL EQUIPMENT / PP - PROFESSIONAL PAPERS / MCU - MECHANICAL CONDITION UNKNOWN

MI - MILDEW / MO - MOTH EATEN / R - RUBBED / RU - RUSTED

NOTE: THE OMISSION OF THESE SYMBOLS INDICATES GOOD CONDITION EXCEPT FOR NORMAL WEAR

| ITEM NO. | CR. REF. | ARTICLES | CONDITION AT ORIGIN | EXCEPTIONS (IF ANY) AT DESTINATION |
|---|---|---|---|---|
| 181 | WCL | Basket | SC's, R's, SO's, on all 10's, 12's, 7's, 9's | |
| 2 | AML | Hat Stand | SC's, R's, SO's on all 10's, 12's, 7's, 4's, 9's, D's | |
| 3 | AML | | 12's / D's, 9's / D's, 10's / D's, 7's | |
| 4 | WCL | CD stand | SC's, R's, SO's, on all 10's, 12's, 7's, 4's, 9's | |
| 5 | WCL | | D's, & CH's, on all 12's, 9's, 10's | |
| 6 | WCL | outside table | SC's & SO's on all 10's, 12's, 9's, 7's, 4's | |
| 7 | WCL | | 6's, 8's, R's, SO's | |
| 8 | WCL | outside chair (2) | SC's, R's, SO's on 9's, 10's, 12's, 7's, 4's, 8's | |
| 9 | WCL | | 6's, SC's, SO's, R's, 15's, SC's, R's, SO's | |
| 190 | WCL | | R's, on all 10's, 12's, 6's, 7's, 4's, D's | |
| 1 | WCL | Head Board | SC's, R's, SO's on all 10's, 12's, 6's, 4's, 7's, 9's, D's, 6's | |
| 2 | WCL | | D's on 12's / D's, 4's, 7's | |
| 3 | WCL | Fire Place tools | SC's, R's, SO's on 10's, 12's, 4's, 9's | |
| 4 | WCL | 1.5 ct op bx (org) CM | Fragile | |
| 5 | WCL | Rug 6ft Rug × 5ft | SC's, R's, SO's, on all 10's, 12's, 7's, 4's, 9's | |
| 6 | AM | Stand up Fan | SC's, R's, SO's on all 10's, 12's, 7's, 4's, 9's | |
| 7 | WCL | Queen mattress | SC's, R's, SO's on all 12's, 10's, 7's, 4's, 9's | |
| 8 | WCL | twin mattress | SC's, R's, SO's on all 12's, 10's, 7's, 4's, 9's, 7's, L's | |
| 9 | WCL | twin mattress | SC's, R's, SO's, on all 12's, 10's, 7's, 4's, 9's, 7's, L's | |
| 200 | WCL | Parts Box ct op DB | Parts | |
| 1 | WCL | 3.1 ct op CM | Kit Items | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | END OF INVENTORY | | |
| 7 | | | | |
| 8 | | WCL | | |
| 9 | | | | |
| 0 | | | | |

ITEM NO.   REMARKS/EXCEPTIONS

---

**WARNING** ➤   "WE HAVE CHECKED ALL THE ITEMS LISTED AND NUMBERED 1 TO ____ INCLUSIVE AND ACKNOWLEDGE THAT THIS IS A TRUE AND COMPLETE LIST OF THE GOODS TENDERED AND OF THE STATE OF THE GOODS RECEIVED"

BEFORE SIGNING CHECK SHIPMENT, COUNT ITEMS AND DESCRIBE LOSS OR DAMAGE IN SPACE ON THE RIGHT ABOVE.

TAPE LOT NO. DP821   TAPE COLOR ORG

NOS. FROM 181   THRU

| | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) | DATE | | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) | DATE |
|---|---|---|---|---|---|
| AT ORIGIN | (SIGNATURE) | Nov 21, 2011 | AT DESTI- NATION | | 3.01.11 |
| | OWNER OR AUTHORIZED AGENT (SIGNATURE) | DATE Mar 22, 2011 | | OWNER OR AUTHORIZED AGENT | DATE 3/27/11 |

# HOUSEHOLD GOODS BILL OF LADING AND FREIGHT BILL
**National Forwarding Co., Inc.** 2800 Roosevelt Rd. Broadview, IL 60155
Phone: 800-323-9125  Fax: 708-345-3245  Emergency: 888-993-6683
www.nationalforwarding.com
"Proudly Serving Military Families"  E-mail: nfcoperations@nationalvanlines.com

| B/L Number |
|---|
| 325650 |
| Reg.Number |
| C76067 |

| O/A | SHADOWENS MOVING & STGE. 20799 | D/A | HARRISON'S MOVING & STGE.09104 | * DP3 * |
|---|---|---|---|---|
| Addr: | 200 JIM COURT | Addr: | 814 CHILDS AVE., SUITE 1 | |
| City/St/Zip | HILLVIEW, KY 40229 | City/St/Zip | HAMPTON, VA 23661 | |
| Phone: | 502-955-7944  Fax: 502-955-8530 | Phone: | 757-397-1248  Fax: 757-397-5405 | |
| Email: | LYNNSHDW@WINDSTREAM.NET | Email: | CFLOYD@HARRISONSMOVING.COM | |

** Driver: Please Contact D/A 24 Hours Prior To Delivery And Confirm Destination Services **
DP3 Business rules prohibit SIT before the RDD if a delivery address is available.

| GBL# | FAAQ000054B | | Required Del Date | 4/06/11 | Requested Del Date | 4/06 |
|---|---|---|---|---|---|---|
| Issued To | APEX TRANSPORTATION | SCAC  AXTO | Delivery Addr. | US ARMY TRADOC BAND | | |
| Pack Date | 3/21/11 | Req.P/U Date  3/23/11 | City/St/Zip | FORT MONROE, VA 23651 | | |

Owner's Name _____
P/U Addr _____
City/St/Zip _____
Phone _____ Alt.Phone _____
email: _____

Delivery Contact Name _____
Phone _____ Alt. Phone _____
Intransit Phone/Contact _____
email: _____

| Origin PPSO LEX-BLUE GRASS D  01B4 GBLOC FAAO | Dest. PPSO JPPSO-NORTHEAST. 0200 GBLOC AGFM |
|---|---|
| Phone 859-779-6821  Fax 859-779-6820 | Phone 781-377-7627  Fax 781-377-7670 |
| email: | email: |

DP3 SHIPMENT MOVES UNDER THE TERMS AND CONDITIONS OF DOD TARIFF 400NG AND DP3 BUSINESS RULES.

| PREMOVE SURVEY MANDATORY | Agent Acct# | Tariff 400NG |
|---|---|---|

Discounts: BLD% 68  SIT% 60  FSC%  Est.Wgt 5020
WEIGHTS: GROSS _____ TARE _____ NET _____ MILES 580

| | TRANSPORTATION AND ADDITIONAL SERVICES |
|---|---|

| Packing By | |
| Res. P/U By | |
| Hauler | |
| Unpacking By | |

| Service | Item# | Rate | Charge |
|---|---|---|---|
| Linehaul Transportation | LHS | | |
| Fuel Surcharge | 16A | | |
| Packing | 105A | | |
| Origin Service Fee | 135A | | |
| Destination Service Fee | 135B | | |
| Extra P/U | 20A | | |
| Extra Del | 20B | | |
| Bulky Article — Auto | 130A | | |
| Bulky Article | 130A | | |
| Extra Labor __ORG __DST | 120A | | |
| Shuttle Service | 125A | | |
| TOTAL | | | |

X _____ Date 3/21/11
(SHIPPER'S SIGNATURE FOR RESIDENCE PICKUP)

X _____
(DR....)

CONSIGNEE'S ACKNOWLEDGEMENT OF DELIVERY
SERVICES COVERED BY THIS BILL OF LADING WERE RENDERED
AND SHIPMENT WAS RECEIVED IN GOOD CONDITION, EXCEPT AS
NOTED ON INVENTORY

X _____ Delivery Date 3/27/11
(SIGNATURE ... RESIDENCE DELIVERY.)

X _____
(DRIVER'S SIGNATURE FOR DELIVERY TO RES. OR WHSE.)

**UNPACKING CERTIFICATION**
☐ 25%   ☐ 50%   ☐ 75%
☑ Complete UnPack
X _____
(CONSIGNEE'S SIGNATURE)

DEL TO:___ RES ___ WHSE (PRINT COMPLETE ADDR OF RESIDENCE OR WAREHOUSE)
WAREHOUSE NAME IF APP: _____
RES/WHSE Address _____
City/State/Zip _____
Rcvd. BY _____ Date _____ SIT# _____
SIT AUTHORIZED BY _____
**NOTE: NFC MUST AUTHORIZE SIT**

ORIGIN AGENT: Please make 4 copies of this
document and distribute as follows: - Original
and 2 copies to the driver - 1 copy to NFC with
your invoice and origin papers. - 1 copy for
your files

**CONTACT INFORMATION**
Operations Phone: 800-722-9144
Fax: 708-345-0550
CLAIMS: Phone: 708-325-6889
Fax: 708-345-5218
ADMIN/ Phone: 800-323-9125
BILLING: Fax: 708-345-3245

# EXHIBIT

# S

### National Forwarding Co., Inc.
### 2800 Roosevelt Road
### Broadview, IL 60155
Ph: 708-345-0550   Fax: 708-345-3245

3/31/11

| **Check Date:** 3/31/11 | **Settlement Worksheet** | **Check#:** 1064198<br>**Session#:** 33844 |
|---|---|---|

| | |
|---|---|
| SHADOWENS MOVING & STGE.<br>P.O. BOX 9<br>BROOKS, KY 40109<br>Contact/Email:: W.K. MONTGOMERY | **Account Number:** 20799<br>**Phone Number:** 502-955-7944<br>**Fax Number:** 502-955-8530<br>LYNNSHDW@WINDSTREAM.NET |

| | |
|---|---|
| Bill Of Lading: 325650<br>Registration# : C76067<br>Shipper Name : ███████ | **GBL Number** : FAAQ0000548<br>**Origin City/St:** TAYLOR MILL, KY<br>**Dest.  City/St:** NEWPORT NEWS, VA |
| PickUp Date : 3/22/11<br>Delivery Date : 3/27/11<br>Billing Date : 3/28/11 | **Delivered To** :<br><br>SIT/HLR Inv/Rcv: |
| Agent Invoice :<br>Weight : 6240<br>Carrier : AXTO | **Agent Ref#** :<br>**Miles** : 587 |

| Services Performed | Computation | % Due | Charges |
|---|---|---|---|
| BKGC  Booking Comm | 2091.44 * 95% = 1986.87 | 7% | 139.08 |
| 105   Full Pk/Unpk | 1280.85 * 96% = 1229.62 | 80% | 983.70 |
|       Pwrtk 1% OA | | | 11.22- |

**Comments:**

| **Total Due Agent** | $1,111.56 |
|---|---|

**National Forwarding Co., Inc.**
2800 Roosevelt Road
Broadview, IL 60155
Ph: 708-345-0550   Fax: 708-345-3245
5/12/11

| Check Date: 5/12/11 | Settlement Worksheet | Check#:1065784<br>Session#: 34959 |
|---|---|---|

LYNN MOVING & STORAGE
P.O. BOX 9
BROOKS, KY 40109
Contact/Email:: DANA J. CURL

Account Number: 12535
Phone Number: 502-955-7944
Fax Number: 502-955-7449
LYNNSHDW@WINDSTREAM.NET

| Bill Of Lading:325650 | GBL Number    : FAAQ0000548 |
|---|---|
| Registration#:C76067 | Origin City/St: TAYLOR MILL, KY |
| Shipper Name  :█████████ | Dest.  City/St: NEWPORT NEWS, VA |

PickUp Date   : 3/22/11          Delivered To  :
Delivery Date : 3/27/11
Billing Date  : 3/28/11          SIT/HLR Inv/Rcv:

Agent Invoice :                  Agent Ref#    :
Weight        :      6240        Miles         :      587
Carrier       :    AXTO

| Services Performed | Computation | % Due | Charges |
|---|---|---|---|
| HLGC Hauling Comm | | | 1,490.15 |
| 135A Orig Service | 68.69 | 100% | 68.69 |
| 135B Dest Service | 83.67 | 100% | 83.67 |
| 16A  Fuel Surcharg | 292.80 | 100% | 292.80 |
| Pwrtk 1% HR | | | 19.35- |

Comments:

| Total Due Agent | $1,915.96 |
|---|---|

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a)  PLAINTIFFS**

**DEFENDANTS**

**(b)**  County of Residence of First Listed Plaintiff _____
        *(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
        *(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
        THE TRACT OF LAND INVOLVED.

**(c)**  Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ❑ 1   U.S. Government
        Plaintiff
- ❑ 2   U.S. Government
        Defendant
- ❑ 3   Federal Question
        *(U.S. Government Not a Party)*
- ❑ 4   Diversity
        *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❑ 1 | ❑ 1 | Incorporated *or* Principal Place of Business In This State | ❑ 4 | ❑ 4 |
| Citizen of Another State | ❑ 2 | ❑ 2 | Incorporated *and* Principal Place of Business In Another State | ❑ 5 | ❑ 5 |
| Citizen or Subject of a Foreign Country | ❑ 3 | ❑ 3 | Foreign Nation | ❑ 6 | ❑ 6 |

**IV.  NATURE OF SUIT** *(Place an "X" in One Box Only)*                     Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❑ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❑ 625 Drug Related Seizure of Property 21 USC 881 | ❑ 422 Appeal 28 USC 158 | ❑ 375 False Claims Act |
| ❑ 120 Marine | ❑ 310 Airplane | ❑ 365 Personal Injury - Product Liability | ❑ 690 Other | ❑ 423 Withdrawal 28 USC 157 | ❑ 376 Qui Tam (31 USC 3729(a)) |
| ❑ 130 Miller Act | ❑ 315 Airplane Product Liability | ❑ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ❑ 400 State Reapportionment |
| ❑ 140 Negotiable Instrument | ❑ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ❑ 410 Antitrust |
| ❑ 150 Recovery of Overpayment & Enforcement of Judgment | ❑ 330 Federal Employers' Liability | | | ❑ 820 Copyrights | ❑ 430 Banks and Banking |
| ❑ 151 Medicare Act | ❑ 340 Marine | ❑ 368 Asbestos Personal Injury Product Liability | | ❑ 830 Patent | ❑ 450 Commerce |
| ❑ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ❑ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ❑ 835 Patent - Abbreviated New Drug Application | ❑ 460 Deportation |
| | ❑ 350 Motor Vehicle | ❑ 370 Other Fraud | ❑ 710 Fair Labor Standards Act | ❑ 840 Trademark | ❑ 470 Racketeer Influenced and Corrupt Organizations |
| ❑ 153 Recovery of Overpayment of Veteran's Benefits | ❑ 355 Motor Vehicle Product Liability | ❑ 371 Truth in Lending | ❑ 720 Labor/Management Relations | **SOCIAL SECURITY** | ❑ 480 Consumer Credit |
| ❑ 160 Stockholders' Suits | ❑ 360 Other Personal Injury | ❑ 380 Other Personal Property Damage | ❑ 740 Railway Labor Act | ❑ 861 HIA (1395ff) | ❑ 490 Cable/Sat TV |
| ❑ 190 Other Contract | ❑ 362 Personal Injury - Medical Malpractice | ❑ 385 Property Damage Product Liability | ❑ 751 Family and Medical Leave Act | ❑ 862 Black Lung (923) | ❑ 850 Securities/Commodities/ Exchange |
| ❑ 195 Contract Product Liability | | | | ❑ 863 DIWC/DIWW (405(g)) | ❑ 890 Other Statutory Actions |
| ❑ 196 Franchise | | | ❑ 790 Other Labor Litigation | ❑ 864 SSID Title XVI | ❑ 891 Agricultural Acts |
| | | | ❑ 791 Employee Retirement Income Security Act | ❑ 865 RSI (405(g)) | ❑ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ❑ 895 Freedom of Information Act |
| ❑ 210 Land Condemnation | ❑ 440 Other Civil Rights | **Habeas Corpus:** | | ❑ 870 Taxes (U.S. Plaintiff or Defendant) | ❑ 896 Arbitration |
| ❑ 220 Foreclosure | ❑ 441 Voting | ❑ 463 Alien Detainee | | ❑ 871 IRS—Third Party 26 USC 7609 | ❑ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ❑ 230 Rent Lease & Ejectment | ❑ 442 Employment | ❑ 510 Motions to Vacate Sentence | | | |
| ❑ 240 Torts to Land | ❑ 443 Housing/ Accommodations | ❑ 530 General | | | ❑ 950 Constitutionality of State Statutes |
| ❑ 245 Tort Product Liability | ❑ 445 Amer. w/Disabilities - Employment | ❑ 535 Death Penalty | **IMMIGRATION** | | |
| ❑ 290 All Other Real Property | ❑ 446 Amer. w/Disabilities - Other | **Other:** | ❑ 462 Naturalization Application | | |
| | ❑ 448 Education | ❑ 540 Mandamus & Other | ❑ 465 Other Immigration Actions | | |
| | | ❑ 550 Civil Rights | | | |
| | | ❑ 555 Prison Condition | | | |
| | | ❑ 560 Civil Detainee - Conditions of Confinement | | | |

**V.  ORIGIN** *(Place an "X" in One Box Only)*

- ❑ 1   Original Proceeding
- ❑ 2   Removed from State Court
- ❑ 3   Remanded from Appellate Court
- ❑ 4   Reinstated or Reopened
- ❑ 5   Transferred from Another District *(specify)*
- ❑ 6   Multidistrict Litigation - Transfer
- ❑ 8   Multidistrict Litigation - Direct File

**VI.  CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
_____

Brief description of cause:
_____

**VII.  REQUESTED IN COMPLAINT:**

❑ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND:   ❑ Yes   ❑ No

**VIII.  RELATED CASE(S) IF ANY**

*(See instructions):*

JUDGE _____     DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____